**Exhibit C**

<u>Cash Flow Diagram</u>

First Guaranty Mortgage Corporation Cash Schematic
Hedging Counterparties
Vendors / Payroll
Custodian
(e.g. Deutsche Bank,
Texas Capital Bank)
Loan Purchaser (i.e., Ginnie,
Fannie, Freddie, other private
parties)
Company Operating Accounts
Servicing
Advances/Recoveries
Borrower
Escrow Fundings/Returns
Warehouse Lenders
Company Warehouse
Accounts
Subservicers
(Custodial)
Company Custodial
Accounts for Borrowers &
Investors
Title Company/Closing
Agent/Correspondent
Vendors (i.e., taxes,
insurance, construction
funds, etc.)
Investors
Key:
Debtor Bank Accounts
Debtor Warehouse Accounts
3rd Party Account

