## **Exhibit D**

Bank Accounts

| Bank Statement Name | Bank Account # (Last 4) | Account Type | Bank Name | Draft Account? Yes/No | Drafting Party | Balance USD 6/28 | Average Bank Fees Each Month | Estimated Amount of Bank Fees Due Pre-Petition |
|---|---|---|---|---|---|---|---|---|
| First Guaranty Mortgage Corporation | 2029 | Warehouse lending | Customers Bank | Y | Customers Bank | $ 1,012,756 | $ 25,000 | $ 25,000 |
| First Guaranty Mortgage Corporation | 2442 | 203K Master Account | Customers Bank | - | - | $ - | $ - | $ - |
| First Guaranty Mortgage Corporation PIMCO Extra Deposit | 6097 | PIMCO Extra Deposit | Customers Bank | Y | Customers Bank | $ 6,000,123 | $ - | $ - |
| First Guaranty Mortgage Corporation | 0749 | Warehouse lending | Flagstar Bank | Y | Flagstar Bank | $ - | $ - | $ - |
| First Guaranty Mortgage Corporation | 0814 | Checking | Flagstar Bank | - | - | $ 178 | $ 40 | $ 40 |
| First Guaranty Mortgage Corporation | 0864 | Pledged | Flagstar Bank | Y | Flagstar Bank | $ 501,598 | $ - | $ - |
| First Guaranty Mortgage Corporation Participation Account | 4101 | Participation | Texas Capital Bank | Y | Texas Capital Bank | $ 43,054 | $ - | $ - |
| First Guaranty Mortgage Corporation Remittance Account | 4119 | Remittance | Texas Capital Bank | Y | Texas Capital Bank | $ 1,523 | $ - | $ - |
| First Guaranty Mortgage Corporation Operating | 5230 | Checking | Texas Capital Bank | - | - | $ 592,443 | $ 13,000 | $ 13,000 |
| First Guaranty Mortgage Corporation Repo Funding Account | 7482 | Checking | Texas Capital Bank | - | - | $ - | $ - | $ - |
| First Guaranty Mortgage Corporation Payroll Account | 7572 | Checking | Texas Capital Bank | - | - | $ 671,510 | $ - | $ - |
| First Guaranty Mortgage Corporation Escrow Holdbacks | 4578 | Escrow Master Account | Texas Capital Bank | - | - | $ 91,927 | $ - | $ - |
| First Guaranty Mortgage Corporation | 7855 | Money Market | Texas Capital Bank | - | - | $ - | $ - | $ - |
| First Guaranty Mortgage Corporation FSA Reimbursements | 9841 | Custodial | Texas Capital Bank | Y | Cigna/FSA | $ 9,623 | $ - | $ - |
| First Guaranty Mortgage Corporation Subserviced by Rushmore Loan Management Services LLC as Agent Trustee &/or Bailee for Fannie Mae &/or payments of | 5659 | Custodial | Texas Capital Bank | Y | FNMA | $ 9,843 | $ - | $ - |
| First Guaranty Mortgage Corporation Subserviced by Rushmore Loan Management Services LLC as Agent Trustee &/or Bailee for Fannie Mae &/or payments of | 5667 | Custodial | Texas Capital Bank | Y | FNMA | $ 1,726,447 | $ - | $ - |
| First Guaranty Mortgage Corporation as Custodian &/or bailee for Federal Home Loan Mortgage corp &/or var owners of int in mortgages &/or mortgage | 6970 | Custodial | Texas Capital Bank | Y | FHLMC | $ 93,375 | $ - | $ - |
| First Guaranty Mortgage Corporation | 0336 | Certificate of Deposit | Texas Capital Bank | Y | Tysons' Corner Owner LLC | $ 55,090 | $ - | $ - |
| First Guaranty Mortgage Corporation Certificate of Deposit | 0342 | Certificate of Deposit | Texas Capital Bank | Y | GNMA | $ 77,912 | $ - | $ - |
| First Guaranty Mortgage Corporation Reserve Account | 4910 | Pledged | Texas Capital Bank | Y | Texas Capital Bank | $ 3,000,000 | $ - | $ - |
