**EXHIBIT B**

(Summary of Insurance Policies)

**Exhibit B**

Insurance Summary

| Policy Type | Carrier | Policy No. | Inception | Expiration | Approximate Annualized Premium |
|---|---|---|---|---|---|
| General Liability | Great Northern Insurance Company | 3606-01-81 WCE | 11/5/2021 | 11/5/2022 | $ 9,190.75 |
| Auto | Great Northern Insurance Company | 7361-19-64 | 11/5/2021 | 11/5/2022 | $ 7,128.00 |
| Umbrella | Federal Insurance Company | 7819-10-40 | 11/5/2021 | 11/5/2022 | $ 5,205.00 |
| Workers Compensation | CHUBB INDEMNITY INS COMPANY | 22-7182-73-16 | 11/5/2021 | 11/5/2022 | $ 71,557.00 |
| Cyber Liability | ACCREDITED SPECIALTY INSURANCE | 2-CIA-TX-17-S01043 | 11/5/2021 | 11/5/2022 | $ 79,110.14 |
| Cyber Liability | STEADFAST INSURANCE COMPANY | SPR 6390317-00 | 11/5/2021 | 11/5/2022 | $ 68,064.85 |
| Mortgage Bankers | LLOYDS OF LONDON | MBBA-21-00165 | 11/5/2021 | 11/5/2022 | $ 153,069.83 |
| Errors and Omissions | LLOYDS OF LONDON | SPRDW2100786 | 11/5/2021 | 11/5/2022 | $ 66,102.75 |
| Employment Practices Liability | NATIONAL UNION FIRE INS CO | 01-863-46-01 | 11/5/2021 | 11/5/2022 | $ 117,176.00 |
| D&O | NORTH RIVER INSURANCE COMPANY | 575-102385-9 | 11/5/2021 | 11/5/2022 | $ 93,435.00 |
| D&O | ENDURANCE AMERICAN INS COMPANY | FIX30013182600 | 11/5/2021 | 11/5/2022 | $ 44,600.00 |
| D&O | AXIS INSURANCE COMPANY | P-001-000458704-02 | 11/5/2021 | 11/5/2022 | $ 35,679.00 |
| D&O | XL SPECIALTY INSURANCE COMPANY | ELU179269-21 | 11/5/2021 | 11/5/2022 | $ 55,067.00 |
| Excess Errors and Omissions | LLOYDS OF LONDON | SPRDW2100787 | 11/5/2021 | 11/5/2022 | $ 72,398.25 |
| Workers Compensation | CHUBB INDEMNITY INS COMPANY | 22-7182-73-15 | 11/5/2021 | 11/5/2022 | $ 3,119.00 |
| | | | | | **$ 880,902.57** |