# **EXHIBIT C**

(Summary of Surety Bonds)

**Surety Bond Schedule**

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium |
|---|---|---|---|---|---|---|
| 022231510 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Vermont, Commissioner of Financial Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 017011346 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Virginia, Bureau of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 019068543 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Iowa, Department of Commerce | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 019068542 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Georgia, Department of Banking and Finance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 250,000.00 | $ 2,063.00 |
| 019064312 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Arizona Department of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 25,000.00 | $ 206.00 |
| 019070069 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Hawaii, Commissioner of Financial Instutions | License & Permit | $ 100,000.00 | $ 825.00 |
| 017034246 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Banking Commissioner of the State of Connecticut | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 200,000.00 | $ 1,650.00 |
| 022231511 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Vermont, Commissioner of Financial Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 022231508 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Vermont, Commissioner of Financial Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 022231509 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Vermont, Commissioner of Financial Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019068505 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Office of Financial Institutions, Commonwealth of Kentucky, | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 250,000.00 | $ 2,063.00 |
| 019068504 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Nebraska Department of Banking and Finance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 017160855 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Minnesota Department of Commerce, Financial Institutions Division | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 019068533 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Colorado, UCCC Administrator | License & Permit | $ 175,000.00 | $ 1,444.00 |
| 019068485 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of West Virginia, Division of Financail Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 200,000.00 | $ 1,650.00 |
| 019064291 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Bank Commissioner of the State of New Hampshire | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 017034308 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Missouri Commissioner of Finance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 500,000.00 | $ 4,125.00 |
| 019064244 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Pennsylvania Dept of Banking and Securities | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 500,000.00 | $ 4,125.00 |
| 022225522 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Vermont Department of Financial Regulation Banking Division | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 400,000.00 | $ 3,300.00 |
| 019068449 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of New Jersey | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 300,000.00 | $ 2,475.00 |
| 022225521 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Vermont Department of Financial Regulation Banking Division | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 400,000.00 | $ 3,300.00 |
| 019068450 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of California, Department of Business Oversight | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019068470 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Oregon Department of Consumer & Business Services, Insurance Division | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 75,000.00 | $ 619.00 |
| 019062555 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Department of Consumer Credit | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 019067464 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of North Dakota, Department of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 50,000.00 | $ 413.00 |
| 019067463 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Indiana, Department of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 022225478 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of New Jersey, Department of Banking & Insurance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 017011357 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Pennsylvania Dept of Banking and Securities | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 200,000.00 | $ 1,650.00 |
| 019067465 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Commissioner of Financial Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 750,000.00 | $ 6,188.00 |
| 017011358 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Kansas, Office of the State Bank Commissioner | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 019070073 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of California, Department of Business Oversight | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 200,000.00 | $ 1,650.00 |
| 019067482 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Arizona Department of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 25,000.00 | $ 206.00 |
| 017011364 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of South Carolina, Consumer Finance Division | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 017011361 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Tennessee, Department of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 300,000.00 | $ 2,475.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 022231544 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Miscellaneous | $ 66,421.38 | $ 548.00 |
| 022230306 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Miscellaneous | $ 129,444.52 | $ 1,068.00 |
| 022222794 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 388,941.70 | $ 3,209.00 |
| 022222791 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Miscellaneous | $ 115,995.00 | $ 957.00 |
| 022222793 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 186,276.92 | $ 1,537.00 |
| 022222792 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 100,532.23 | $ 829.00 |
| 022230372 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Miscellaneous | $ 204,506.13 | $ 1,687.00 |
| 022230368 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 57,293.13 | $ 473.00 |
| 019067031 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 260,271.00 | $ 2,147.00 |
| 019067069 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 209,774.40 | $ 1,731.00 |
| 019067054 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 69,124.00 | $ 570.00 |
| 022225450 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Michigan, Department of Insurance and Financial Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 022226862 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Nevada, Division of Mortgage Lending | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 75,000.00 | $ 619.00 |
| 019067035 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 336,625.30 | $ - |
| 019067440 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Washington, Dept. of Financail Institutions, Consumer Loans | Small Loan Companies | $ 400,000.00 | $ 3,300.00 |
| 019067437 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | District of Columbia | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 200,000.00 | $ 1,650.00 |
| 019067061 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 209,706.20 | $ - |
| 019067044 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 150,267.70 | $ 1,240.00 |
| 019067081 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 340,508.00 | $ 2,809.00 |
| 017011353 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Alabama, Department of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 25,000.00 | $ 206.00 |
| 019067071 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 190,187.80 | $ 1,569.00 |
