## EXHIBIT C

(Utility Services List)

**Exhibit C: Utility Services List**

*(in USD)*

| Utility Provider | Contact Address(es) | Service(s) Provided | Account Number(s) | Average Monthly Expenditure [1] | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| AT&T | 208 S. Akard St. Dallas, TX 75202 | Internet | * | *$250.00* | $125.00 |
| City of Stephenville | 298 W. Washington Stephenville, TX 76401 | Water | xx-xx82-03 | $40.00 | $20.00 |
| Comcast | PO 6505 Chelmsford, MA 01824 | Internet | xxxxxxxxxxxx8779 | $206.17 | $103.09 |
| Cox | 6205- B Peachtree Dunwoody Road NE Atlanta, GA 30328 | Internet | * | *$250.00* | $125.00 |
| Duke Energy | P.O. Box 70516 Charlotte, NC 28272 | Electric | xxxx xxxx 3540 | *$250.00* | $125.00 |
| El Paso Electric | PO Box 982 El Paso, TX 79960 | Electrical Services | xxxxxx7039 | $700.00 | $350.00 |
| Lumen | PO Box 9010182 Denver, CO 80291 | Internet | xxxx6604 | $1,196.42 | $598.21 |
| Lumen CenturyLink | 100 CentrryLink Drive Monroe, LA 71203 | Internet | * | *$250.00* | $125.00 |
| NV Energy | 6226 W. Sahara Ave. Las Vegas, NV 89151 | Electric | xxxxxxxxxx20320000 | $275.00 | $137.50 |
| Spectrotel | PO Box 339 Neptune, NJ 07754 | Internet | xx4459 | $118.28 | $59.14 |
| Spectrum | c/o Charter Communications PO Box 60074 City of Industry, CA 91716 | Internet | xxxx xx xxx xxx5140 | $210.00 | $105.00 |
| Spectrum | c/o Charter Communications PO Box 60074 City of Industry, CA 91716 | Internet | xxxx xx xxx xxx7141 | $160.00 | $80.00 |
| Spectrum | 1900 Blue Crest Lane San Antonio, TX 78247 | Internet | xxxx6301 | $1,105.75 | $552.88 |
| Spectrum | 1900 Blue Crest Lane San Antonio, TX 78247 | Internet | xxx-xxxxx8210-001 | $255.00 | $127.50 |
| Spectrum | PO Box 94188 Palatine, IL 28602 | Internet | xxxxxxxxxxxx1134 | $77.97 | $38.99 |
| Totelcom | 1189 W. South Loop Stephenville, TX 76401 | Internet | xxx4360 | $400.00 | $200.00 |
| TXU | PO Box 650764 Dallas, TX 75265 | Electric | * | *$400.00* | $200.00 |
| Valley Electric Association, Inc. | 800 E. Highway 372 Pahrump, NV 89041 | Electrical Services | xxxxxx4001 | $275.00 | $137.50 |
| | | | Total | $6,419.59 | $3,209.79 |

*Recently opened location; account number unknown.

[1] The amount is estimated (and italicized) for those locations that recently opened and do not have billing history.