# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer E. Wuebker of Hunton Andrews Kurth LLP to represent Barclays Bank PLC, in its capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its capacity as DIP MSFTA Counterparty in the above-captioned cases.

Dated: June 30, 2022
Wilmington, Delaware

*/s/ Andrew L. Brown*
Andrew L. Brown (Bar No. 6766)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: abrown@potteranderson.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Texas, District of Columbia and Commonwealth of Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: June 30, 2022              */s/ Jennifer E. Wuebker*
                                  Jennifer E. Wuebker
                                  **HUNTON ANDREWS KURTH LLP**
                                  Riverfront Plaza, East Tower
                                  951 East Byrd Street
                                  Richmond, VA 23219
                                  Telephone: (804) 788-8200
                                  Email: jwuebker@huntonak.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.