# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| First Guaranty Mortgage Corporation | |
| 5800 Tennyson Parkway | |
| Suite 450 | |
| Plano, TX 75024 | |
| **EIN:** 54–1429575 | **Case No.:** 22–10584–CTG |

### *NOTICE OF SUBMISSION OF OUTDATED OFFICIAL FORM(S)*

The required forms filed on behalf of the above–named debtor(s) were filed with the Court using outdated Official Form(s). ***You must obtain and re–submit the current version of the official forms indicated below to the Court within 14 days of the date of this notice. Failure to comply may result in dismissal of this case.***

Current forms may be downloaded from www.uscourts.gov/forms/bankruptcy–forms. If you are an attorney who uses petition software to prepare forms, please contact the software vendor to obtain and install any necessary software upgrades.

### *Official Forms*

- ☑ Voluntary Petitions (B101 or B201)
- ☐ Application to Pay Filing Fee in Installments (B103A)
- ☐ Application for Waiver of Chapter 7 Filing Fee (B103B)
- ☐ Involuntary Petition ( B105 or B205)
- ☐ Schedule A/B (B106A/B or B206A/B)
- ☐ Schedule C (B106C)
- ☐ Schedule D (B106D or B206D)
- ☐ Schedule E/F (B106E/F or B206E/F)
- ☐ Schedule G (B106G or B206G)
- ☐ Schedule H (B106H or B206H)
- ☐ Schedule I (B106I)
- ☐ Schedule J (B106J)
- ☐ Summary of Assets and Liabilities (B106–Summ)
- ☐ Declaration About an Individual Debtor's Schedules (B106–Decl.)
- ☐ Statement of Financial Affairs (B107)
- ☐ Statement of Intention for Individuals (B108)
- ☐ Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (B423)
- ☐ List of Creditors Holding 20 Largest Unsecured Claims (B104)
- ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (B119)
- ☐ Statement of Social Security Number (B121)
- ☐ Chapter 7 Statement of Current Monthly Income (B122A–1)
- ☐ Chapter 11 Statement of Current Monthly Income (B122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (B122C–1)
- ☐ Other:

- ☐ Schedules J–2 (B106J–2)

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 6/30/22

(VAN–406B)