# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| | (Joint Administration Requested) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned case on behalf of creditor, Indecomm Holdings, Inc. ("Indecomm"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of Title 11 of the United States Bankruptcy Code, Indecomm requests that copies of all notices and pleadings given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address, telephone number, and e-mail addresses:

> James S. Carr, Esq.
> Kristin S. Elliott, Esq.
> **KELLEY DRYE & WARREN LLP**
> 3 World Trade Center
> 175 Greenwich Street
> New York, New York 10007
> Tel: 212-808-7800
> Fax: 212-808-7897
> E-mail:  KDWBankruptcyDepartment@kelleydrye.com
>              kelliott@kelleydrye.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in these cases and all proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Indecomm's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related to these cases; (iii) right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Indecomm is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: July 1, 2022

Respectfully submitted,

**KELLEY DRYE & WARREN LLP**

By: /s/ *James S. Carr*
    James S. Carr
    Kristin S. Elliott
    3 World Trade Center
    175 Greenwich Street
    New York, New York 10007
    Tel: (212) 808-7800
    Fax: (212) 808-7897
    Email: jcarr@kelleydrye.com
           kelliott@kelleydrye.com

*Counsel to Indecomm Holdings, Inc.*