# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Morris, Nichols, Arsht & Tunnell LLP and Morgan, Lewis & Bockius LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Flagstar Bank, FSB ("Flagstar") pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| Robert J. Dehney (No. 3578) | Jennifer Feldsher |
| Matthew B. Harvey (No. 5186) | T. Charlie Liu |
| Tori L. Remington (No. 6901) | 101 Park Avenue |
| 1201 N. Market St., 16th Floor | New York, NY 10078 |
| Wilmington, DE 19899-1347 | Telephone: (212) 309-6000 |
| Telephone: (302) 658-9200 | jennifer.feldsher@morganlewis.com |
| rdehney@morrisnichols.com | charlie.liu@morganlewis.com |
| mharvey@morrisnichols.com | |
| tremington@morrisnichols.com | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors (the "Debtors") in the above-captioned cases and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Flagstar: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Flagstar is or may be entitled under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: July 1, 2022

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Tori L. Remington*
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
Tori L. Remington (No. 6901)
1201 N. Market St., 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: rdehney@morrisnichols.com
　　　　mharvey@morrisnichols.com
　　　　tremington@morrisnichols.com

– and –

**MORGAN, LEWIS & BOCKIUS LLP**
Jennifer Feldsher
T. Charlie Liu
101 Park Avenue
New York, NY 10078
Telephone: (212) 309-6000
Email: jennifer.feldsher@morganlewis.com
　　　　charlie.liu@morganlewis.com

*Counsel to Flagstar Bank, FSB*