# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FIRST    GUARANTY    MORTGAGE CORPORATION, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Related Docket No. 117** |

## ORDER

The Court has reviewed Customers Bank's Emergency Motion seeking an order directing the debtors to segregate and account for the use of what it asserts is its cash collateral.[1] The parties are encouraged to consider an appropriate stipulation that would preserve the status quo so that the issue may be presented to the Court for hearing on ordinary notice at the second-day hearing set for July 28, 2022. To the extent such an agreement cannot be reached by noon on Friday July 15, 2022, the debtors are directed to file a substantive response to Customers Bank's Motion by that time. In the event that the parties are unable to reach such an agreement, the Court set the matter for hearing at 3:00 pm on July 15, 2022.

Dated: July 14, 2022

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

---

[1] D.I. 117.