## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - o

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FIRST GUARANTY MORTGAGE CORP., *et al.*, | : | Case No. 22-10584 (CTG) |
|  | : |  |
|  | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
|  | : | CREDITORS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - o

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **South Street Securities**, Attn: Brian Snyder, 1155 Avenue of the Americas, 14th Floor, New York, NY 10036, Phone: (212) 824-0734, E-mail: Brian.Snyder@sssnyc.com

2. **Daiwa Capital Markets America Inc.**, Attn: Joshua Goodman, 32 Old Slip, New York, NY 10005, Phone: (212) 612-6272, Fax: (212) 612-8433, E-mail: Joshua.Goodman@us.daiwacm.com

3. **Maxwell Lending Solutions, Inc.**, Attn: Sonny Abbasi, 1700 Lincoln St., Suite 2900, Denver, CO 80203, Phone: (703) 470-1136, E-mail: sonny.abbasi@himaxwell.com

4. **Sourcepoint, Inc.**, Attn: Kristi Christian, 2330 Commerce Park Drive, NE, Palm Bay, FL 32905, Phone: (678) 358-4800, E-mail: Kristi.Christian@sourcepointmortgage.com

5. **Lori Buckley**, as WARN Act plaintiff, Attn: Jack Raisner, 270 Madison Ave., Suite 1801, New York, NY 10016, Phone: (212) 221-1747, E-mail: jar@raisnerroupinian.com

**ANDREW R. VARA
UNITED STATES TRUSTEE,
REGIONS 3 & 9**


 /s/ *Benjamin Hackman*     for
JOSEPH J. MCMAHON, JR.
ACTING ASSISTANT U.S. TRUSTEE
benjamin.a.hackman@usdoj.gov

DATED: July 14, 2022

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Tania Moyron, Phone: (213) 623-9300