# EXHIBIT B

**Declaration of Tanya Meerovich**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRST GUARANTY MORTGAGE | ) Case No. 22-10584 (CTG) |
| CORPORATION, *et al.,*[1] | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) |

**DECLARATION OF TANYA MEEROVICH**
**IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER (I) AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN**
**FTI CONSULTING, INC. TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING**
**OFFICER AND CERTAIN ADDITIONAL PERSONNEL, (II) DESIGNATING**
**TANYA MEEROVICH AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS**
**EFFECTIVE AS OF THE PETITION DATE, AND (III) GRANTING RELATED RELIEF**

I, Tanya Meerovich, declare under penalty of perjury as follows:

1.      I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees "FTI"), a financial advisory services firm with numerous offices throughout the country, and am duly authorized to make this declaration (the "Declaration") on behalf of FTI in support of the *Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, (II) Designate Tanya Meerovich as Chief Restructuring Officer for the Debtors Effective as of the Petition Date, and (III) Granting Related Relief* (the "Application")[2] on the terms and conditions

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

set forth in the Application and the Engagement Letter.  Except as otherwise noted, I have

personal knowledge of the matters set forth herein.[3]

## FTI'S QUALIFICATIONS

2.      On June 6, 2022, FTI was engaged to provide interim consulting services in

connection with a potential restructuring.  Pursuant to that certain Written Consent by the Board

of Directors of First Guaranty Mortgage Corporation dated June 29, 2022 (the "Written

Consent"),[4] appointing me as Chief Restructuring Officer effective as of the date of filing of a

chapter 11 petition, FTI's engagement letter was later amended to include chief restructuring

officer services effective as of the Petition Date. The FTI Professionals are intimately familiar

with the Debtors' business and are well qualified to act on the Debtors' behalf given their

extensive knowledge and expertise with respect to chapter 11 proceedings.  The FTI

Professionals specialize in interim management, turnaround and restructuring services, asset

sales, and business transformation.  FTI's debtor advisory services have included a wide range of

activities targeted toward maximizing the value of a debtor's assets and recoveries to creditors,

including developing or validating forecasts; working with management on operational issues;

monitoring and managing cash flow and creditor relationships; negotiating with a debtor's

secured lenders on the use of cash collateral; assessing and recommending cost reduction

strategies; providing transactional support to market a debtor's assets, including forecasting,

creating marketing materials, contacting potential buyers, and negotiating offers for debtor

owned assets; preparing a debtor for a chapter 11 filing; and designing and negotiating financial

---

[3]  Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI
     and are based on information provided by such professionals.

[4]  A copy of the Written Consent was attached to First Guaranty Mortgage Corporations voluntary chapter 11
     petition. Docket No. 1.

restructuring packages.

3.     Further, FTI has provided similar services and personnel in recent cases in this District.  *See, e.g.*, *In re Nine W. Holdings, Inc*., 2018 Bankr. LEXIS 1998 (Bankr. D. Del. 2018); *In re The Weinstein Company Holdings*, *Inc.* Case No 18-10601 (MWF) (Bankr. D. Del. April, 24, 2018); *In re Zohar III, Corp.*, Case No. 18-10512 (Bankr. D. Del. June 11, 2018); *In re SFX Entertainment, Inc.*, Case No. 16-10238 (Bankr. D. Del. Mar. 3, 2016); *In re Fresh & Easy, LLC*, Case No. 15-12220 (Bankr. D. Del. Nov. 20, 2015); *In re Corinthian Colleges, Inc.*, Case No. 15-10952 (Bankr. D. Del. May 27, 2015); *In re Mineral Park, Inc.*, Case No. 14-11996 (Bankr. D. Del. Sept. 23, 2014); I have the requisite experience to serve as the Debtors' Chief Restructuring Officer ("CRO").  I have over fifteen years of experience leading complex transformations and advising on in- and out-of-court restructurings for companies across industries, with expertise in the real estate/mortgage, financial services, non-for-profit, insurance, healthcare, education, energy, manufacturing, infrastructure, print, entertainment and retail industries.  I graduated from Roosevelt University with a Bachelor's degree in business management and finance, and I am a Chartered Financial Analyst, a Certified Insolvency and Restructuring Advisor, and a Certified Turnaround Professional.  My recent engagements in the financial services industry include, among others: AG Mortgage Investment Trust Inc, Impac Mortgage, MFA Financial, Ocwen Financial, Residential Capital, Credit-Based Asset Servicing and Securitization, Progrexion, JH Capital, Litton Loan Servicing, Ditech Corporation, Walter Investments and Stearns Lending.  Prior to joining FTI, I was in the Financial Services Advisory group of RSM Cayman Islands, where I was involved in a number of high-profile and complex cross-border insolvency engagements in the financial services sector.

## SCOPE OF SERVICES

4.     Subject to approval by the Court, FTI will be retained by the Debtors to provide

the FTI Professionals on the terms and conditions set forth in the engagement letter dated June 30, 2022 (attached to the Application as **Exhibit C**, (the "Engagement Letter")) and any order granting the Application.

## DISINTERESTEDNESS AND ELIGIBILITY

5.      In connection with the proposed employment and retention of FTI by the Debtors, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on Exhibit 1 to this Declaration. FTI's review, completed under my supervision, consisted of a query of Exhibit 1 parties within an internal computer database[5] containing names of individuals and entities that are present or recent former clients of FTI.

6.      Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on Exhibit 1 in matters related to the Debtors or the Cases.  FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtors or the Cases for the various entities shown on Exhibit 2.  FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the Cases, nor does FTI's involvement in the Cases compromise its ability to continue such consulting services.

7.      Further, as part of its diverse practice, FTI appears in numerous cases,

---

[5]    For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly-owned subsidiaries globally.

proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Cases. FTI is a global consulting firm with thousands of employees located in offices around the world. Our employees may have relatives employed by some of the parties-in-interest in this case. Based on our current staffing of this engagement, none of the FTI employees assigned to this matter have any relatives directly involved in the Cases. On July 5, 2022, FTI retained George Gagishvili as an as-needed Senior Director in its Corporate Finance practice. Mr. Gagishvili previously served as the Debtors' SVP and Treasurer. In this engagement, Mr. Gagishvili will serve as Hourly Temporary Staff under my direction. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in the Cases. In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in the Cases in matters unrelated to the Debtors and the Cases.

