**Exhibit A – KERP Chart**

($ in 000s)

| Name | Title | Salary | Retention % | Retention | Severance | PTO | Retention Award |
|------|-------|--------|-------------|-----------|-----------|-----|-----------------|

**Tier 1**



($ in 000s)

| Name | Title | Salary | Retention % | Retention | Severance | PTO | Retention Award |
|---|---|---|---|---|---|---|---|

**Tier 2**



($ in 000s)

| Name | Title | Salary | Retention % | Retention | Severance | PTO | Retention Award |
|---|---|---|---|---|---|---|---|

Tier 3



($ in 000s)

| Name | Title | Salary | Retention % | Retention | Severance | PTO | Retention Award |
|---|---|---|---|---|---|---|---|

**Tier 4**



($ in 000s)

| All Tiers | Participants | Salary | Retention % | Retention | Severance | PTO | Retention Award |
|---|---|---|---|---|---|---|---|
| **Total** | 118 | $ 11,596.8 | | $ 1,314.7 | $ 719.6 | $ 93.3 | $ 1,418.3 |