IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST GUARANTY MORTGAGE | ) | Case No. 22-10584 (CTG) |
| CORPORATION, *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**Hearing Date:  July 28, 2022 10:00 a.m. (Eastern time)**

### DEBTORS' WITNESS AND EXHIBIT LIST

The above captioned debtors and debtors in possession (the "Debtors") submit this witness and exhibit list for the hearing scheduled for **July 28, 2022 at 10:00 a.m. (ET)** (the "Hearing") before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

### WITNESSES

The Debtors designate the following persons as witnesses who may be called at the Hearing.

(1) **Tanya Meerovich** of FTI Consulting concerning the

    a. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Operational Cash Flow Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief* [D.I. 22];

    b. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Enter into Repurchase Agreement Facilities; (II) Authorizing the Debtors to Sell and Repurchase Mortgage Loans in the Ordinary Course of*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

1

*Business; (III) Granting Liens and Providing Superpriority Administrative Expense Status; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing with Respect to the Relief Requested Herein; and (VI) Granting Related Relief* [D.I. 20];

c. *Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing Use of Cash Management Procedures, Bank Accounts, and Certain Payment Methods; (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; and (IV) for Related Relief* [D.I. 5];

d. *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief* [D.I. 9]; and

e. *Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Prepetition Claims of Critical Vendors and (B) Granting Related Relief* [D.I. 7];

(2) **Aaron Samples** of First Guaranty Mortgage Company concerning the

a. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Operational Cash Flow Financing; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief [D.I. 22];*

b. *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Enter into Repurchase Agreement Facilities; (II) Authorizing the Debtors to Sell and Repurchase Mortgage Loans in the Ordinary Course of Business; (III) Granting Liens and Providing Superpriority Administrative Expense Status; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing with Respect to the Relief Requested Herein; and (VI) Granting Related Relief [D.I. 20];*

c. *Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing Use of Cash Management Procedures, Bank Accounts, and Certain Payment Methods; (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; and (IV) for Related Relief [D.I. 5];*

d. *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [D.I. 9]; and*

e. *Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing*

*the Debtors to Pay Prepetition Claims of Critical Vendors and (B) Granting Related Relief [D.I. 7];*

The Debtors also cross designate all witnesses designated by any other party in connection with the Hearing, and reserve the right to call any necessary rebuttal or impeachment witnesses.

### EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description |
|---|---|
| 1 | Declaration of Tanya Meerovich in Support of Debtors' Motions for Debtor-in-Possession Financing [D.I. 27] |
| 2 | Declaration in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 19] |
| 3 | Master Repurchase Agreement Between Barclays Bank PLC, as Purchaser and Agent, and First Guaranty Mortgage Corporation, as Seller [dated as of July 1, 2022] [D.I. 20-2] |
| 4. | Barclays Pricing Side Letter [Under Seal D.I. 46] |
| 5. | Senior Secured Superpriority Debtor-In-Possession Term Loan Agreement and Security Agreement dated as of July [1], 2022 [D.I. 67-1] |
| 6. | Cash Flow DIP Budget [Interim Order] [D.I. 67-2] |
| 7. | Updated Cash Flow DIP Budget [Proposed for Final Order] |
| 8. | Supplemental Declaration of Tanya Meerovich In Support of Debtors' Response to Objection of Official Creditors Committee [To be Filed] |
| 10. | Bank Account Charts to be attached as Exhibits 1, 2 and 3 to final Cash Management Order |

The Debtors also cross designate all exhibits designated by any other party in connection with the Hearing, and reserve the use additional exhibits for rebuttal or impeachment purposes.

The Debtors reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

3

Dated: July 26, 2022　　　　　　　　**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:　ljones@pszjlaw.com
　　　　tcairns@pszjlaw.com
　　　　mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:　samuel.maizel@dentons.com
　　　　tania.moyron@dentons.com

-and-

**DENTONS US LLP**

David F. Cook
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email:　david.f.cook@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*

4