# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
|  | (Jointly Administered) |
| Debtors. | Related to Docket No. 134 |

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITES AND STATEMENTS OF FINANCIAL AFFAIRS, AND (II) GRANTING RELATED RELIEF

The undersigned counsel for First Guaranty Mortgage Corporation (the "Debtors") hereby certifies that:

1. On July 14, 2022, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief* [Docket No. 134] (the "Motion").

2. Pursuant to the Notice filed with the Motion, objections to entry of an order granting the Motion were due no later than July 21, 2022 (the "Objection Deadline"). The Debtors granted an extension of the Objection Deadline to the Official Committee of Unsecured Creditors until July 25, 2022 at 4:00 p.m.

3. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the Motion. The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

Accordingly, the Debtors request that the proposed order attached to the Motion as <u>Exhibit A</u> be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: July 26, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | Mary F. Caloway (DE Bar No. 3059) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |        tcairns@pszjlaw.com |
| |        mcaloway@pszjlaw.com |
| | -and - |
| | **DENTONS US LLP** |
| | Samuel R. Maizel |
| | Tania M. Moyron |
| | 601 S. Figueroa Street, #2500 |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 623-9300 |
| | Email: samuel.maizel@dentons.com |
| |        tania.moyron@dentons.com |
| | -and- |
| | **DENTONS US LLP** |
| | David F. Cook |
| | 1900 K Street, NW |
| | Washington, DC 20006 |
| | Telephone: (202) 496-7500 |
| | Email: david.f.cook@dentons.com |
| | *Proposed Counsel for Debtors and Debtors in Possession* |