IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 22-10584 (CTG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Ref Docket No. 94** |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | |
| Debtors. | |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN KURTZMAN CARSON CONSULTANTS LLC AS ADMINISTRATIVE ADVISOR EFFECTIVE AS OF THE PETITION DATE**

The undersigned hereby certifies that:

1. On July 7, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 94] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Pursuant to the notice of Application, responses were due to be filed on, or prior to, July 21, 2022, at 4:00 p.m. (ET) (the "Objection Deadline"). The Debtors granted an extension of the Objection Deadline to the Official Committee of Unsecured Creditors until July 25, 2022 at 4:00 p.m.

3. The Debtors received informal comments from the Office of the United States Trustee (the "UST") to the Application. The undersigned certifies that the Bankruptcy

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon.

4.  A revised form of order (the "<u>Proposed Order</u>") resolving the UST's comments is attached hereto as **Exhibit 1**. A blackline comparison of the Proposed Order against the form of order filed with the Application is attached hereto as **Exhibit 2**.

5.  Accordingly, the Debtors respectfully request entry of the Proposed Order at the Bankruptcy Court's convenience.

Dated: July 26, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

<u>/s/ Laura Davis Jones</u>
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         tcairns@pszjlaw.com
         mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
          tania.moyron@dentons.com

-and-

**DENTONS US LLP**

David F. Cook
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email:   david.f.cook@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*