**Exhibit A**

(Proposed Order)

*ACTIVE 66486132v1*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 22-10584 (CTG)<br>(Jointly Administered)<br>**Ref. Docket No.** \_\_\_\_\_ |

### ORDER GRANTING MOTION FOR LEAVE TO FILE STATEMENT OF B2 FIE XI LLC AND LVS II SPE XXXIV LLC IN SUPPORT OF CASH FLOW DIP MOTION

Upon the motion (the "**Motion for Leave**") of B2 FIE XI LLC and LVS II SPE XXXIV LLC for leave to file the *Statement of B2 FIE XI LLC and LVS II SPE XXXIV LLC in Support of Cash Flow DIP Motion*, and after due deliberation thereon; and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1. The Motion for Leave is granted.

2. B2 FIE XI LLC and LVS II SPE XXXIV LLC are permitted to file the Statement (as defined in the Motion for Leave) attached to the Motion for Leave as **Exhibit B**.

ACTIVE 66486132v1