**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FIRST GUARANTY MORTGAGE<br>CORPORATION, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 29, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; via Facsimile upon the service lists attached hereto as **Exhibit C** and **Exhibit D**; and via Overnight Mail upon the service lists attached hereto as **Exhibit E** and **Exhibit F**:

- **Notice of Agenda of Matters Scheduled for Hearing on August 2, 2022 at 10:00 a.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt** [Docket No. 241]

- **Notice of Amended Agenda of Matters Scheduled for Hearing on August 2, 2022 at 10:00 a.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt** [Docket No. 242]

Furthermore, on July 29, 2022, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit G**; and via First Class Mail upon the service lists attached hereto as **Exhibit H** and **Exhibit I**:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

- **Debtors' Omnibus Motion for an Order (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases Effective as of July 29, 2022; and (B) Abandon Certain Property Associated Therewith; and (II) Granting Certain Related Relief** [Docket No. 244]

Dated: August 1, 2022

/s/ Aljaira Duarte
Aljaira Duarte
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd & Emily M. Hahn | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Attorneys for Seneca Mortgage Servicing LLC | Archer & Greiner, P.C. | Bryan J. Hall | bjhall@archerlaw.com |
| Counsel for Federal National Mortgage Association | Bielli & Klauder, LLC | David M. Klauder, Esq. | dklauder@bk-legal.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Blank Rome LLP | Regina Stango Kelbon, Esq., Victoria A. Guilfoyle, Esq. & Lawrence R. Thomas III, Esq. | regina.kelbon@blankrome.com; tori.guilfoyle@blankrome.com; lorenzo.thomas@blankrome.com |
| Counsel South Street Securities, LLC | Bressler Amery & Ross, P.C | Nikolas S. Komyati | nkomyati@bressler.com |
| Counsel South Street Securities, LLC | Cozen O'Connor | Thomas J. Francella, Jr. | tfrancella@cozen.com |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | Joshua.Goodman@us.daiwacm.com |
| DE AG Office | Delaware Attorney General | Attorney General | attorney.general@delaware.gov |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Proposed Counsel for the Debtors and Debtors in Possession | Dentons US LLP | David F. Cook | david.f.cook@dentons.com |
| Proposed Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Samuel R. Maizel & Tania M. Moyron | samuel.maizel@dentons.com; tania.moyron@dentons.com |
| Counsel to Customers Bank | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| Counsel to Customers Bank | Dorsey & Whitney LLP | Thomas Kelly, Esq. | kelly.tom@dorsey.com |
| Counsel for Federal Home Loan Mortgage Corporation | Freddie Mac | Eunice Hudson & Khardeen Shillingford | Eunice_Hudson@freddiemac.com; Khardeen_Shillingford@freddiemac.com |
| Counsel for LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Dennis A. Meloro | melorod@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Nancy A. Peterman & Eric J. Howe | petermann@gtlaw.com; howee@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Bethani R. Oppenheimer & John D. Elrod | oppenheimerb@gtlaw.com; elrodj@gtlaw.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Peter S. Partee, Sr & Brian M. Clarke | ppartee@huntonak.com; brianclarke@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Shannon Daily & Jennifer E. Wuebker | sdaily@HuntonAK.com; jwuebker@huntonak.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Indecomm Holdings, Inc. | Kelley Drye & Warren LLP | James S. Carr, Esq. & Kristin S. Elliott, Esq. | KDWBankruptcyDepartment@kelleydrye.com; kelliott@kelleydrye.com |
| Counsel for Liberty Mutual Insurance Company | Langley Bains LLP | Brandon K. Bains | bbains@l-llp.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Lankenau & Miller, LLP | Stuart J. Miller | stuart@lankmill.com |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | dallas.bankruptcy@lgbs.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Loizides, P.A. | Christopher D. Loizides | loizides@loizides.com |
| Committee of Unsecured Creditors | Lori Buckley | Attn: Jack Raisner | jar@raisnerroupinian.com |
| Committee of Unsecured Creditors | Maxwell Lending Solutions, Inc., | Attn: Sonny Abbasi | sonny.abbasi@himaxwell.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for The North River Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D. Bressler, Esq. & David P. Primack, Esq. | gbressler@mdmc-law.com; dprimack@mdmc-law.com |
| Counsel to Flagstar Bank, FSB | Morgan, Lewis & Bockius LLP | Jennifer Feldsher, Kevin J. Biron & T. Charlie Liu | jennifer.feldsher@morganlewis.com; kevin.biron@morganlewis.com; charlie.liu@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Glenn E. Siegel, Esq. | glenn.siegel@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Jody C. Barillare, Esq. & Kelsey A. Bomar | jody.barillare@morganlewis.com; kelsey.bomar@morganlewis.com |
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey & Tori L. Remington | rdehney@morrisnichols.com; mharvey@morrisnichols.com; tremington@morrisnichols.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Daniel Shamah, Esq. | dshamah@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Jennifer Taylor, Esq. | jtaylor@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq. & Jacob Beiswenger, Esq. | swarren@omm.com; jbeiswenger@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | Benjamin.A.Hackman@usdoj.gov |
| Proposed Local Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Timothy P. Cairns, Mary F. Caloway | ljones@pszjlaw.com; tcairns@pszjlaw.com; mcaloway@pszjlaw.com |
| Counsel for Texas Capital Bank | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Kenneth S. Ziman, Esq. & Michael M. Turkel, Esq. | kziman@paulweiss.com; mturkel@paulweiss.com |
| Attorneys for Claimants(s) | Plano ISD | Perdue, Brandon, Fielder, Collins & Mott LLP | lreece@pbfcm.com |
| Counsel for Barclays Bank PLC in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Aaron H. Stulman & Andrew L. Brown | Jryan@potteranderson.com; astulman@potteranderson.com; abrown@potteranderson.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Raisner Roupinian LLP | Jack A. Raisner & René S. Roupinian | jar@raisnerroupinian.com; rsr@raisnerroupinian.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Mark W. Eckard | MEckard@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Omar J. Alaniz | OAlaniz@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Paul D. Moak | PMoak@reedsmith.com |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | bankruptcynoticeschr@sec.gov |
| Committee of Unsecured Creditors | Sourcepoint, Inc. | Attn: Kristi Christian | Kristi.Christian@sourcepointmortgage.com |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | Brian.Snyder@sssnyc.com |
| Counsel for Creditor, Tysons Corner Owner, LLC | Tenenbaum & Saas, P.C. | Bradshaw Rost, Esq. | BRost@tspclaw.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | The Gardner Firm | Mary E. Olsen & M. Vance McCrary | molsen@thegardnerfirm.com; vmccrary@thegardnerfirm.com |
| Counsel for Planet Home Lending, LLC | The Powell Firm, LLC | Jason C. Powell, Esq. | jpowell@delawarefirm.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq. & Mark T. Power, Esq. | mindelicato@thompsoncoburn.com; mpower@thompsoncoburn.com |
| Counsel for Planet Home Lending, LLC | Togut, Segal & Segal LLP | Kyle J. Ortiz, Esq. & Bryan M. Kotliar, Esq. | kortiz@teamtogut.com; bkotliar@teamtogut.com |
| Attorneys for the United States | U.S. Department of Justice | Leah V. Lerman | Leah.V.Lerman@usdoj.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for Texas Capital Bank | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Esq. & M. Blake Cleary, Esq. | pmorgan@ycst.com; mbcleary@ycst.com; bankfilings@ycst.com |

