**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE<br>CORPORATION, *et al.,*[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. 93** |

**SUPPLEMENTAL DECLARATION OF SAMUEL R. MAIZEL IN SUPPORT OF
DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AND RETAIN
DENTONS US LLP AS COUNSEL FOR THE DEBTORS
EFFECTIVE AS OF THE PETITION DATE**

I, SAMUEL R. MAIZEL, ESQUIRE, declare under penalty of perjury as follows:

1.       I am a partner in the law firm of Dentons US LLP ("Dentons" or the

"Firm"), located at 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017, and have

been duly admitted to practice law in the State of California, the United States District Court for

the Central District of California, in the United States Bankruptcy Court for the Central District

of California. This supplemental declaration (the "Supplemental Declaration") is submitted in

support of the *Debtors' Application of Debtors for Authorization to Employ and Retain Dentons*

*as Counsel for the Debtors and Debtors-in-Possession Effective as of the Petition Date* [Docket

No. 93] (the "Application").[2]

2.       This Supplemental Declaration is filed at the request of the Office of the

United States Trustee ("UST") and supplements the *Declaration of Samuel R. Maizel in Support*

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2]  Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

*of Application of for Authorization to Employ and Retain Dentons as Counsel for the Debtors and Debtors-in-Possession Effective as of the Petition Date* (the "Original Declaration") filed with the Application.

3.      The Firm was engaged prior to the Petition Date to represent the Debtors. At the time of its engagement, the Firm began a full and thorough conflict review of potential parties in interest in these chapter 11 cases (the "Potential Parties in Interest").  A copy of the list of Potential Parties in Interest is attached hereto as **Exhibit 1**.  The Firm maintains an electronic client database of current and former clients to permit the electronic searching of all potential parties in interest in new cases for connections to its clients.  The Firm is searching this client database to determine whether it had any connections with the entities listed on Exhibit 1.  The results of this search to date are disclosed on **Exhibit 2** hereto.  These connections arise in matters wholly unrelated to the Debtors and/or the Chapter 11 cases.

4.      The Firm's disclosures in the Original Declaration, if any, remain true and correct.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 1, 2022                      */s/ Samuel R. Maizel*
                                                             Samuel R. Maizel

122005059\V-1
DOCS_DE:240086.1 28311/001

# <u>Exhibit 1</u>

## List of Potential Parties in Interest[3]

## Category

1. Bankruptcy Judges for the District of Delaware
2. Clerk of Court and Deputy for the District of Delaware
3. Competitors
4. Current Board of Directors
5. Current Officers
6. Debtor Professionals
7. Debtors
8. Depository/Disbursement Banks
9. District Court Judges for the District of Delaware
10. Former Directors (past 2 years)
11. Former Names of Debtors
12. Former Officers (past 2 years)
13. Insurance Providers/Insurance Brokers
14. Known Common Stockholders
15. Landlords/Utilities
16. Largest Unsecured Creditors
17. Lessors/Leases
18. Magistrate Judges for the District of Delaware
19. Major Benefits Administrators or Additional Third-Party Administrators
20. Material Suppliers and Vendors
21. Ordinary Course Professionals
22. Other Professionals
23. Other Secured Lenders
24. Parties to Litigation
25. Potential Debtor
26. Potential DIP Lenders
27. Regulators
28. Taxing Authorities
29. U.S. Attorney's Office for the District of Delaware
30. United States Trustee for the District of Delaware (and Key Staff Members)

---

[3] This list (and the categories contained herein) are for purposes of a conflicts check and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that otherwise would fall under multiple categories is likely to be listed under only one category.

**Bankruptcy Judges for the District of Delaware**

1. Chief Judge Laurie Selber Silverstein
2. Judge Christopher S. Sontchi
3. Judge John T. Dorsey
4. Judge Craig T. Goldblatt
5. Judge Karen B. Owens
6. Judge Brendan L. Shannon
7. Judge J. Kate Stickles
8. Judge Mary F. Walrath
9. Judge Ashley M. Chan

**Clerk of Court and Deputy for the District of Delaware**

1. John A. Cerino

**Competitors**

1. Caliber Home Loans, Inc.
2. Home Point Financial Corporation
3. Arch Capital Group Ltd.
4. United Wholesale Mortgage, LLC
5. Angel Oak Home Loans LLC
6. Cherry Creek Mortgage, LLC
7. Fairway Independent Mortgage Corporation

**Current Board of Directors**

1. Aaron Samples
2. Katherine Verner
3. Harin de Silva
4. Rick Lebrun
5. Dennis Schmal

**Current Officers**

1. Aaron Samples
2. Suzy Lindblom
3. Vishnu Karra
4. Darien Oien

**Debtor Professionals**

1. FTI Consulting, Inc.
2. Dentons
3. Buckley LLP
4. Pachulski Stang Ziehl Jones LLP
5. KCC, LLC

**Debtors**

1. First Guaranty Mortgage Corporation
2. Maverick II Holdings, LLC

**Depository/Disbursement Banks**

1. Customers Bank
2. Flagstar Bank
3. Texas Capital Bank
4. Wells Fargo
5. Deutsche Bank

**District Court Judges for the District of Delaware**

1. Judge Leonard P. Stark
2. Judge Richard G. Andrews
3. Chief Judge Colm F. Connolly
4. Judge Maryellen Noreika

**Insurance Providers/Insurance Brokers/ Surety Providers/Beneficiaries/Brokers**

1. Afco
2. Lockton Companies, LLC
3. Great Northern Insurance Company
4. Federal Insurance Company
5. Chubb Indemnity Ins Company
6. Accredited Specialty Insurance
7. Steadfast Insurance Company
8. Lloyds Of London
9. National Union Fire Ins Co
10. North River Insurance Company
11. Endurance American Ins Company
12. Axis Insurance Company
13. Xl Specialty Insurance Company
14. Pacific Indemnity Company
15. Liberty Mutual Insurance Company
16. State Of Vermont, Commissioner Of Financial Regulation
17. State Of Virginia, Bureau Of Financial Institutions
18. State Of Iowa, Department Of Commerce
19. State Of Georgia, Department Of Banking And Finance
20. Arizona Department Of Financial Institutions
21. State Of Hawaii, Commissioner Of Financial Institutions
22. Banking Commissioner Of The State Of Connecticut
23. Office Of Financial Institutions, Commonwealth Of Kentucky,
24. Nebraska Department Of Banking And Finance
25. Minnesota Department Of Commerce, Financial Institutions Division

