## Exhibit A

(Cash Flow DIP Credit Agreement)