**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST GUARANTY MORTGAGE | ) | Case No. 22-10584 (CTG) |
| CORPORATION., *et al*. | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**WITHDRAWAL OF LIMITED OBJECTION BY TYSONS CORNER OWNER, LLC**
**TO DEBTORS' OMNIBUS MOTION FOR AN ORDER AUTHORIZING**
**<u>DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES.</u>**

Tysons Corner Owner, LLC, ("Landlord") by and through its counsel, hereby files its Withdrawal of its Limited Objection at Docket No. 332 to Debtors' Omnibus Motion For An Order (I) Authorizing Debtors To (A) Reject Certain Unexpired Leases Effective as of July 29, 2022; and (B) Abandon Certain Property Associated Therewith; and (II) Granting Certain Related Relief [Dkt #244].

Dated: August 22, 2022                                                  Respectfully Submitted,

*/s/ Ron Drescher*
Ron Drescher, Esq.
Drescher & Associates, P.A.
One Commerce Center
1201 N. Orange Street, Suite 732
Wilmington, DE 19801
rondrescher@drescherlaw.com
*Counsel for Creditor*,
*Tysons Corner Owner, LLC*

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that the foregoing Withdrawal of the limited objection was served via CM/ECF on August 22, 2022, on the following individuals.

FTI Consulting, Inc.,
Charlotte Tower,
201 S. College St., Suite 2350,
Charlotte, NC 28244
Tanya Meerovich (via e-mail  tanya.meerovich@fticonsulting.com)
William J. Nolan  (via e-mail william.nolan@FTIConsulting.com;

Dentons US LLP,
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Samuel R. Maizel (via e-mail samuel.maizel@dentons.com
Tania M. Moyron) (via e-mail tania.moyron@dentons.com,
counsel to the Debtors;

Pachulski Stang Ziehl & Jones LLP,
919 N. Market Street, 17th Floor,
P.O. Box 8705,
Wilmington, Delaware 19899-8705
Laura Davis Jones, (via e-mail ljones@pszjlaw.com)
Timothy P. Cairns, (via e-mail tcairns@pszjlaw.com)
Mary F. Caloway), (iva e-mail mcaloway@pszjlaw.com)
counsel to the Debtors;

Rome Blank LLP,
1201 Market Street, Suite 800, \
Wilmington, Delaware 19801
Regina Stango Kelbon (via e-mail regina.kelbon@blankrome.com)
Victoria A. Guilfoyle (via e-mail tori.guilfoyle@blankrome.com)
Lawrence R. Thomas III (iva e-mail  lorenzo.thomas@blankrome.com)
Counsel to the Committee;

All parties entitled to notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b).

                                                             /s/ Ron Drescher
                                                             Ron Drescher