**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | ) ) ) | Case No. 22-10584 (CTG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 31, 2022 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. The Court is asking all parties to register no later than August 30, 2022 at 4:00 p.m.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.
> Please use the following link to register for this hearing**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsfu2srDosE-vWb2ZxNb-71GO6-EIIszA
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**MATTERS GOING FORWARD:**

1. Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief [Filed 8/15/2022] (Docket No. 328).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2] **Amended items appear in bold.**

**Response Deadline:**   August 30, 2022 at 4:00 p.m. (Prevailing Eastern Time) (Extended to August 30, 2022 at 8:00 p.m. for Ginnie Mae).

**Responses Received:**

A.  Informal Comments from the Office of the United States Trustee.

B.  Limited Objection and Reservation of Rights of the Federal National Mortgage Association to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief [Filed 8/30/2022] (Docket No. 370).

C.  Customers Bank's Limited Objection and Reservation of Rights to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief [Filed 8/30/2022] (Docket No. 372).

D.  Limited Objection and Reservation of Rights of the Federal Home Loan Mortgage Corporation to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief [Filed 8/30/2022] (Docket No. 374).

**Related Documents**

A.  Declaration of Tanya Meerovich in Support of Debtors' Motion for Private Sale and Transfer of Servicing Rights [Filed 8/15/22] (Docket No. 329).

B.  Debtors' Motion to Shorten Notice Period with Respect to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief  [Filed: 8/15/2022] (Docket No. 330).

C.  Order Granting Motion to Shorten Notice Period with Respect to Debtors' Motion to Shorten Notice Period with Respect to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and

|  |  |
|---|---|
|  | Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief  [Filed: 8/17/2022] (Docket No. 336). |
| D. | Notice of Hearing on Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief [Filed 8/17/2022] (Docket No. 337). |
| E. | Notice of Filing of Amended Proposed Order Approving Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief [Filed 8/17/2022] (Docket No. 340). |
| F. | Declaration of Daniel S. Shamah in Support of Limited Objection and Reservation of Rights of the Federal National Mortgage Association to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief [Filed 8/30/2022] (Docket No. 371). |
| **G.** | **Notice of Filing of Second Amended Proposed Order Approving Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Servicing Rights and Obligations to BSI Financial Services Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Purchase and Sale Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief [Filed 8/31/2022] (Docket No. 378).** |

Status: **The Debtors have filed a revised proposed order incorporating the comments of several parties**. This matter is going forward. The Debtors will rely on the testimony of Tanya Meerovich in support of the Motion.

2. Debtors' Motion for Entry of Order (I) Approving a Settlement Agreement with Federal Home Loan Mortgage Corporation Pursuant to Fed. R. Bankr. P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (III) Granting Related Relief [Filed 8/17/2022] (Docket No. 341).

**Response Deadline:**    August 30, 2022 at 4:00 p.m. (Prevailing Eastern Time) (Extended to August 30, 2022 at 8:00 p.m. for the Official Committee of Unsecured Creditors).

**Responses Received**

A.  **The Official Committee of Unsecured Creditors' Reservation of Rights Regarding Debtors' Motion for an Order (I) Approving a Settlement Agreement with Federal Home Loan Mortgage Corporation Pursuant to Fed. R. Bankr. P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (III) Granting Related Relief [Filed 8/31/2022] (Docket No. 377).**

**Related Documents**

A.  Declaration of Aaron Samples, Chief Executive Officer of First Guaranty Mortgage Corporation in Support of the Debtors' Motion for Entry of Order (I) Approving a Settlement Agreement with Federal Home Loan Mortgage Corporation Pursuant to Fed. R. Bankr. P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (III) Granting Related Relief [Filed 8/17/22] (Docket No. 342).

B.  Debtors' Motion to Shorten Notice Period with Respect to (1) Debtors' Motion for an Order (I) Approving a Settlement Agreement with Federal Home Loan Mortgage Corporation Pursuant to Fed. R. Bankr. P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (Iii) Granting Related Relief, and (2) Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and Freddie Mac for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Freddie Mac's Loans [Filed: 8/18/2022] (Docket No. 344).

C.  Order Granting Motion to Shorten Notice Period with Respect to (1) Debtors' Motion for an Order (I) Approving a Settlement Agreement with Federal Home Loan Mortgage Corporation Pursuant to Fed. R. Bankr. P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (Iii) Granting Related Relief, and (2) Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and Freddie Mac for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Freddie Mac's Loans Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Signed: 8/18/2022] (Docket No. 345).

D.  Notice of Hearing [Filed 8/18/2022] (Docket No. 346).

Status: **The Debtors have resolved the Committee's reservation of rights. This matter is going forward on an uncontested basis.**  The Debtors will rely on the testimony of Aaron Samples in support of the Motion.

3.     Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and Freddie Mac for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Freddie Mac's Loans  (Filed 8/17/2022) [D.I. 343].

    **Response Deadline:**    August 30, 2022 at 4:00 p.m. (Prevailing Eastern Time). (Extended to August 30, 2022 at 8:00 p.m. for the Official Committee of Unsecured Creditors).

    **Responses Received:**

    A.    None to date.

    **Related Documents**

    A.    Debtors' Motion to Shorten Notice Period with Respect to (1) Debtors' Motion for an Order (I) Approving a Settlement Agreement with Federal Home Loan Mortgage Corporation Pursuant to Fed. R. Bankr. P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (Iii) Granting Related Relief, and (2) Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and Freddie Mac for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Freddie Mac's Loans [Filed: 8/18/2022] (Docket No. 344).

    B.    Order Granting Motion to Shorten Notice Period with Respect to (1) Debtors' Motion for an Order (I) Approving a Settlement Agreement with Federal Home Loan Mortgage Corporation Pursuant to Fed. R. Bankr. P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (Iii) Granting Related Relief, and (2) Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and Freddie Mac for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Freddie Mac's Loans Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Signed: 8/18/2022] (Docket No. 345).

    C.    Notice of Hearing [Filed 8/18/2022] (Docket No. 346).

    **Status:**  This matter is going forward.

| | |
|---|---|
| Dated: August 31, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
           tcairns@pszjlaw.com
           mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:   samuel.maizel@dentons.com
            tania.moyron@dentons.com

-and-

**DENTONS US LLP**

David F. Cook
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email:  david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*