**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FIRST GUARANTY MORTGAGE | ) | Case No. 22-10584 (CTG) |
| CORPORATION, *et al.,*[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**SEPTEMBER 8, 2022 AT 10:00 A.M. (PREVAILING EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. The Court is asking all parties to register no later than September 7, 2022 at 4:00 p.m.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
> **Please use the following link to register for this hearing**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcuugqTIuGjCWxnDPF3ySKoxcpzF9dSk
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## MATTERS GOING FORWARD:

1.    Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and Fannie Mae for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of Fannie Mae's Loans [Filed 9/1/2022] (Docket No. 393).

   **Response Deadline:**  May be made before or at the hearing.

   **Responses Received:**

   A.      None to date.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

**Related Documents**

A.    Order Shortening Notice Period with Respect to (A) Debtor's Motion for an Order (I) Approving a Settlement Agreement with the Federal National Mortgage Association Pursuant to Fed.R.Bankr.P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (III) Granting Related Relief and (B) Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and Fannie Mae for the Provision of Adequate Protection and Adequate Assurances relating to the servicing of Fannie Mae's Loans [Entered: 9/2/2022] (Docket No. 396).

Status: This matter is going forward.

2.    Debtors' Motion for an Order (I) Approving a Settlement Agreement with the Federal National Mortgage Association Pursuant to Fed.R.Bankr.P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (III) Granting Related Relief [Filed 9/1/2022] (Docket No. 394).

**Response Deadline:**  May be made before or at the hearing.

**Responses Received**

A.    None to date.

**Related Documents**

A.    Declaration of Aaron Samples, Chief Executive Officer of First Guaranty Mortgage Corporation in Support of the Debtors' Motion for an Order (I) Approving a Settlement Agreement with the Federal National Mortgage Association Pursuant to Fed.R.Bankr.P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (III) Granting Related Relief [Filed 9/1/2022] (Docket No. 395).

B.    Order Shortening Notice Period with Respect to (A) Debtor's Motion for an Order (I) Approving a Settlement Agreement with the Federal National Mortgage Association Pursuant to Fed.R.Bankr.P. 9019, (II) Authorizing the Sale of Certain Mortgage Loans, and (III) Granting Related Relief and (B) Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and Fannie Mae for the Provision of Adequate Protection and Adequate Assurances relating to the servicing of Fannie Mae's Loans [Entered: 9/2/2022] (Docket No. 396).

Status: This matter is going forward.

Dated: September 6, 2022                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/   Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         tcairns@pszjlaw.com
         mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:   samuel.maizel@dentons.com
          tania.moyron@dentons.com

-and-

**DENTONS US LLP**

David F. Cook
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email:   david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*