**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Debtors. | (Jointly Administered) |
|  | **Related Docket No. 407, 409** |

**ORDER SHORTENING THE NOTICE PERIODS
WITH RESPECT TO DEBTORS' MOTION FOR INTERIM APPROVAL OF THE
ADEQUACY OF DISCLOSURES IN THE COMBINED DISCLOSURE STATEMENT
AND PLAN, SCHEDULING A COMBINED CONFIRMATION HEARING, AND
APPROVING SOLICITATION PROCEDURES**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") shortening the notice period with respect to the *Debtors' Motion for Entry of an Order (I) Granting Interim Approval of the Adequacy Of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief* [D.I. 407] (the "Solicitation Procedures Motion"), all as more fully set forth in the Motion to Shorten; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2] Capitalized terms used but not defined herein have the meanings given to such terms in the Solicitation Procedures Motion.

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is granted as set forth herein.

2. The Solicitation Procedures Motion shall be heard at a hearing on September 28, 2022, at 10:00 a.m. prevailing Eastern Time.

3. Any responses or objections to the relief requested in the Solicitation Procedures Motion shall be filed with this Court no later than September 26, 2022, at 4:00 p.m. prevailing Eastern Time.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: September 9th, 2022
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE