IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| FIRST GUARANTY MORTGAGE ) | Case No. 22-10584 (CTG) |
| CORPORATION, *et al.*,[3] ) |  |
| ) | (Jointly Administered) |
| Debtors. ) |  |
| ) | **Related Docket No.** ___ |

**ORDER SHORTENING THE NOTICE PERIODS WITH RESPECT TO DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF STRATEGIC MORTGAGE FINANCE GROUP, LLC AS
<u>INVESTMENT BANKER TO THE DEBTORS</u>**

Upon consideration of the motion (the "<u>Motion to Shorten</u>")[4] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") shortening the notice periods with respect to the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Strategic Mortgage Finance Group, LLC as Investment Banker to the Debtors* (the "<u>Application</u>"), all as more fully set forth in the Motion to Shorten; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and

---

[3] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

[4] Capitalized terms used but not defined herein have the meanings given to such terms in the Motion to Shorten.

1409; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is granted as set forth herein.

2. The Application shall be heard at the hearing on September 28, 2022, at 10:00 a.m. prevailing Eastern Time.

3. Any responses or objections to the relief requested in the Application shall be filed with this Court no later than September 26, 2022, at 4:00 p.m. prevailing Eastern Time.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 13th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**