IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>Re.: Docket No. 334 |

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIRST GUARANTY MORTGAGE CORPORATION, *ET AL*. TO RETAIN AND EMPLOY BLANK ROME LLP AS ITS DELAWARE COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P. 2014 <u>EFFECTIVE AS OF JULY 15, 2022</u>**

Upon consideration of the Application (the "<u>Application</u>")[2] of the Official Committee of Unsecured Creditors of First Guaranty Mortgage Corporation, *et al.* (the "<u>Committee</u>") for authorization to retain and employ Blank Rome LLP ("<u>Blank Rome</u>") as its Delaware counsel pursuant to 11 U.S.C. §§ 328 and 1103, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"); and upon consideration of the Verified Statement of Victoria Guilfoyle, Esq. (the "<u>Verified Statement</u>"), a partner of Blank Rome and the Declaration of Brian Snyder; and this Court being satisfied that Blank Rome represents no interest adverse to the Debtors or their estates with respect to the matters upon which it is to be engaged, that it has no connections with the Debtors, the Debtors' creditors, or any other party in interest, its respective attorneys and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

accountants, except as set forth in the Verified Statement, and that its employment is necessary and in the best interests of the Committee; and it appearing that due and proper notice of the Application has been provided and that no other or further notice need be given; and after due deliberation and good and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Pursuant to Bankruptcy Code sections 328 and 1103, Bankruptcy Rule 2014, and Local Rule 2014-1, the Committee is authorized and empowered to retain and employ Blank Rome as its Delaware counsel in the Debtors' chapter 11 cases, effective as of July 15, 2022.

3. Blank Rome shall make appropriate application to this Court, and shall be compensated, in accordance with the provisions of Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the Local Rules and orders of this Court with respect to compensation of professionals. Blank Rome also intends to make a reasonable effort to comply with the U.S. Trustee's request for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, both in connection with the Application and any interim and final fee applications to be filed by Blank Rome in these Chapter 11 Cases.

4. Ten (10) business days' notice must be provided by Blank Rome to the Debtor, the United States Trustee, and the Committee prior to any increases in the rates set forth in the Application and the Verified Statement, and such notice must be filed with the Court. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code,

and the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

5.  During the pendency of the Debtors' Chapter 11 Cases, this Court shall retain jurisdiction with respect to any matter, claims, rights or disputes arising from or related to the implementation of this Order.

6.  Blank Rome shall use reasonable efforts to coordinate with Thompson Coburn Hahn & Hessen LLP to minimize unnecessary duplication of services provided to the Committee.

7.  The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application and the Verified Statement.

8.  This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

**Dated: September 13th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**