**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of September, 2022, a copy of the **Objection of Cigna to Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for One or More Sales or the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale or Sales of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief** was served via CM/ECF and as indicated upon the counsel below.

**BY EMAIL**

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Mary F. Caloway, Esq.
Pachulski, Stang, Ziehl & Jones LLP
Email: ljones@pszjlaw.com
　　　　tcairns@pszjlaw.com
　　　　mcaloway@pszjlaw.com

Samuel R. Maizel, Esq.
Tania M. Moyron, Esq.
David F. Cook, Esq.
Dentons US LLP
Email: samuel.maizel@dentons.com
　　　　tania.moyron@dentons.com
　　　　david.f.cook@dentons.com

Regina Stango Kelbon, Esq.
Victoria A. Guilfoyle, Esq.
Lawrence R. Thomas III, Esq.
Blank Rome LLP
Email: regina.kelbon@blankrome.com
　　　　tori.guilfoyle@blankrome.com
　　　　lorenzo.thomas@blankrome.com

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Thompson Coburn Hahn & Jessen LLP
Email: mindelicato@thompsoncoburn.com
　　　　mpower@thompsoncoburn.com

Benjamin Hackman, Esq.
Office of the United States Trustee
Email: Benjamin.a.hackman@usdoj.gov

　　　　　　　　　　/s/ Jeffrey C. Wisler
　　　　　　　　　　Jeffrey C. Wisler (#2795)

#05695038