# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, YunKyung Yu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 4, 2022, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Declaration in Support of Employment of Buckley LLC as Professional Utilized in the Ordinary Course of Business** [Docket No. 511]

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**; and via First Class Mail upon the service lists attached hereto as **Exhibit E** and **Exhibit F**:

*(Continued on Next Page)*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

2

- **Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets** [Docket No. 512]

Dated: October 6, 2022

                                                       */s/* YunKyung Yu
YunKyung Yu
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

**Exhibit A**
**Staffing Report Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Blank Rome LLP | Regina Stango Kelbon, Esq., Victoria A. Guilfoyle, Esq. & Lawrence R. Thomas III, Esq. | regina.kelbon@blankrome.com; tori.guilfoyle@blankrome.com; lorenzo.thomas@blankrome.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | Benjamin.A.Hackman@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Joseph Orbach | jorbach@thompsoncoburn.com |
| Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq. & Mark T. Power, Esq. | mindelicato@thompsoncoburn.com; mpower@thompsoncoburn.com |

# EXHIBIT B

**Exhibit B**
**Staffing Report Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |

In re First Guaranty Mortgage Corporation, et al.,
Case No. 22-10584

Page 1 of 1

# EXHIBIT C

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd & Emily M. Hahn | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Attorneys for Seneca Mortgage Servicing LLC | Archer & Greiner, P.C. | Bryan J. Hall | bjhall@archerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Christa Cowart Turner | cturner@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Jeffrey J. Lyons | jjlyons@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Michael T. Delaney | mdelaney@bakerlaw.com |
| Counsel to TIAA, FSB | Balch & Bingham LLP | Jeremy L. Retherford | jretherford@balch.com |
| Counsel for Federal National Mortgage Association | Bielli & Klauder, LLC | David M. Klauder, Esq. | dklauder@bk-legal.com |
| Counsel to the Official Committee of Unsecured Creditors | Blank Rome LLP | Regina Stango Kelbon, Esq., Victoria A. Guilfoyle, Esq. & Lawrence R. Thomas III, Esq. | regina.kelbon@blankrome.com; tori.guilfoyle@blankrome.com; lorenzo.thomas@blankrome.com |
| Counsel South Street Securities, LLC | Bressler Amery & Ross, P.C | Nikolas S. Komyati | nkomyati@bressler.com |
| Counsel South Street Securities, LLC | Cozen O'Connor | Thomas J. Francella, Jr. | tfrancella@cozen.com |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | Joshua.Goodman@us.daiwacm.com |
| DE AG Office | Delaware Attorney General | Attorney General | attorney.general@delaware.gov |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | David F. Cook | david.f.cook@dentons.com |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Samuel R. Maizel & Tania M. Moyron | samuel.maizel@dentons.com; tania.moyron@dentons.com |
| Counsel to Customers Bank | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| Counsel to Customers Bank | Dorsey & Whitney LLP | Thomas Kelly, Esq. | kelly.tom@dorsey.com |
| Counsel for MRK Paseo, LLC | FisherBroyles, LLP | Carl D. Neff, Esq. | carl.neff@fisherbroyles.com |
| Counsel for Federal Home Loan Mortgage Corporation | Freddie Mac | Eunice Hudson & Khardeen Shillingford | Eunice_Hudson@freddiemac.com; Khardeen_Shillingford@freddiemac.com |
| Counsel for LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Dennis A. Meloro | melorod@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Nancy A. Peterman & Eric J. Howe | petermann@gtlaw.com; howee@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Bethani R. Oppenheimer & John D. Elrod | oppenheimerb@gtlaw.com; elrodj@gtlaw.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Peter S. Partee, Sr & Brian M. Clarke | ppartee@huntonak.com; brianclarke@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Shannon Daily & Jennifer E. Wuebker | sdaily@HuntonAK.com; jwuebker@huntonak.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Indecomm Holdings, Inc. | Kelley Drye & Warren LLP | James S. Carr, Esq. & Kristin S. Elliott, Esq. | KDWBankruptcyDepartment@kelleydrye.com; kelliott@kelleydrye.com |
| Counsel for Liberty Mutual Insurance Company | Langley Bains LLP | Brandon K. Bains | bbains@l-llp.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Lankenau & Miller, LLP | Stuart J. Miller | stuart@lankmill.com |
| Counsel for MRK Paseo, LLC | Levin-Epstein & Associates, P.C. | Joshua D. Levin-Epstein, Esq. | Joshua@levinepstein.com |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | dallas.bankruptcy@lgbs.com |

