# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRST GUARANTY MORTGAGE | ) Case No. 22-10584 (CTG) |
| CORPORATION, *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Related D.I. 518 |

## NOTICE OF FILING OF PLAN SUPPLEMENT

PLEASE TAKE NOTICE that First Guaranty Mortgage Corporation and its affiliated debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby file the Plan Supplement in accordance with the *Amended Chapter 11 Combined Plan & Disclosure Statement of First Guaranty Mortgage Corporation and Debtor Affiliate* [D.I. 518] (together with all exhibits thereto and as it may be further amended, modified or supplemented, the "Plan").

PLEASE TAKE FURTHER NOTICE that attached to the Plan Supplement as Exhibits 1 through 3, are the following documents:

**Exhibit 1:  Assumed Executory Contract and Unexpired Lease List**

**Exhibit 2:  Schedule of Retained Causes of Action**

**Exhibit 3: Liquidating Trust Agreement**

PLEASE TAKE FURTHER NOTICE that the Debtors reserve all rights to amend the documents contained in the Plan Supplement at any time through and including the Effective Date.

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

Dated:  October 14, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

_____/s/  Mary F. Caloway_
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel:    (302) 652-4100
Fax:   (302) 652-4400
Email:  ljones@pszjlaw.com
            tcairns@pszjlaw.com
            mcaloway@pszjlaw.com

-and-

Samuel R. Maizel (*Pro Hac Vice*)
Tania M. Moyron (*Pro Hac Vice*)
**DENTONS US LLP**
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Email: samuel.maizel@dentons.com
           tania.moyron@dentons.com

Lynn P. Harrison III (*Pro Hac Vice* pending)
Lauren Macksoud (*Pro Hac Vice*)
Claude D. Montgomery (*Pro Hac Vice*)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 632-8390
Email: lynn.harrison@dentons.com
           lauren.macksoud@dentons.com
           claude.montgomery@dentons.com

*Counsel to Debtors and Debtors in Possession*