# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE<br>CORPORATION, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |

**ASSUMED EXECUTORY CONTRACT AND UNEXPIRED LEASE LIST[2]**

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2] Neither the exclusion nor inclusion of any Executory Contract on this Assumed Executory Contract and Unexpired Lease List, nor anything contained in the Amended Combined Disclosure Statement and Chapter 11 Plan of First Guaranty Mortgage Corporation and Debtor Affiliate [D.I. 525] (the "Plan"), shall constitute an admission by the Debtors or the Liquidating Trust, as applicable, that any contract is in fact an Executory Contract subject to assumption or rejection pursuant to section 365(a) of the Bankruptcy Code, or that any of the Debtors or the Liquidating Trust, as applicable, has any liability thereunder. The Debtors reserve all rights to amend and/or supplement this Assumed Executory Contract and Unexpired Lease List. Each Executory Contract on this list shall include any amendment, modification, or supplement thereto.

**First Guaranty Mortgage Corporation**
Assumption Contract Counterparty Schedule

| Description of Contract | Contract Counterparty | Contact Information |
|---|---|---|
| Communifire Saas Intranet Software License | Axero Solutions, LLC | 401 Park Avenue South<br>New York, NY 10016 |
| Office Lease- Arizona | Azmari, PLC | 7137 E. Rancho Vista Dr., Ste. B05<br>Scottsdale, AZ 85251 |
| Arizona QI | Charles Rudolph | 7137 E Rancho Vista Dr., #B05<br>Scottsdale, AZ 85251 |
| Document recording | Corporation Service Company (CSC) | 251 Little Falls Drive<br>Wilmington, DE 19808 |
| Corporate Filings/Registered Agent Services | CT Corporation System | 28 Liberty Street<br>New York, NY 10005 |
| Document Custodian | Deutsche Bank National Trust Company* | 60 Wall Street<br>New York, NY 10005 |
| Undisclosed Debt Monitoring/Post-Closing QC | Equifax Information Services, LLC (Talx Corporation- The Work Number) | 11432 Lackland Rd.<br>Saint Louis, MO 63146 |
| Office Lease- Plano, Texas | Equus Investment Partnership XI, LP | 3841 West Chester Pike<br>Newton Square, PA 19073 |
| Document recording | First American Financial Corporation dba DataTree | PO Box 31001-2286<br>Pasadena, CA 91110 |
| Various IT licenses | Insight Direct USA, Inc.* | 1940 E Mariposa Ave<br>El Segundo, CA 90245 |
| eRegistry title | MERSCORP HOLDINGS, INC | 1595 SPRING HILL RD.<br>Vienna, VA 22182 |
| MERS Annual Third Party Review | Metasource, LLC | 1900 Frost Road<br>Suite 100 Bristol, PA 19007 |
| Enterprise Data Warehouse/Azure | Microsoft Corporation | 1 Microsoft Way<br>Redmond, WA 98052 |
| Power BI | Microsoft Corporation | 1 Microsoft Way<br>Redmond, WA 98052 |
| Compliance application | Ncontracts | 214 Overlook Circle, Ste. 152<br>Brentwood, TN 37027 |
| Office Lease- Hawaii | Premier Workspace- Bishop | 1003 Bishop Street, Ste. 2700<br>Honolulu, HI 96813 |
| Office Lease- Frederick, MD | Regus Management Group, LLC | 5100 Buckeystown Pike, Suite 110<br>Frederick, MD 21704 |
| Office Lease- Kansas City, MO | Regus Management Group, LLC | 1201 NW Briarcliff Parkway, Ste. 200<br>Kansas City, MO 61116 |
| Employee Benefit | TaxSaver Plan | 4925 Greenville Ave, Ste. #1300<br>Dallas, TX 75206 |
| Document Custodian | The Bank of New York Mellon Trust Co., N.A.* | 2001 Bryan Street, 11th Floor<br>Dallas, TX 75201 |
| Human Resources | The Benefit Company, Inc. dba Benefitfirst | 8180 Greenboro Dr. Suite 500<br>McLean, VA 22152 |
| Human resources platform | The Ultimate Software Group, Inc. | 2000 Ultimate Way, Weston , FL 33226 |
| Life Insurance | Unum Group | PO BOX 406990, Atlanta , GA 30384-6990 |
| 4506-T processing | Veri-Tax, LLC | 30 Executive Park, Ste 200<br>Irvine, CA 92614 |
| Document Custodian | Wilmington Trust | 500 Delaware Avenue 11th Floor<br>Wilmington, DE 19899 |
| Accounting Software | Wipfli LLP | 12359 Sunrise Valley Drive, Suite 130<br>Reston, VA 20191 |
| IT related service | Goto Communications | 320 Summer Street<br>Boston, MA 02210 |

* The relationship between this party and FGMC is governed by multiple contractual agreements. For the purposes of this exhibit, these agreements are reflected only a