# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 22-10584 (CTG)<br>(Jointly Administered) |

## SCHEDULE OF RETAINED CAUSES OF ACTION

Certain documents, or portions thereof, contained in the Plan Supplement[2] or referenced herein remain subject to continuing review by the Debtors. The Debtors reserve all rights to amend, revise, or supplement the Plan Supplement and any of the documents and designations contained therein, including, without limitation, this Schedule of Retained Causes of Action, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

**Except as otherwise expressly provided in the Plan, including, without limitation, with respect to the Released Parties, all rights to commence and pursue any and all Causes of Action against any Entity, including, without limitation, Causes of Action that are not expressly identified in this Schedule of Retained Causes of Action, are reserved. Neither confirmation of the Plan nor the occurrence of the Effective Date shall in any way affect such rights.**

Without in any way limiting the foregoing or the provisions of Section 16.5 of the Plan, from and after the Effective Date, the Liquidating Trust shall have all rights to enforce, commence, and pursue, as appropriate, any and all Causes of Action, whether arising before or after the Petition Date, including any actions specifically enumerated in this Schedule of Retained Causes of Action, including, without limitation the right to commence, prosecute, or settle such Causes of Action, which shall be preserved notwithstanding the occurrence of the Effective Date. For the avoidance of doubt, such Causes of Action shall include, without limitation, the following:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2] References herein to the "Plan" refer to and, unless otherwise stated, all capitalized terms used but not defined herein have the meanings given to them in, the Amended Combined Disclosure Statement and Chapter 11 Plan of First Guaranty Mortgage Corporation and Debtor Affiliate [D.I. 525] (together with all exhibits thereto and as it may be further amended, modified, or supplemented).

