# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORP., et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Bankr. Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |
| LORI BUCKLEY, GAYLE ZECH, ROBERTA MARTINEZ, JENNIFER JACKSON and JAMES DAVIES, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>FIRST GUARANTY MORTGAGE CORP., et al.,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 22-50387 |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on October 26 2022, I did cause to be served true and correct copies of the foregoing *Limited Objection and Reservation of Rights of Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson And James Davies on Behalf of Themselves and Others Similarly Situated, to Confirmation of Debtors' Amended Combined Disclosure Statement and Chapter 11 Plan and Notice of Election by the Warn Claimants to Opt-Out of Third Party Releases Contained in the Plan* on the Debtors' counsels listed on the attached service list as indicated thereon.

Dated:  October 27, 2022
Wilmington, Delaware　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: /s/ Christopher D. Loizides
　　　　　　　　　　　　　　　　　　　Christopher D. Loizides, Esq. (No. 3968)
　　　　　　　　　　　　　　　　　　　LOIZIDES, P.A.
　　　　　　　　　　　　　　　　　　　Legal Arts Building
　　　　　　　　　　　　　　　　　　　1225 King Street, Suite 800
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　　Telephone:　　(302) 654-0248
　　　　　　　　　　　　　　　　　　　Facsimile:　　(302) 654-0728
　　　　　　　　　　　　　　　　　　　Email:　　　loizides@loizides.com

**SERVICE LIST**

**VIA ELECTRONIC MAIL**

Dentons US LLP
601 S. Figuera Street, #2500,
Los Angeles, CA 90017
Samuel Maizel
Tania M. Moyron
David F. Cook
samuel.maizel@dentons.com
tania.moyron@dentons.com
david.f.cook@dentons.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor,
Wilmington, DE 19801
Laura Davis Jones
Timothy P. Cairns
Mary F. Caloway
ljones@pszjlaw.com
tcairns@pszjlaw.com
mcaloway@pszjlaw.com

*Counsel to the Debtors*

Thompson Coburn
Hahn & Jessen LLP
488 Madison Avenue
New York, New York 10022,
Mark S. Indelicato
Mark T. Power, Esq.
mindelicato@thompsoncoburn.com
mpower@thompsoncoburn.com
*Counsel to the Committee*

Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Regina Stango Kelbon, Esq.
Victoria A. Guilfoyle, Esq.
Lawrence R. Thomas III, Esq.
regina.kelbon@blankrome.com
tori.guilfoyle@blankrome.com
Lorenzo.thomas@blankrome.com
*Co-counsel to the Official Committee of Unsecured*

Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35,
Wilmington, Delaware 19801
Benjamin Hackman, Esq.
[benjamin.a.hackman@usdoj.gov](mailto:benjamin.a.hackman@usdoj.gov)