# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Related Docket No. 625** |

## NOTICE OF FILING OF REVISED EXHIBIT D
## TO VOTING DECLARATION

**PLEASE TAKE NOTICE** that on October 28, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Declaration of Andres A. Estrada with Respect to the Tabulation of Votes on the Amended Chapter 11 Combined Plan & Disclosure Statement of First Guaranty Mortgage Corporation and Debtor Affiliate* [Docket No. 625] (the "Voting Declaration").

**PLEASE TAKE FURTHER NOTICE** that **Exhibit D** to the Voting Declaration contained a list of "Opt Out Parties".

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a corrected **Exhibit D** to the Voting Declaration.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

Dated: October 29, 2022          **PACHULSKI STANG ZIEHL & JONES LLP**

    */s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel:   (302) 652-4100
Email:  ljones@pszjlaw.com
 tcairns@pszjlaw.com
       mcaloway@pszjlaw.com

Samuel R. Maizel (*Pro Hac Vice*)
Tania M. Moyron (*Pro Hac Vice*)
**DENTONS US LLP**
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email: samuel.maizel@dentons.com
      tania.moyron@dentons.com

Lynn P. Harrison III (*Pro Hac Vice* pending)
Lauren Macksoud (*Pro Hac Vice*)
Claude D. Montgomery (*Pro Hac Vice*)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 632-8390
Email: lynn.harrison@dentons.com
     lauren.macksoud@dentons.com
     claude.montgomery@dentons.com

*Counsel to Debtors and Debtors in Possession*