# **<u>Exhibit A</u>**

**Exhibit D**
**[Revised] Opt Out Parties**

| Creditor Name | Date Filed | Opt Out of Third Party Releases? |
|---|---|---|
| AMERICAN EXPRESS | 10/25/2022 | Yes |
| Anthony Shaw | 10/20/2022 | Yes |
| BMO Capital Markets Corp. | 10/26/2022 | Yes |
| Buck, Kevin W. | 10/24/2022 | Yes |
| Chiusano, Joseph | 10/16/2022 | Yes |
| Consolidated Analytics, Inc. | 10/26/2022 | Yes |
| Customers Bank | 10/26/2022 | Yes |
| Dousa, Gregory | 10/24/2022 | Yes |
| Escape Mortgage LLC | 10/18/2022 | Yes |
| Federal Home Loan Mortgage Corporation | 10/26/2022 | Yes |
| Federal National Mortgage Association | 10/25/2022 | Yes |
| Gregory Dousa | 10/24/2022 | Yes |
| HLP INTEGRATION | 10/26/2022 | Yes |
| J.V.B. Financial Group LLC | 10/25/2022 | Yes |
| James W. Richard | 10/26/2022 | Yes |
| Jennifer Wolter | 10/26/2022 | Yes |
| Jessica Yvette Rodriguez | 10/26/2022 | Yes |
| Justin Glass | 10/26/2022 | Yes |
| Kari Crutcher | 10/19/2022 | Yes |
| Lawyers Title Company | 10/18/2022 | Yes |
| Leighton, Stacy J | 10/20/2022 | Yes |
| Liberty Mutual Insurance Company | 10/25/2022 | Yes |
| Lynx Whole Loan Acquisition LLC | 10/26/2022 | Yes |
| Massachusetts Mutual Life Insurance Company | 10/25/2022 | Yes |
| Melissa Data Corporation | 10/14/2022 | Yes |
| Ncontracts, LLC | 10/25/2022 | Yes |
| Nicholas D. Mosser | 10/24/2022 | Yes |
| Optimal Blue, LLC | 10/25/2022 | Yes |
| Orca, Jason M. | 10/24/2022 | Yes |
| Planet Home Lending, LLC | 10/24/2022 | Yes |
| Rushmore Loan Management Services LLC | 10/26/2022 | Yes |
| Seneca Mortgage Servicing | 10/21/2022 | Yes |
| Seroka and Associates, Inc. | 10/20/2022 | Yes |
| Soulence, LLC dba Soulence Tax and Accounting | 10/24/2022 | Yes |
| SREP-OCPFWTX, LLC Successor-in-Interest to Throckmorton Fw3, LLC | 10/27/2022 | Yes |
| Texas Capital Bank | 10/26/2022 | Yes |
| The Appraisal Hub, LLC | 10/25/2022 | Yes |
| The North River Insurance Company | 10/26/2022 | Yes |
| WSFS Wealth | 10/20/2022 | Yes |
| Yvette Ramirez | 10/23/2022 | Yes |
| Yvonne M Clay | 10/24/2022 | Yes |