## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 22-10584 (CTG) |
| FIRST GUARANTY MORTGAGE | ) | |
| CORPORATION, *et al.,*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 625, 637** |

## NOTICE OF FILING OF FURTHER REVISED
## EXHIBIT D TO VOTING DECLARATION

**PLEASE TAKE NOTICE** that on October 28, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Declaration of Andres A. Estrada with Respect to the Tabulation of Votes on the Amended Chapter 11 Combined Plan & Disclosure Statement of First Guaranty Mortgage Corporation and Debtor Affiliate* [Docket No. 625] (the "Voting Declaration").

**PLEASE TAKE FURTHER NOTICE** that **Exhibit D** to the Voting Declaration contained a list of "Opt Out Parties".

**PLEASE TAKE FURTHER NOTICE** that on October 30, 2022, the Debtors filed a *Notice of Filing of Revised Exhibit D to Voting Declaration* [Docket No. 637].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is an further revised **Exhibit D** to the Voting Declaration.

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

Dated:  October 30, 2022          **PACHULSKI STANG ZIEHL & JONES LLP**


_____ */s/  Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel:    (302) 652-4100
Email:  ljones@pszjlaw.com
 tcairns@pszjlaw.com
          mcaloway@pszjlaw.com


Samuel R. Maizel (*Pro Hac Vice*)
Tania M. Moyron (*Pro Hac Vice*)
**DENTONS US LLP**
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Email: samuel.maizel@dentons.com
          tania.moyron@dentons.com

Lynn P. Harrison III (*Pro Hac Vice* pending)
Lauren Macksoud (*Pro Hac Vice*)
Claude D. Montgomery (*Pro Hac Vice*)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 632-8390
Email: lynn.harrison@dentons.com
          lauren.macksoud@dentons.com
          claude.montgomery@dentons.com


*Counsel to Debtors and Debtors in Possession*

# **Exhibit A**

**Exhibit D**
**[Revised] Opt Out Parties**

| Creditor Name | Date Filed | Opt Out of Third Party Releases? |
|---|---|---|
| AMERICAN EXPRESS | 10/25/2022 | Yes |
| Anthony Shaw | 10/20/2022 | Yes |
| AZUZA LLC | 10/27/2022 | Yes |
| BMO Capital Markets Corp. | 10/26/2022 | Yes |
| Bravo II Guarantor I LLC | 10/25/2022 | Yes |
| Buck, Kevin W. | 10/24/2022 | Yes |
| Chiusano, Joseph | 10/16/2022 | Yes |
| Consolidated Analytics, Inc. | 10/26/2022 | Yes |
| Customers Bank | 10/26/2022 | Yes |
| Dousa, Gregory | 10/24/2022 | Yes |
| Escape Mortgage LLC | 10/18/2022 | Yes |
| Federal Home Loan Mortgage Corporation | 10/26/2022 | Yes |
| Federal National Mortgage Association | 10/25/2022 | Yes |
| Flagstar Bank, FSB | 10/26/2022 | Yes |
| Gregory Dousa | 10/24/2022 | Yes |
| HCL America, Inc. | 10/25/2022 | Yes |
| HLP INTEGRATION | 10/26/2022 | Yes |
| J.V.B. Financial Group LLC | 10/25/2022 | Yes |
| James W. Richard | 10/26/2022 | Yes |
| Jennifer Wolter | 10/26/2022 | Yes |
| Jessica Yvette Rodriguez | 10/26/2022 | Yes |
| Jessie Palmer | 10/26/2022 | Yes |
| Justin Glass | 10/26/2022 | Yes |
| Kari Crutcher | 10/19/2022 | Yes |
| Lawyers Title Company | 10/18/2022 | Yes |
| Leighton, Stacy J | 10/20/2022 | Yes |
| Liberty Mutual Insurance Company | 10/25/2022 | Yes |
| Lynley VanSingel | 10/26/2022 | Yes |
| Lynx Whole Loan Acquisition LLC | 10/26/2022 | Yes |
| Massachusetts Mutual Life Insurance Company | 10/25/2022 | Yes |
| Melanie Meyer | 10/26/2022 | Yes |
| Melissa Data Corporation | 10/14/2022 | Yes |
| Ncontracts, LLC | 10/25/2022 | Yes |
| Nicholas D. Mosser | 10/24/2022 | Yes |
| Optimal Blue, LLC | 10/25/2022 | Yes |
| Orca, Jason M. | 10/24/2022 | Yes |
| Planet Home Lending, LLC | 10/24/2022 | Yes |
| Rushmore Loan Management Services LLC | 10/26/2022 | Yes |
| Seneca Mortgage Servicing | 10/21/2022 | Yes |
| Seroka and Associates, Inc. | 10/20/2022 | Yes |
| Soulence, LLC dba Soulence Tax and Accounting | 10/24/2022 | Yes |
| SREP-OCPFWTX, LLC Successor-in-Interest to Throckmorton Fw3, LLC | 10/27/2022 | Yes |
| Texas Capital Bank | 10/26/2022 | Yes |
| The Appraisal Hub, LLC | 10/25/2022 | Yes |
| The North River Insurance Company | 10/26/2022 | Yes |
| WSFS Wealth | 10/20/2022 | Yes |
| Yvette Ramirez | 10/23/2022 | Yes |
| Yvonne M Clay | 10/24/2022 | Yes |