**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | ) | Case No. 22-10584 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 625, 637, 640** |

**NOTICE OF FILING OF FINAL VOTING DECLARATION**

**PLEASE TAKE NOTICE** that on October 28, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Declaration of Andres A. Estrada with Respect to the Tabulation of Votes on the Amended Chapter 11 Combined Plan & Disclosure Statement of First Guaranty Mortgage Corporation and Debtor Affiliate* [Docket No. 625] (the "Voting Declaration").

**PLEASE TAKE FURTHER NOTICE** that on October 30, 2022, the Debtors filed a *Notice of Filing of Revised Exhibit D to Voting Declaration* [Docket No. 637].

**PLEASE TAKE FURTHER NOTICE** that on October 30, 2022, the Debtors filed a *Notice of Filing of Further Revised Exhibit D to Voting Declaration* [Docket No. 640].

**PLEASE TAKE FURTHER NOTICE** that attached hereto for convenience, as **Exhibit A**, is a final conformed version of the Voting Declaration.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

Dated: October 30, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
mcaloway@pszjlaw.com

Samuel R. Maizel (*Pro Hac Vice*)
Tania M. Moyron (*Pro Hac Vice*)
**DENTONS US LLP**
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email: samuel.maizel@dentons.com
tania.moyron@dentons.com

Lynn P. Harrison III (*Pro Hac Vice* pending)
Lauren Macksoud (*Pro Hac Vice*)
Claude D. Montgomery (*Pro Hac Vice*)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 632-8390
Email: lynn.harrison@dentons.com
lauren.macksoud@dentons.com
claude.montgomery@dentons.com

*Counsel to Debtors and Debtors in Possession*

# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ANDRES A. ESTRADA WITH RESPECT TO THE TABULATION OF VOTES ON THE AMENDED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF FIRST GUARANTY MORTGAGE CORPORATION AND DEBTOR AFFILIATE**

I, Andres A. Estrada, depose and say under the penalty of perjury:

1. I am a Managing Director of Corporate Restructuring Services employed by Kurtzman Carson Consultants LLC ("KCC"), whose main business address is 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, California 90245.

2. I submit this declaration (the "Declaration") with respect to the solicitation of votes and the tabulation of Ballots cast on the *Amended Combined Disclosure Statement and Chapter 11 Plan of First Guaranty Mortgage Corporation and Debtor Affiliate* [D.I. 518] (the "Combined Plan and Disclosure Statement"),[2] Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of KCC. If I were called to testify, I could and would testify competently as to the facts set forth herein.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Combined Plan and Disclosure Statement or Solicitation Procedures Order (as defined herein), as applicable.

3. The Bankruptcy Court authorized KCC's retention (i) as claims and noticing agent to the Debtors on July 1, 2022 pursuant to the *Order Granting Debtors' Application for Order Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent, Effective as of the Petition Date* [D.I 58], and (ii) as administrative advisor to the Debtors on July 28, 2022 pursuant to the *Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of the Petition Date* [D.I. 229] (together, the "**Retention Orders**"). The Retention Orders authorize KCC to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Combined Plan and Disclosure Statement. KCC and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**SERVICE AND TRANSMITTAL OF SOLICIATION PAKCAGES AND THE TABULATION PROCESS**

4. On October 7, 2022, the Bankruptcy Court entered the *Order (I) Granting Interim Approval of the Disclosures; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures and Confirmation of the Combined Plan, and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballot; and (V) Granting Related Relief* [D.I.524] (the "Solicitation Procedures Order"), establishing procedures to solicit votes from and tabulate Ballots submitted by holders of claims entitled to vote on the Combined Plan and Disclosure Statement or opt out of the Combined Plan and Disclosure Statement's third party releases. KCC adhered to the procedures outlined in the Solicitation Procedures Order, the Ballots, and Opt Out Election Forms distributed to parties entitled to vote or opt out. I supervised the solicitation and tabulation performed by KCC's employees.

