# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Related Docket No. 617** |

## NOTICE OF FILING OF PROPOSED ORDER

**PLEASE TAKE NOTICE** that on October 27, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Order Approving Stipulation Between Debtors and MassMutual Relating to the Servicing of MassMutual's Loans* [Docket No. 617] (the "MassMutual Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the MassMutual Motion will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801, on October 31, 2022, at 2:00 p.m., prevailing Eastern time.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is revised proposed form of order approving the MassMutual Motion.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is blackline of the revised proposed form of order against the order filed with the MassMutual Motion.

|  |  |
|---|---|
| Dated: October 31, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |

_/s/ Mary F. Caloway_
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel:     (302) 652-4100
Email:  ljones@pszjlaw.com
 tcairns@pszjlaw.com
           mcaloway@pszjlaw.com

Samuel R. Maizel (_Pro Hac Vice_)
Tania M. Moyron (_Pro Hac Vice_)
**DENTONS US LLP**
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Email: samuel.maizel@dentons.com
            tania.moyron@dentons.com

Lynn P. Harrison III (_Pro Hac Vice_ pending)
Lauren Macksoud (_Pro Hac Vice_)
Claude D. Montgomery (_Pro Hac Vice_)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 632-8390
Email: lynn.harrison@dentons.com
            lauren.macksoud@dentons.com
            claude.montgomery@dentons.com

_Counsel to Debtors and Debtors in Possession_