# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRST GUARANTY MORTGAGE | ) Case No. 22-10584 (CTG) |
| CORPORATION, *et al.*, [1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Ref. Docket No.___** |
| | ) |

## ORDER APPROVING STIPULATION

The Court having considered the *Stipulation Between Debtors and Massachusetts Mutual Life Insurance Company for the Provision of Adequate Protection and Adequate Assurances Relating to the Servicing of MassMutual's Loans* (the "Stipulation") attached hereto as Exhibit 1; and the Court having determined that good and adequate cause exists for approval of the Stipulation; it is hereby ORDERED that:

1. The Stipulation is approved as set forth herein.

2. The Bankruptcy Court shall maintain jurisdiction over any dispute arising under or in connection with the Stipulation.

3. Notwithstanding anything in this Order or the Stipulation to the contrary, nothing herein or therein shall or shall be construed to impair, abridge or modify in any manner whatsoever the rights or obligations of Rushmore Loan Management Services LLC as sub-servicer of Mortgage Loans under that certain Flow Agency

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number are: First Guaranty Mortgage Corporation (54-1429575); and Maverick II Holdings, LLC (88-1305621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 5400 Tennyson Parkway, Suite 450, Plano, TX 75024.

Subservicing Agreement dated as of March 1, 2018, including as sub-servicer of any Mortgage Loans sold by FGMC to MassMutual.