# EXHIBIT C

### (Specified Assets)

1. All Intellectual Property owned by the Debtors, including but not limited to the Intellectual Property listed on the following portions of the *Schedules of Assets and Liabilities for First Guaranty Mortgage Corporation (Case No. 22-10584)*:

   a. Schedule A/B 60 (patents, copyrights, trademarks, and trade secrets)

   b. Schedule A/B 61 (internet domain names and websites)

   c. Schedule A/B 64 (but only the "doing business as" name Goodmortgage.com)

   For purposes of this Exhibit, "Intellectual Property" means all (i) foreign and domestic patents and patent applications and inventions, (ii) trademarks, service marks, trade dress, trade names, logos and corporate or company names (both foreign and domestic) and registrations and applications for registration thereof together with all of the goodwill associated therewith, (iii) copyrights (registered or unregistered), works of authorship and copyrightable works (both foreign and domestic) and registrations and applications for registration thereof, (iv) Internet addresses, URL, domain names, websites and web page content, (v) computer software, data, data bases and documentation thereof, and (vi) trade secrets and other confidential information (including ideas, formulas, compositions, inventions (whether patentable or unpatentable and whether or not reduced to practice), know how, business processes and techniques, research and development information, drawings, specifications, designs, plans, proposals, technical data, financial and marketing plans and customer and vendor lists and information (including all account information, files, programs, plans, data and related business information).

2. The Debtors' interest in FirstLine Holdings, LLC

3. The proceeds of the loans and other "Purchased Assets" funded under the DIP Repo Facility

4. Cash collateral backing the Debtors' surety bonds to the extent posted on or after the Petition Date

5. Recovery of servicing advances to the extent funded on or after the Petition Date related to early buyout mortgage loans