IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE<br>CORPORATION, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-10584 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) **Related Docket Nos. 518, 525, 625** |

**NOTICE OF FILING OF BLACKLINE OF AMENDED, MODIFIED AND RESTATED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF FIRST GUARANTY MORTGAGE CORPORATION AND DEBTOR AFFILIATE**

**PLEASE TAKE NOTICE** that on October 6, 2022, First Guaranty Mortgage Corporation and Maverick II Holdings, LLC, the above-referenced affiliated debtors and debtors in possession (together, the "Debtors"), filed the *Amended Chapter 11 Combined Plan & Disclosure Statement of First Guaranty Mortgage Corporation and Debtor Affiliate* [D.I. 518] (the "Combined Plan") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on October 7, 2022, the Debtors filed the Solicitation Version of the Combined Plan [D.I. 525] with Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that on October 31, 2022, the Debtors filed the *Amended, Modified and Restated Chapter 11 Combined Plan & Disclosure Statement of First Guaranty Mortgage Corporation and Debtor Affiliate* [D.I. 652] (the "Modified Combined Plan") with Bankruptcy Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

**PLEASE TAKE FURTHER NOTICE** that on October 31, 2022, the Bankruptcy Court conducted a hearing (the "Confirmation Hearing") to consider approval of the disclosures in the Combined Plan on a final basis and confirmation of the Modified Plan. At the Hearing, the parties advised the Bankruptcy Court of certain nonmaterial changes to be made to the Modified Plan.

**PLEASE TAKE FURTHER NOTICE** that contemporaneously herewith, the Debtors filed the revised *Amended, Modified and Restated Chapter 11 Combined Plan & Disclosure Statement of First Guaranty Mortgage Corporation and Debtor Affiliate* [the "Restated Combined Plan").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 3016-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, a blackline comparison of the Restated Combined Plan marked against the Modified Combined Plan is attached hereto as **Exhibit A.**

Dated:  November 2, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel:     (302) 652-4100
Fax:    (302) 652-4400
Email:  ljones@pszjlaw.com
            tcairns@pszjlaw.com

-and-

Samuel R. Maizel (*Pro Hac Vice*)
Tania M. Moyron (*Pro Hac Vice*)
**DENTONS US LLP**
601 S. Figueroa Street #2500
Los Angeles, CA 90017

Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
            tania.moyron@dentons.com

Lynn P. Harrison III (*Pro Hac Vice* pending)
Lauren Macksoud (*Pro Hac Vice*)
Claude D. Montgomery (*Pro Hac Vice*)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 632-8390
Email:  lynn.harrison@dentons.com
            lauren.macksoud@dentons.com
            claude.montgomery@dentons.com

*Counsel to Debtors and Debtors in Possession*