**CERTIFICATE OF SERVICE**

Joseph H. Huston, Jr., certifies that on December 13, 2022, he caused a true and correct copy of the foregoing *Qui Tam Plaintiff Kari Crutcher's Motion to Compel the Production of Requested Insurance Documents* to be served on all parties in interest electronically through the Court's CM/ECF system and upon the Debtors directly by email to counsel.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.  (No. 4035)
