# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>    Debtors. | ) Chapter 11<br>)<br>) Case No. 22-10584 (CTG)<br>)<br>) Jointly Administered<br>)<br>)<br>)<br>) **D.I. _____** |

## ORDER GRANTING *QUI TAM* PLAINTIFF KARI CRUTCHER'S MOTION TO COMPEL THE PRODUCTION OF REQUESTED INSURANCE DOCUMENTS

Upon consideration of *Qui Tam Plaintiff Kari Crutcher's Motion to Compel the Production of Requested Insurance Documents* for an order compelling the Debtors to respond to discovery relating to any insurance agreements that may be in their possession, the Court being duly advised, and any objections having been resolved, withdrawn, or overruled, it is

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Debtors shall respond to Ms. Crutcher's discovery requests within ten (10) days of this Order.

Dated: December ___, 2022
Wilmington, Delaware

_____
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors 'mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.