# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>                    Debtors. | ) Chapter 11<br>)<br>) Case No. 22-10584 (CTG)<br>)<br>) Jointly Administered<br>)<br>) **Related D.I. 524**<br>) D.I. _____ |

## ORDER GRANTING KARI CRUTCHER'S MOTION FOR LIMITED RELIEF FROM THE PERMANENT INJUNCTION OF THE DEBTORS' CONFIRMED CHAPTER 11 PLAN TO ALLOW HER TO FILE A MOTION TO TRANSFER HER *QUI TAM* ACTION TO THE DISTRICT OF DELAWARE AND TO PURSUE THE *QUI TAM* ACTION AGAINST THE DEBTOR AS NOMINAL DEFENDANT

Upon consideration of *Kari Crutcher's Motion for Limited Relief from the Permanent Injunction of the Debtors' Confirmed Chapter 11 Plan to Allow Her to File a Motion to Transfer Her Qui Tam Action to the District of* Delaware and to Pursue the Qui Tam Action Against the Debtor as Nominal Defendant for an order granting limited relief from the permanent injunction to permit Ms. Crutcher to file a motion with the United States District Court for the Northern District of Georgia in the case captioned *United States of America ex el. Kari Crutcher v. First Guaranty Mortgage Corporation, et al.*, Civil Action No. 16-CV-03812, to transfer venue from the Georgia District Court to the United States District Court for the District of Delaware and pursue the *qui tam* action against the Debtor as nominal defendant; the Court being duly advised, and any objections having been resolved, withdrawn, or overruled, it is

**IT IS HEREBY ORDERED THAT**:

   1.   The Motion is **GRANTED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors 'mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

2. The permanent injunction of the Debtors' Confirmed Chapter 11 Plan is hereby modified to the extent necessary to permit Ms. Crutcher to file a motion with the Northern District of Georgia to transfer venue from that court to the Delaware District Court and pursue the *qui tam* action against the Debtor as nominal defendant.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: December ___, 2022
Wilmington, Delaware

_____
**UNITED STATES BANKRUPTCY JUDGE**