# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Laura Davis Jones | Partner | Bankruptcy | 1986 | 335.20 | $527,940.00 | $1,575.00 | | 0 |
| Richard J. Gruber | Of Counsel | Bankruptcy | 1982 | 2.40 | $ 3,420.00 | $1,425.00 | | 0 |
| David M. Bertenthal | Partner | Bankruptcy | 1993 | 2.60 | $ 3,627.00 | $1,395.00 | | 0 |
| Maxim B. Litvak | Partner | Bankruptcy | 1997 | 61.50 | $ 78,412.50 | $1,275.00 | | 0 |
| Karen B. Dine | Of Counsel | Bankruptcy | 1994 | 6.80 | $ 8,806.00 | $1,295.00 | | 0 |
| Jeffrey M. Dine | Of Counsel | Bankruptcy | 1996 | 1.70 | $ 2,201.50 | $1,295.00 | | 0 |
| Mary F. Caloway | Of Counsel | Bankruptcy | 1992 | 431.70 | $515,881.50 | $1,195.00 | | 0 |
| James E. O'Neill | Partner | Bankruptcy | 1985 | 0.70 | $ 801.50 | $1,145.00 | | 0 |
| Jonathan J. Kim | Of Counsel | Bankruptcy | 1995 | 43.00 | $ 47,085.00 | $1,095.00 | | 0 |
| Timothy P. Cairns | Partner | Bankruptcy | 2002 | 330.70 | $329,046.50 | $ 995.00 | | 0 |
| Peter J. Keane | Of Counsel | Bankruptcy | 2008 | 69.50 | $ 64,287.50 | $ 925.00 | | 0 |
| Edward A. Corma | Associate | Bankruptcy | 2018 | 16.50 | $ 11,137.50 | $ 675.00 | | 0 |
| Leslie A. Forrester | Law Library Director | Bankruptcy | N/A | 2.80 | $ 1,386.00 | $ 495.00 | | 0 |
| Patricia J. Jeffries | Paralegal | Bankruptcy | N/A | 7.00 | $ 3,465.00 | $ 495.00 | | 0 |
| Karina K. Yee | Paralegal | Bankruptcy | N/A | 0.40 | $ 198.00 | $ 495.00 | | 0 |
| Patricia E. Cuniff | Paralegal | Bankruptcy | N/A | 1.90 | $ 940.50 | $ 495.00 | | 0 |
| Ian Densmore | Paralegal | Bankruptcy | N/A | 97.40 | $ 48,213.00 | $ 495.00 | | 0 |
| Cheryl A. Knotts | Paralegal | Bankruptcy | N/A | 4.00 | $ 1,840.00 | $ 460.00 | | 0 |
| Andrea R. Paul | Case Mgmt. Assist | Bankruptcy | N/A | 7.30 | $ 2,883.50 | $ 395.00 | | 0 |
| Charles J. Bouzoukis | Case Mgmt. Assist | Bankruptcy | N/A | 48.00 | $ 18,960.00 | $ 395.00 | | 0 |
| Karen S. Neil | Case Mgmt. Assist | Bankruptcy | N/A | 30.70 | $ 12,126.50 | $ 395.00 | | 0 |
| Total: | | | | 1,501.80 | $1,682,659.00 | | | |

Case Name:         First Guaranty Mortgage Corporation

Case Number:       22-10584 (CTG)

Applicant's Name:  Pachulski Stang Ziehl & Jones LLP

Date of Application: 12/21/2022

Interim or Final   Final

---

[1] If applicable.