# EXHIBIT C-1

**Budget**

**EXHIBIT C-1**
**BUDGET**

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. See Guidelines ¶ C.8. for project category information.

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED |
|---|---|---|
| Asset Disposition | 150.00 | $165,000.00 |
| Bankruptcy Litigation | 500.00 | $550,000.00 |
| Business Operations | 20.00 | $ 22,000.00 |
| Case Administration | 70.00 | $ 52,500.00 |
| Claims Administration/ Objection | 25.00 | $ 27,500.00 |
| Compensation of Prof/Others | 10.00 | $ 10,000.00 |
| Employee Benefit/Pension | 150.00 | $180,000.00 |
| Executory Contracts | 25.00 | $ 25,000.00 |
| Financial Filings | 30.00 | $ 36,000.00 |
| Financing | 90.00 | $ 90,000.00 |
| General Business Advice | 15.00 | $ 15,000.00 |
| Insurance Coverage | 0.00 | $      0.00 |
| Meeting of Creditors | 10.00 | $ 12,000.00 |
| Operations | 5.00 | $  5,000.00 |
| Plan and Disclosure Statement | 500.00 | $500,000.00 |
| Retention of Professional | 5.00 | $  5,000.00 |
| Retention of Prof./Others | 70.00 | $ 77,000.00 |
| Stay Litigation | 12.00 | $ 13,200.00 |
| **Total** | **1,687.00** | **$1,785,200.00** |

Case Name:         First Guaranty Mortgage Corporation

Case Number:       22-10584 (CTG)

Applicant's Name:  Pachulski Stang Ziehl & Jones LLP

Date of Application: 12/21/2022

Interim or Final    Final

---

[1] If applicable.

# EXHIBIT C-2

**Staffing Plan**

**EXHIBIT C-2**

**STAFFING PLAN**

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| | CATEGORY OF TIMEKEEPER 1 (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|---|
| | Sr./Equity Partner/Shareholder | 5 | $1,286.20 |
| | Of Counsel | 6 | $1,155.97 |
| | Associates | 1 | $ 675.00 |
| | Law Library Director | 1 | $ 495.00 |
| | Paralegal | 5 | $ 493.74 |
| | Case Management Assistants | 3 | $ 395.00 |

1 As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

Case Name: First Guaranty Mortgage Corporation

Case Number: 22-10584 (CTG)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 12/21/2022

Interim or Final Final