# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

**EXHIBIT D -1**

**SUMMARY OF COMPENSATION REQUESTED  BY PROJECT CATEGORY**

(*See* Guidelines C.8. for  project category information.)

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Disposition | 150.00 | $165,000.00 | 142.50 | $156,972.50 |
| Bankruptcy Litigation | 500.00 | $550,000.00 | 451.10 | $502,238.50 |
| Business Operations | 20.00 | $ 22,000.00 | 18.50 | $ 21,827.50 |
| Case Administration | 70.00 | $ 52,500.00 | 69.00 | $ 44,485.00 |
| Claims Administration/ Objection | 25.00 | $ 27,500.00 | 25.80 | $ 28,601.00 |
| Compensation of Prof./Other | 10.00 | $ 10,000.00 | 9.90 | $  9,090.50 |
| Employee Benefit/Pension | 150.00 | $180,000.00 | 133.10 | $173,192.50 |
| Executory Contracts | 25.00 | $ 25,000.00 | 23.10 | $ 23,862.50 |
| Financial Filings | 30.00 | $ 36,000.00 | 30.20 | $ 35,607.00 |
| Financing | 90.00 | $ 90,000.00 | 77.20 | $ 88,486.00 |
| General Business Advice | 15.00 | $ 15,000.00 | 11.10 | $ 11,826.50 |
| Insurance Coverage | 0.00 | $      0.00 | 1.40 | $     763.00 |
| Meeting of Creditors | 10.00 | $ 12,000.00 | 7.90 | $ 11,298.50 |
| Operations | 5.00 | $  5,000.00 | 3.30 | $  2,563.50 |
| Plan and Disclosure Statement | 500.00 | $500,000.00 | 413.80 | $481,072.00 |
| Retention of Professional | 5.00 | $  5,000.00 | 4.80 | $  4,670.00 |
| Retention of Prof./Others | 70.00 | $ 77,000.00 | 68.80 | $ 73,194.00 |
| Stay Litigation | 12.00 | $ 13,200.00 | 10.30 | $ 12,908.50 |
| **Total** | **1,687.00** | **$1,785,200.00** | **1,501.80** | **$1,682,659.00** |

Case  Name:              First Guaranty Mortgage Corporation

Case Number:            22-10584 (CTG)

Applicant's Name:      Pachulski Stang Ziehl & Jones LLP

Date of Application:    12/21/2022

Interim or Final          Final

---

[1] If applicable.

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

**EXHIBIT D -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| Bloomberg | $  139.60 |
| Conference Call | $    93.25 |
| Working Meals | $    18.15 |
| Delivery/Courier Service | $1,253.39 |
| Filing Fee | $3,896.00 |
| Hotel Expense | $  295.90 |
| Legal Research | $2,350.38 |
| Outside Services | $  546.90 |
| Court Research | $1,676.50 |
| Reproduction Expense | $1,583.70 |
| Reproduction/ Scan Copy | $5,702.40 |
| Transcript | $2,294.95 |
| **Total:** | **$19,851.12** |

Case Name:          First Guaranty Mortgage Corporation

Case Number:          22-10584 (CTG)

Applicant's Name:          Pachulski Stang Ziehl & Jones LLP

Date of Application:          12/21/2022

Interim or Final          Final