# EXHIBIT E

**Summary Cover Sheet of Fee Application**

**EXHIBIT E**
**SUMMARY COVER SHEET OF FEE APPLICATION**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Name of client: | Debtors and Debtors in Possession |
| Time period covered by this application: | June 30, 2022 – November 6, 2022 |
| Total compensation sought this period: | $1,682,659.00 |
| Total expenses sought this period: | $     19,851.12 |
| Petition date: | June 30, 2022 |
| Retention date: | Nunc Pro Tunc to June 30, 2022 |
| Date of order approving employment: | August 2, 2022 |
| Total fees approved by interim order to date: | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed fees paid to date: | $0.00 |
| Total allowed expenses paid to date: | $0.00 |
| Blended rate in this application for all attorneys: | $1,222.95 |
| Blended rate in this application for all timekeepers: | $1,120.43 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application: | 21 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | ($102,541.00) |

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Number of professionals billing fewer than 15 hours to the case during this period | 11 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

Case Name:            First Guaranty Mortgage Corporation

Case Number:          22-10584 (CTG)

Applicant's Name:     Pachulski Stang Ziehl & Jones LLP

Date of Application:  12/21/2022

Interim or Final      Final