**EXHIBIT D-1**

**COMPENSATION BY PROFESSIONAL PERSON**

| Name of Professional | Position & Department | Year First Admitted | Billing Rate(s) | BILLED IN THIRD MONTHLY PERIOD (October 1 – November 6, 2022) | | BILLED IN ENTIRE COMPENSATION (July 14 – November 6, 2022) | | No. of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | HOURS | FEES | HOURS | FEES | |
| Abramova, Aleksandra | Associate - (Bankruptcy & Restructuring) | 2020 | $390 | 68.30 | $24,687.00 | 318.30 | $122,187.00 | 0 |
| Figueiredo, Janine M. | Partner - (Bankruptcy & Resructuring) | 2003 | $850 | 0.00 | $0.00 | 22.50 | $19,125.00 | 0 |
| Grubman, Don. D. | Partner - (Securities & Tax) | 1980 | $880 | 0.00 | $0.00 | 3.90 | $3,607.50 | 0 |
| Indelicato, Mark S. | Partner - (Bankruptcy & Restructuring) | 1986 | $1095 | 81.60 | $89,352.00 | 328.00 | $359,160.00 | 0 |
| Orbach, Joseph | Partner (Bankruptcy & Restructuring) | 2008 | $725 | 2.50 | $1,812.50 | 78.20 | $56,695.00 | |
| Power, Mark T. | Partner - (Bankruptcy & Restructuring) | 1989 | $1095 | 79.10 | $83,877.00 | 293.90 | $319,083.00 | 0 |
| Schwartz, Jacob T. | Associate - (Bankruptcy & Restructuring) | 2018 | $400 | 104.10 | $47,072.50 | 443.50 | $208,287.50 | 0 |
| Wang, Jessica F.. | Associate - (Corporations & Finance)) | 2018 | $475 | 0.00 | $0.00 | 2.00 | $950.00 | 0 |
| Ullo, Danielle A. | Law Clerk (Bankruptcy & Restructuring) | Pending | $370 | 28.90 | 10,693.00 | 110.00 | $40,700.00 | |
| Zawadzki, Jeffrey | Associate - (Bankruptcy & Restructuring) | 2004 | $690 | .10 | $72.50 | 1.40 | $1,015.00 | 0 |
| | *Attorney Subtotal:* | ............. | ............... | **364.60** | **$257,566.50** | **1,601.70** | **$1,130,810.00** | |
| Owens, Jennifer | Paralegal (Corporations & Finance)) | N/A | $300 | 0.00 | 0.00 | .5 | $150.00 | n/a |
| Reinhart, David | Paralegal – (Bankruptcy & Restructuring) | N/A | $320 | 28.00 | $8,960.00 | 60.10 | $19,232.00 | n/a |
| | *Paraprofessional Subtotal:* | | | **28.00** | **$8,960.00** | **60.60** | **$19,382.00** | |
| | **TOTAL REQUESTED:** | | | 392.60 | $266,526.50 | 1,662.30 | $1,150,192.00 | |
| | *Blended Rate for Attorneys* …………………………………………… | | | $ 706.44 | | $ 706.01 | | |
| | *Blended Rate for All Timekeepers* …………………………………………… | | | $ 678.88 | | $ 691.93 | | |