# EXHIBIT A

**(Proposed Order)**

US_ACTIVE\122897219\V-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |

## ORDER GRANTING FIFTH MONTHLY AND FINAL FEE APPLICATION OF DENTONS US LLP, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS FOR THE PERIOD OF NOVEMBER 1, 2022 THROUGH NOVEMBER 6, 2022 AND THE FINAL PERIOD FROM JUNE 30, 2022 THROUGH NOVEMBER 6, 2022

Dentons US LLP ("DUS"), as counsel for the debtors and debtors in possession (the "Debtors") in the above-captioned cases, filed its *Fifth Monthly and Final Fee Application of Dentons US LLP, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period of November 1, 2022 Through November 6, 2022 and the Final Period from June 30, 2022 Through November 6, 2022* (the "Application").[2] The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this mater pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly it hereby ORDERED THAT:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

US_ACTIVE\122897219\V-3

1.      The Debtors in the above cases shall pay to DUS (i) compensation in the amount of $111,104.00 (80% of $138,880.00) for the reasonable and necessary legal services DUS rendered to the Debtors during the period of November 1, 2022 through November 6, 2022 (the "November Monthly Period") and $0.00 (100%) for reimbursement of actual and necessary expenses incurred during the November Monthly Period for a total $111,104.00 of  for the November Monthly Period.

2.      Compensation on a final basis of $4,423,841.00 is allowed for the reasonable and necessary legal services DUS rendered to the Debtors during for the period of June 30, 2022 through November 6, 2022 (the "Final Fee Period") and $39,190.80 is allowed for reimbursement of actual and necessary expenses incurred during the Final Fee Period for a total allowance of $4,463,031.80 in compensation for the Final Fee Period.

3.      To the extent that DUS has incurred fees and expenses in addition to the foregoing, Dentons may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.