# EXHIBIT B

**Customary and Comparable Compensation Disclosures with Fee Applications**

# EXHIBIT B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* **Guidelines C.3.** for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE ||
|---|---|---|
| | Billed or Collected Firm or offices for proceeding Year, excluding bankruptcy* | Billed In this Application |
| Partner | $805.69 | $948.70 |
| Of Counsel | $579.61 | $690.00 |
| Senior Managing Associates | $551.73 | $646.66 |
| Managing Associates | $462.94 | $633.36 |
| Associates | $414.62 | $532.87 |
| Paralegals | $319.92 | $353.74 |
| Research | $439.08 | $342.09 |
| **All Time Keepers** | **$611.14** | **$872.39** |

Case Name: FIRST GUARANTY MORTGAGE CORPORATION
Case Number: 22-10584 (CTG)
Applicant's Name: Dentons US LLP
Date of Application: 1/4/2023
Interim or Final: Final