# EXHIBIT C

**Summary of Timekeepers Included in this Fee Application**

## **EXHIBIT C**

**Summary of Timekeepers Included in this Fee Application**

| Name | Title or Position | Department Group or Section | Date of First Admission | Hours Billed in this Application | Fees Billed in this Application | HOURLY RATE BILLED ||  Number of Rate Increases Since Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In This Application | In First Interim Application | |
| Salvatore O. Franco | Partner | Capital Markets | 1996 | 5.5 | $7,370.00 | $1,340 | N/A | 0 |
| Claude D. Montgomery | Partner | Restructuring Insolvency & Bankruptcy | 1984 | 646 | $781,660.00 | $1,210 | N/A | 0 |
| John L. Harrington | Partner | Tax | 1987 | 4.40 | $5,170.00 | $1,175 | N/A | 0 |
| Lynn P. Harrison, III | Partner | Restructuring Insolvency & Bankruptcy | 1984 | 253.80 | $289,332.00 | $1,140 | N/A | 0 |
| Philip A. O'Connell, Jr. | Partner | Commercial Litigation | 1983 | 0.30 | $331.50 | $1,105 | N/A | 0 |
| Jeffrey J. Murphy | Partner | Capital Markets | 1984 | 50.2 | $52,459.00 | $1,045 | N/A | 0 |
| Richard C. Williams | Partner | Tax | 2007 | 8.9 | $9,256.00 | $1,040 | N/A | 0 |
| E. Lee Smith | Partner | Capital Markets | 1986 | 307.10 | $314,777.50 | $1,025 | N/A | 0 |
| Drew Marrocco | Partner | Commercial Litigation | 1985 | 3.80 | $3,876.00 | $1,020 | N/A | 0 |
| Sam J. Alberts | Partner | Restructuring Insolvency & Bankruptcy | 1993 | 208.40 | $206,316.00 | $990 | N/A | 0 |
| Sandra McCandless | Partner | Employment & Labor | 1973 | 192.90 | $190,006.50 | $985 | N/A | 0 |

| Name | Title or Position | Department Group or Section | Date of First Admission | Hours Billed in this Application | Fees Billed in this Application | HOURLY RATE BILLED ||Number of Rate Increases Since Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In This Application | In First Interim Application | |
| Samuel R. Maizel | Partner | Restructuring Insolvency & Bankruptcy | 1985 | 430.40 | $417,488.00 | $970 | N/A | 0 |
| Lee P. Whidden | Partner | Restructuring Insolvency & Bankruptcy | 1989 | 18.60 | $18,042.00 | $970 | N/A | 0 |
| Robert E. Richards | Partner | Restructuring Insolvency & Bankruptcy | 1989 | 48.80 | $45,872.00 | $940 | N/A | 0 |
| Roger K. Heidenreich | Partner | Commercial Litigation | 1983 | 19.60 | $18,228.00 | $930 | N/A | 0 |
| Nicole Mersky | Partner | Capital Markets | 2001 | 1.30 | $1,163.50 | $895 | N/A | 0 |
| Christopher D. O'Leary | Partner | Capital Markets | 2009 | 285.60 | $242,760.00 | $850 | N/A | 0 |
| Tania M. Moyron | Partner | Restructuring Insolvency & Bankruptcy | 2005 | 914.30 | $722,297.00 | $790 | N/A | 0 |
| Lauren M. Macksoud | Partner | Restructuring Insolvency & Bankruptcy | 2016 | 354.60 | $273,042.00 | $770 | N/A | 0 |
| Geoffrey M. Miller | Partner | Restructuring Insolvency & Bankruptcy | 2012 | 184.2 | $141,834.00 | $770 | N/A | 0 |
| Sanpreet Dhaliwal | Senior Managing Associate | Tax | 2016 | 17.20 | $13,416.00 | $780 | N/A | 0 |
| John A. Moe, II | Partner | Restructuring Insolvency & Bankruptcy | 1975 | 27.50 | $20,900.00 | $760 | N/A | 0 |

