# EXHIBIT D-1

**Budget**

# EXHIBIT D-1

# BUDGET

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. See Guidelines ¶ C.8. for project category information

| PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED |
|---|---|---|
| Administration | N/A | N/A |
| Case Administration | N/A | N/A |
| Asset Analysis and Recovery | N/A | N/A |
| Asset Disposition | N/A | N/A |
| Relief from Stay/Adequate Protection Proceedings | N/A | N/A |
| Meetings of/and Communications with Creditors | N/A | N/A |
| Fee/Employment Applications | N/A | N/A |
| Fee/Employment Objections | N/A | N/A |
| Avoidance Actions | N/A | N/A |
| Assumption/Rejection of Leases and Contracts | N/A | N/A |
| Other Contested Matters (excl. assumption/rejection motions) | N/A | N/A |
| Non Working Travel | N/A | N/A |
| Operations | N/A | N/A |
| Business Operations | N/A | N/A |
| Employee Benefits/Pension | N/A | N/A |
| Financing/Cash Collections | N/A | N/A |
| Tax Issue | N/A | N/A |
| Board of Directors Matters | N/A | N/A |

| PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED |
|---|---|---|
| Claims and Plan | N/A | N/A |
| Claims Administration and Objections | N/A | N/A |
| Plan and Disclosure Statement (incl. Business Plan) | N/A | N/A |
| Bankruptcy-Related Advice | N/A | N/A |
| General Bankruptcy Advice/Opinions | N/A | N/A |
| Employee matters | N/A | N/A |
| Insurance | N/A | N/A |
| Warn Act Issues | N/A | N/A |
| **Total** | N/A | N/A |
|  |  |  |

Case Name:           FIRST GUARANTY MORTGAGE CORPORATION
Case Number:         22-10584 (CTG)
Applicant's Name:    Dentons US LLP
Date of Application: 1/4/2023
Interim or Final     Final

# EXHIBIT D-2

**Staffing Plan**

US_ACTIVE\122897219\V-3

# EXHIBIT D-2

# STAFFING PLAN

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | NUMBER OF TIMEKEEPERS EXPECTED WORK ON THE MATTER DURING BUDGET PERIOD | AVERAGE HOURLY RATE |
| Partner | 21 | $948.70 |
| Of Counsel | 1 | $690.00 |
| Senior Managing Associates | 7 | $646.66 |
| Managing Associates | 4 | $633.36 |
| Associates | 4 | $532.87 |
| Paralegals | 4 | $353.74 |
| Research | 4 | $342.09 |

Case Name:            FIRST GUARANTY MORTGAGE CORPORATION
Case Number:          22-10584 (CTG)
Applicant's Name:     Dentons US LLP
Date of Application:  1/4/2023
Interim or Final      Final