# EXHIBIT E-1

**Summary of Compensation Requested by Project Category**

# EXHIBIT E -1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines C.8. for project category information.)

| Task Code | Matter Description | Hours Budgeted | Fees Budgeted | Total Hours Billed | Total Fees Requested |
|---|---|---|---|---|---|
| B110 | Administration | N/A | N/A | 6.30 | $4,496.00 |
| B110 | Case Administration | N/A | N/A | 601.70 | $475,738.50 |
| B120 | Asset Analysis and Recovery | N/A | N/A | 76.20 | $58,351.00 |
| B130 | Asset Disposition | N/A | N/A | 593.50 | $590,324.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | N/A | N/A | 85.30 | $61,259.50 |
| B150 | Meetings of/and Communications with Creditors | N/A | N/A | 61.0 | $61,925.50 |
| B160 | Fee/Employment Applications | N/A | N/A | 89.50 | $55,861.00 |
| B170 | Fee/Employment Objections | N/A | N/A | 4.40 | $3,058.00 |
| B180 | Avoidance Actions | N/A | N/A | 0.7 | $847.00 |
| B185 | Assumption/Rejection of Leases and Contracts | N/A | N/A | 200.30 | $182,807.50 |
| B190 | Other Contested Matters (excl. assumption/rejection motions) | N/A | N/A | 189.10 | $157,920.50 |
| B200 | Operations | N/A | N/A | 2.0 | $2,007.50 |
| B210 | Business Operations | N/A | N/A | 43.50 | $39,246.00 |
| B220 | Employee Benefits/Pension | N/A | N/A | 290.90 | $245,456.50 |

| Task Code | Matter Description | Hours Budgeted | Fees Budgeted | Total Hours Billed | Total Fees Requested |
|---|---|---|---|---|---|
| B230 | Financing/Cash Collections | N/A | N/A | 1,287.10 | $1,201,248.50 |
| B240 | Tax Issue | N/A | N/A | 31 | $28,499.50 |
| B260 | Board of Directors Matters | N/A | N/A | 81.90 | $72,012.00 |
| B300 | Claims and Plan | N/A | N/A | 206.80 | $166,940.00 |
| B310 | Claims Administration and Objections | N/A | N/A | 112 | $93,618.00 |
| B320 | Plan and Disclosure Statement (incl. Business Plan) | N/A | N/A | 682.30 | $585,991.00 |
| B400 | Bankruptcy-Related Advice | N/A | N/A | 45.60 | $36,472.00 |
| B410 | General Bankruptcy Advice/Opinions | N/A | N/A | 6.40 | $4,312.00 |
| EMP | Employee matters | N/A | N/A | 320.10 | $254,382.50 |
| INS | Insurance | N/A | N/A | 2.50 | $1,975.00 |
| WARNACT | Warn Act Issues | N/A | N/A | 50.80 | $39,091.50 |
| **Total** | | | | **5,070.9** | **$4,423,841.00** |

Case Name:           FIRST GUARANTY MORTGAGE CORPORATION
Case Number:         22-10584 (CTG)
Applicant's Name:    Dentons US LLP
Date of Application: 1/4/2023
Interim or Final     Final

# EXHIBIT E-2

**Summary of Expense Reimbursement Requested by Category**

**EXHIBIT E -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
| --- | --- |
| Corporate Fees | $1,010.77 |
| Delivery & Postage | $279.86 |
| Filing Fees | $35.60 |
| Lexis | $2,146.85 |
| Litigation Support | $549.00 |
| Outside Professional Services | $23,020.00 |
| Publication Fee | $10.50 |
| Transcript | $10.80 |
| Westlaw | $12,127.42 |
| Total: | **$39,190.80** |

Case Name:           FIRST GUARANTY MORTGAGE CORPORATION
Case Number:        22-10584 (CTG)
Applicant's Name:   Dentons US LLP
Date of Application: 1/4/2023
Interim or Final      Final