# EXHIBIT F

**Summary Cover Sheet of Fee Application**

# EXHIBIT F

## SUMMARY COVER SHEET OF FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Dentons US LLP |
| Authorized to Provide Professional Services to | Debtors and Debtors in Possession |
| Time period covered by this Application for the Monthly Period | November 1, 2022 – November 6, 2022 |
| Time period covered by this Application for the Final Period | June 30, 2022 – November 6, 2022 |
| Total compensation sought in this Monthly Period | $138,880.00 |
| Total expenses sought in this Monthly Period | $0.00 |
| Total compensation sought in this Final Period | $4,423,841.00 |
| Total expenses sought in this Final Period | $39,190.80 |
| Petition Date | June 30, 2022 |
| Retention Date | Nunc Pro Tunc to June 30, 2022 |
| Date of order approving employment | August 2, 2022 |
| Total compensation approved by interim Order to date | $0.00 |
| Total reimbursement approved by interim Order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in this Application for all attorneys during the Monthly Period | $919.15 |
| Blended rate in this Application for all attorneys during the Final Period | $872.39 |
| Compensation sought in this Application already paid pursuant to a monthly | $3,427,968.80 |

| | |
|---|---|
| compensation order but not yet allowed | |
| Expenses sought in this Application already paid pursuant to a monthly compensation order but not yet allowed | $39,190.80 |
| Number of professionals included in this Application for the final period | 45 |
| If applicable, number of professionals in this Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 20 |
| Are any rates higher than those approved or disclosed at retention? | No |

Case Name:         FIRST GUARANTY MORTGAGE CORPORATION
Case Number:       22-10584 (CTG)
Applicant's Name:  Dentons US LLP
Date of Application: 1/4/2023
Interim or Final   Final