# Exhibit H

(DGB Invoice)

大成 DENTONS | BINGHAM GREENEBAUM

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Dentons US, LLP
Attn: Samuel Maizel
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704

Account No.: 136908.000002
Invoice No.: 4527679
Invoice Date: August 25, 2022

**RESTRUCTURING**

**Claim Number:** US15810756-000003

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2022:

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 06/27/22 | ACH | 0.10 | B110 | Communications from T. Moyron regarding status. | 64.00 |
| 06/30/22 | ACH | 0.90 | B110 | Review detailed requests for information from the UST regarding general requests; DIP motion; Repo DIP motion - work to respond to same (0.6); prepare for and attend meeting with Packulski regarding first day preparations (0.3). | 576.00 |
| 07/12/22 | ACH | 1.80 | B110 | Call with co-counsel at Dentons (led by T. Moyron) and the FTI team (led by T. Meeravich) to review open items and make decisions about next steps with different work streams. | 1,152.00 |
| 07/13/22 | ACH | 0.20 | B110 | Communication with L. Macksoud regarding cash management procedures. | 128.00 |
| 07/13/22 | ACH | 0.80 | B110 | Further review, revise, edit cash management order and related exhibits for second day hearing. | 512.00 |
| 07/14/22 | ACH | 0.70 | B110 | Communication with C. Montgomery regarding segregation of cash collateral as it pertains to bank accounts and funds flows. | 448.00 |
| 07/14/22 | ACH | 0.40 | B110 | Further communications with T. Moyron and others regarding cash management order and resolution of issues for second day hearing. | 256.00 |
| 07/14/22 | ACH | 1.50 | B110 | Prepare for, attend, and participate in extended meeting regarding review of open work-flow items between Dentons and FTI. | 960.00 |
| 07/14/22 | ACH | 0.60 | B110 | Communication with M. Kaptain regarding | 384.00 |

Case 22-10584-CTG    Doc 741-9    Filed 01/04/23    Page 3 of 9

Dentons Bingham Greenebaum LLP

Dentons US, LLP
136908.000002

Invoice No.:    4527679
Invoice Date:   August 25, 2022
Page            2

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | cash management order, DACAs, and related items. | |
| 07/14/22 | ACH | 0.40 | B110 | Review of ACH exception processing agreement and related communications with C. Montgomery, J. John, and others regarding the same. | 256.00 |
| 07/18/22 | ACH | 0.30 | B110 | Communication to M. Jacobson et al. regarding cash management motion, related exhibit, and action items. | 192.00 |
| 07/18/22 | ACH | 0.50 | B110 | Prepare for and attend conference with T. Moyron and others regarding status of pending matters. | 320.00 |
| 07/18/22 | JLW | 0.10 | B110 | Review docket and calendar upcoming hearing. | 21.50 |
| 07/20/22 | ACH | 0.10 | B110 | Communications with M. Kaptain and others regarding establishment of DACA for funding. | 64.00 |
| 07/21/22 | JLW | 0.40 | B110 | Review docket and calendar multiple upcoming hearings and objection deadlines. | 86.00 |
| 07/27/22 | ACH | 0.10 | B110 | Communication with T. Moyron regarding status of matters heading into second day hearings. | 64.00 |
| 07/29/22 | JLW | 0.30 | B110 | Review docket and calendar hearing and filing deadlines (.2); arrange remote appearance for A. Helman at upcoming hearing (.1). | 64.50 |
| 07/05/22 | ACH | 0.70 | B120 | Communication/call with J. Rosenthal (Morgan Lewis) regarding Deutsche Bank as custodian. | 448.00 |
| 07/05/22 | ACH | 0.20 | B120 | Participate in call with warehouse lender regarding the status of open trades and next steps. | 128.00 |
| 07/06/22 | ACH | 0.50 | B120 | Prepare for and attend conference with T. Moyron, S. Maizel, L. Smith, C. O'Leary, and L. Macksoud regarding correspondent loans/release of collateral and certain requests of warehouse lender. | 320.00 |
| 07/06/22 | ACH | 0.60 | B120 | Communications with C. O'Leary, T. Moyron, L. Smith and others at Dentons, as well as J. Rosenthal at Morgan Lewis regarding return of collateral documents to correspondent originators. | 384.00 |
| 07/06/22 | ACH | 0.30 | B120 | Call with J. Rosenthal regarding collateral | 192.00 |