| First Guaranty Mortgage Corporation Client's POC Trust Account | 6371 | Custodial | Wells Fargo | Y | Rushmore | $ 112,634 | $ 500 | $ 500 |
| First Guaranty Mortgage Corporation Trustee of p&i custodial account or p&i disbursement account for various ginnie mae mortgage backed securities pools or loan packages | 2109 | Custodial | Customers Bank | Y | GNMA | $ 47,114 | $ - | $ - |
| First Guaranty Mortgage Corporation central p&i clearing account in trust for Massachusetts Mutual Life Insurance Company mortgage loan portfolios | 9355 | Custodial | Texas Capital Bank | Y | Mass Mutual/Barings | $ - | $ - | $ - |
| First Guaranty Mortgage Corporation central p&i clearing account for various Everbank ebo portfolios | 0064 | Custodial | Texas Capital Bank | Y | Everbank/TIAA | $ - | $ - | $ - |
| First Guaranty Mortgage Corporation central p&i clearing account for various Everbank ebo portfolios | 0072 | Custodial | Texas Capital Bank | Y | Guaranty Bank | $ - | $ - | $ - |
| First Guaranty Mortgage Corporation Escrow Account | 3944 | Custodial | Texas Capital Bank | Y | FNMA/FHLMC | $ 150,578 | $ - | $ - |
| First Guaranty Mortgage Corporation FHA VA USDA | 0056 | Custodial | Texas Capital Bank | Y | FNMA/FHLMC | $ 133,104 | $ - | $ - |
| First Guaranty Mortgage Corporation trustee of servicer's escrow account for various mortgagors, Ginnie Mae mortgage backed securities | 8199 | Restricted | Wells Fargo | Y | Rushmore | $ 1,366,938 | $ - | $ - |
| First Guaranty Mortgage Corporation trustee of servicer's escrow account for various mortgagors, Ginnie Mae mortgage backed securities | 8207 | Restricted | Wells Fargo | Y | Rushmore | $ 34,258 | $ - | $ - |
| First Guaranty Mortgage Corporation Claims Clearing Account | 4876 | Restricted | Wells Fargo | Y | Rushmore | $ 191 | $ - | $ - |
| First Guaranty Mortgage Corporation Securities Account Control Agreement | 16SC.1 | Restricted | Deutsche Bank | Y | Deutsche Bank | $ - | $ 3,000 | $ 3,000 |
| First Guaranty Mortgage Corporation Securities Account Control Agreement | 16SC.2 | Restricted | Deutsche Bank | Y | Deutsche Bank | $ 46,354,805 | | |
| First Guaranty Mortgage Corporation Securities Account Control Agreement | 16SC.3 | Restricted | Deutsche Bank | Y | Deutsche Bank | $ 89,529,806 | | |
| FGMC/ FGMC Master Trust V securities custody | 17SC.1 | Custodial | Deutsche Bank | - | | $ - | $ - | $ - |
| FGMC/ FGMC Master Trust V securities custody | 17SC.2 | Custodial (Cash Proceeds) | Deutsche Bank | - | | $ - | $ - | $ - |
| FGMC/ FGMC Master Trust V securities custody | 17SC.3 | Custodial (Sales) | Deutsche Bank | - | | $ - | $ - | $ - |
| Computershare Inc aaf KCC Client Funds –Beneficiary for First Guaranty Mortgage Corporation(3584) [1] | 5330 | Operating | Bank of America | - | | $ 3,951,827 | $ - | $ - |
| Computershare Inc aaf KCC Client Funds –Beneficiary for First Guaranty Mortgage Corporation(3604) [1] | 5330 | Loan Funding | Bank of America | | | $ 126,218 | | |
| First Guaranty Mortgage Corporation [2] | 2571 | TBD | Signature Bank | - | | $ - | $ - | $ - |

[1] Balances as of June 29, 2022
[2] Bank account set up is in process - "Know Your Customer" (KYC) pending