| 019067059 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 116,597.80 | $ 962.00 |
| 017160829 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Banking Commissioner of the State of Connecticut | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 200,000.00 | $ 1,650.00 |
| 019067077 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 247,360.30 | $ 2,041.00 |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 017034312 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Rhode Island, Department of Business Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 115,000.00 | $ 949.00 |
| 019038783 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 219,504.73 | $ 1,811.00 |
| 019067006 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 164,237.70 | $ 1,355.00 |
| 019038787 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 203,053.40 | $ 1,675.00 |
| 019067051 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 273,608.50 | $ 2,257.00 |
| 019067080 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 237,616.50 | $ 1,960.00 |
| 019067467 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Arkansas Securities Department | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 200,000.00 | $ 1,650.00 |
| 019067442 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Wyoming Division of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 019067003 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 118,807.70 | $ - |
| 019067043 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 115,516.50 | $ 953.00 |
| 017034264 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Wisconsin, Department of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 320,000.00 | $ 2,640.00 |
| 010967022 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 190,329.70 | $ 1,570.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019067037 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 81,005.10 | $ 668.00 |
| 019067441 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of South Dakota, Division of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 50,000.00 | $ 413.00 |
| 019038790 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 142,682.55 | $ 1,177.00 |
| 019058954 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 411,413.15 | $ 3,394.00 |
| 019067039 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 136,356.00 | $ 1,125.00 |
| 019067005 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 194,305.10 | $ 1,603.00 |
| 019066998 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 81,114.00 | $ 669.00 |
| 019067067 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 265,843.60 | $ - |
| 019067030 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 210,886.50 | $ 1,740.00 |
| 019067074 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 271,098.30 | $ 2,237.00 |
| 019067036 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 599,738.70 | $ 4,948.00 |
| 019067025 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 179,850.00 | $ 1,484.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019066994 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 291,852.00 | $ 2,408.00 |
| 019067072 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 80,564.00 | $ 665.00 |
| 019067040 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 311,095.40 | $ 2,567.00 |
| 019067082 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 112,950.20 | $ 932.00 |
| 019066783 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Nevada Division of Insurance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 019067038 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 212,342.90 | $ - |
| 019067066 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 157,053.60 | $ - |
| 019066984 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 62,643.90 | $ 517.00 |
| 019067435 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Delaware, Office of the State Bank Commissioner | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 50,000.00 | $ 413.00 |
| 019067052 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 182,490.00 | $ 1,506.00 |
| 019067042 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 102,594.80 | $ 846.00 |
| 019067073 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 198,106.70 | $ 1,634.00 |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| 019067070 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 229,545.80 | $ 1,894.00 |
| 019067057 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 268,933.50 | $ 2,219.00 |
| 019067027 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 370,858.40 | $ 3,060.00 |
| 019066787 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Oregon | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 019067068 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 80,465.00 | $ 664.00 |
| 019066999 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 155,156.10 | $ 1,280.00 |
| 017011351 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of North Carolina, Office of the Commissioner of Banks | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 500,000.00 | $ 4,125.00 |
| 019067011 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 264,057.20 | $ 2,178.00 |
| 017034235 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Ohio, Superintendent of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 019066997 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 250,487.60 | $ 2,067.00 |
| 019067050 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 135,994.10 | $ 1,122.00 |
| 019058945 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 219,716.00 | $ 1,813.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019067020 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 196,130.00 | $ 1,618.00 |
| 019066786 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Montana, Division of Banking and Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 019058805 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 115,887.98 | $ 956.00 |
| 019067049 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 124,399.00 | $ 1,026.00 |
| 019067075 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 83,040.10 | $ 685.00 |
| 019066987 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 195,292.90 | $ 1,611.00 |
| 0190368787 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 203,053.40 | $ 1,675.00 |
| 017034303 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Department of Consumer Credit | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 019067026 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 532,662.90 | $ 4,394.00 |
| 019058813 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 175,651.00 | $ 1,449.00 |
| 019067436 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Superintendent of Financial Services of the State of New York | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 019067439 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Illinois Department of Financial and Professional Regulation | License & Permit | $ 75,000.00 | $ 619.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019067015 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 343,162.60 | $ - |
| 019066988 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 319,641.30 | $ 2,637.00 |
| 019067002 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 309,588.40 | $ 2,554.00 |
| 019067055 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 91,160.30 | $ 752.00 |
| 017034313 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Montana Department of Administration | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 25,000.00 | $ 206.00 |
| 019067413 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Alaska Division of Banking &Securities | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 75,000.00 | $ 619.00 |
| 019066985 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 882,064.70 | $ 7,277.00 |
| 019038789 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 356,089.80 | $ 2,938.00 |
| 019067021 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 167,986.50 | $ 1,386.00 |
| 019066996 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 864,600.00 | $ - |
| 019067048 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 221,650.00 | $ 1,829.00 |
| 019066989 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 104,155.70 | $ 859.00 |