8.　　　To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor any of FTI's professional employees (a) have any connection with the Debtors, their creditors, any other parties in interest in the Cases, or their respective attorneys or accountants, except as may be disclosed on Exhibit 2 of this Declaration or (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, the U.S. Trustee, or any employee in the Office of the U.S. Trustee.

9.　　　Additionally, FTI is not a "creditor" of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other FTI Professional serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt instruments or shares

of the Debtors' stock.

10.     It is FTI's policy and intent to update and expand its ongoing relationship search

for additional parties in interest in an expedient manner.  If any new material relevant factors or

relationships are discovered or arise, FTI will promptly file a supplemental declaration.

11.     To the best of my knowledge, (i) no commitments have been made or received by

FTI with respect to compensation or payment in connection with the Cases other than in

accordance with the Engagement Letter, the Application, and the applicable provisions of the

Bankruptcy Code and the Bankruptcy Rules, and (ii) FTI has no agreement with any other entity

to share with such entity any compensation received by FTI in connection with the Cases. By

reason of the foregoing, I believe FTI is eligible for retention by the Debtors pursuant to sections

105(a) and 363(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local

Rules.

Dated:  July 18, 2022

*/s/ Tanya Meerovich*
Tanya Meerovich, Senior Managing Director
FTI Consulting, Inc.

## EXHIBIT 1

**Potentially Interested Parties Reviewed**

1017 Group LLC
1st 2nd Mortgage Company of NJ, Inc.
1st American Home Loans, LLC
1st Capital Mortgage LLC
1st Colonial Community Bank
1st Financial Inc.
1st Lending Solutions, Inc.
1st Priority Mortgage, Inc.
1st Rate Home Mortgage, Inc.
1st Reliant Home Loans, Inc.
1st Security Bank of Washington
1st Signature Lending, LLC
360 Home Lending LLC
360 Mortgage Inc.
A Mortgage Boutique, LLC
AAA Capital Investment, Inc.
Aaron Samples
ABM Funding Inc.
Absolute Home Mortgage Corporation
Academy Bank, N.A.
Academy Mortgage Corp.
Accelerate Mortgage, LLC
Acceptance Home Mortgage, LLC
Access Capital Funding, LLC
Access Information Holdings, LLC
Access Loans, Inc.
Accredited Specialty Insurance
Acquire Mortgage and Real Estate Inc.
Acre Mortgage & Financial, Inc.
Action One Financial Corporation
Adrian Ledsema and Maritza Lopez
Advantage Capital Lending Inc.
Advantage Lending, LLC
Advantage Plus Federal Credit Union
AdvantageFirst Lending Inc.
Advisors Mortgage Group, LLC
Afco
Affinity Home Lending LLC
AHL Funding
AHP Servicing LLC
Akber Financials, Inc.
Akerman LLC
Aksarben Mortgage, LLC

Alameda Mortgage Corporation
Alaska Division of Banking & Securities
Alcova Mortgage LLC
Alkan Mortgage Corporation
All American Home Mortgage L.L.C.
All Coast Lending Inc.
All Square Mortgage INC.
All Western Mortgage, Inc.
Allegiant Lending, LLC
Alliance West Mortgage, Inc.
Allied First Bank, SB
Allied Mortgage Group, Inc.
Alpha Mortgage Corporation
Altitude Financial Corporation
AMC Diligence, LLC
Amcap Mortgage, Ltd.
American Advisors Group
American Bancshares Mortgage, LLC
American Bank and Trust Company NA
American Financial Funding Corp.
American Financial Lending, Inc.
American Financial Network, Inc.
American First Lending Corporation
American Heritage Lending, Inc.
American Home Lending USA, LLC
American Homestar Mortgage, LLC
American Independent Mortgage LLC
American Midwest Mortgage Corporation
American Mortgage Service Company
American Mortgage Services, Inc.
American Mortgage Source LLC
American Mortgage, Inc.
American Nationwide Mortgage Company, Inc.
American Pacific Mortgage Corporation
American Portfolio Mortgage Corporation
American Registry for Internet Numbers ("ARIN")
America's Mortgage Lender, LLC
Amerifirst Financial, Inc.
AmeriSouth Mortgage Company
AmNet ESOP Corporation
AmRes Corporation
AmWest Funding Corp.
Anchor Mortgage, LLC
Andres & Barth
Andrew R. Vara
Angel Oak Home Loans, LLC
Apex Arabians, LLC

Apex Mortgage LLC
Apogee Technology Service, Inc.
Approved Funding Corp.
Arcstone Financial, Inc.
Arcus Lending, Inc.
Arizona Department of Financial Institutions
Arizona Department of Insurance and Financial Institutions
Ark Mortgage, Inc.
Arkansas Securities Department
Armed Forces Bank, N.A.
Aspire Financial, Inc.
Aspire Home Loans LLC
Associated Mortgage Bankers, Inc.
Associated Mortgage Corporation
AT&T
Atlantic Home Loans, Inc.
Augusta Financial, Inc.
Austin Capital Bank SSB
Axia Financial, LLC
Axis Insurance Company
Azmari, PLC
Azuza LLC
B2 FIE IV LLC
Banc One Mortgage Corporation
Banco Mortgage Lender, LLC
Bank Commissioner of The State of New Hampshire
Bank of England
Bank of Little Rock Mortgage Corporation
Bank of Saint Elizabeth
Bank of Tennessee
Bank of the Pacific
Banking Commissioner of The State of Connecticut
Banking Mortgage Services, B.M.S. Corp.
BankSouth Mortgage Company, LLC
Bankvista
BankWest, Inc.
Banner Capital Bank
Barclays
Barrington Bank & Trust Company N.A.
Bay Capital Mortgage Corporation
Bay Equity, LLC
BayBurg Financial Inc.
BayFirst National Bank
Bayshore Mortgage Funding LLC
Bay-Valley Mortgage Group
Beach Mortgage, Inc.
Beam Lending, LLC