# EXHIBIT B

**Exhibit B**
**Objecting & Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to South Street Securities | Cozen O'Connor | Thomas J. Francella, Jr. & Thomas M. Horan | tfrancella@cozen.com; thoran@cozen.com |
| Counsel to Flagstar Bank, FSB | Morgan, Lewis & Bockius LLP | Jennifer Feldsher, Kevin J. Biron & T. Charlie Liu | jennifer.feldsher@morganlewis.com; kevin.biron@morganlewis.com; charlie.liu@morganlewis.com |
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey & Tori L. Remington | rdehney@morrisnichols.com; mharvey@morrisnichols.com; tremington@morrisnichols.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq., Mark T. Power, Esq. & Joseph Orbach, Esq | mindelicato@thompsoncoburn.com; mpower@thompsoncoburn.com; jorbach@thompsoncoburn.com |
| Attorneys for the United States | U.S. Department of Justice | Leah V. Lerman, Ruth A. Harvey & Rodney A. Morris | Leah.V.Lerman@usdoj.gov |

# EXHIBIT C

**Exhibit C**
**Core/2002 Service List**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | 212-612-8433 |
| DE AG Office | Delaware Attorney General | Attorney General | 302-577-6499 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 302-577-5866 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 302-739-5831 |
| DE State Treasury | Delaware State Treasury | | 302-739-5635 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 855-852-4141 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | 469-221-5003 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | 302-573-6497 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 215-597-3194 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317; 202-772-9318 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 302-573-6220 |