26. State Of Colorado, Uccc Administrator
27. State Of West Virginia, Division Of Financial Institutions
28. Bank Commissioner Of The State Of New Hampshire
29. State Of Missouri Commissioner Of Finance
30. Pennsylvania Dept Of Banking And Securities
31. Vermont Department Of Financial Regulation Banking Division
32. State Of California, Department Of Business Oversight
33. Oregon Department Of Consumer & Business Services, Insurance Division
34. Oklahoma Department Of Consumer Credit
35. State Of North Dakota, Department Of Financial Institutions
36. State Of Indiana, Department Of Financial Institutions
37. State Of New Jersey, Department Of Banking & Insurance
38. Maryland Commissioner Of Financial Regulation
39. State Of Kansas, Office Of The State Bank Commissioner
40. State Of South Carolina, Consumer Finance Division
41. State Of Tennessee, Department Of Financial Institutions
42. Ginnie Mae
43. State Of Michigan, Department Of Insurance And Financial Services
44. State Of Nevada, Division Of Mortgage Lending
45. State Of Washington, Dept. Of Financial Institutions, Consumer Loans
46. District Of Columbia. Departmemt Of Insurance, Securities & Banking
47. State Of Alabama, Department Of Banking
48. State Of Rhode Island, Department Of Business Regulation
49. Arkansas Securities Department
50. Wyoming Division Of Banking
51. State Of Wisconsin, Department Of Financial Institutions
52. State Of South Dakota, Division Of Banking
53. State Of Nevada Division Of Insurance
54. State Of Delaware, Office Of The State Bank Commissioner
55. State Of Oregon, Division Of Financial Regulation
56. State Of North Carolina, Office Of The Commissioner Of Banks
57. State Of Ohio, Superintendent Of Financial Institutions
58. State Of Montana, Division Of Banking And Financial Institutions
59. Superintendent Of Financial Services Of The State Of New York
60. Illinois Department Of Financial And Professional Regulation
61. State Of Montana Department Of Administration
62. Alaska Division Of Banking & Securities
63. Commonwealth Of Massachusetts, Division Of Banking
64. State Of New Mexico, Regulation And Licensing Department
65. State Of Maine Bureau Of Consumer Credit Protection
66. Oregon Dept Of Consumer & Business Services
67. State Of Louisiana, Office Of Financial Institutions
68. State Of Mississippi, Department Of Banking And Consumer Finance

**Known Common Stockholders**

1. PIMCO

**Landlords/ Utilities**

1. Lumen
2. Spectrum
3. Duke Energy
4. NV Energy
5. Cox
6. Lumen CenturyLink
7. Valley Electric Association, Inc.
8. Comcast
9. Spectrotel
10. El Paso Electric
11. Spectrum
12. AT&T
13. City of Stephenville
14. TXU
15. Totelcom

**Largest Unsecured Creditors**

1. Sourcepoint, Inc.
2. ICE Mortgage Technology, Inc.
3. Lakeview Loan Servicing
4. HCL Lending Solutions LLC
5. Maxwell Financial Labs, Inc.
6. Rushmore Loan Management Services LLC
7. Indecomm Holdings, Inc.
8. Optimal Blue, LLC
9. Carrington Mortgage Services, LLC
10. Deutsche Bank Trust Co. Americas
11. Quanatative Risk Management Incorporated
12. Planet Home Lending, LLC
13. Wells Fargo Securities
14. Talx Corporation (The Work Number)
15. Adrian Ledsema and Maritza Lopez
16. Total Expert, Inc.
17. Seneca Mortgage Servicing LLC
18. Xactus, LLC
19. Healthwell Foundation
20. Experience.com
21. Venminder, Inc.
22. Optiv Security Inc.

23. Eglobaltech
24. stackArmor, Inc.
25. Blend Labs, Inc.
26. MORTGAGE ADVISORY PARTNERS LLC
27. M3Com of Virginia, Inc.
28. MDF Associates
29. Proforma Turnkey Marketing
30. Synergy Technical, LLC
31. WIPRO Gallagher Solutions LLC
32. Sales Boomerang, LLC
33. Texas Capital Bank Visa Card
34. Hireright, LLC
35. Salesforce.com, Inc.
36. Curinos, LLC
37. AMC Diligence, LLC
38. Bradley Arant Boult Cummings LLO
39. Opteon AMC, Inc.

## Magistrate Judges for the District of Delaware

1. Chief Magistrate Judge Mary Pat Thynge
2. Magistrate Judge Christopher J. Burke
3. Magistrate Judge Sherry R. Fallon
4. Magistrate Judge Jennifer L. Hall

## Major Benefits Administrators or Additional Third-Party Administrators

1. Ultimate Kronos Group,
2. Cigna Healthcare
3. TaxSaver
4. Principal Financial Services, Inc.
5. New York Life Insurance Company
6. Unum Group
7. Benefitfirst
8. Richey May

## Material Suppliers and Vendors

1. Access Information Holdings, LLC
2. Bloomberg Finance, LP
3. ClearEdge Title Company
4. ClosingCorp. Inc.
5. Concur Technologies, Inc.
6. Corelogic Credit Co.
7. Corelogic Information Solutions, Inc.
8. CT Corporation