**Exhibit C**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Loizides, P.A. | Christopher D. Loizides | loizides@loizides.com |
| Committee of Unsecured Creditors | Lori Buckley | Attn: Jack Raisner | jar@raisnerroupinian.com |
| Committee of Unsecured Creditors | Maxwell Lending Solutions, Inc., | Attn: Sonny Abbasi | sonny.abbasi@himaxwell.com |
| Attorneys for Claimant, The County of Harrison, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| Attorneys for The North River Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D. Bressler, Esq. & David P. Primack, Esq. | gbressler@mdmc-law.com; dprimack@mdmc-law.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel to Flagstar Bank, FSB | Morgan, Lewis & Bockius LLP | Jennifer Feldsher, Kevin J. Biron & T. Charlie Liu | jennifer.feldsher@morganlewis.com; kevin.biron@morganlewis.com; charlie.liu@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Glenn E. Siegel, Esq. | glenn.siegel@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Jody C. Barillare, Esq. & Kelsey A. Bomar | jody.barillare@morganlewis.com; kelsey.bomar@morganlewis.com |
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey & Tori L. Remington | rdehney@morrisnichols.com; mharvey@morrisnichols.com; tremington@morrisnichols.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Daniel Shamah, Esq. | dshamah@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Jennifer Taylor, Esq. | jtaylor@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq. & Jacob Beiswenger, Esq. | swarren@omm.com; jbeiswenger@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | Benjamin.A.Hackman@usdoj.gov |
| Local Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Timothy P. Cairns, Mary F. Caloway | ljones@pszjlaw.com; tcairns@pszjlaw.com; mcaloway@pszjlaw.com |
| Counsel for Texas Capital Bank | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Kenneth S. Ziman, Esq. & Michael M. Turkel, Esq. | kziman@paulweiss.com; mturkel@paulweiss.com |
| Attorneys for Claimants(s) | Plano ISD | Perdue, Brandon, Fielder, Collins & Mott LLP | lreece@pbfcm.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Aaron H. Stulman & Andrew L. Brown | Jryan@potteranderson.com; astulman@potteranderson.com; abrown@potteranderson.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Raisner Roupinian LLP | Jack A. Raisner & René S. Roupinian | jar@raisnerroupinian.com; rsr@raisnerroupinian.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Mark W. Eckard | MEckard@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Omar J. Alaniz | OAlaniz@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Paul D. Moak | PMoak@reedsmith.com |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | bankruptcynoticeschr@sec.gov |
| Committee of Unsecured Creditors | Sourcepoint, Inc. | Attn: Kristi Christian | Kristi.Christian@sourcepointmortgage.com |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | Brian.Snyder@sssnyc.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | John C. Kilgannon | john.kilgannon@stevenslee.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | Joseph H. Huston, Jr. & David W. Giattino | joseph.huston@stevenslee.com; david.giattino@stevenslee.com |
| Counsel for Creditor, Tysons Corner Owner, LLC | Tenenbaum & Saas, P.C. | Bradshaw Rost, Esq. | BRost@tspclaw.com |

**Exhibit C**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | The Gardner Firm | Mary E. Olsen & M. Vance McCrary | molsen@thegardnerfirm.com; vmccrary@thegardnerfirm.com |
| Counsel for Planet Home Lending, LLC | The Powell Firm, LLC | Jason C. Powell, Esq. | jpowell@delawarefirm.com |
| Counsel for the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Joseph Orbach | jorbach@thompsoncoburn.com |
| Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq. & Mark T. Power, Esq. | mindelicato@thompsoncoburn.com; mpower@thompsoncoburn.com |
| Counsel for Planet Home Lending, LLC | Togut, Segal & Segal LLP | Kyle J. Ortiz, Esq. & Bryan M. Kotliar, Esq. | kortiz@teamtogut.com; bkotliar@teamtogut.com |
| Attorneys for the United States | U.S. Department of Justice | Leah V. Lerman | Leah.V.Lerman@usdoj.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for Texas Capital Bank | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Esq. & M. Blake Cleary, Esq. | pmorgan@ycst.com; mbcleary@ycst.com; bankfilings@ycst.com |