| Item No. | Description | Nature of Action |
|---|---|---|
| 1 | Claim against former employee, Kyle Williams, for return of commission paid in error | Equitable Remedies |
| 2 | Contested judicial foreclosure pending in the 22nd Judicial Circuit Court of McHenry County, Illinois (RLMS Loan No. 1641) | Foreclosure proceeding |
| 3 | Contested judicial foreclosure proceeding pending in the Supreme Court for the State of New York for Kings County, as Case No. 512095/2015 | Foreclosure proceeding |
| 4 | Contested judicial foreclosure proceeding pending in the Supreme Court of the State of New York for Suffolk County (RLMS Loan No. 5475) | Foreclosure proceeding |
| 5 | Defective title claim relating to Loan No. 6163 | Breach of Contract |
| 6 | Defective title claim relating to Loan No. 9377 | Breach of Contract |
| 7 | Non-judicial foreclosure process in connection with RLMS Loan No. 0577 | Foreclosure proceeding |
| 8 | Non-judicial foreclosure process in connection with RLMS Loan No. 1094 | Foreclosure proceeding |
| 9 | Non-judicial foreclosure process in connection with RLMS Loan No. 1216 | Foreclosure proceeding |
| 10 | Non-judicial foreclosure process in connection with RLMS Loan No. 3423 | Foreclosure proceeding |
| 11 | Non-judicial foreclosure process in connection with RLMS Loan No. 4474 | Foreclosure proceeding |
| 12 | Non-judicial foreclosure process in connection with RLMS Loan No. 4830 | Foreclosure proceeding |
| 13 | Non-judicial foreclosure process in connection with RLMS Loan No. 4898 | Foreclosure proceeding |
| 14 | Non-judicial foreclosure process in connection with RLMS Loan No. 6566 | Foreclosure proceeding |
| 15 | Non-judicial foreclosure process in connection with RLMS Loan No. 7249 | Foreclosure proceeding |
| 16 | Non-judicial foreclosure process in connection with RLMS Loan No. 9231 | Foreclosure proceeding |
| 17 | Non-judicial foreclosure process in connection with RLMS Loan No.1326 | Foreclosure proceeding |
| 18 | American Southwest Mortgage Corporation for loan repurchase and/or damages (Loan No. 1392) | Breach of Contract |
| 19 | Arcus Lending, Inc. for loan repurchase and/or damages (Loan No. 4152) | Breach of Contract |
| 20 | Bank of the Pacific for loan repurchase and/or damages (Loan No. 2793) | Breach of Contract |
| 21 | Columbus Capital Lending, LLC. for loan repurchase and/or damages (Loan No. 4267) | Breach of Contract |
| 22 | Fairway Asset Corporation for loan repurchase and/or damages (Loan No. 3160) | Breach of Contract |
| 23 | Fairway Asset Corporation for loan repurchase and/or damages (Loan No. 3160) | Breach of Contract |
| 24 | Fay Servicing LLC for servicing errors committed while subservicing FGMC's loan | Breach of Contract |
| 25 | Financial Freedom Mortgage, LLC for loan repurchase and/or damages (Loan No. 3235) | Breach of Contract |
| 26 | First Class Mortgage V, Inc. for loan repurchase and/or damages (Loan No. 5511) | Breach of Contract |
| 27 | GenHome Mortgage Corporation for loan repurchase and/or damages (Loan No. 9767) | Breach of Contract |
| 28 | GHI Mortgage for loan repurchase and/or damages (Loan No. 0867) | Breach of Contract |
| 29 | Global Mortgage Link, LLC for loan repurchase and/or damages (Loan No. 5873) | Breach of Contract |
| 30 | Homeland Financial Network for loan repurchase and/or damages (Loan No. 9571) | Breach of Contract |
| 31 | Hometown Lenders, Inc for loan repurchase and/or damages (Loan No. 7676) | Breach of Contract |
| 32 | InterLinc Mortgage Services, LLC. for loan repurchase and/or damages (Loan No. 4422) | Breach of Contract |
| 33 | Lending3, Inc. for loan repurchase and/or damages (Loan No. 5019) | Breach of Contract |
| 34 | LendUS, LLC for loan repurchase and/or damages (Loan No. 0685) | Breach of Contract |
| 35 | McJab, Inc. dba First California Funding for loan repurchase and/or damages (Loan No. 2157) | Breach of Contract |
| 36 | North American Financial Corporation for loan repurchase and/or damages (Loan No. 6541) | Breach of Contract |
| 37 | Obsidian Financial Network, Inc. for loan repurchase and/or damages (Loan No. 2653) | Breach of Contract |
| 38 | Sign on the Line, Inc for loan repurchase and/or damages (Loan No. 5360) | Breach of Contract |
| 39 | Sign on the Line, Inc. for loan repurchase and/or damages (Loan No. 5119) | Breach of Contract |
| 40 | The Home Loan Expert, LLC for loan repurchase and/or damages (Loan No. 0224) | Breach of Contract |
| 41 | The Home Loan Expert, LLC for loan repurchase and/or damages (Loan No. 3514) | Breach of Contract |
| 42 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 0488 | Foreclosure proceeding |
| 43 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 0811 | Foreclosure proceeding |
| 44 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 0989 | Foreclosure proceeding |
| 45 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 1359 | Foreclosure proceeding |
| 46 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 1691 | Foreclosure proceeding |
| 47 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 2254 | Foreclosure proceeding |
| 48 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 3051 | Foreclosure proceeding |
| 49 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 3470 | Foreclosure proceeding |
| 50 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 3630 | Foreclosure proceeding |
| 51 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 4395 | Foreclosure proceeding |
| 52 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 5496 | Foreclosure proceeding |
| 53 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 6838 | Foreclosure proceeding |
| 54 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 7328 | Foreclosure proceeding |
| 55 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 7548 | Foreclosure proceeding |
| 56 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 8122 | Foreclosure proceeding |
| 57 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 8524 | Foreclosure proceeding |
| 58 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 9970 | Foreclosure proceeding |
| 59 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 2016 | Foreclosure proceeding |
| 60 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 2074 | Foreclosure proceeding |

| | | |
|---|---|---|
| 61 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 3447 | Foreclosure proceeding |
| 62 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 6293 | Foreclosure proceeding |
| 63 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 6452 | Foreclosure proceeding |
| 64 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 7337 | Foreclosure proceeding |
| 65 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 7733 | Foreclosure proceeding |
| 66 | Uncontested foreclosure proceeding in connection with RLMS Loan No. 9573 | Foreclosure proceeding |
| 67 | Any parties not released in the Amended Combined Disclosure Statement and Chapter 11 Plan Of First Guaranty Mortgage Corporation And Debtor Affiliate, as set forth in the definitions therein. | To be determined |