5. Pursuant to the Solicitation Procedures Order, KCC transmitted Solicitation Packages (as defined in the Solicitation Procedures Motion) to those holders of claims entitled to

vote on the Combined Plan and Disclosure Statement as of the September 28, 2022 record date, as well as those creditors who filed proofs of claim in advance of the October 14, 2022 Bar Date. Only holders of Claims in Class 3 (Secured Prepetition Facility Claims), Class 4 (Loan Settlement Claims), Class 5 (Prepetition LVS II Offshore Guaranty Claims), and Class 6 (General Unsecured Claims) (the "Voting Classes") were entitled to vote to accept or reject the Combined Plan and Disclosure Statement. No claims were identified and assigned to Class 4 (Loan Settlement Claims). As such, Class 4 is not included in the tabulation results. In lieu of a Solicitation Package, all known (i) holders of claims in Classes 1 and 2 received the Non-Voting Parties Notice (Presumed to Accept) with Opt Out Election Form as Exhibit 1 [D.I. 527] and (ii) holders of Interests in Class 7 received the Non-Voting Parties Notice (Presumed to Reject) with Opt Out Election Form as Exhibit 1 [D.I 528], all in accordance with the Solicitation Procedures Order.

6. KCC worked closely with the Debtors' Counsel to identify the holders in the Voting Classes entitled to vote on the Combined Plan and Disclosure Statement or opt out of Combined Plan and Disclosure Statement's third party releases, and to coordinate the distribution of solicitation materials and opt out forms to such holders. A detailed description of KCC's distribution of solicitation materials and forms of service thereof to holders entitled to vote on the Combined Plan and Disclosure Statement or opt out of the Combined Plan and Disclosure Statement's third party releases is set forth in the Certificate of Service, which was filed with the Bankruptcy Court of October 26, 2022 [D.I. 610].

7. On October 7, 2022, KCC posted links to the electronic versions of the Combined Hearing Notice, Combined Plan and Disclosure Statement, Solicitation Procedures Order and Non-Voting Parties Notices, on the public access website at www.kccllc.net/FGMC.

8. In accordance with the Solicitation Procedures Order, KCC received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Combined Plan and Disclosure Statement. Each Ballot submitted to KCC was date-stamped, scanned, assigned a Ballot number, entered into KCC's voting database, and processed. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures Order, (b) executed by the relevant holder entitled to vote on the Combined Plan and Disclosure Statement (or such holder's representative), (c) returned to KCC via an approved method of delivery set forth in the Solicitation Procedures Order, and (d) received by KCC on or before October 26, 2022 at 4:00 p.m. (Eastern Time) (the "Voting Deadline").

9. On October 17, 2022, the Debtors' filed an *Objection to Proof of Claim No. 124 Solely for Voting Purposes* [D.I. 561] seeking entry of an order reducing the voting amount of Claim No. 124 filed by Kari Crutcher to $1.00. A *Response in Opposition to Debtors' Objection* [D.I. 596] was filed on October 24, 2022.

10. The final tabulation of votes cast by timely and properly completed Ballots received by KCC is attached hereto as **Exhibit A**. The detailed Ballot reports for the Voting Classes 3, 5, and 6 are attached to this Declaration as **Exhibit A-1** through **Exhibit A-3**, respectively.

11. An alternative tabulation of votes accounting for Claim No. 124 filed by Kari Crutcher voting in the asserted claim amount of $81,361,126.92 is attached hereto as **Exhibit B**

12. A report of any parties in the Voting Classes excluded from the final tabulation, and the reasons for exclusion of such Ballots, is attached hereto as **Exhibit C**. All such Ballots were not counted for one of the following reasons: Ballot did not indicate an acceptance or rejection (i.e. an "abstained" vote), the Ballot was returned late, or the Ballot was submitted by an insider.

13. In addition, in accordance with the Solicitation Procedures Order, KCC reviewed and tabulated the elections recorded on the Opt Out Election Forms received by the Voting Deadline from holders entitled to opt out of the Combined Plan and Disclosure Statement's third party releases. A report of any such holders that checked the opt out box on their Ballots or Opt Out Election Forms is attached hereto as **Exhibit D**. For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt out elections received and reported on **Exhibit D** hereto, but rather this Declaration is providing such information for reporting and informational purposes only.

**Conclusion**

To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Combined Plan and Disclosure Statement is true.