| Name | Title or Position | Department Group or Section | Date of First Admission | Hours Billed in this Application | Fees Billed in this Application | HOURLY RATE BILLED | | Number of Rate Increases Since Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In This Application | In First Interim Application | |
| Malka S. Zeefe | Counsel | Restructuring Insolvency & Bankruptcy | 2005 | 7.10 | $4,899.00 | $690 | N/A | 0 |
| Hudson J. Overcash | Senior Managing Associate | Capital Markets | 2014 | 5.0 | $3,700.00 | $740 | N/A | 0 |
| Casey W. Doherty, Jr | Senior Managing Associate | Restructuring Insolvency & Bankruptcy | 2011 | 151.10 | $105,014.50 | $695 | N/A | 0 |
| Andrew M. Pendexter | Senior Managing Associate | Capital Markets | 2011 | 1.0 | $680.00 | $680 | N/A | 0 |
| Rebecca M. Wicks | Senior Managing Associate | Restructuring Insolvency & Bankruptcy | 2016 | 64.60 | $42,959.00 | $655 | N/A | 0 |
| Nicole L. Hutson | Senior Managing Associate | Employment & Labor | 2011 | 5.5 | $2,722.50 | $495 | N/A | 0 |
| Michael E. Harriss | Senior Managing Associate | Commercial Litigation | 2014 | 54.50 | $24,797.50 | $455 | N/A | 0 |
| Jeffrey C. Nelson | Managing Associate | Capital Markets | 2017 | 7.10 | $4,828.00 | $680 | N/A | 0 |
| Eric Oliver | Managing Associate | Capital Markets | 2015 | 12.10 | $7,925.50 | $655 | N/A | 0 |

US_ACTIVE\122897219\V-3

| Name | Title or Position | Department Group or Section | Date of First Admission | Hours Billed in this Application | Fees Billed in this Application | HOURLY RATE BILLED | | Number of Rate Increases Since Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In This Application | In First Interim Application | |
| Sarah M. Schrag | Managing Associate | Restructuring Insolvency & Bankruptcy | 2016 | 223.80 | $145,470.00 | $650 | N/A | 0 |
| David F. Cook | Managing Associate | Restructuring Insolvency & Bankruptcy | 2017 | 323.10 | $200,322.00 | $620 | N/A | 0 |
| Pooja L. Shah | Associate | Commercial Litigation | 2015 | 9.60 | $5,520.00 | $575 | N/A | 0 |
| Demadeep Kaur | Associate | Capital Markets | 2020 | 11.50 | $6,555.00 | $570 | N/A | 0 |
| Jessica Peterson | Associate | Employment & Labor | 2019 | 51.60 | $27,090.00 | $525 | N/A | 0 |
| Samantha Ruben | Associate | Restructuring Insolvency & Bankruptcy | 2019 | 54 | $28,350.00 | $525 | N/A | 0 |
| George L. Medina | Senior Paralegal | Restructuring Insolvency & Bankruptcy | n/a | 71.50 | $25,740.00 | $360 | N/A | 0 |
| Kathryn Howard | Senior Paralegal | Restructuring Insolvency & Bankruptcy | n/a | 28.40 | $9,656.00 | $340 | N/A | 0 |
| Jack I. Milko | Paralegal | Capital Markets | n/a | 0.80 | $256.00 | $320 | N/A | 0 |
| Constantine Theodore | Paralegal | Capital Markets | n/a | 0.90 | $288.00 | $320 | N/A | 0 |
| Barbara J. Fullerton | Supervisor, Research Services | Knowledge/Practice Innovation | n/a | 0.30 | $105.00 | $350 | N/A | 0 |

| Name | Title or Position | Department Group or Section | Date of First Admission | Hours Billed in this Application | Fees Billed in this Application | HOURLY RATE BILLED | | Number of Rate Increases Since Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In This Application | In First Interim Application | |
| Timothy M. Fowler | Supervisor, Research Services | Knowledge/Practice Innovation | n/a | 0.40 | $106.00 | $265 | N/A | 0 |
| Elizabeth S. Cobarrubias | Senior Research Specialist | Knowledge/Practice Innovation | n/a | 0.8 | $280.00 | $350 | N/A | 0 |
| Mica L. Maddry | Research Specialist | Knowledge/Practice Innovation | n/a | 2.80 | $980.00 | $350 | N/A | 0 |
| | | **TOTAL:** | | **5070.9** | **$4,423,841.00** | | | |

Case Name:            FIRST GUARANTY MORTGAGE CORPORATION
Case Number:         22-10584 (CTG)
Applicant's Name:    Dentons US LLP
Date of Application: 1/4/2023
Interim or Final     Final