Case 22-10584-CTG    Doc 741-9    Filed 01/04/23    Page 4 of 9

Dentons Bingham Greenebaum LLP

Dentons US, LLP
136908.000002

Invoice No.:    4527679
Invoice Date:   August 25, 2022
Page            3

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | files and Deutsche Bank. | |
| 07/06/22 | ACH | 0.50 | B120 | Call with L. Macksoud regarding correspondent loans/Deutsche Bank. | 320.00 |
| 07/06/22 | ACH | 0.40 | B120 | Call with C. O'Leary regarding correspondent loans and resolution of issues arising from requests for return of collateral documents. | 256.00 |
| 07/07/22 | ACH | 0.30 | B120 | Communication with M.A. Kaptain regarding custodial funds and use of same. | 192.00 |
| 07/11/22 | ACH | 1.50 | B120 | Prepare for and attend meeting with FTI for line-by-line review of bank accounts and decisions to make regarding same. | 960.00 |
| 07/12/22 | ACH | 0.20 | B120 | Communications with M. Kaptain and others at FGMC regarding custodial funds. | 128.00 |
| 07/13/22 | ACH | 0.90 | B120 | Communications with C. Montgomery regarding cash management and DACAs. | 576.00 |
| 07/13/22 | ACH | 0.60 | B120 | Prepare for and attend meeting with M. Jacobson regarding bank accounts. | 384.00 |
| 07/18/22 | ACH | 0.30 | B120 | Communications with internal and external parties regarding PITI draws for Freddie Mac, including O. Alaniz, T. Moyron, T. Meerovich, L. Macksoud and consideration of extent to which accounts are custodial. | 192.00 |
| 07/18/22 | ACH | 0.60 | B120 | Communication with J. Eun regarding Wells Fargo bank account HUD wire and evaluate necessity for return of same (.4); communication related to same with M. Kaptain (.2). | 384.00 |
| 07/29/22 | ACH | 0.50 | B120 | Prepare for and attend meeting with J. John regarding appraisal fees and resolution of pass-through issue. | 320.00 |
| 07/06/22 | ACH | 0.80 | B160 | Review, revise, edit application to employ Dentons; provide comments to T. Moyron, D. Cook, and S. Maizel and have related communications regarding terms of retention application. | 512.00 |
| 07/18/22 | ACH | 0.60 | B160 | Memo to T. Moyron regarding Dentons retention application and questions/comments from the United States Trustee. | 384.00 |
| 06/30/22 | ACH | 0.70 | B190 | Review comments from the United States Trustee regarding numerous motions and review proposed redlines to related orders | 448.00 |

Case 22-10584-CTG    Doc 741-9    Filed 01/04/23    Page 5 of 9

Dentons Bingham Greenebaum LLP

Dentons US, LLP
136908.000002

Invoice No.:    4527679
Invoice Date:   August 25, 2022
Page            4

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | | | | (critical vendors, insurance, claims agent, cash management); provide comments regarding proposed redlines to cash management motion. | |
| 06/30/22 | ACH | 0.80 | B190 | Work on preparation for first day hearing on cash management motion. | 512.00 |
| 06/30/22 | ACH | 2.50 | B190 | Review multiple "first day" filings in preparation for hearings tomorrow. | 1,600.00 |
| 06/30/22 | ACH | 1.00 | B190 | Prepare for and attend call with L. Smith regarding flow of funds and related mechanics as they pertain to cash management. | 640.00 |
| 07/01/22 | ACH | 5.80 | B190 | Participate in first day hearings (coverage of cash management motion) and related negotiations (4.0); prepare for first day hearings, including review of objections and communications with client, co-counsel, and FTI regarding resolution of objections (1.8). | 3,712.00 |
| 07/18/22 | ACH | 0.10 | B190 | Communications with C. O'Leary and L. Macksoud regarding Planet Home's comments to cash management motion and order. | 64.00 |
| 07/18/22 | ACH | 0.60 | B190 | Further work on cash management order and related revisions (.4); communication to L. Macksoud regarding same (.2). | 384.00 |
| 07/18/22 | ACH | 0.50 | B190 | Review and consider communication from O. Alaniz regarding Freddie Mac serving assurances stipulation and review and consider draft stipulation with related schedule. | 320.00 |
| 07/20/22 | ACH | 0.30 | B190 | Review updated exhibits for cash management motion from L. Macksoud. | 192.00 |
| 07/20/22 | ACH | 0.10 | B190 | Review and consider order preserving status quo re: Fannie Mae. | 64.00 |
| 07/20/22 | ACH | 0.10 | B190 | Communication from B. Rost regarding landlord claims. | 64.00 |
| 07/21/22 | ACH | 0.60 | B190 | Review and consider motion for relief from stay/confirm applicability of 559 filed by Customers Bank; review and consider declaration filed in support of same motion. | 384.00 |
| 07/21/22 | ACH | 0.20 | B190 | Review and consider communication from E. Rodriguez regarding amended DACA and review amendments to same. | 128.00 |