| Bond # | Principal | Obligee | Description | Penalty | Premium |
|---|---|---|---|---|---|
| 019066991 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 166,992.10 | $ 1,378.00 |
| 019067029 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 170,505.50 | $ 1,407.00 |
| 019058779 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 182,208.65 | $ 1,503.00 |
| 019067014 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 361,825.20 | $ 2,985.00 |
| 019070152 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Iowa, Department of Commerce | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 019066788 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Rhode Island, Department of Business Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 50,000.00 | $ 413.00 |
| 019067007 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 169,571.60 | $ 1,399.00 |
| 019067041 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 142,298.20 | $ - |
| 019067076 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 215,517.50 | $ - |
| 017160819 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Superintendent of Financial Services of the State of New York | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 250,000.00 | $ 2,063.00 |
| 019067000 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 142,032.00 | $ 1,172.00 |
| 019067013 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 135,316.50 | $ 1,116.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019067078 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 280,766.20 | $ 2,316.00 |
| 019067019 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 125,968.70 | $ 1,039.00 |
| 019070075 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 220,739.20 | $ 1,821.00 |
| 017011334 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Commonwealth of Massachusetts, Division of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 250,000.00 | $ 2,063.00 |
| 019067004 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 129,068.50 | $ - |
| 019067028 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 189,544.30 | $ 1,564.00 |
| 019066992 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 99,511.50 | $ 821.00 |
| 019067034 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 81,816.90 | $ 675.00 |
| 019058812 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 201,293.59 | $ 1,661.00 |
| 019058957 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 150,471.44 | $ 1,241.00 |
| 019067079 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 274,164.00 | $ 2,262.00 |
| 019067010 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 288,291.30 | $ 2,378.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019066986 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 216,014.70 | $ 1,782.00 |
| 019067065 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 93,024.80 | $ 767.00 |
| 019067060 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 79,770.90 | $ 658.00 |
| 019066993 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 401,207.40 | $ 3,310.00 |
| 019067024 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 172,778.10 | $ 1,425.00 |
| 019067047 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 164,012.20 | $ 1,353.00 |
| 019067023 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 294,745.00 | $ 2,432.00 |
| 017011352 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of New Mexico, Regulation and Licensing Department | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 019067046 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 224,400.00 | $ 1,851.00 |
| 019066995 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 79,632.30 | $ 657.00 |
| 019067399 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Alaska Division of Banking &Securities | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 75,000.00 | $ 619.00 |
| 019067018 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 307,494.00 | $ 2,537.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019067466 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Maine Bureau of Consumer Credit Protection | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 019058787 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 140,686.73 | $ 1,161.00 |
| 019067083 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 210,614.80 | $ 1,738.00 |
| 019038786 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 120,606.81 | $ 995.00 |
| 019067063 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 247,292.10 | $ 2,040.00 |
| 019067009 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 143,531.30 | $ - |
| 019067017 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 319,455.40 | $ 2,636.00 |
| 019067045 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 88,644.60 | $ 731.00 |
| 019067053 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 124,410.00 | $ 1,026.00 |
| 019067064 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 377,808.20 | $ 3,117.00 |
| 019067462 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Oregon Dept of Consumer & Business Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 200,000.00 | $ 1,650.00 |
| 017011360 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Louisiana, Office of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 50,000.00 | $ 413.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 019067012 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 290,539.70 | $ 2,397.00 |
| 019058810 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 148,648.21 | $ 1,226.00 |
| 017034261 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Minnesota Department of Commerce, Financial Institutions Division | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 019067032 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 397,411.30 | $ 3,279.00 |
| 019058811 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 128,969.75 | $ 1,064.00 |
| 019067056 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 293,508.60 | $ 2,421.00 |
| 019067008 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 73,962.90 | $ 610.00 |
| 019067016 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 170,487.90 | $ 1,407.00 |
| 019067062 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 153,472.00 | $ 1,266.00 |
| 019067443 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Michigan, Department of Insurance and Financial Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 125,000.00 | $ 1,031.00 |
| 019067438 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | State of Mississippi | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 150,000.00 | $ 1,238.00 |
| 019067001 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 134,868.80 | $ 1,113.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 017034263 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Wyoming Division of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $ 100,000.00 | $ 825.00 |
| 019066990 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 198,001.10 | $ 1,634.00 |
| 019056752 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 175,755.69 | $ 1,450.00 |
| 019058804 | Liberty Mutual Insurance Company | First Guaranty Mortgage Corporation | Ginnie Mae | Lost Securities - Fixed Penalty - Category 2 | $ 77,464.53 | $ 639.00 |
| | | | | | | **$ 286,687.00** |

US_ACTIVE\121826988\V-1