Beckam Funding Corp.
Best Capital Funding
Better Lending LLC
Beverly-Hanks Mortgage Services, Inc.
Bison State Bank
BJV Financial Services Inc.
Black Oak Mortgage, LLC
Blair Services of America Inc
Blend Labs, Inc.
BLG Holdings, Inc.
Bloomberg Finance, LP
Blue Ridge Bank, National Association
Bluestar Mortgage Inc.
BM Real Estate Services, Inc.
BMO Capital Markets
BMO Harris Bank National Association
Bond Mortgage LLC
BoxCar Mortgage, LLC
Bradley Arant Boult Cummings
Brandywine Acquisition Partners, LP
Bridgelock Capital
Bridgeview Mortgage Corp.
Brighten Lending
Buckley LLP
C & E Financial Group, Inc.
C&R Mortgage Corporation
CalCon Mutual Mortgage, LLC
Calculated Risk Analytics, LLC
California Department of Financial Protection and Innovation
California Home Finance and Real Estate Services
Camino Real Mortgage Bankers
Campos Financial Corp.
Canon Financial Services, Inc
Canopy Mortgage, LLC dba Box Home Loans
Capital City Home Loans, LLC
Capital International Financial, Inc.
Capital Mortgage, LLC
Capital Residential Mortgage LLC
Capstone Direct, Inc.
Carrington Mortgage Services, LLC
Carrollton Bank
Castle & Cooke Mortgage, LLC
Castle & Cooke Mortgage, LLC 49
Castle & Cooke Mortgage, LLC 9005
Castle & Cooke Mortgage, LLC 9051
Castle Mortgage Corporation
Catalyst Mortgage

CBM Mortgage, Inc.
Centennial Bank
CenterBank
Centerstate Bank, National Association
Central Coast Lending, Inc.
CEO Home Corp.
CFT NV Developments, LLC
Champions Mortgage, LLC
Cherry Creek Mortgage Co., Inc.
Chicago Financial Services, Inc.
Chief Judge Colm F. Connoly
Chief Judge Laurie Selber Silverstein
Chief Magistrate Judge Mary Pat Thynge
Choice Lending Corp.
Chou Team Realty Inc. dba Monster Loans
Christensen Financial, Inc.
Chu & Associates, Inc.
Chubb Indemnity Ins Company
CIBC Bank USA
CIBM Bank
Cigna Health & Life Insurance Co.
Cigna Healthcare
CIS Financial Services, Inc. dba CIS Home Loans
Citizens Bank & Trust Company
Citizens Bank & Trust Company of Vivian, Louisiana
Citrix Systems Inc.
City First Mortgage Services, LLC
City Lending, Inc.
City of Stephenville
Classic Mortgage, L.L.C.
Clear Mountain Bank
ClearEdge Title Company
ClearPath Lending
Cliffco, Inc.
Clift Enterprises Inc.
CLM Mortgage, Inc
ClosingCorp. Inc.
CME Lending Group LLC
Coastal Funding SLC, Inc.
Coastal Pacific Lending Inc.
Colony Bank
Colorado Division of Real Estate
Colten Mortgage, LLC
Columbus Capital Lending, LLC
Comcast
Commodity Futures Trading Commission
Commonfund Mortgage Corp

Commonwealth Mortgage of Texas, LP
Commonwealth of Massachusetts, Division of Banking
Community First National Bank
Community Mortgage Corporation
Community Mortgage, LLC dba Community Mortgage Advisors LLC
Compass Mortgage, Inc.
Concur Technologies, Inc.
Congressional Bank
Connecticut Department of Banking and Consumer Credit
Constant Investments, Inc.
Consumer First Mortgage, Inc.
Consumer Real Estate Finance Co.
Consumers National Bank
Continental Mortgage Bankers, Inc.
Contour Mortgage Corporation
Core Mortgage Services, LLC
Corelogic Credit Co.
Corelogic Information Solutions, Inc.
Cornerstone Bank
Cornerstone Home Lending, Inc.
Cornerstone Mortgage Services, Inc.
Corporate Investors Mortgage Group, Inc.
CountryFirst Mortgage Inc.
County Bank
Cox Communications
CR Funding, Inc.
Credence Funding Corporation
Credit Union of Georgia
Cross Keys Bank
Crossfire Financial Network, Inc.
CT Corporation
CTC Mortgage Company, LLC
Curinos, LLC
Cushman & Wakefield US, Inc.
Customer Service Mortgage Corporation
Customers Bank
Daiwa Capital Markets America Inc.
Darien Oien
DAS Acquisition Company, LLC
David C. Weiss
David Dee Basket
Del Norte Bank a Savings & Loan Association
Delaware Office of the State Bank Commissioner
Delmar Financial Company
Dennis Schmal
Dentons
Department of Agriculture

Department of Housing and Urban Development
Department of Justice
Department of Veterans Affairs
Deutsch Bank Trust Co. Americas
Deutsche Bank
Deutsche Bank Trust Co. Americas
Developer's Mortgage Company
DG Pinnacle Funding LLC
Diamond Residential Mortgage Corporation
Direct Lenders, LLC
Direct Mortgage Investors, Inc.
Directions Equity, LLC
Directors Mortgage Inc.
District of Columbia Department of Insurance, Securities and Banking
District Of Columbia. Department of Insurance, Securities & Banking
DMS Capital, Inc.
Drew Mortgage Associates, Inc.
Duke Energy
Dwayne Lewis Figari + Davenport LLC
East Capital Funding LLC
East Coast Capital Corp.
East Coast Mortgage and Financial Services, Inc.
East Coast Mortgage Lenders, Inc.
Ecom Mortgage, Inc.
Eglobaltech
El Paso Electric
Elo Group Inc
Embrace Home Loans, Inc.
Emerald Mortgage Corp.
Emet Lending Group, Inc.
EMM Loans, LLC dba E Mortgage Management, LLC.
Empire State Bank
Endeavor Capital, LLC
Endurance American Ins Company
Envision Bank
Envoy Mortgage Ltd
EP SSS Investments, LLC
Equifax Information Services LLC
Equifax Verification Services (formerly TALX Corporation (The Work Number))
Equinox Home Financing, Inc.
Equity Now Inc.
Equity Prime Mortgage, LLC
Ertman Dulis & Helisek PLLC
Eustis & American Mortgage Corporation dba Eustis Mortgage Corporation
Everett Financial, Inc.
Evesham Mortgage, LLC
Evolve Bank & Trust