# EXHIBIT D

**Exhibit D**
**Objecting & Responding Parties Service List**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey & Tori L. Remington | 302-658-3989 |
| Counsel to Flagstar Bank, FSB | Morgan, Lewis & Bockius LLP | Jennifer Feldsher, Kevin J. Biron & T. Charlie Liu | 212-309-6001 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq., Mark T. Power, Esq. & Joseph Orbach, Esq | 212-478-7400 |
| Attorneys for the United States | U.S. Department of Justice | Leah V. Lerman, Ruth A. Harvey & Rodney A. Morris | 202-514-9163 |

# EXHIBIT E

**Exhibit E**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | 1155 6th Avenue | 14th Floor | | New York | NY | 10036 |

In re First Guaranty Mortgage Corporation, et al.,
Case No. 22-10584

# EXHIBIT F

**Exhibit F**
**Objecting & Responding Parties Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to South Street Securities | Cozen O'Connor | Thomas J. Francella, Jr. & Thomas M. Horan | 1201 North Market Street, Suite 1001 | | Wilmington | DE | 19801 |
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey & Tori L. Remington | 1201 North Market Street 16th Floor | P.O. Box 1347 | Wilmington | DE | 19899 |

# EXHIBIT G

**Exhibit G**
**Lease Rejection Parties**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 1017 Group LLC | Attn Michael Lach | mikelach3@gmail.com; shawnspayrollservice@outlook.com |
| 1017 Group LLC | Attn Michael Lach or Telisha Pena | mikelach3@gmail.com; shawnspayrollservice@outlook.com |
| Brentwood Valley 2 LLC | Scot Beattie | sbeattie@brentwood.us.com |
| CFT NV Developments, LLC | Attn Property Management Dept | cftpropertymanagement@pandarg.com |
| CFT NV Developments, LLC | Ballard Spahr LLP | markertd@ballardspahr.com |
| CFT NV Developments, LLC | Laura L Lastinger, Administrative Assistant, Hines | laura.lastinger@hines.com |
| CFT NV Developments, LLC & Everette Financial, Inc dba Supreme Lending | SWBC Mortgage Corporation | eevans@swbc.com |
| CityPlat, LLC dba RTP Asset Management | Adams Commercial Real Estate Services, LLC | dadams@acrescarolina.com |
| CityPlat, LLC dba RTP Asset Management | Attn Trent Carpenter, Property Manager | trent@rtpasset.com |
| CRE-FP Tysons Corner JV, LLC | c/o Foulger-Pratt, LLC, | apunsalan@Foulgerpratt.com; info@foulgerpratt.com |
| Global Tech,Inc dba eGlobalTech | Attn Corporate Real Estate | cindy.iwasaki@tetratech.com; info@eglobaltech.com |
| Global Tech,Inc dba eGlobalTech | Attn General Counsel | cindy.iwasaki@tetratech.com; info@eglobaltech.com |
| Hollywood Associates, LLC | Attn Andrew S Vita III, General Manager | andrew3@vitarealty.com |
| JJs of Florida, LLC | Attn Ramsey Roe | ramseyroe@gmail.com |
| LD Bowerman Investments, LLC, dba Minuteman Office Plaza | Attn Mike Skalla | mskalla@dawcg.com |
| Mayberry Partners, LLC | c/o ACRES | mayberrypartners@gmail.com |
| MRK Paseo, LLC | c/o SKR Real Estate Services, LLC | rsuo@skrres.com |
| Regus Management Groups | Attn Shaela Tullis | kansascity.briarcliff@regus.com |
| Soulence, LLC dba Soulence Tax and Accounting | Attn CEO & Chris Anderson, Manager | chris@soulence.com |
| Throckmorton FW3, LLC | Everette Financial, Inc, dba Supreme Lending | cityplace@spirerealty.com |

# EXHIBIT H

**Exhibit H**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | 32 Old Slip | | | New York | NY | 10005 |
| DE AG Office | Delaware Attorney General | Attorney General | Carvel State Office | 820 N French St | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | 1155 6th Avenue | 14th Floor | | New York | NY | 10036 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