9.  Deutsch Bank Trust Co. Americas
10. Equifax Information Services LLC
11. FirstLine Title, LLC
12. HLP Integration
13. ICE Mortgage Technology, Inc.
14. Iron Mountain
15. Merscorp Holdings, Inc.
16. Optimal Blue
17. PACER Service Center
18. Quantitative Risk Management, Inc.
19. Richey May & Co., LLP
20. Rushmore Loan Management Services, LLC
21. Solidifi USA, Inc.
22. SourcePoint, Inc.
23. TALX Corporation (The Work Number)
24. Wipfli LLC
25. WiPro Gallagher Solutions, LLC
26. Xactus, LLC (Formerly Universal Credit Services/Consolidated Information Services Solutions, LLC)
27. Arivs LLC
28. Class Valuation, LLC aka Janus AMC, LLC/Landmark Class AMC Intermediate, Inc.
29. Consolidated Analytics, Inc.
30. Fastapp Inc.
31. Incenter Appraisal Management LLC
32. Nationwide Property & Appraisal Services
33. Opteon AMC, Inc.
34. PropertyRate
35. R3 Appraisal Management LLC
36. Residential Valuation Services
37. Settlement One Valuation
38. Situs AMC Valuation Advisory & Risk Solutions LLC
39. The Appraisal Hub
40. Trident Services, LLC
41. Triserv Appraisal Management Solutions, LLC
42. Absolute Software, Inc.
43. Apogee Technology Service, Inc.
44. American Registry for Internet Numbers ("ARIN")
45. Canon Financial Services, Inc
46. Citrix Systems Inc.
47. GLW Speciality, LLC
48. Redlegg
49. Godaddy.com
50. GOTO Technologies USA, Inc

51. Insight Direct USA, Inc.
52. Lender Toolkit, LLC
53. Metropolitan Telecommunications
54. Microsoft
55. Milos Automation, Inc.
56. Network Solutions
57. Onelogin, Inc.
58. PagerDuty
59. Richey May & Co.
60. stackArmor, Inc
61. Synergy Technical, LLC
62. Trackvia, Inc.

**Potential DIP Lenders**

1. Nomura Holdings, Inc.
2. Barclays
3. Carrington Mortgage Services, LLC

**U.S. Attorney's Office for the District of Delaware**

1. David C. Weiss

**United States Trustee for the District of Delaware (and Key Staff Members)**

1. Andrew R. Vara
2. Joseph McMahon

**Correspondents**

1. Inlanta Mortgage, Inc
2. GSF Mortgage Corporation
3. MLD Mortgage, Inc.
4. Summit Mortgage Corporation
5. Semper Home Loans, Inc.
6. Allied Mortgage Group, Inc.
7. Global Mortgage Link, LLC (ND)
8. Mason McDuffie Mortgage Corporation
9. Premier Mortgage Resources, LLC
10. Castle & Cooke Mortgage, LLC
11. Wall Street Mortgage Bankers, Ltd.
12. United Mortgage Corp.
13. East Coast Capital Corp.
14. Nationwide Equities Corporation
15. St. Fin Corp.
16. Pacific Residential Mortgage LLC
17. Residential Mortgage Network, Inc.

18.  Northpoint Mortgage Inc.
19.  Vanderbilt Mortgage and Finance, Inc.
20.  Equity Now Inc.
21.  GuardHill Financial Corp.
22.  Quik Fund, Inc.
23.  Land Home Financial Services, Inc.
24.  American Pacific Mortgage Corporation
25.  New Fed Mortgage Corp.
26.  LendUS, LLC
27.  United American Mortgage Corporation
28.  Loanleaders of America, Inc.
29.  Premier Mortgage Corporation
30.  Ross Mortgage Company, Inc.
31.  OCMBC, Inc.
32.  Everett Financial, Inc.
33.  Embrace Home Loans, Inc.
34.  FM Home Loans, LLC
35.  Shamrock Home Loans, Inc.
36.  Prysma Lending Group, LLC
37.  Cornerstone Home Lending, Inc.
38.  GVC Mortgage, Inc.
39.  Option Financial, LLC
40.  Golden Empire Mortgage, Inc.
41.  GEM Mortgage
42.  HarborOne Mortgage LLC
43.  First World Mortgage Corporation
44.  Mortgage Corp. of the East - III
45.  Sun Mortgage Company, Inc.
46.  Luxury Mortgage Corp.
47.  Jersey Mortgage Company of New Jersey, Inc.
48.  Total Mortgage Services, LLC
49.  VP Partners, Inc.
50.  New England Regional Mortgage Corporation
51.  Drew Mortgage Associates, Inc.
52.  Province Mortgage Associates, Inc
53.  NFM, Inc.
54.  iServe Residential Lending, LLC
55.  EMM Loans, LLC
56.  E Mortgage Management, LLC
57.  1st American Home Loans, LLC
58.  Wallick & Volk, Inc.
59.  Open Mortgage, LLC
60.  Cherry Creek Mortgage Co., Inc.

61.    Loan Simple, Inc.
62.    Van Dyk Mortgage Corporation
63.    Nova Financial & Investment Corporation
64.    First Colony Mortgage Corporation
65.    Academy Mortgage Corp.
66.    Security National Mortgage Company
67.    City First Mortgage Services, LLC
68.    Superior Lending Associates, L.C. (ND)
69.    Directors Mortgage Inc.
70.    FFC Mortgage Corp.
71.    Premium Mortgage Corp.
72.    K. Hovnanian American Mortgage, LLC
73.    Guild Mortgage Company
74.    Intelliloan, Inc.
75.    Metropolitan Home Mortgage, Inc.
76.    Lenox Financial Mortgage Corporation
77.    Powerhouse Solutions, Inc.
78.    Jet Direct Funding Corp.
79.    Mortgage Suppliers Inc
80.    US Mortgage Corporation
81.    Top Flite Financial, Inc.
82.    Lend Smart Mortgage, LLC
83.    Salem Five Mortgage Company, LLC
84.    First Alliance Home Mortgage, LLC
85.    Approved Funding Corp.
86.    On Q Financial, Inc.
87.    Lynx Mortgage Bank, LLC
88.    Moria Development, Inc.
89.    Envoy Mortgage Ltd
90.    Mortgage World Bankers, Inc.
91.    Gateway First Bank
92.    Vision One Mortgage, Inc.
93.    Blair Services Of America Inc.
94.    American Mortgage Service Company
95.    Stockton Mortgage Corporation
96.    American Advisors Group
97.    Western Ohio Mortgage Corporation
98.    East Coast Mortgage and Financial Services, Inc.
99.    American Nationwide Mortgage Company, Inc.
100.    Platinum Home Mortgage Corporation
101.    PrimeLending, A PlainsCapital Company
102.    Acre Mortgage & Financial, Inc.
103.    All Western Mortgage, Inc.