# EXHIBIT D

**Exhibit D**
**Cure Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Charles River Associates | | dskanderson@crai.com |
| Citrix Systems, Inc. | | rfp@citrix.com |
| Comergence Compliance Monitoring, LLC | | carrie@comergence.com |
| Concur Technologies, Inc. | | Tara.Reed@concur.com |
| Converge Point Inc. | | sara.pesek@convergepoint.com |
| CT CORPORATION | | brian.bartholomew@wolterskluwer.com |
| ICE Mortgage Technology, Inc. | Legal Department | legaldepartment-mortgagetech@ice.com |
| Ignite Integration Solutions, Inc. (IIS) | | accounting@igniteintegrationsolutions.com |
| INSIGHT DIRECT USA, INC | MICHAEL L. WALKER | barbara.ross@insight.com |
| Iron Mountain | | askcustomercare@ironmountain.com |
| LOGICEASE SOLUTIONS INC | | K.Chang@complianceease.com |
| Melissa Data Corporation | | riff.solar@melissadata.com |
| MERSCORP HOLDINGS, INC | | VendorManagement@mersinc.org |
| MERSCORP Holdings, Inc. | MERS | joe.patry@ice.com |
| Metasource, LLC | | marketing@metasource.com |
| Microsoft Corporation | | antgan@microsoft.com |
| Quantitative Risk Management Incorporated | | max.betzig@qrm.com |
| Richey May & Co, LLP | | nick@richeymay.com |
| RMSolutions, Inc. | | showard@rmsolutionsinc.com |
| Rushmore Loan Management Services LLC | | tsmith@rushmorelm.com |
| Sourcepoint, Inc. | | stephen.parks@sourcepointmortgage.com |
| Synergy Technical LLC | | rmeade@synergy-technical.com |
| Synergy Technical, LLC | | credford@synergy-technical.com |
| Veri-Tax LLC | | accounting@veri-tax.com |
| Veri-Tax, LLC | | tarinee@veri-tax.com |
| Wipfli LLP | | bdietz@brittenford.com |
| Xactus, LLC | Legal - Attn General Counsel | carolyn.casey@xactus.com; shelley.leonard@xactus.com |

# EXHIBIT E

**Exhibit E**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Interested Party | AMEX TRS Co., Inc. | c/o Becket & Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | Financial Square | 32 Old Slip, 14th Floor | | New York | NY | 10005 |
| DE AG Office | Delaware Attorney General | Attorney General | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | 1155 6th Avenue | 14th Floor | | New York | NY | 10036 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

In re First Guaranty Mortgage Corporation, et al.,
Case No. 22-10584

Page 1 of 1

# EXHIBIT F

Exhibit F
Cure Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Axero Solutions, LLC | | 401 Park Avenue South | New York | NY | 10016 |
| Azmari, PLC | | 7137 E. Rancho Vista Dr., Ste. B05 | Scottsdale | AZ | 85251 |
| Charles River Associates | | 1201 F Street, NW, Suite 800 | Washington | DC | 20004 |
| Charles Rudolph | | 7137 E Rancho Vista Dr., #B05 | Scottsdale | AZ | 85251 |
| Cisco Webex, LLC | | 170 West Tasman Dr. | San Jose | CA | 95134 |
| Citrix Systems, Inc. | | PO Box 936497 | Atlanta | GA | 31193 |
| Comergence Compliance Monitoring, LLC | | 25910 Acero, Suite #260 | Mission Viejo | CA | 92691 |
| Concur Technologies, Inc. | | 601 108th Ave NE, Suite 1000 | Bellevue | WA | 98004 |
| Consolidated Analytics | | 1500 S. DOUGLAS ROAD, STE. 110B | Anaheim | CA | 92806 |
| Consolidated Information Services Solutions, LLC dba Universal CIS | | 370 Reed Rd, Suite 100 | Broomall | PA | 19008 |
| Converge Point Inc. | | 1810 Snake River Road | Katy | TX | 77449 |
| Corelogic Information Solutions | | 4 First American Way | Santa Ana | CA | 92707 |
| Corporation Service Company (CSC) | | 251 Little Falls Drive | Wilmington | DE | 19808 |
| CT CORPORATION | | PO BOX 4349 | CAROL STREAM | IL | 60197-4349 |
| CT Corporation System | | 28 Liberty Street | New York | NY | 10005 |
| Deutsche Bank National Trust Company | | 60 Wall Street | New York | NY | 10005 |
| Equifax Information Services, LLC (Talx Corporation- The Work Number) | | 11432 Lackland Rd. | Saint Louis | MO | 63146 |
| Equus Investment Partnership XI, LP | | 3841 West Chester Pike | Newton Square | PA | 19073 |
| First American Financial Corporation dba DataTree | | PO Box 31001-2286 | Pasadena | CA | 91110 |
| Freddie Mac | | 8200 Jones Branch Dr. | McLean | VA | 22102 |