Dated: October 28, 2022

*/s/* Andres A. Estrada
Andres A. Estrada
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# EXHIBIT A

**Exhibit A**

**Ballot Tabulation Summary**

| Class | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Secured Prepetition Facility Claims | 1 | 3 | 1 | 2 | 33.33 | 66.67 | $152,511,248.32 | $144,219,127.98 | $8,292,120.34 | 94.56 | 5.44 |
| 5 | Prepetition LVS II Offshore Guaranty Claim | 0 | 1 | 1 | 0 | 100.00 | 0.00 | $25,717,283.14 | $25,717,283.14 | $0.00 | 100.00 | 0.00 |
| 6 | General Unsecured Claims | 9 | 51 | 41 | 10 | 80.77 | 19.23 | $39,005,358.01 | $32,490,294.36 | $6,515,063.65** | 83.00 | 17.00 |

***Voting amount reduced for ballot #12 submitted by Kari Crutcher from $81,361,126.92 to $1.00 per filed objection.*

**Exhibit A-1**

**Class 3 Ballot Detail**

**Secured Prepetition Facility Claims**

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Customers Bank | 10/26/2022 | 49 | $2,292,120.34 | Reject |
| Customers Bank | 10/26/2022 | 51 | $6,000,000.00 | Reject |
| Texas Capital Bank | 10/26/2022 | 56 | $144,219,127.98 | Accept |

**Exhibit A-2**

**Class 5 Ballot Detail**

**Prepetition LVS II Offshore Guaranty Claim**

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| LVS II Offshore, L.P. | 10/25/2022 | 41 | $25,717,283.14 | Accept |

**Exhibit A-3**

**Class 6 Ballot Detail**

**General Unsecured Claims**

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| AMERICAN EXPRESS | 10/25/2022 | 34 | $67,207.22 | Reject |
| Angel Oak Capital Advisors, LLC, as Administrator | 10/21/2022 | 19 | $14,029,182.66 | Accept |
| Anthony Shaw | 10/20/2022 | 16 | $13,251.20 | Accept |
| BMO Capital Markets Corp. | 10/26/2022 | 45 | $222,578.11 | Accept |
| Chiusano, Joseph | 10/16/2022 | 5 | $9.00 | Reject |
| Consolidated Analytics, Inc. | 10/26/2022 | 53 | $31,585.00 | Accept |
| Customers Bank | 10/26/2022 | 50 | $1.00 | Reject |
| El Paso Electric | 10/19/2022 | 11 | $1,052.21 | Accept |
| Escape Mortgage LLC | 10/18/2022 | 8 | $265,000.00 | Accept |
| FAIRWAY ASSET CORPORATION | 10/14/2022 | 3 | $9,868.57 | Accept |
| Fastapp, Inc. | 10/14/2022 | 2 | $8,750.00 | Accept |
| Federal Home Loan Mortgage Corporation | 10/26/2022 | 57 | $2,565,000.00 | Accept |
| GERALD HALL | 10/24/2022 | 26 | $1,855.50 | Accept |
| Greenway Funding Group, Inc. | 10/26/2022 | 43 | $2,568.75 | Accept |
| Greeway Funding Group Inc. | 10/26/2022 | 44 | $2,568.75 | Accept |
| HLP INTEGRATION | 10/26/2022 | 47 | $1,401.09 | Accept |
| J.V.B. Financial Group LLC | 10/25/2022 | 31 | $5,704,097.36 | Reject |
| James W. Richard | 10/26/2022 | 59 | $1.00 | Accept |
| Jennifer Wolter | 10/26/2022 | 60 | $44,250.50 | Accept |
| Kari Crutcher | 10/19/2022 | 12* | $81,361,126.92 | Reject |
| Lawyers Title Company | 10/18/2022 | 10 | $164.00 | Accept |
| Leighton, Stacy J | 10/20/2022 | 15 | $1,489.93 | Accept |
| Liberty Mutual Insurance Company | 10/25/2022 | 32 | $12,104,176.50 | Accept |
| Lynx Whole Loan Acquisition LLC | 10/26/2022 | 52 | $288,087.84 | Reject |
| Melissa Data Corporation | 10/14/2022 | 4 | $1,210.60 | Accept |
| Mid-Missouri Bank | 10/21/2022 | 17 | $15,004.00 | Accept |
| MRK Paseo LLC | 10/26/2022 | 48 | $127,498.26 | Accept |
| Ncontracts, LLC | 10/25/2022 | 30 | $6,332.04 | Reject |