Case 22-10584-CTG    Doc 741-9    Filed 01/04/23    Page 6 of 9

Dentons Bingham Greenebaum LLP

Dentons US, LLP
136908.000002

Invoice No.:     4527679
Invoice Date:    August 25, 2022
Page             5

| DATE | ATTORNEY/ PARALEGAL | HOURS | TASK CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07/22/22 | ACH | 0.10 | B190 | Review communication regarding potential 525 claim and respond to same. | 64.00 |
| 07/23/22 | ACH | 0.40 | B190 | Review and consider further revisions to cash management order from L. Macksoud. | 256.00 |
| 07/25/22 | ACH | 0.20 | B190 | Communications with L. Macksoud regarding custodial funds/cash management order. | 128.00 |
| 07/25/22 | ACH | 0.60 | B190 | Review and consider Committee objection to cash flow DIP, critical vendor motion, and payroll motion. | 384.00 |
| 07/25/22 | ACH | 0.80 | B190 | Research and analysis of potential 525 claims regarding regulatory agencies (.6); call with C. Montgomery regarding same (.2). | 512.00 |
| 07/27/22 | ACH | 0.40 | B190 | Communication with L. Macksoud regarding status of cash management issues in advance of hearing. | 256.00 |
| 07/28/22 | ACH | 0.10 | B190 | Communication with M. Kaptain, T. Moyron, and others regarding appraisal fees for borrowers. | 64.00 |
| 07/18/22 | ACH | 0.20 | B230 | Communication with M. Kaptain and N. Peterman regarding DACAs. | 128.00 |

TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B110 | Case Administration | 9.20 | 5,548.00 |
| B120 | Asset Analysis & Recovery | 8.10 | 5,184.00 |
| B160 | Employment Applications | 1.40 | 896.00 |
| B190 | Litigation and Contested Matters | 15.90 | 10,176.00 |
| B230 | Financing/DIP/Cash Collateral Matters | 0.20 | 128.00 |
| | | 34.80 | 21,932.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED         $   21,932.00

INVOICE TOTAL (USD)                              $   21,932.00

Dentons Bingham Greenebaum LLP

Dentons US, LLP
136908.000002

Invoice No.: 4527679
Invoice Date: August 25, 2022
Page 6

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Andrew C. Helman | 34.00 | 640.00 | 21,760.00 |
| Jennifer L. Weber | 0.80 | 215.00 | 172.00 |
| | 34.80 | | 21,932.00 |

大成 DENTONS › BINGHAM GREENEBAUM

Dentons Bingham Greenebaum LLP
3913 Solutions Center
Chicago, IL 60677-3009
1-800-436-3644
I.D. #61-1584266

Dentons US, LLP
Attn: Samuel Maizel
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704

Account No.: 136908.000002
Invoice No.: 4527679
Invoice Date: August 25, 2022

**RESTRUCTURING**

REMITTANCE PAGE

INVOICE TOTAL (USD) $ 21,932.00

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.**

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT.**

Dentons Bingham Greenebaum LLP  
3913 Solutions Center  
Chicago, IL 60677-3009  
1-800-436-3644  
I.D. #61-1584266

**Payments by check should be sent in U.S. Dollars to:**

Dentons Bingham Greenebaum LLP  
3913 Solutions Center  
Chicago, IL 60677-3009

OR

**Payment by wire transfer/ACH should be sent in U.S. Dollars to:**

Bank Name: PNC Bank, N.A.  
249 Fifth Avenue  
Pittsburgh, PA 15222  
Account Name: Dentons Bingham Greenebaum LLP  
Account Number: 4622345343  
ABA/Routing #: Wire Transfers 041000124  
ACH Transfers 071921891  
Swift Code for International Wires: PNCCUS33

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.**