Excel Mortgage Network, Inc.
Excel Realty & Mortgage, Inc.
Excel Realty Inc.
Experience.com
F&B Acquisition Group, LLC
Fair Way Lending, LLC
Fairway Asset Corporation
Fall River Five Cents Savings Bank
Family Finance Mortgage LLC
Family First Funding, LLC
Farmers & Merchants Savings Bank
Farmers Bank & Trust Company
Farmers State Bank of Alto Pass, ILL
FBT Mortgage, LLC
Federal Home Loan Mortgage Corp/Freddie Mac
Federal Home Loan Mortgage Corporation
Federal Housing Administration
Federal Insurance Company
Federal National Mortgage Association
Federal National Mortgage Association/Fannie Mae
Federated Mortgage Corp.
FFC Mortgage Corp.
Fidelity Bancorp
Fidelity Direct Mortgage, LLC
Fidelity First Home Mortgage Company
Fidelity Funding Mortgage Corp.
Fidelity Lending Solutions, Inc.
Financial Consultants Network LLC
Financial Freedom Mortgage, LLC
Finco Lending, Inc. (ND)
Finley Properties Corp.
First Alliance Home Mortgage, LLC
First American Bank
First Arkansas Financial, Inc
First Bank
First Bank & Trust
First Bank (NC)
First Centennial Mortgage Corporation
First Choice Loan Services, Inc.
First Choice Mortgage Services, Inc.
First Class Mortgage V, Inc
First Colony Mortgage Corporation
First Community Bank
First Community Mortgage, Inc.
First Federal Bank of Kansas City
First Guaranty Mortgage Corporation
First Heritage Financial, LLC

First Heritage Mortgage, LLC
First Home Bank
First Home Mortgage Corporation
First Hope Bank, a national banking association
First Independence Bank
First Integrity Mortgage Services, Inc.
First Mortgage Solutions, LLC
First National Bank of Gillette
First National Bank of Middle Tennessee
First Nations Home Finance Corporation
First New Mexico Bank
First New Mexico Bank of Silver City
First Northern Bank of Wyoming
First Option Mortgage, LLC
First Savings Bank
First Standard Financial Corp.
First State Bank
First State Bank of Burnet
First United Bank
First Vision Bank of Tennessee
First World Mortgage Corporation
FirstLine Title, LLC
FirstTrust Home Loans, Inc.
Fix Financial, Inc.
Flagstar Bank
Flanagan State Bank
Flat Branch Mortgage, Inc.
FlexPoint, Inc.
Florida Capital Bank, N.A.
Florida Office of Financial Regulation
FM Home Loans, LLC
Foley & Lardner LLC
Forbright Bank
Fortis Private Bank
Franklin Advantage, Inc.
FTI Consulting, Inc.
Funding Resources Mortgage Corporation
FundLoans Capital
**V.**      & M. Wolkenberg, Inc.
Galab Dhungana Esquire PC
Gardner Financial Services, Ltd. Dba Legacy Mutual Mortgage
Gateway Capital Mortgage, Inc.
Gateway First Bank
General Mortgage Capital Corporation
Geneva Financial, LLC
Genhome Mortgage Corporation
Geo-Corp, Inc.

Georgia Department of Banking & Finance
Gershman Investment Corp.
Gesa Credit Union
Ginnie Mae
Glacier Bank
Global Home Finance Inc.
Global Lending Solutions Inc.
Global Mortgage Link, LLC (ND)
GLW Speciality, LLC (dba Redlegg)
Godaddy.com
Golden Bear Capital Inc.
Golden Empire Mortgage, Inc. dba GEM Mortgage
Golden State Financial Group, Inc.
Golden Waters Funding, Inc
Golden West Alliance, Inc.
Goldsmith Associates, PLLC
Goldwater Bank, National Association
Googain, Inc.
GoPrime Mortgage, Inc. dba Prime Mortgage Lending Inc.
GOTO Communications, Inc.
Government National Mortgage Association
Grande Homes, Inc. dba GHI Mortgage
Great Northern Insurance Company
Greenbox Loans, Inc.
Greentree Mortgage Company, Limited Partnership
Greenway Funding Group, Inc.
Greenway Mortgage Funding Corp.
Griffin Funding, Inc.
Group One Mortgage, Inc.
Grove Bank & Trust
Groves Capital, Inc.
GSF Mortgage Corporation
Guaranty Mortgage Service, Inc.
GuardHill Financial Corp.
Guidance Mortgage, LLC
Guild Mortgage Company
Gulf Coast Bank and Trust Company
GVC Mortgage, Inc.
Hallmark Home Mortgage, LLC
Hamilton Home Loans, Inc.
Hamilton Mortgage Corporation
Hancock Mortgage Partners, LLC
HarborOne Mortgage LLC
Harin de Silva
Harris Family Partnership
Hartford Funding, Ltd.
Hawaii Division of Financial Institution