# EXHIBIT I

**Exhibit I**
**Lease Rejection Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1017 Group LLC | Attn Michael Lach | PO Box 580,1 | | | Pahrump | NV | 89041 |
| 1017 Group LLC | Attn Michael Lach or Telisha Pena | 1361 S HWY 160 | | | Pahrump | NV | 89048 |
| Brentwood Valley 2 LLC | Scot Beattie | 14350 Civic Dr | Suite 200 | | Victorville | CA | 92392 |
| CFT NV Developments, LLC | Attn Property Management Dept | 1160 North Town Center Drive | Suite 110 | | Las Vegas | NV | 89144 |
| CFT NV Developments, LLC | Ballard Spahr LLP | Attn Diane Market | One Summerlin | 1980 Festival Plaza Drive, Suite 900 | Las Vegas | NV | 89135-2958 |
| CFT NV Developments, LLC | Everette Financial, Inc dba Supreme Lending | Attn Legal Department | 14801 Quorum Drive, Suite 300 | | Dallas | TX | 75254 |
| CFT NV Developments, LLC | Laura L Lastinger, Administrative Assistant, Hines | 1160 N Town Center | Suite 110 | | Las Vegas | NV | 89144 |
| CFT NV Developments, LLC & Everette Financial, Inc dba Supreme Lending | SWBC Mortgage Corporation | Attn Elisa Evans, AVP, Corporate Real Estate & GC | 9311 San Pedro, Suite 600 | | San Antonio | TX | 78216 |
| CityPlat, LLC dba RTP Asset Management | Adams Commercial Real Estate Services, LLC | Donna Adams Property Management Services Broker/Partner | 1333 Second St NE, Suite 314 | | Hickory | NC | 28601 |
| CityPlat, LLC dba RTP Asset Management | Attn Trent Carpenter, Property Manager | 107 Fayetteville Street | Suite 300 | | Raleigh | NC | 27601 |
| CRE-FP Tysons Corner JV, LLC | c/o Foulger-Pratt, LLC, | Attn Robert Kelly & Alison Punsalan, SVP Property Management | 12345 Park Potomac Avenue, Suite 200 | | Potomac | MD | 20854 |
| CRE-FP Tysons Corner JV, LLC | Cerberus Capital Management, LLC | Attn Joseph P Sciacca, Managing Director & GC | 875 Third Avenue | | New York | NY | 10022 |
| CRE-FP Tysons Corner JV, LLC | Cerberus Capital Management, LLC | Attn Rose Xu | 875 Third Avenue | | New York | NY | 10022 |
| Global Tech,Inc dba eGlobalTech | Attn Corporate Real Estate | 3475 East Foothill Blvd | | | Pasadena | CA | 91107 |
| Global Tech,Inc dba eGlobalTech | Attn General Counsel | 3475 East Foothill Blvd | | | Pasadena | CA | 91107 |
| Hollywood Associates, LLC | Attn Andrew S Vita III, General Manager | 277 Fairfield Road | Suite 205 | | Fairfield | NJ | 07004-1994 |
| JJs of Florida, LLC | Attn Ramsey Roe | 189 S Converse Street | | | Spartanburg | SC | 29306 |
| LD Bowerman Investments, LLC, dba Minuteman Office Plaza | Attn Mike Skalla | 13961 S Minuteman Driver | Suite 350 | | Draper | UT | 84020 |

**Exhibit I**
**Lease Rejection Parties**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Mayberry Partners, LLC | c/o ACRES | 1333 2nd Street NE, Suite 314 | | | Hickory | NC | 28601 |
| MRK Paseo, LLC | Assignor Everette Financial, Inc dba Supreme Lending | Attn Legal Department | 14801 Quorum Drive, Suite 300 | | Dallas | TX | 75254 |
| MRK Paseo, LLC | c/o SKR Real Estate Services, LLC | Attn Robin Suo, Director of Property Operations | 6029 S Fort Apache Rd, Suite 100 | | Las Vegas | NV | 89148 |
| Regus Management Groups | Attn Shaela Tullis | 1201 NW Briarcliff Parkway | Suite 200 | | Kansas City | MO | 64116 |
| Soulence, LLC dba Soulence Tax and Accounting | Attn CEO & Chris Anderson, Manager | 13961 S Minuteman Dr | Suite 101 | | Draper | UT | 84020 |
| Throckmorton FW3, LLC | Attn Property Manager | 300 Throckmorton Street | Suite B100 | | Fort Worth | TX | 76102 |
| Throckmorton FW3, LLC | Everette Financial, Inc, dba Supreme Lending | Attn Legal Department | 14801 Quorum Drive, Suite 300 | | Dallas | TX | 75254 |