104. Atlantic Home Loans, Inc.
105. Greentree Mortgage Company, Limited Partnership
106. Planet Home Lending, LLC
107. SunQuest Funding, LLC
108. Omega Financial Services, Inc.
109. Equity Prime Mortgage, LLC
110. Bridgeview Mortgage Corp.
111. Compass Mortgage, Inc.
112. Funding Resources Mortgage Corporation
113. Associated Mortgage Bankers, Inc.
114. 1st Signature Lending, LLC
115. Axia Financial, LLC
116. 1st Priority Mortgage, Inc.
117. Delmar Financial Company
118. Classic Mortgage, L.L.C.
119. Southwest Funding, LP
120. SouthPoint Financial Services, Inc.
121. Advisors Mortgage Group, LLC
122. Paragon Home Loans, Inc.
123. United Fidelity Funding Corp
124. Contour Mortgage Corporation
125. Mortgage Investors Group
126. Lakeview Mortgage Bankers Corp
127. G. & M. Wolkenberg, Inc.
128. RealFi Home Funding Corp.
129. Residential Home Funding Corp.
130. NJ Lenders Corp.
131. Summit Mortgage Bankers, Inc.
132. 1st Reliant Home Loans, Inc.
133. Hunt Mortgage Corporation
134. 1st Rate Home Mortgage, Inc.
135. Crossfire Financial Network, Inc.
136. Polaris Home Funding Corp.
137. Servis One, Inc.
138. Westwood Mortgage, Inc
139. Mortgage Bank of California
140. Brighten Lending
141. Corporate Investors Mortgage Group, Inc.
142. Bay Capital Mortgage Corporation
143. The Equitable Mortgage Corporation
144. Mortgage Master Service Corp
145. Alcova Mortgage LLC
146. Tidewater Home Funding, LLC

147.   Beverly-Hanks Mortgage Services, Inc.
148.   Geneva Financial, LLC
149.   TriStar Finance, Inc.
150.   CalCon Mutual Mortgage, LLC
151.   Hamilton Mortgage Corporation
152.   Guaranty Mortgage Service, Inc.
153.   Victorian Finance, LLC
154.   Lincoln Capital Advisors, LLC
155.   Millenium Home Mortgage, LLC
156.   Group One Mortgage, Inc.
157.   Hallmark Home Mortgage, LLC
158.   Commonfund Mortgage Corp
159.   Consumer First Mortgage, Inc.
160.   Warshaw Capital, LLC
161.   Meridian Home Mortgage Corporation
162.   Interstate Home Loan Center, Inc.
163.   Intercoastal Mortgage LLC
164.   Intercoastal Mortgage Company
165.   Advantage Lending, LLC
166.   Hartford Funding, Ltd.
167.   Lyons Mortgage Services, Inc.
168.   Intercontinental Capital Group, Inc.
169.   Castle Mortgage Corporation
170.   Republic State Mortgage Co.
171.   American Mortgage, Inc.
172.   Hometown Lenders, Inc.
173.   Cliffco, Inc.
174.   Valley West Corporation
175.   Trident Home Loans, LLC
176.   Midland Mortgage Corporation
177.   AmeriSouth Mortgage Company
178.   Clift Enterprises Inc.
179.   SI Mortgage Company
180.   Patriot One Mortgage Bankers, LLC
181.   Wolfe Financial, Inc.
182.   LO, Inc.
183.   Reliance Mortgage, Inc.
184.   GoPrime Mortgage, Inc.
185.   Prime Mortgage Lending Inc.
186.   Mortgage Lenders Investment Trading Corporation
187.   Eustis & American Mortgage Corporation
188.   Eustis Mortgage Corporation
189.   Homestar Financial Corporation

190.    First Home Mortgage Corporation
191.    Oaktree Funding Corp.
192.    Norwich Commercial Group, Inc
193.    Residential Home Mortgage Corporation
194.    American Home Lending USA, LLC
195.    FirstTrust Home Loans, Inc.
196.    First Arkansas Financial, Inc
197.    NP, INC.
198.    US Mortgage of Florida.
199.    Capital City Home Loans, LLC
200.    Bay Equity, LLC
201.    Community Mortgage Corporation
202.    Millennium Financial Group, Inc.
203.    360 Mortgage Inc.
204.    First Heritage Mortgage, LLC
205.    OVM Financial, Inc.
206.    Continental Mortgage Bankers, Inc.
207.    Commonwealth Mortgage of Texas, LP
208.    Home Funding Corporation
209.    CIS Financial Services, Inc.
210.    CIS Home Loans
211.    Weststar Mortgage Corporation
212.    Alpha Mortgage Corporation
213.    American Heritage Lending, Inc.
214.    First Nations Home Finance Corporation
215.    McLean Mortgage Corporation
216.    Federated Mortgage Corp.
217.    Howard Hanna Financial Services, Inc.
218.    First Choice Mortgage Services, Inc.
219.    BM Real Estate Services, Inc.
220.    Ark Mortgage, Inc.
221.    Southeast Mortgage of Georgia, Inc.
222.    Consumer Real Estate Finance Co.
223.    Ross Mortgage Corporation
224.    Trident Mortgage Company, LP
225.    Invicta Mortgage Group, Inc.
226.    Christensen Financial, Inc.
227.    Pierpoint Mortgage, LLC
228.    The Mortgage Link, Inc.
229.    JLB Corporation
230.    1st 2nd Mortgage Company of NJ, Inc.
231.    Willow Bend Mortgage Company, LLC
232.    Prime Choice Funding, Inc.