Exhibit F
Cure Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| ICE Mortgage Technology, Inc FKA Ellie Mae, Inc. Encompass | | 4420 Rosewood Drive, Suite 500 | Pleasanton | CA | 94588 |
| Ignite Integration Solutions, Inc. (IIS) | | 100 Crossways Park West | Woodbury | NY | 11797 |
| INSIGHT DIRECT USA, INC | MICHAEL L. WALKER | 2701 E. INSIGHT WAY | CHANDLER | AZ | 85286 |
| Insight Direct USA, Inc. | | 1940 E Mariposa Ave | El Segundo | CA | 90245 |
| Iron Mountain | | PO BOX 27128 | New York | NY | 10087 |
| KensieMae, LLC | | 7014 13th Avenue, Ste. 202 | Brooklyn | NY | 11228 |
| LOGICEASE SOLUTIONS INC | | 111 Anza Blvd, Suite 200 | Burlingname | CA | 94010 |
| LogMeIn USA, Inc. (Goto Communications) | | 320 Summer Street | Boston | MA | 02210 |
| Massachusetts Mutual Life Insurance Company | | 1295 State Street | Springfield | MA | 01111 |
| Melissa Data Corporation | | 22382 Avenida Empresa | Rancho Santa Margarita | CA | 92688 |
| MERSCORP HOLDINGS, INC | | 1595 SPRING HILL RD. | Vienna | VA | 22182 |
| MERSCORP Holdings, Inc. | MERS | PO Box 2026 | Flint | MI | 48501 |
| MERSCORP Holdings, Inc. | | 13059 Collections Center Drive | Chicago | IL | 60693 |
| Metasource, LLC | | 1900 Frost Road | Suite 100 Bristol | PA | 19007 |
| Microsoft Corporation | | 1 Microsoft Way | Redmond | WA | 98052 |
| Ncontracts | | 214 Overlook Circle, Ste. 152 | Brentwood | TN | 37027 |
| Premier Workspace- Bishop | | 1003 Bishop Street, Ste. 2700 | Honolulu | HI | 96813 |
| Quantitative Risk Management Incorporated | | 181 West Madison Street, 41st Floor | Chicago | IL | 60602 |
| Radian Real Estate Services Inc. | | 1500 Market Street | Philadelphia | PA | 19102 |
| Regus Management Group, LLC | | 1201 NW Briarcliff Parkway, Ste. 200 | Kansas City | MO | 61116 |

**Exhibit F**
**Cure Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Regus Management Group, LLC | | 5100 Buckeystown Pike, Suite 110 | Frederick | MD | 21704 |
| Richey May & Co, LLP | | 9605 S. Kingston Court, Suite 200 | Englewood | CO | 80112 |
| RMSolutions, Inc. | | 5909 Old Wheeler Rd. | La Verne | CA | 91750 |
| Rushmore Loan Management Services LLC | | 1755 Wittington Place, Suite 400 | Dallas | TX | 75234 |
| Sourcepoint, Inc. | | 1661 Lyndon Farm Court | Louisville | KY | 40223 |
| Synergy Technical LLC | | 2201 W. Broad Street, Suite 100 | Richmond | VA | 23220 |
| Synergy Technical, LLC | | 2201 W Broad Street | Richmond | VA | 23220 |
| TaxSaver Plan | | 4925 Greenville Ave, Ste. #1300 | Dallas | TX | 75206 |
| The Bank of New York Mellon Trust Co., N.A. | | 2001 Bryan Street, 11th Floor | Dallas | TX | 75201 |
| TIAA Bank, formerly known as Everbank | | 301 W. Bay St. | Jacksonville | FL | 32202 |
| Veri-Tax, LLC | | 30 Executive Park, Ste 200 | Irvine | CA | 92614 |
| Wipfli LLP | | 12359 Sunrise Valley Drive, Suite 130 | Reston | VA | 20191 |
| Xactus, LLC | | 370 Reed Rd, Suite 100 | Broomall | PA | 19008 |