**Ballot #12 pending objection to reduce voting amount to $1.00.*

**Exhibit A-3**
**Class 6 Ballot Detail**
**General Unsecured Claims**

| Creditor Name | Date Filed | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Nicholas D. Mosser | 10/24/2022 | 25 | $1,000,000.00 | Accept |
| Optimal Blue, LLC | 10/25/2022 | 37 | $242,407.03 | Reject |
| Optimal Blue, LLC | 10/25/2022 | 38 | $206,746.16 | Reject |
| Platinum Parking | 10/14/2022 | 1 | $2,487.95 | Accept |
| Polunsky Beitel Green, LLP | 10/24/2022 | 27 | $1,400.00 | Accept |
| R3 Appraisal Management LLC | 10/23/2022 | 20 | $33,625.00 | Accept |
| Richey May Advisory, LLC | 10/26/2022 | 58 | $96,017.74 | Accept |
| Rushmore Loan Management Services LLC | 10/26/2022 | 46 | $956,665.05 | Accept |
| Seay, Cynthia | 10/18/2022 | 9 | $119,850.00 | Accept |
| Seroka and Associates, Inc. | 10/20/2022 | 14 | $9,125.00 | Accept |
| SitusAMC Advisory & Risk Solutions LLC DBA Mountainview Risk & Analytics | 10/26/2022 | 42 | $5,000.00 | Accept |
| Soulence, LLC dba Soulence Tax and Accounting | 10/24/2022 | 23 | $8,870.00 | Accept |
| Sourcepoint, Inc. | 10/24/2022 | 22 | $605,071.07 | Accept |
| Summit Mortgage Corporation | 10/24/2022 | 24 | $64,988.05 | Accept |
| The Appraisal Hub, LLC | 10/25/2022 | 39 | $175.00 | Reject |
| The North River Insurance Company | 10/26/2022 | 55 | $1.00 | Accept |
| The Ritz-Carlton Hotel Company, L.L.C., a Delaware Limited Liability Co dba Golf Resort, Naples | 10/24/2022 | 28 | $77,439.77 | Accept |
| The Scotsman Guide Media Inc. | 10/25/2022 | 35 | $2,100.00 | Accept |
| TriStar Finance Inc. | 10/17/2022 | 6 | $39,770.00 | Accept |
| Veri-Tax LLC | 10/17/2022 | 7 | $4,269.60 | Accept |
| WSFS Wealth | 10/20/2022 | 13 | $3,000.00 | Accept |
| Yvette Ramirez | 10/23/2022 | 21 | $4,312.50 | Accept |
| Yvonne M Clay | 10/24/2022 | 29 | $7,845.00 | Accept |

# EXHIBIT B

**Exhibit B**

**Alternate Ballot Tabulation Summary**

| Class | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Secured Prepetition Facility Claims | 1 | 3 | 1 | 2 | 33.33 | 66.67 | $152,511,248.32 | $144,219,127.98 | $8,292,120.34 | 94.56 | 5.44 |
| 5 | Prepetition LVS II Offshore Guaranty Claim | 0 | 1 | 1 | 0 | 100.00 | 0.00 | $25,717,283.14 | $25,717,283.14 | $0.00 | 100.00 | 0.00 |
| 6 | General Unsecured Claims | 9 | 51 | 41 | 10 | 80.39 | 19.61 | $120,366,483.93 | $32,490,294.36 | $87,876,189.57 | 26.99 | 73.01 |

# EXHIBIT C

**Exhibit C**

**Ballots Excluded from Tabulation**

| Creditor Name | Date Filed | Ballot No. | Class | Voting Amount | Vote | Opt Out of Third Party Releases? | Reason Not Tabulated |
|---|---|---|---|---|---|---|---|
| AZUZA LLC | 10/27/2022 | 67 | 6 General Unsecured Claims | $72,243.65 | Accept | Yes | Not Timely |
| Bravo II Guarantor I LLC | 10/25/2022 | 40 | 6 - General Unsecured Claims | $1,293,150.00 | Accept | Yes | Insider |
| Flagstar Bank, FSB | 10/26/2022 | 54 | 3 - Secured Prepetition Facility Claims | $49,631,011.56 | Abstain | Yes | Abstain |
| HCL America, Inc. | 10/25/2022 | 36 | 6 - General Unsecured Claims | $945,249.50 | Abstain | Yes | Abstain |
| JAMES M WEST, INC | 10/21/2022 | 18 | 6 - General Unsecured Claims | $250.00 | Abstain | | Abstain |
| Jessie Palmer | 10/26/2022 | 63 | 6 - General Unsecured Claims | $450,000.00 | Reject | Yes | Not Timely |
| Lynley VanSingel | 10/26/2022 | 62 | 6 - General Unsecured Claims | $600,000.00 | Reject | Yes | Not Timely |
| Massachusetts Mutual Life Insurance Company | 10/25/2022 | 33 | 6 - General Unsecured Claims | $1.00 | Abstain | Yes | Abstain |
| Melanie Meyer | 10/26/2022 | 61 | 6 - General Unsecured Claims | $450,000.00 | Reject | Yes | Not Timely |
| SREP-OCPFWTX, LLC Successor-in-Interest to Throckmorton Fw3, LLC, | 10/27/2022 | 68 | 6 General Unsecured Claims | $204,220.75 | Accept | Yes | Not Timely |