Haws, Inc.
HCL America, Inc.
Healthwell Foundation
Heritage Mortgage, LLC
Highlands Residential Mortgage Ltd.
Hireright, LLC
HLP Integration
HLP Mortgage, LLC
Hollywood Associates, LLC
Home Approvals Direct, Inc.
Home Federal Bank
Home Funding Corporation
Home Loan Enterprise
Home Mortgage Alliance Corporation
Home Mortgage Assured Corporation
Home Solution Lenders, Inc.
Home Town Funding, Inc. d/b/a CNB Mortgage Company
Homeland Financial Network, Inc.
Homeland Mortgage Company
Homepath Mortgage, LLC
Homeric LLC
Homeside Financial, LLC.
Homestar Financial Corporation
Hometown Equity Mortgage, LLC
Hometown Lenders, Inc.
HomeTrust Mortgage Corporation
House of Finance, Inc.
Howard Hanna Financial Services, Inc.
Hudson Nationwide Lending LLC
Hudson United Mortgage, LLC
Hunt Mortgage Corporation
Hyperion Mortgage, LLC
Hypotec Inc.
i3 Lending Inc.
iApprove Lending
Ibanez Mortgage Group, LLC
ICE Mortgage Technology, Inc.
iCore Lending, Inc.
Idaho Central Credit Union
Idaho Department of Finance
Illinois Department of Financial and Professional Regulation
Incenter Appraisal Management LLC
Indecomm Holdings, Inc.
Independent Bank
Indiana Department of Financial Institutions
Inland Bank and Trust
Inlanta Mortgage, Inc

Innovative Mortgage Services, Inc.
Insight Direct USA, Inc.
Inspire Home Loans Inc.
Integrity Mortgage of Missouri Corporation
Intelliloan, Inc.
Intercoastal Mortgage LLC dba Intercoastal Mortgage Company
Intercontinental Capital Group, Inc.
Interest Smart Home Loans
InterLinc Mortgage Services, LLC
Internal Revenue Service
International Bank of Commerce
International City Mortgage, Inc.
Interstate Home Loan Center, Inc.
Invicta Mortgage Group, Inc.
Iowa Division of Banking
Iron Mountain
iServe Residential Lending, LLC
Ixonia Bank
James Halter, Rasco Klock Perez & Nieto
Jefferies LLC
Jersey Mortgage Company of New Jersey, Inc.
Jet Direct Funding Corp.
JFQ Lending, Inc.
JHS Lending Services, Inc.
JJ's of Florida, LLC
JLB Corporation
John A. Cerino
Joseph McMahon
JSB Mortgage Corporation
Judge Ashley M. Chan
Judge Brendan L. Shannon
Judge Christopher S. Sontchi
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Karen B. Owens
Judge Leonard P. Stark
Judge Mary F. Walrath
Judge Maryellen Noreika
Judge Richard G. Andrews
JVB Financial
K & B Capital Corp.
K Pacific Group
K. Hovnanian American Mortgage, LLC
Kadlogic Inc
Kansas Office of the State Bank Commissioner
Kass Shuler Law Firm

Katherine Verner
KCC, LLC
Kelly Mortgage, Inc.
Kenny Financial Services, Inc.
Kentucky Department of Financial Institutions
Keystone Bank, National Association
Keystone Funding Inc
Knock Lending LLC
KS StateBank
Kwik Mortgage Corporation
L&B CIP Legacy Place I & II, LLC
L&B Realty Advisors, LLP
Lakeview Loan Servicing
Lakeview Mortgage Bankers Corp
Land Home Financial Services, Inc.
Laxmi Narayan Enterprises, Inc. dba Homewithloan.com
LD Bowerman Investments, LLC dba Minuteman Office Plaza
Leaders Credit Union
Legacy Home Loans, LLC
Legendary Home Loans, Inc
Lend Smart Mortgage, LLC
Lender Toolkit, LLC
Lending 3, Inc.
Lendinguy.com, LLC
Lendplicity LLC dba Lendplicity Mortgage
LendUS, LLC
Lenox Financial Mortgage Corporation
Level 3 Communications
Lewis Brisbois Bisgaard & Smith LLP
LHM Financial Corporation
Liberty Bank and Trust Co.
Liberty Home Mortgage Corporation
Liberty Mortgage Services, Inc.
Liberty Mutual Insurance Company
Lighthouse Mortgage Services LLC
Lincoln Capital Advisors, LLC
Lineage Bank
Lionsgate Real Estate Group
Lloyds Of London
LnderLab, Inc.
LO, Inc. dba Reliance Mortgage, Inc.
Loan Cabin Inc.
Loan Gallery, Inc.
Loan Simple, Inc.
LoanFlight Lending, LLC
Loanleaders of America, Inc.
LoanPeople, LLC

Loansmarter Inc
LoanUnited.com, LLC
Lockton Companies, LLC
Lone Mortgage, Inc.
Louisiana Office of Financial Institutions
Low Rate Company Corp.
Low VA Rates, LLC
Loyalty Funding, Inc.
Lumen
Lumen/Centurylink Communications, LLC
Luxury Mortgage Corp.
Lynx Mortgage Bank, LLC
Lyons Mortgage Services, Inc.
M I E Financial, Inc.
M Squared Financial LLC
M3Com of Virginia, Inc.
Magistrate Judge Christopher J. Burke
Magistrate Judge Jennifer L. Hall
Magistrate Judge Sherry R. Fallon
Magnolia Bank, Incorporated
Main Street Bank
Maine Dept. of Professional & Financial Regulation
Maryland Commissioner of Financial Regulation
Mason McDuffie Mortgage Corporation
Massachusetts Division of Banks
Maverick II Holdings, LLC
Maxwell Financial Labs, Inc.
Mayberry Partners
Mayer Brown LLP
Mayer LLP
McCarthy Holtus, LLC
McJab Inc
McLean Mortgage Corporation
MCM Holdings, Inc.
MDE Home Loans, LLC
MDF Associates dba Proforma Turnkey Marketing
Mega Capital Funding, Inc.
Meijer Credit Union
Member Options, LLC
Meridian Bank
Meridian Home Mortgage Corporation
Merscorp Holdings, Inc.
Metroplex Mortgage Services, Inc
Metropolitan Home Mortgage, Inc.
Metropolitan Telecommunications
Michigan Department of Insurance and Financial Services
Microsoft