233. Universal Mortgage & Finance, Inc.
234. Fidelity First Home Mortgage Company
235. VanKeef Financial, LLC
236. Pacor Mortgage Corp.
237. American Mortgage Services, Inc.
238. Winterwood Mortgage Group, LLC
239. Midwest Mortgage Investments, Ltd
240. First Option Mortgage, LLC
241. think one mortgage inc
242. American Homestar Mortgage, LLC
243. Rapid Mortgage Company
244. Amcap Mortgage, Ltd.
245. Mortgage 1 Incorporated
246. Success Mortgage Partners, Inc.
247. Northern Mortgage Services, LLC
248. Sente Mortgage, Inc.
249. First Centennial Mortgage Corporation
250. Hometown Equity Mortgage, LLC
251. Panorama Mortgage Group, LLC
252. Tennessee Trust Mortgage, Inc.
253. HomeTrust Mortgage Corporation
254. Highlands Residential Mortgage Ltd.
255. The Anderson Financial Group, Inc.
256. 1st Lending Solutions, Inc.
257. The Perpetual Financial Group, Inc.
258. Chicago Financial Services, Inc.
259. Aspire Financial, Inc.
260. Gershman Investment Corp.
261. Kwik Mortgage Corporation
262. Robert C. Devine
263. Approval Plus Mortgage Services
264. Geo-Corp, Inc.
265. Staunton Financial, Inc.
266. John Adams Mortgage
267. Watson Mortgage Corp.
268. American Midwest Mortgage Corporation
269. American Financial Lending, Inc.
270. River City Mortgage LLC
271. Apex Mortgage LLC
272. American Financial Funding Corp.
273. Kenny Financial Services, Inc.
274. BJV Financial Services Inc.
275. Keystone Funding Inc

276.    Sunstreet Mortgage, LLC
277.    Amerifirst Financial, Inc.
278.    V.I.P. Mortgage, Inc.
279.    Castle & Cooke Mortgage, LLC
280.    BayBurg Financial Inc.
281.    Legendary Home Loans, Inc
282.    LHM Financial Corporation
283.    Siwell, Inc.
284.    Radiant Financial Group, LLC
285.    Residential Acceptance Corporation
286.    Hudson United Mortgage, LLC
287.    ResMac, Inc.
288.    Emerald Mortgage Corp.
289.    Starboard Financial Management, LLC
290.    Mortgage300 Corporation
291.    Cason Home Loans
292.    New West Lending, Inc.
293.    K & B Capital Corp.
294.    SFMC, LP
295.    AmWest Funding Corp.
296.    United Mutual Funding Corp
297.    The Money House, Inc.
298.    M I E Financial, Inc.
299.    R M K Financial Corp.
300.    MDE Home Loans, LLC
301.    Thayer Financial Corporation
302.    American Portfolio Mortgage Corporation
303.    Parkside Lending, LLC
304.    Absolute Home Mortgage Corporation
305.    Mortgage Assurance, Inc.
306.    Global Lending Solutions Inc.
307.    North American Financial Corp
308.    Potomac Mortgage Group, Inc.
309.    MVB Mortgage
310.    Nations Reliable Lending, LLC
311.    Associated Mortgage Corporation
312.    1st Financial Inc.
313.    Metroplex Mortgage Services, Inc
314.    Laxmi Narayan Enterprises, Inc.
315.    Homewithloan.com
316.    Diamond Residential Mortgage Corporation
317.    ReNew Lending Inc.
318.    Wilson Bank & Trust

319. Fidelity Direct Mortgage, LLC
320. The Mortgage Firm, Inc.
321. Sovereign Lending Group Incorporated
322. Southwest Bank
323. West Town Bank & Trust
324. Liberty Bank and Trust Co.
325. Bay-Valley Mortgage Group
326. Anchor Mortgage, LLC
327. Member Options, LLC
328. Evesham Mortgage, LLC
329. Bayshore Mortgage Funding LLC
330. Hamilton Home Loans, Inc.
331. Allied First Bank, SB
332. Bluestar Mortgage Inc.
333. Home Mortgage Assured Corporation
334. Cornerstone Mortgage Services, Inc.
335. InterLinc Mortgage Services, LLC
336. United Home Loans, Inc.
337. First Choice Loan Services, Inc.
338. Mission Loans, LLC
339. Alkan Mortgage Corporation
340. University Lending Group, LLC
341. MCM Holdings, Inc.
342. Home Town Funding, Inc.
343. CNB Mortgage Company
344. Directions Equity, LLC
345. America's Mortgage Lender, LLC
346. CLM Mortgage, Inc
347. SnapFi, Inc.
348. American Bancshares Mortgage, LLC
349. Mid Valley Services, Inc.
350. Mortgage Financial Group Inc.
351. Guidance Mortgage, LLC
352. F&B Acquisition Group, LLC
353. Endeavor Capital, LLC
354. International City Mortgage, Inc.
355. Community Mortgage, LLC
356. Community Mortgage Advisors LLC
357. Flat Branch Mortgage, Inc.
358. Pilgrim Mortgage LLC
359. Excel Mortgage Network, Inc.
360. Developer's Mortgage Company
361. DAS Acquisition Company, LLC