# EXHIBIT D

**Exhibit D**

**[Revised] Opt Out Parties**

| Creditor Name | Date Filed | Opt Out of Third Party Releases? |
|---|---|---|
| AMERICAN EXPRESS | 10/25/2022 | Yes |
| Anthony Shaw | 10/20/2022 | Yes |
| AZUZA LLC | 10/27/2022 | Yes |
| BMO Capital Markets Corp. | 10/26/2022 | Yes |
| Bravo II Guarantor I LLC | 10/25/2022 | Yes |
| Buck, Kevin W. | 10/24/2022 | Yes |
| Chiusano, Joseph | 10/16/2022 | Yes |
| Consolidated Analytics, Inc. | 10/26/2022 | Yes |
| Customers Bank | 10/26/2022 | Yes |
| Dousa, Gregory | 10/24/2022 | Yes |
| Escape Mortgage LLC | 10/18/2022 | Yes |
| Federal Home Loan Mortgage Corporation | 10/26/2022 | Yes |
| Federal National Mortgage Association | 10/25/2022 | Yes |
| Flagstar Bank, FSB | 10/26/2022 | Yes |
| Gregory Dousa | 10/24/2022 | Yes |
| HCL America, Inc. | 10/25/2022 | Yes |
| HLP INTEGRATION | 10/26/2022 | Yes |
| J.V.B. Financial Group LLC | 10/25/2022 | Yes |
| James W. Richard | 10/26/2022 | Yes |
| Jennifer Wolter | 10/26/2022 | Yes |
| Jessica Yvette Rodriguez | 10/26/2022 | Yes |
| Jessie Palmer | 10/26/2022 | Yes |
| Justin Glass | 10/26/2022 | Yes |
| Kari Crutcher | 10/19/2022 | Yes |
| Lawyers Title Company | 10/18/2022 | Yes |
| Leighton, Stacy J | 10/20/2022 | Yes |
| Liberty Mutual Insurance Company | 10/25/2022 | Yes |
| Lynley VanSingel | 10/26/2022 | Yes |
| Lynx Whole Loan Acquisition LLC | 10/26/2022 | Yes |
| Massachusetts Mutual Life Insurance Company | 10/25/2022 | Yes |
| Melanie Meyer | 10/26/2022 | Yes |
| Melissa Data Corporation | 10/14/2022 | Yes |
| Ncontracts, LLC | 10/25/2022 | Yes |
| Nicholas D. Mosser | 10/24/2022 | Yes |
| Optimal Blue, LLC | 10/25/2022 | Yes |
| Orca, Jason M. | 10/24/2022 | Yes |
| Planet Home Lending, LLC | 10/24/2022 | Yes |
| Rushmore Loan Management Services LLC | 10/26/2022 | Yes |
| Seneca Mortgage Servicing | 10/21/2022 | Yes |
| Seroka and Associates, Inc. | 10/20/2022 | Yes |
| Soulence, LLC dba Soulence Tax and Accounting | 10/24/2022 | Yes |
| SREP-OCPFWTX, LLC Successor-in-Interest to Throckmorton Fw3, LLC | 10/27/2022 | Yes |
| Texas Capital Bank | 10/26/2022 | Yes |
| The Appraisal Hub, LLC | 10/25/2022 | Yes |
| The North River Insurance Company | 10/26/2022 | Yes |
| WSFS Wealth | 10/20/2022 | Yes |
| Yvette Ramirez | 10/23/2022 | Yes |
| Yvonne M Clay | 10/24/2022 | Yes |