Mid Valley Services, Inc.
Mid-Atlantic Federal Credit Union
Mid-Continent Funding, Inc.
Midland Mortgage Corporation
Mid-Missouri Bank
Midwest Equity Mortgage, LLC
Midwest Mortgage Associates Corporation
Midwest Mortgage Investments, Ltd
Millenium Home Mortgage, LLC
Millennium Financial Group, Inc.
Milos Automation, Inc.
Minnesota Department of Commerce
Minnesota Department of Commerce, Financial Institutions Division
Mission Loans, LLC
Mississippi Department of Banking and Consumer Finance
Missouri Division of Finance
Missouri Mortgage Services, LLC
Mizuho Securities USA, LLC
MK Lending Corp
ML Mortgage Corp.
MLB Residential Lending, LLC
MLD Mortgage, Inc.
Montana Division of Banking & Financial Institutions
Morgan Stanley & Co. LLC
Moria Development, Inc.
Mortgage 1 Incorporated
Mortgage Advisory Partners LLC
Mortgage Assurance, Inc.
Mortgage Bank of California
Mortgage Capital of MN, Inc.
Mortgage Corp. of the East – III
Mortgage Financial Group Inc.
Mortgage Investors Group
Mortgage Lenders Investment Trading Corporation
Mortgage Lending Group LLC
Mortgage Master Service Corp
Mortgage Solutions FCS Inc.
Mortgage Suppliers Inc
Mortgage Unlimited, L.L.C.
Mortgage World Bankers, Inc.
Mortgage300 Corporation dba Cason Home Loans
MortgageOne, Inc.
MRK Paseo LLC
Mutual Federal Bank
Mutual of Omaha Mortgage, Inc.
My Mortgage, Inc
Nation One Mortgage Corporation

National Union Fire Ins Co
Nations Reliable Lending, LLC
Nationwide Equities Corporation
Nationwide Home Loans, Inc
Nationwide Mortgage Bankers, Inc.
Nationwide Property & Appraisal Services
Nebraska Bank of Commerce
Nebraska Department of Banking and Finance
Network Solutions
Nevada Department of Business & Industry
New City Mortgage, LLC
New England Regional Mortgage Corporation
New Fed Mortgage Corp.
New Hampshire Banking Department
New Jersey Department of Banking & Insurance
New Market Bank
New Mexico Regulation & Licensing Department
New Wave Lending Group, Inc.
New West Lending, Inc.
New York Life Insurance Company
New York State Department of Financial Services
Newmeyer Dillion
NEXA Mortgage, LLC
NFM, Inc.
NJ Lenders Corp.
NMSI, Inc.
Noble Home Loans Inc
Nomura Holdings, Inc.
North American Financial Corp
North Carolina Office of the Commissioner of Banks
North Dakota Department of Financial Institutions
North River Insurance Company
Northeast Bank
Northern Mortgage Services, LLC
Northern Sierra Financial Services
Northpoint Mortgage Inc.
Northwest Bank of Rockford
Norton Rose Fulbright US LLP
Norwich Commercial Group, Inc
Nova Financial & Investment Corporation
NP, INC. dba US Mortgage of Florida.
Nuline Funding, Inc.
Numerica Credit Union
Nuwave Lending LLC
NV Energy
O1NE Mortgage Inc
Oaktree Funding Corp.

Obsidian Financial Services, Inc.
Ocean Capital Lending, LLC
Ocean Lending Home Loans, Inc.
OCMBC, Inc.
Oconee State Bank
Office Of Financial Institutions, Commonwealth of Kentucky,
Offit Kurman PA
Ohio Division of Financial Institutions
Oklahoma Department of Consumer Credit
Omega Financial Services, Inc.
On Q Financial, Inc.
One Nevada Credit Union
Onelogin, Inc.
OnY Glo, Inc.
Open Mortgage, LLC
Opportunity Bank of Montana
Opteon AMC, Inc.
Optimal Blue, LLC
Optimum First, Inc.
Option Financial, LLC
Optiv Security Inc.
Oregon Department of Consumer & Business Services, Insurance Division
Oregon Dept Of Consumer & Business Services
Oregon Division of Financial Regulation
Orion Federal Credit Union
OVM Financial, Inc.
PACER Service Center
Pachulski Stang Ziehl Jones LLP
Pacific Home Loans, Inc.
Pacific Horizon Bancorp, Inc.
Pacific Indemnity Company
Pacific Lending LLC
Pacific Residential Mortgage LLC
Pacific West Lending, LLC
Pacor Mortgage Corp.
Padfield & Stout LLP
PagerDuty, Inc.
Pamela Robichaud
Panorama Mortgage Group, LLC
Paragon Home Loans, Inc.
Paramount Bank
Parkside Lending, LLC
Partnership Financial Credit Union
Patriot Bank
Patriot One Mortgage Bankers, LLC
Pavilion Mortgage, Inc
PCMA, Inc.

Peace Home Lending LLC
Pen Air Federal Credit Union
Pennsylvania Department of Banking and Securities
Penrith Home Loans LLC
Peoples Bank
People's Bank of Commerce
Peoples Bank, a WA State Company
Peoples Mortgage Lending LLC
Performance Financial, Inc.
Perkins Coie LLP   Attn: Lindsey Allen
Personal RE Services INC.
Pierpoint Mortgage, LLC
Pilgrim Mortgage LLC
PIMCO
Pine Country Bank
Pinnacle Bank Wyoming
Pinnacle Lending Group, Inc.
Planet Home Lending, LLC
Platinum Home Mortgage Corporation
Platinum M.G. Holdings, LLC
Poca Valley Bank, Inc., The
Point Mortgage Corporation
Polaris Home Funding Corp.
Polaris Home Loans, LLC
Polunsky Beitel Green LLP
Potomac Mortgage Group, Inc. dba MVB Mortgage
Power Mortgage, Inc.
Powerhouse Solutions, Inc.
Prada Capital Lending Corp
Preferred Mortgage Bankers, LLC
Premier Lending Alliance, LLC
Premier Mortgage Corporation
Premier Mortgage Resources, LLC
Premier Workspaces
Premium Mortgage Corp.
Prestige Assets & Holdings Inc.
Prime Choice Funding, Inc.
PrimeLending, A PlainsCapital Company
PrimeWest Mortgage
Primus Lending Corp.
Principal Financial Group Inc
Principal Financial Services, Inc.
Priority 1 Lending, LLC
Priority Bank
Priority Mortgage Corp
PropertyRate
Prosek LLC