362.    C&R Mortgage Corporation
363.    Midwest Equity Mortgage, LLC
364.    Camino Real Mortgage Bankers
365.    Access Loans, Inc.
366.    Hancock Mortgage Partners, LLC
367.    Point Mortgage Corporation
368.    Access Capital Funding, LLC
369.    Standard Home Lending Inc.
370.    Northern Sierra Financial Services
371.    Capstone Direct, Inc.
372.    Catalyst Mortgage
373.    Choice Lending Corp.
374.    The Turnkey Foundation Inc.
375.    American Financial Network, Inc.
376.    OnY Glo, Inc.
377.    PCMA, Inc.
378.    Priority Mortgage Corp
379.    Secure One Capital Corporation
380.    Real Consultants Mortgage and Real Estate Services Inc.
381.    Optimum First, Inc.
382.    Augusta Financial, Inc.
383.    FlexPoint, Inc.
384.    Performance Financial, Inc.
385.    Alliance West Mortgage, Inc.
386.    First Mortgage Solutions, LLC
387.    Primus Lending Corp.
388.    Lending 3, Inc.
389.    Home Loan Enterprise
390.    Gateway Capital Mortgage, Inc.
391.    DMS Capital, Inc.
392.    Spec Home Loans
393.    Innovative Mortgage Services, Inc.
394.    Coastal Funding SLC, Inc.
395.    Veritas Funding, LLC
396.    Bridgelock Capital
397.    Scenic Oaks Funding, Inc.
398.    Homeland Mortgage Company
399.    General Mortgage Capital Corporation
400.    Wall Financial, Inc.
401.    Banking Mortgage Services, B.M.S. Corp.
402.    Triumph Bank
403.    Liberty Mortgage Services, Inc.
404.    SRE Mortgage Alliance, Inc.

405. West Ridge Financial Corp
406. Solutions Financial Mortgage Company
407. Thrive Mortgage, LLC
408. Alameda Mortgage Corporation
409. Pacific Horizon Bancorp, Inc.
410. Purpose Funding Inc.
411. All American Home Mortgage L.L.C.
412. VBS Mortgage, LLC
413. Grande Homes, Inc.
414. GHI Mortgage
415. Googain, Inc.
416. Lighthouse Mortgage Services LLC
417. First Integrity Mortgage Services, Inc.
418. Pacific Home Loans, Inc.
419. Gardner Financial Services, Ltd.
420. Legacy Mutual Mortgage
421. Golden West Alliance, Inc.
422. McJab Inc
423. CBM Mortgage, Inc.
424. Golden Bear Capital Inc.
425. Franklin Advantage, Inc.
426. Tradition Mortgage LLC
427. C & E Financial Group, Inc.
428. RLM Mortgage LLC
429. Fairway Asset Corporation
430. Prudler Funding
431. AAA Capital Investment, Inc.
432. Ibanez Mortgage Group, LLC
433. Wintex Group Llc
434. Mega Capital Funding, Inc.
435. Best Capital Funding
436. Direct Lenders, LLC
437. Finley Properties Corp.
438. MK Lending Corp
439. PrimeWest Mortgage
440. Ecom Mortgage, Inc.
441. Global Home Finance Inc.
442. Genhome Mortgage Corporation
443. Beckam Funding Corp.
444. Premier Lending Alliance, LLC
445. Excel Realty & Mortgage, Inc.
446. SK Global Investment, Inc.
447. First Class Mortgage V, Inc

448. SSM Funding, Inc
449. San Diego Funding
450. Mortgage Capital of MN, Inc.
451. First Standard Financial Corp.
452. Fidelity Bancorp
453. Home Solution Lenders, Inc.
454. iApprove Lending
455. Victoria Financial Corp.
456. Noble Home Loans Inc
457. Central Coast Lending, Inc.
458. Lone Mortgage, Inc.
459. Pavilion Mortgage, Inc
460. Rusty Rose Inc.
461. Nationwide Home Loans, Inc
462. Hypotec Inc.
463. Greenbox Loans, Inc.
464. Financial Freedom Mortgage, LLC
465. Arcstone Financial, Inc.
466. Pinnacle Lending Group, Inc.
467. Excel Realty Inc.
468. East Coast Mortgage Lenders, Inc.
469. First Independence Bank
470. ML Mortgage Corp.
471. American First Lending Corporation
472. Southern Star Capital, LLC
473. CTC Mortgage Company, LLC
474. Fidelity Funding Mortgage Corp.
475. Greenway Mortgage Funding Corp.
476. House of Finance, Inc.
477. Capital Mortgage, LLC
478. Homeland Financial Network, Inc.
479. Ocean Capital Lending, LLC
480. Mortgage Unlimited, L.L.C.
481. 1st Capital Mortgage LLC
482. WesBanco Bank, Inc.
483. BMO Harris Bank National Association
484. First National Bank of Middle Tennessee
485. Gesa Credit Union
486. Inland Bank and Trust
487. First Northern Bank of Wyoming
488. Empire State Bank
489. Republic Bank & Trust Co.
490. First Bank & Trust

491.  One Nevada Credit Union
492.  Leaders Credit Union
493.  RiverHills Bank
494.  Space Coast Credit Union
495.  York Traditions Bank
496.  Main Street Bank
497.  Farmers & Merchants Savings Bank
498.  SouthState Bank, N.A.
499.  Centerstate Bank, National Association
500.  Security Bank
501.  Quontic Bank
502.  Farmers Bank & Trust Company
503.  Grove Bank & Trust
504.  First United Bank
505.  Peoples Bank, a WA State Company
506.  Virginia Credit Union, Inc.
507.  The Miners National Bank Of Eveleth
508.  Flanagan State Bank
509.  Colony Bank
510.  Mid-Missouri Bank
511.  Partnership Financial Credit Union
512.  Bank of Saint Elizabeth
513.  Farmers State Bank of Alto Pass, ILL
514.  Numerica Credit Union
515.  KS StateBank
516.  First Savings Bank
517.  American Bank and Trust Company NA
518.  Reliabank Dakota
519.  Opportunity Bank of Montana
520.  Pine Country Bank
521.  Priority Bank
522.  Pen Air Federal Credit Union
523.  United Bank
524.  Advantage Plus Federal Credit Union
525.  Waterman Bank
526.  Patriot Bank
527.  Bank of the Pacific
528.  CIBM Bank
529.  Bank of England
530.  First Federal Bank of Kansas City
531.  Citizens Bank & Trust Company
532.  People's Bank of Commerce
533.  International Bank of Commerce