Province Mortgage Associates, Inc
ProVisor, Inc.
Prudler Funding
Prysma Lending Group, LLC
Purpose Funding Inc.
Quantitative Risk Management, Inc.
QuestRock LLC
Quik Fund, Inc.
Quontic Bank
R M K Financial Corp.
R.J. O'Brien & Associates, LLC
R3 Appraisal Management LLC
Radiant Financial Group, LLC
Rapid Mortgage Company
Rate Plus, Inc.
Rate Simple, Inc.
Ready Mortgage Lenders LLC
Real Consultants Mortgage and Real Estate Services Inc.
RealFi Home Funding Corp. dba Residential Home Funding Corp
Regus Corporation
Regus Management Group, LLC
Reliabank Dakota
ReNew Lending Inc.
Republic Bank & Trust Co.
Republic State Mortgage Co.
Residential Acceptance Corporation
Residential Home Mortgage Corporation
Residential Mortgage Network, Inc.
Residential Valuation Services
ResMac, Inc.
Resource Financial Services, Inc.
Rhode Island Department of Business Regulation
Richey May & Co., LLP
Rick Lebrun
Ritz-Carlton Golf Resort Napes
River City Mortgage LLC
RiverHills Bank
RLM Mortgage LLC
Robert C. Devine DBA Approval Plus Mortgage Services
Ross Mortgage Company, Inc.
Ross Mortgage Corporation
Rubin Lubin LLC
Rushmore Loan Management Services, LLC
Rusty Rose Inc.
S&S Financial
Salem Five Mortgage Company, LLC
Sales Boomerang, LLC

Salesforce.com, Inc.
Salisbury Bank and Trust Company
San Diego Funding
SaviBank
Saxton Mortgage, LLC
Scenic Oaks Funding, Inc.
Secure One Capital Corporation
Security Bank
Security National Mortgage Company
Semper Home Loans, Inc.
Seneca Mortgage Servicing LLC
Sente Mortgage, Inc.
Servis One, Inc.
Severn Savings Bank FSB
Seville Mortgage, LLC
SFMC, LP
Shamrock Home Loans, Inc.
Shannon Investments LLC
Shore United Bank
SI Mortgage Company
Sign On The Line, Inc.
Sirote & Permutt, PC
Siwell, Inc.
SK Global Investment, Inc.
SnapFi, Inc.
Solidifi USA, Inc.
Solutions Financial Mortgage Company
Sourcepoint, Inc.
South Carolina State Board of Financial Institution
South Central Bank, Inc.
South Dakota Division of Banking
South Street Securities LLC
Southeast Mortgage of Georgia, Inc.
Southern Star Capital, LLC
SouthPoint Financial Services, Inc.
SouthState Bank, N.A.
Southwest Bank
Southwest Funding, LP
Sovereign Lending Group Incorporated
Space Coast Credit Union
Spec Home Loans
Spectrotel
Spectrum
Spectrum / Time Warner Cable
Spire Realty Group, LP
SRE Mortgage Alliance, Inc.
SSM Funding, Inc

St. Fin Corp.
stackArmor, Inc
Standard Home Lending Inc.
Starboard Financial Management, LLC
State Banking Department of Alabama
State of Alabama, Department of Banking
State of California, Department of Business Oversight
State of Colorado, Uccc Administrator
State of Delaware, Office of The State Bank Commissioner
State of Georgia, Department of Banking and Finance
State of Hawaii, Commissioner of Financial Institutions
State of Indiana, Department of Financial Institutions
State of Iowa, Department of Commerce
State of Kansas, Office of The State Bank Commissioner
State of Louisiana, Office of Financial Institutions
State of Maine Bureau of Consumer Credit Protection
State of Michigan, Department of Insurance and Financial Services
State of Mississippi, Department of Banking and Consumer Finance
State of Missouri Commissioner of Finance
State of Montana Department of Administration
State of Montana, Division of Banking and Financial Institutions
State of Nevada Division of Insurance
State of Nevada, Division of Mortgage Lending
State of New Jersey, Department of Banking & Insurance
State of New Mexico, Regulation and Licensing Department
State of North Carolina, Office of The Commissioner of Banks
State of North Dakota, Department of Financial Institutions
State of Ohio, Superintendent of Financial Institutions
State of Oregon, Division of Financial Regulation
State of Rhode Island, Department of Business Regulation
State of South Carolina, Consumer Finance Division
State of South Dakota, Division of Banking
State of Tennessee, Department of Financial Institutions
State of Vermont, Commissioner of Financial Regulation
State of Virginia, Bureau of Financial Institutions
State of Washington, Dept. of Financial Institutions, Consumer Loans
State of West Virginia, Division of Financial Institutions
State of Wisconsin, Department of Financial Institutions
Staunton Financial, Inc. dba John Adams Mortgage
Steadfast Insurance Company
Stockton Mortgage Corporation
Strong Home Mortgage, LLC
Studio Bank
Sublime Financial, LLC
Success Mortgage Partners, Inc.
Summit Mortgage Bankers, Inc.
Summit Mortgage Corporation