534.  Mid-Atlantic Federal Credit Union
535.  Tri-County Bank & Trust Company
536.  Magnolia Bank, Incorporated
537.  Ixonia Bank
538.  United Valley Bank
539.  The Union Bank Co.
540.  Idaho Central Credit Union
541.  First New Mexico Bank
542.  Cornerstone Bank
543.  TEG Federal Credit Union
544.  First American Bank
545.  Del Norte Bank A Savings & Loan Association
546.  Blue Ridge Bank, National Association
547.  Barrington Bank & Trust Company N.A.
548.  Community First National Bank
549.  Bank of Little Rock Mortgage Corporation
550.  Poca Valley Bank, Inc., The
551.  County Bank
552.  Gulf Coast Bank and Trust Company
553.  Goldwater Bank, National Association
554.  South Central Bank, Inc.
555.  The Farmers Bank
556.  Venture Lending Group LLC
557.  First Hope Bank, a national banking association
558.  First State Bank
559.  Meridian Bank
560.  Bank of Tennessee
561.  Citizens Bank & Trust Company of Vivian, Louisiana
562.  Wheatland Bank
563.  Centennial Bank
564.  TriStar Bank
565.  Envision Bank
566.  GLACIER BANK
567.  First National Bank of Gillette
568.  First Bank (NC)
569.  First Community Bank
570.  Pinnacle Bank Wyoming
571.  SaviBank
572.  Nebraska Bank of Commerce
573.  Northeast Bank
574.  First State Bank Of Burnet
575.  Meijer Credit Union
576.  First Vision Bank of Tennessee

577. Oconee State Bank
578. Valleystar Credit Union
579. Home Federal Bank
580. Warsaw Federal Savings & Loan Association
581. First Heritage Financial, LLC
582. First New Mexico Bank of Silver City
583. Evolve Bank & Trust
584. New Market Bank
585. Clear Mountain Bank
586. Fall River Five Cents Savings Bank
587. Wyoming Bank & Trust
588. The Cortland Savings and Banking Company
589. Bankvista
590. Paramount Bank
591. Western Bank
592. Orion Federal Credit Union
593. Consumers National Bank
594. FBT Mortgage, LLC
595. Salisbury Bank and Trust Company
596. Credit Union of Georgia
597. Armed Forces Bank, N.A.
598. First Bank
599. Northwest Bank of Rockford
600. Shore United Bank
601. Peoples Bank
602. Unity Bank
603. CIBC Bank USA
604. Mutual Federal Bank
605. First Community Mortgage, Inc.
606. Severn Savings Bank FSB
607. Forbright Bank
608. Congressional Bank
609. 1st Colonial Community Bank
610. Angel Oak Home Loans, LLC
611. BankWest, Inc.
612. BankSouth Mortgage Company, LLC
613. Willamette Valley Bank
614. Penrith Home Loans LLC
615. CenterBank
616. Academy Bank, N.A.
617. Carrollton Bank
618. Fortis Private Bank
619. The Bank of Jackson

620. Cross Keys Bank
621. Bison State Bank
622. 1st Security Bank of Washington
623. Independent Bank
624. Florida Capital Bank, N.A.
625. Lineage Bank
626. BayFirst National Bank
627. First Home Bank
628. Austin Capital Bank SSB
629. Family First Funding, LLC
630. Nationwide Mortgage Bankers, Inc.
631. Banner Capital Bank
632. First State Bank
633. The Horn Funding Corp.
634. Prestige Assets & Holdings Inc.
635. Credence Funding Corporation
636. BLG Holdings, Inc.
637. Constant Investments, Inc.
638. NMSI, Inc.
639. All Square Mortgage Inc.
640. MortgageOne, Inc.
641. Beach Mortgage, Inc.
642. Fidelity Lending Solutions, Inc.
643. ClearPath Lending
644. Campos Financial Corp.
645. Personal RE Services INC.
646. Coastal Pacific Lending Inc.
647. West One Capital Group, Inc.
648. i3 Lending  Inc.
649. Preferred Mortgage Bankers, LLC
650. Mutual of Omaha Mortgage, Inc.
651. Synergy One Lending, Inc.
652. Arcus Lending, Inc.
653. Capital International Financial, Inc.
654. K Pacific Group
655. Midwest Mortgage Associates Corporation
656. Columbus Capital Lending, LLC
657. City Lending, Inc.
658. Chou Team Realty Inc.
659. Monster Loans
660. Mortgage Solutions FCS Inc.
661. Chu & Associates, Inc.
662. Vast Groups Inc.

663.  Castle & Cooke Mortgage, LLC 9005
664.  Ready Mortgage Lenders Llc
665.  MLB Residential Lending, LLC
666.  Prada Capital Lending Corp
667.  Beam Lending, LLC
668.  Greenway Funding Group, Inc.
669.  Low VA Rates, LLC
670.  Liberty Home Mortgage Corporation
671.  Griffin Funding, Inc.
672.  Homeside Financial, LLC.
673.  Legacy Home Loans, LLC
674.  Sublime Financial, LLC
675.  M Squared Financial LLC
676.  Pacific Lending LLC
677.  Interest Smart Home Loans
678.  Mortgage Lending Group LLC
679.  Core Mortgage Services, LLC
680.  Calculated Risk Analytics, LLC
681.  Home Mortgage Alliance Corporation
682.  HLP Mortgage, LLC
683.  Affinity Home Lending LLC
684.  Missouri Mortgage Services, LLC
685.  Family Finance Mortgage Llc
686.  Champions Mortgage, LLC
687.  FundLoans Capital
688.  Banc One Mortgage Corporation
689.  AdvantageFirst Lending Inc.
690.  Equinox Home Financing, Inc.
691.  Loansmarter Inc
692.  Integrity Mortgage of Missouri Corporation
693.  Rate Plus, Inc.
694.  Acquire Mortgage and Real Estate Inc.
695.  CME Lending Group LLC
696.  Loan Gallery, Inc.
697.  Emet Lending Group, Inc.
698.  Fair Way Lending, LLC
699.  Hudson Nationwide Lending LLC
700.  CEO Home Corp.
701.  Mid-Continent Funding, Inc.
702.  The Home Loan Expert LLC
703.  Unity Mortgage of SC
704.  Resource Financial Services, Inc.
705.  Canopy Mortgage, LLC