Sun Mortgage Company, Inc.
SunQuest Funding, LLC
Sunstreet Mortgage, LLC
Superintendent of Financial Services of The State Of New York
Superior Lending Associates, L.C. (ND)
Suzy Lindblom
Swift Mortgage, LLC
Synergy One Lending, Inc.
Synergy Technical, LLC
T. Christian Stracke
T2 Financial LLC
Talx Corporation (The Work Number) (now Equifax)
TaxSaver Plan
TEG Federal Credit Union
Tennessee Department of Financial Institutions
Tennessee Trust Mortgage, Inc.
Texas Capital Bank
Texas Capital Bank Visa Card
Texas Department of Savings and Mortgage Lending
Thayer Financial Corporation
The Anderson Financial Group, Inc.
The Bank of Jackson
The Benefit Company, Inc. DBA BenefitFirst
The Cortland Savings and Banking Company
The Equitable Mortgage Corporation
The Farmers Bank
The Home Loan Expert LLC
The Horn Funding Corp.
The Miners National Bank of Eveleth
The Money House, Inc.
The Mortgage Firm, Inc.
The Mortgage Link, Inc.
The Perpetual Financial Group, Inc.
The Turnkey Foundation Inc.
The Union Bank Co.
Think One Mortgage Inc
Thrive Mortgage, LLC
Throckmorton FW 3, LLC
Tidewater Home Funding, LLC
Titan Mutual Lending, Inc.
Top Flite Financial, Inc.
Total Expert, Inc.
Total Mortgage Services, LLC
Totelcom
Totelcom Networks, LLC
Trackvia, Inc.
Tradition Mortgage LLC

Tri-County Bank & Trust Company
Trident Home Loans, LLC
Trident Mortgage Company, LP
Trinity Financial Enterprises LLC
TriStar Bank
TriStar Finance, Inc.
Triumph Bank
Troutman Pepper Hamilton Sanders LLP
TXU
U.S. Mortgage Funding, Inc.
Ultimate Kronos Group, Inc.
Unify Home Lending, Inc.
United American Mortgage Corporation
United Bank
United Fidelity Funding Corp
United Finance, Inc
United Home Loans, Inc.
United Mortgage Corp.
United Mutual Funding Corp
United Valley Bank
Unity Bank
Unity Mortgage of SC
Universal Mortgage & Finance, Inc.
University Lending Group, LLC
Unum Group
UpEquity SPV2 LLC
US Department of Housing and Urban Development
US Department of Veterans Affairs
US Direct Lender
US Equal Employment Opportunity Commission
US Mortgage Corporation
USDA Rural Development
Utah Department of Financial Institutions
Utah Division of Real Estate
V.I.P. Mortgage, Inc.
Valley Electric Association, Inc.
Valley West Corporation
Valleystar Credit Union
Valon Mortgage, Inc.
Van Dyk Mortgage Corporation
Vanderbilt Mortgage and Finance, Inc.
VanKeef Financial, LLC
Vast Groups INC.
VBS Mortgage, LLC
Venminder, Inc.
Venture Lending Group LLC
Veritas Funding, LLC

Vermont Department of Financial Regulation
Vermont Department of Financial Regulation Banking Division
Victoria Financial Corp.
Victorian Finance, LLC
Virginia Bureau of Financial Institutions
Virginia Credit Union, Inc.
Vishnu Karra
Vision One Mortgage, Inc.
VP Partners, Inc.
Wall Financial, Inc.
Wall Street Mortgage Bankers, Ltd.
Wallick & Volk, Inc.
Warren Fonville
Warsaw Federal Savings & Loan Association
Warshaw Capital, LLC
Washington State Department of Financial Institutions
Waterman Bank
Watson Mortgage Corp.
Weiner Brodsky Kider, PC
Wells Fargo
Wells Fargo Securities
WesBanco Bank, Inc.
Wesley Mortgage, LLC
West One Capital Group, Inc.
West Ridge Financial Corp
West Town Bank & Trust
West Virginia Division of Financial Institutions
Western Bank
Western Express Lending
Western Ohio Mortgage Corporation
Weststar Mortgage Corporation
Westview Corporate Center, Inc.
Westwood Mortgage, Inc
Wheatland Bank
Willamette Valley Bank
Willow Bend Mortgage Company, LLC
Wilson Bank & Trust
Winterwood Mortgage Group, LLC
Wintex Group LLC
Wipfli LLC
WiPro Gallagher Solutions, LLC
Wisconsin Department of Financial Institutions
Wolfe Financial, Inc.
Wyoming Bank & Trust
Wyoming Division of Banking
Xactus, LLC (Formerly Universal Credit Services/Consolidated Information Services Solutions, LLC)

Xl Specialty Insurance Company
York Traditions Bank
Your Legacy Financial, Inc.

## EXHIBIT 2

**Relationship Disclosures**

Akerman LLC
AT&T
Axis Insurance Company
Bank of England
BankWest, Inc.
Barclays
Bloomberg Finance, LP
BMO Capital Markets
BMO Harris Bank National Association
Bradley Arant Boult Cummings
Buckley LLP
Canon Financial Services, Inc
Carrington Mortgage Services, LLC
Centennial Bank
Cigna Health & Life Insurance Co.
Cigna Healthcare
Citrix Systems Inc.
Comcast
Commodity Futures Trading Commission
Congressional Bank
Cox Communications
Dentons
Department of Agriculture
Department of Justice
Deutsche Bank
Deutsche Bank Trust Co. Americas
Duke Energy
Everett Financial, Inc.
Federal Insurance Company
First Guaranty Mortgage Corporation
First State Bank
Flagstar
Flagstar Bank
Florida Capital Bank, N.A.
Foley & Lardner LLC
Internal Revenue Service
Iron Mountain
Jefferies LLC
Level 3 Communications
Lewis Brisbois Bisgaard & Smith LLP
Liberty Mutual Insurance Company
Lloyds Of London

Lumen
Lumen/Centurylink Communications, LLC
Mayer Brown LLP
Microsoft
Mizuho Securities USA, LLC
Morgan Stanley & Co. LLC
National Union Fire Ins Co
New York Life Insurance Company
New York State Department of Financial Services
Newmeyer Dillion
Nomura Holdings, Inc.
North American Financial Corp
Pachulski Stang Ziehl Jones LLP
Perkins Coie LLP
PIMCO
Salesforce.com, Inc.
Spectrum
Spectrum / Time Warner Cable
Steadfast Insurance Company
Strong Home Mortgage, LLC
Texas Capital Bank
Troutman Pepper Hamilton Sanders LLP
Ultimate Kronos Group, Inc.
Wallick & Volk, Inc.
Wells Fargo
Xl Specialty Insurance Company