706. Box Home Loans
707. AmRes Corporation
708. AHL Funding
709. Home Approvals Direct, Inc.
710. Priority 1 Lending, LLC
711. All Coast Lending Inc.
712. Nuline Funding, Inc.
713. Action One Financial Corporation
714. S&S Financial
715. Obsidian Financial Services, Inc.
716. DG Pinnacle Funding Llc
717. Elo Group Inc
718. Kadlogic Inc
719. Western Express Lending
720. ABM Funding Inc.
721. LoanFlight Lending, LLC
722. Platinum M.G. Holdings, LLC
723. iCore Lending, Inc.
724. JSB Mortgage Corporation
725. Financial Consultants Network LLC
726. Direct Mortgage Investors, Inc.
727. Inspire Home Loans Inc.
728. Nation One Mortgage Corporation
729. Customer Service Mortgage Corporation
730. United Finance, Inc
731. Akber Financials, Inc.
732. Bond Mortgage LLC
733. Kelly Mortgage, Inc.
734. Golden State Financial Group, Inc.
735. Titan Mutual Lending, Inc.
736. California Home Finance and Real Estate Services
737. Sign On The Line, Inc.
738. Ocean Lending Home Loans, Inc.
739. Colten Mortgage, LLC
740. Castle & Cooke Mortgage, LLC 49
741. Your Legacy Financial, Inc.
742. JFQ Lending, Inc.
743. EAST CAPITAL FUNDING LLC
744. Loyalty Funding, Inc.
745. New Wave Lending Group, Inc.
746. AHP Servicing LLC
747. New City Mortgage, LLC
748. Loan Cabin Inc.

749. NEXA Mortgage, LLC
750. Acceptance Home Mortgage, LLC
751. Strong Home Mortgage, LLC
752. JHS Lending Services, Inc.
753. Groves Capital, Inc.
754. T2 Financial LLC
755. Polaris Home Funding Corp.
756. Lendplicity LLC
757. Lendplicity Mortgage
758. Accelerate Mortgage, LLC
759. Saxton Mortgage, LLC
760. Nuwave Lending LLC
761. U.S. Mortgage Funding, Inc.
762. Pacific West Lending, LLC
763. Unify Home Lending, Inc.
764. Shannon Investments Llc
765. Banco Mortgage Lender, LLC
766. Studio Bank
767. LoanUnited.com, LLC
768. Black Oak Mortgage, LLC
769. Heritage Mortgage, LLC
770. Allegiant Lending, LLC
771. Golden Waters Funding, Inc
772. Trinity Financial Enterprises LLC
773. ProVisor, Inc.
774. Keystone Bank, National Association
775. Peace Home Lending LLC
776. Homepath Mortgage, LLC
777. AmNet ESOP Corporation
778. Power Mortgage, Inc.
779. Seville Mortgage, LLC
780. US Direct Lender
781. LnderLab, Inc.
782. Lendinguy.com, LLC
783. CR Funding, Inc.
784. A Mortgage Boutique, LLC
785. QuestRock LLC
786. My Mortgage, Inc
787. Capital Residential Mortgage LLC
788. LoanPeople, LLC
789. Finco Lending, Inc. (ND)
790. O1NE MORTGAGE INC
791. Valon Mortgage, Inc.

792.  Lionsgate Real Estate Group
793.  Aksarben Mortgage, Llc
794.  Haws, Inc.
795.  Hyperion Mortgage, LLC
796.  Aspire Home Loans LLC
797.  Altitude Financial Corporation
798.  Knock Lending LLC
799.  Swift Mortgage, LLC
800.  BoxCar Mortgage, LLC
801.  Fix Financial, Inc.
802.  360 Home Lending LLC
803.  American Mortgage Source LLC
804.  Homeric LLC
805.  Peoples Mortgage Lending LLC
806.  CountryFirst Mortgage Inc.
807.  Wesley Mortgage, LLC
808.  AZUZA LLC
809.  American Independent Mortgage LLC
810.  Better Lending LLC
811.  UpEquity SPV2 LLC
812.  Low Rate Company Corp.
813.  Polaris Home Loans, LLC
814.  Advantage Capital Lending Inc.
815.  Rate Simple, Inc.

# Exhibit 2

## List of Connections to Parties In Interest

1. AT&T Inc.
2. Axis Insurance Company
3. Barclays
4. Caliber Home Loans, Inc.
5. Carrington Mortgage Services, LLC
6. Chubb Indemnity Ins Company
7. Cigna Healthcare
8. Comcast Corporation
9. Cox Communications, Inc.
10. Deutsche Bank
11. Eglobaltechaka Global Tech Inc.
12. Federal Insurance Company
13. Flagstar Bank
14. Great Northern Insurance Company
15. ICE Mortgage Technology, Inc.
16. Indecomm Holdings, Inc.
17. Lakeview Loan Servicing
18. Liberty Mutual Insurance Company
19. Lockton Companies, LLC
20. Morgan Stanley
21. National Union Fire Ins Co
22. New York Life Insurance Company
23. Pacific Indemnity Company
24. Planet Home Lending, LLC
25. Principal Financial Services, Inc.
26. Rushmore Loan Management Services LLC
27. Salesforce.com, Inc.
28. Seneca Mortgage Servicing LLC
29. Spectrum
30. Steadfast Insurance Company
31. Unum Group
32. Wells Fargo Securities
33. WiPro Gallagher Solutions, LLC
34. Xl Specialty Insurance Company