# Exhibit I

(November Monthly Statement)

**DENTONS**

SNR Denton US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

dentons.com

First Guaranty Mortgage Corporation
Attn:  Aaron Samples
5800 Tennyson Parkway, Suite 450
Plano TX 75024
United States

December 21, 2022

**Invoice No. 2591288**

Client: 15810756

Payment Due Upon Receipt

---

Total This Invoice                                      $        138,880.00

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                                    SNR Denton US LLP
8000 Sears Tower               OR          Attention:  Accounting
Chicago, IL  60606                              233 South Wacker Drive
                                                        Chicago,  IL  60604-6404

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33
Reference Invoice # and/or client matter #

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



SNR Denton US LLP
dentons.com

601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

First Guaranty Mortgage Corporation                                      December 21, 2022
Attn:  Aaron Samples
5800 Tennyson Parkway, Suite 450                                 **Invoice No. 2591288**
Plano TX 75024
United States

---

For Professional Services Rendered through November 6, 2022:

Matter:        15810756-000003
               First Guaranty Mortgage Corporation

<u>B110   - Case Administration</u>

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/02/22 | S. Maizel | 1.00 | 970.00 | B110 | Zoom conference with D. Oien, FTI, etc. re priority pending issues. |
| 11/02/22 | D. Cook | 0.20 | 124.00 | B110 | Analyze KCC services agreement in connection with transition to liquidating trust. |
| 11/02/22 | T. Moyron | 3.40 | 2,686.00 | B110 | Analyze Dentons, FTI, et al., correspondence and analyze related and pending matters. |
| 11/02/22 | T. Moyron | 1.00 | 790.00 | B110 | Zoom conference with D. Oien, FTI, etc. re priority pending issues. |
| 11/03/22 | S. Maizel | 0.80 | 776.00 | B110 | Review and respond to emails re insider bonus issues (.4); review and respond to emails re insider compensation increase notice (.4). |
| 11/03/22 | L. Macksoud | 3.40 | 2,618.00 | B110 | Calls with FTI and C. Montgomery re finalized budgets and DIP Amendment (.8), review finalized Liquidating Trust Agreement and update effective date tracker re same (.4), emails with C. Montgomery and L. Smith re open settlements and discuss approach for Planet Home (.6), review emails regarding MassMutual settlement (.3), confer with C. Montgomery re same (.3), review MassMutual proof of claim and term sheet and further revise draft settlement term sheet (.6), confer with R. Wicks re same (.4). |

First Guaranty Mortgage Corporation

December 21, 2022

Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/04/22 | L. Macksoud | 3.50 | 2,695.00 | B110 | Call with FTI, DIP Lender and Committee to discuss MassMutual agreement (1.1), further revise draft stipulation (.2), update and circulate effective date tracker and emails with FTI re same (.3), review and revise notice of effective date and confer with working group re timing to file same (.4), emails with FTI and working group re DIP payoff (.3), call with working group to discuss open conditions precedent to effective date (.4), further calls and emails with working group to finalize Mass Mutual settlement (.8). |
| 11/04/22 | S. Alberts | 0.20 | 198.00 | B110 | Communication about confirmation and effective date. |
| 11/04/22 | S. Maizel | 0.10 | 97.00 | B110 | Zoom conference with D. Oien, etc. re pending legal issues. |
| 11/04/22 | S. Maizel | 0.30 | 291.00 | B110 | Telephone conference with T. Moyron re pending issues. |
| 11/04/22 | D. Cook | 1.90 | 1,178.00 | B110 | Draft notice of effective date. |
| 11/04/22 | T. Moyron | 1.50 | 1,185.00 | B110 | Correspond with Dentons, et al., and analyze pending issues. |
| | Subtotal | 17.30 | 13,608.00 | | |

B130   - Asset Disposition

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/03/22 | S. Maizel | 0.50 | 485.00 | B130 | Conference with D. Oien, etc. re First Line sale of JV interest (.2); zoom conference with First Line representatives re sale of JV interest (.2); telephone conference with T. Moyron re same (.1). |
| 11/03/22 | C. Montgomery | 0.10 | 121.00 | B130 | Communications regarding right of first refusal for Maverick joint venture. |
| 11/03/22 | T. Moyron | 0.60 | 474.00 | B130 | Conference call with S. Maizel, E. Moser, et al. re FirstLine (.2); call with RM Title re exercise of purchase (.2); analyze issues related to FirstLine (.2). |
| | Subtotal | 1.20 | 1,080.00 | | |

First Guaranty Mortgage Corporation                                                        December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

<u>B150   - Meetings of and Communications with Creditors</u>

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/03/22 | S. Maizel | 0.10 | 97.00 | B150 | Review and respond to email from S. Schenider re notice of bar date. |
| 11/03/22 | S. Maizel | 0.10 | 97.00 | B150 | Review and respond to email from S. Golden re notice to patients as creditors. |
| 11/03/22 | S. Maizel | 0.10 | 97.00 | B150 | Review and respond to email re Iron Mountain invoices. |
| | Subtotal | 0.30 | 291.00 | | |

<u>B160   - Fee/Employment Applications</u>

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/03/22 | S. Maizel | 0.40 | 388.00 | B160 | Review and revise motion to set interim compensation payment procedures. |
| 11/03/22 | J.A. Moe, II | 0.90 | 684.00 | B160 | Dentons' Third Monthly Fee Application/ Review and annotate the Docket for the last part of the month of August, the month of September and early part of the month of October, in order to refer to pleadings and documents in the Third Monthly Fee Application. |
| | Subtotal | 1.30 | 1,072.00 | | |

<u>B185   - Assumption/Rejection of Leases and Contracts</u>

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/02/22 | C. Montgomery | 1.00 | 1,210.00 | B185 | Communications with K. Ferrier regarding Rushmore communications with TIAA (.1); communications with T. Meerovich re same (.1); communications with T. Moyron and L. Macksoud re need for instruction letter (.4); communications with JR Smith regarding Mass Mutual data request (.1); communications with T. Meerovich and Julian Moss re same (.3). |

First Guaranty Mortgage Corporation                                          December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 11/03/22 | C. Montgomery | 6.70 | 8,107.00 | B185 | Draft response to K. Ferrier message regarding TIAA (.8); review draft litigation hold notice to Rushmore re TIAA (.1); communications with J.R. Smithy regarding possible Mass Mutual deal (.2); communications with T. Moyron and T. Meerovich regarding servicing advance purchase process offer process and effective date (.3); call with E. L. Smith re same (.1); communications with J.R. Smith re same (.1); finish draft letter of direction to Rushmore re TIAA (.9); review Mass Mutual settlement proposal and communications with T. Moyron and L. Macksoud regarding same (1.5); communications with E. Moser and T. Meerovich regarding same (.1); phone call with L. Whidden regarding litigation hold notices for Rushmore and direction notices (.3); participate in zoom call with T. Meerovich and T. Moyron re Mass Mutual settlement proposal (.7); communications with Hunton regarding Mass Mutual proposal (.1); communications with T. Moyron and T. Meerovich regarding counter proposal outline (.5); communications with N. Peterman and M. Power regarding Mass Mutual Proposal (.4); communications and phone calls with T. Moyron, L. Macksoud and R. Wick regarding drafting term sheet response (.6). |

First Guaranty Mortgage Corporation

December 21, 2022

Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/04/22 | C. Montgomery | 10.40 | 12,584.00 | B185 | Communications with R. Wick regarding settlement Mass Mutual term sheet (.1); review and revise same (3.0); participate in zoom call with A. Samples, T. Meerovich, M. Schwarzmann, T. Moyron regarding MassMutual (1.2); draft revisions to settlement term sheet and communications with M. Power, N. Peterman and T. Moyron re same (.4); draft revisions To Rushmore notice regarding TIAA (1.1); phone call with J. Paget regarding settlement timing (.2); phone call with T. Moyron re same (.2); phone call with T. Moyron and J. Paget re same (.1); communications with A. Samples and others regarding TIAA related Notice to Rushmore (.1); phone calls with T. Moyron regarding updated Mass Mutual proposal (.6); communications re further updated Term Sheet with T. Meerovich, E. Howe, T. Moyron, and J.R. Smith (1.5); review final proposal term sheet (1.0); all hands zoom call Mass Mutual, Debtor, Greenberg (.8); follow up calls with T. Moyron (.1). |
| 11/05/22 | C. Montgomery | 4.60 | 5,566.00 | B185 | Communications with J.R. Smith, T. Moyron re MassMutual settlement revisions (.2); revise same (1.2); communications with A. Samples, M. Schwarzmann, T. Meerovich, T. Moyron re same (.3); phone calls with T. Moyron re same (.2); communications with J. Mossop regarding schedule modification (.3); phone call with E. Moser re same (.1); communications with J.R. And T. Moyron regarding final revisions to term sheet (.1); phone call with T. Moyron re same (.3); revise Term Sheet to account for new terms from J.R. Smith and T. Moyron (1.5); follow up call with T. Moyron regarding additional modifications (.1); communications with J.R. Smith regarding final version changes (.3). |

First Guaranty Mortgage Corporation                                    December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/06/22 | C. Montgomery | 5.00 | 6,050.00 | B185 | Communications with J.R. Smith and T. Moyron regarding amendment to deal terms (.7); revisions to term sheet (2.5); draft notice to Rushmore (.5); phone calls with T. Moyron regarding deal timing and terms revision (.8); phone calls with J.R. Smith (.1); revise schedule 1 (.2); revise Schedule 2 (.2). |
| | Subtotal | 27.70 | 33,517.00 | | |

B190   - Other Contested Matters (excl. assumption/rejection motions)

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 10/03/22 | T. Moyron | 1.90 | 1,501.00 | B190 | Analyze letter to Customers and provide comments thereto (.4); analyze updated letter to Customers and provide comments thereto (.3); call with E. Howe, N. Peterman, and C. Montgomery re Customers (.5); analyze follow up emails from C. Montgomery, T. Meerovich, et al. re Customers (.4); analyze email from UST re repo lenders, relief, and schedules (.1); prepare email to T. Meerovich, et al. re same (.1); and analyze follow up emails (.1). |
| 11/02/22 | S. Alberts | 0.40 | 396.00 | B190 | Receive communication from Plaintiff's seeking extension of time and T. Moyron reply and reply to that (.1), receive draft stipulation and order and provide comments thereto (.2) and follow up (.1). |
| 11/03/22 | S. Alberts | 0.20 | 198.00 | B190 | Communicate with WARN counsel and internally about potential settlement discussion and next steps. |
| 11/03/22 | R. Wicks | 2.70 | 1,795.50 | B190 | Draft terms sheet for settlement with MassMutual. |
| 11/04/22 | R. Wicks | 0.30 | 199.50 | B190 | Revise settlement term sheet for settlement with MassMutual. |
| 11/04/22 | G. Medina | 0.50 | 180.00 | B190 | Met with L. Whidden and retrieve and send Debtors motion to approve stipulation with MassMutual and Order approving stipulation. |
| | Subtotal | 6.00 | 4,270.00 | | |

First Guaranty Mortgage Corporation                                                      December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

B200   - Operations

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/04/22 | R. Richards | 0.50 | 470.00 | B200 | Review insurance renewal forms and related emails (0.3); follow up emails regarding the same (0.2). |
| | Subtotal | 0.50 | 470.00 | | |

B230   - Financing/Cash Collections

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 10/10/22 | T. Moyron | 1.30 | 1,027.00 | B230 | Call with FGMC, FTI, and Dentons, including A. Samples, C. Montgomery, S. Maizel, T. Meerovich, et al., regarding pending issues, including plan matters, sale matters, and other issues. |
| 11/01/22 | C. O'Leary | 1.10 | 935.00 | B230 | Review/analyze Lynx MLPSA and OC L. Macksoud re: the same; review/analyze Lynx POC and exchange correspondence re: the same. |
| 11/02/22 | C. O'Leary | 0.20 | 170.00 | B230 | Exchange correspondence re: Barclays paydown and DBNTC invoice settlement negotiations. |
| 11/02/22 | C. Montgomery | 1.20 | 1,452.00 | B230 | Phone call with L. Macksoud regarding credit agreement maturity date (.1); phone conference with T. Moyron and L. Regarding execution of credit documentation (.3); phone call with E. Howe regarding maturity date, borrowing and funding (.1); participate in Lender call with T. Moyron, T. Meerovich, M. Schwarzmann and others (.7). |

First Guaranty Mortgage Corporation                                                        December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/03/22 | C. Montgomery | 3.40 | 4,114.00 | B230 | Zoom call with L. Macksoud regarding Trust Funding amount (.7); follow up communications with L. Macksoud and T. Moyron re same (.4); communications with E. Moser regarding effective date funding and review of detailed schedules (.5); communications with E. Smith and M. Schwarzmann regarding Carrington funding (.2); zoom status call with Cash Flow DIP Lender including M.Schwarzmann, T. Meerovich and others (.6); communications with T. Meerovich and T. Moyron regarding lender issues (.2); communications with T. Meerovich and E. Moser regarding Carrington agreement and Friday funding (.2); participate in FTI zoom call regarding KEIP catch and effective date issues with T. Meerovich and T. Moyron (.6). |
| 11/03/22 | C. O'Leary | 0.30 | 255.00 | B230 | Exchange correspondence re: Mass Mutual settlement negotiations and proposed settlement. |
| 11/03/22 | T. Moyron | 0.60 | 474.00 | B230 | Teams meeting with GT, Bravo, FTI, A. Samples re Barclays, closing statement and related matters. |
| 11/03/22 | T. Moyron | 3.20 | 2,528.00 | B230 | Correspond with E. Moser re closing statement (.2); analyze closing statement and plan (.4); calls with C. Montgomery regarding closing statement, MassMutual and other matters (.3); analyze emails from counsel for MassMutual, et al., (.6); analyze proposed settlement (.4) and matters related to plan (.2); conference call with FTI, C. Montgomery, et al., re MassMutual settlement (.7); analyze emails from counsel for Rushmore, et al. (.4). |
| 11/04/22 | C. O'Leary | 0.40 | 340.00 | B230 | Exchange correspondence re: Mass Mutual settlement negotiations. |

First Guaranty Mortgage Corporation

December 21, 2022

Matter: 15810756-000003

Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 11/04/22 | T. Moyron | 5.50 | 4,345.00 | B230 | Conference call with GT, lender, M. Power, BRG, FTI, et al., re MassMutual (1.2); conference call with MassMutual, Hunton, M. Power, A. Samples, E. Howe, et al, re MassMutual potential settlement (.6); separate conference calls regarding same and related matters with M. Power (.1), A. Samples, (.1), E. Howe (.2), J.R. Smith (.1), and C. Montgomery (1.1); analyze correspondence from J.R. Smith, et al., and send correspond regarding same (1.2); analyze various versions of settlement and term sheet (.9). |
| 11/06/22 | E. Smith | 0.90 | 922.50 | B230 | Review and prepare correspondence and documentation regarding DIP financing payoff (.6); review correspondence and settlement documentation for FGMC claim resolution with loan purchaser and loan portfolio subservicer (.3). |
| 11/06/22 | C. O'Leary | 0.20 | 170.00 | B230 | Review correspondence re: Mass Mutual settlement negotiations. |
| | Subtotal | 18.30 | 16,732.50 | | |

B300   - Claims and Plan

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 11/01/22 | R. Wicks | 0.10 | 66.50 | B300 | Review notice of continued zoom hearing. |
| 11/01/22 | E. Smith | 3.40 | 3,485.00 | B300 | Prepare settlement agreement (.3); review and prepare correspondence regarding subservicer and loan purchaser claim settlement status (2.8); confer with L. Macksoud regarding claim of loan buyer (0.3). |
| 11/01/22 | R. Richards | 2.30 | 2,162.00 | B300 | Review additional comments and/or sign offs on Confirmation Order (0.6); two rounds of revisions to Confirmation Order and recirculate same (1.2); internal calls regarding plan to finalize documents (0.2); review updated docket and orders and emails regarding the same (0.3). |
| 11/01/22 | C. Doherty, Jr. | 0.10 | 69.50 | B300 | Review orders entered by Court related to confirmation of plan. |

First Guaranty Mortgage Corporation                                          December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/04/22 | E. Smith | 3.20 | 3,280.00 | B300 | Reviewed and prepared claim settlement funding correspondence with parties in interest (.6); reviewed claim settlement counterproposal to loan purchaser (.4); review and summarize revisions to DIP warehouse line payoff and release letter, and review and prepare related DIP repo termination correspondence (2.2). |
| | Subtotal | 9.10 | 9,063.00 | | |

## B310   - Claims Administration and Objections

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/01/22 | L. Harrison | 0.70 | 798.00 | B310 | Confer with T. Moyron regarding recent decision addressing estimation for voting purposes (.3); forward publications same (.2); follow re additional commentary re same (.2). |
| 11/01/22 | G. Miller | 0.50 | 385.00 | B310 | Call with G.Siegel re settlement of DB claim (.2); Email T.Meerovich re same (.3). |
| 11/02/22 | C. Montgomery | 0.10 | 121.00 | B310 | Review Carrington claim and set off settlement and communications with E.L. Smith re same. |
| 11/02/22 | E. Smith | 2.20 | 2,255.00 | B310 | Confer with colleagues, T. Moyron and L. Macksoud, regarding claim settlement agreement with purchaser of MSRs (.4); revise terms of settlement agreement with MSR purchaser (.5); distribute settlement agreement; confer with counsel for MSR purchaser regarding claim settlement (.4); monitor correspondence regarding execution of amendments to cash flow DIP loan credit facility (.3); review and prepare POR closing and funding prep correspondence (.6). |
| 11/02/22 | L. Whidden | 1.50 | 1,455.00 | B310 | Communications with C Montgomery re: MassMutual and TIAA claim issues and notices to Rushmore (.2); review Mass Mutual Stipulation (.3); review Mass Mutual proposed term sheet (.3); review TIAA Adversary Complaint (.5); follow up re: litigation hold notices with C. Montgomery (.2). |

First Guaranty Mortgage Corporation
Matter: 15810756-000003
Invoice No.: 2591288

December 21, 2022

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 11/03/22 | S. Schrag | 0.50 | 325.00 | B310 | Confer with T. Moyron regarding C. Neff's request for landlord's admin claim (.3); confer with T. Cairns regarding the same (.2). |
| 11/03/22 | C. Montgomery | 0.80 | 968.00 | B310 | Communications with L. Smith re Carrington settlement (2); communications with L. Macksoud re open Planet Home transaction (.3); communications with J. Kostelnik and L. Smith re Carrington agreement and timing (.3). |
| 11/03/22 | G. Miller | 0.80 | 616.00 | B310 | Emails with T.Meerovich and G.Siegel re settlement of Deutsche Bank claims. |
| 11/03/22 | E. Smith | 4.70 | 4,817.50 | B310 | Review settlement agreement mark up from MSR purchaser counterparty, and further revised terms of the agreement (2.1); confer with C. Montgomery regarding settlement negotiations with owner of loans currently serviced by FGMC (.1); distribute revised claim settlement agreement to affected parties (.3); negotiate final terms of settlement agreement, distribute agreement for sign off and execution, and oversee compilation and distribution of fully-executed agreement (2.2). |
| 11/03/22 | E. Smith | 1.30 | 1,332.50 | B310 | Confer with counsel for subservicer regarding claim settlement negotiations (.2); correspond with counsel for cash flow DIP lender regarding status of claim settlement negotiations (.1); confer internally regarding claim settlement negotiations (.2); review DIP repo warehouse line payoff letter (.8). |
| 11/04/22 | S. Schrag | 1.40 | 910.00 | B310 | Review correspondence from T. Cairns regarding landlord admin claim resolution (.2); draft analysis of the same (.3); confer with T. Moyron regarding the same (.1); confer with J. John regarding potential defenses (.3); call with T. Cairns regarding the same (.1); confer with J. John (.2); confer with C. Neff regarding extension (.2). |
| | Subtotal | 14.50 | 13,983.00 | | |

First Guaranty Mortgage Corporation                                                  December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

<u>B320   - Plan and Disclosure Statement (incl. Business Plan)</u>

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/01/22 | L. Macksoud | 9.60 | 7,392.00 | B320 | Multiple calls and emails with client (2.2) and counsel to Lynx (1.4) to address claim issue, draft and revise proposed language for confirmation order and confer with Dentons, FTI and client re same (1.3), call with C. O'Leary to discuss servicing agreement and remittance issue (.5), call with C. Montgomery to discuss constructive trust issue (.4), review hearing transcript for open points on confirmation order (.6), further revise and circulate draft confirmation order to all parties in interest (1.5), calls and emails with various parties in interest to finalize comments to same (1.1), confer with client and L. Smith re Carrintgon wire transfer (.4), confer with T. Moyron re 11/2 placeholder with court (.2). |

First Guaranty Mortgage Corporation                                                December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/01/22 | D. Cook | 11.60 | 7,192.00 | B320 | Telephone conference with C Montgomery regarding revisions to Plan and confirmation order with respect to warehouse lenders (.1); telephone conferences with T Moyron with respect to revisions to plan (.4); email correspondence with L Macksoud regarding confirmation order (.2); analyze plan for UST requested language (.2); email communication with counsel for warehouse lenders regarding revised plan (.2); analysis with respect to authorized representative segment of plan section 14.4 (.4); email correspondence with WARN counsel regarding revised plan (.1); analyze plan for needed revisions prior to filing amended version (2.8); analyze WARN settlement language (1.1); revise plan to incorporate settlements and resolutions (2.6); revise treatment chart for insertion into plan (1.8); email correspondence with lender counsel regarding revised plan (.2); analyze confirmation order distribution list for inclusion of all necessary parties (.6); analysis concerning trust budget (.2); email correspondence with C Montgomery regarding warehouse lender plan language (.3); telephone conference with FTI regarding administrative claims (.2); email correspondence with FTI concerning same (.2). |
| 11/01/22 | T. Moyron | 0.80 | 632.00 | B320 | Call with FTI, Bravo, GT, C. Montgomery, et al., regarding open items, including plan and Trust matters. |
| 11/01/22 | T. Moyron | 3.20 | 2,528.00 | B320 | Conference calls with D. Cook regarding finalization of plan (.2); correspond with D. Cook regarding finalization of plan and filing (.4); analyze correspondence from E. Howe, M. Power and third parties regarding confirmation order and plan (.7); prepare correspondence to E. Howe, et al., regarding same (.6); analyze final versions of plan and confirmation order and redlines (.7); correspond with WARN counsel, et al. regarding settlement language (.4) and analyze final language (.2). |

First Guaranty Mortgage Corporation

December 21, 2022

Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/01/22 | T. Moyron | 1.00 | 790.00 | B320 | Teams call with FTI, A. Samples, T. Meerovich, L. Macksoud, et al., regarding priority items, including matters related to effective date. |
| 11/01/22 | C. Montgomery | 0.90 | 1,089.00 | B320 | Phone calls with L. Macksoud regarding Constructive trust opportunity for confirmation order and Lynx. |
| 11/01/22 | C. Montgomery | 1.80 | 2,178.00 | B320 | Phone calls regarding confirmation order issues and clean up D. Cook (.1); M. Harvey (.1); E. Schnabel and T. Kelly (.2); E. Howe (.2); email communications regarding confirmation order and plan edits with E. Howe (.1), E. Schnabel (.3), D. Cook(.1), R. Richards(.3), J. Feldsher (.1), T. Moyron (.1), J.R. Smith (.2). |
| 11/01/22 | S. Alberts | 0.20 | 198.00 | B320 | Communicate about Plan modification concerning WARN. |
| 11/01/22 | S. Maizel | 0.50 | 485.00 | B320 | Review and respond to emails re confirmation issues. |
| 11/02/22 | T. Moyron | 0.70 | 553.00 | B320 | Zoom conference with FTI, Bravo, GT, etc. re confirmation related issues. |
| 11/02/22 | R. Richards | 1.00 | 940.00 | B320 | Emails regarding signoffs on Confirmation Order and today's filings (0.3); review final comment and revise for same (0.2); review final changes to Chapter 11 plan (0.3); review updated docket (0.2). |
| 11/02/22 | R. Richards | 0.60 | 564.00 | B320 | Review and make final technical changes to execution copy of Liquidating Trust Agreement (0.3); emails re signature logistics for LTA (0.1); review KCC agreement for post-confirmation services and reply regarding same (.2). |
| 11/02/22 | S. Maizel | 0.70 | 679.00 | B320 | Zoom conference with FTI, Bravo, GT, etc. re confirmation related issues. |

First Guaranty Mortgage Corporation                                    December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 11/02/22 | L. Macksoud | 4.20 | 3,234.00 | B320 | Calls and email with Dentons and PSZJ to finalize amendment to DIP credit agreement (.8), review terms of same and finalize borrowing notices (.4), confer with FGMC re execution and submission of same (.2), review final edits to plan and confirmation order (.5), call with L. Smith, T. Moyron and C. Montgomery to discuss Carrintgon and Rushmore issues (.7), priority issues call full working group to discuss conditions precedent to effective date (1.0), update list of effective date tasks and circulate same to working group (.3), call with C. Montgomery re Lynx claims (.3). |
| 11/02/22 | R. Wicks | 0.20 | 133.00 | B320 | Review notice of canceled hearing. |
| 11/02/22 | D. Cook | 2.90 | 1,798.00 | B320 | Conference calls with T Moyron regarding finalization of plan (.2); correspond with T Moryon regarding finalization of plan and filing (.4); incorporate revised WARN settlement language (.6); make finalizing revisions to amended plan in preparation for filing (.7); email communications with Dentons and PSZJ regarding filing of amended plan (.3); email communications with lender counsel and committee counsel with respect to same (.2); email correspondence with Customers counsel regarding same (.1); email communications wtih client and FTI regarding same (.2); email correspondence with M Caloway regarding same (.2). |
| 11/02/22 | C. Montgomery | 0.10 | 121.00 | B320 | Communications with T. Moyron regarding WARN language in Plan. |
| 11/02/22 | C. Montgomery | 0.70 | 847.00 | B320 | Continued tracking of confirmation order and plan edits and requests from the creditor review parties (.3); communications with L. Jones regarding Lynx resolution (.1); communications with L. Jones regarding confirmation order (.1); communications with T. Moyron, E.L. Smith and L. Macksoud regarding Barclays payoff letter (.1); communications with L. Macksoud, T. Meerovich and E. Moser regarding borrowing request signature pages for Effective Date loans (.1). |

First Guaranty Mortgage Corporation

December 21, 2022

Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|------|-----------|-------|--------|------|-----------|
| 11/03/22 | C. Montgomery | 0.10 | 121.00 | B320 | Communications with T. Moyron and L. Macksoud regarding closing check list. |
| 11/03/22 | R. Richards | 1.30 | 1,222.00 | B320 | Review US DOJ guidelines on Section 345 (0.5); review confirmation order and plan on Section 345 (0.2); review FTI comments on KCC post confirmation services agreement (0.2); send email with feedback on same (0.2); circulate signed Liquidating Trust Agreement (0.2). |
| 11/03/22 | S. Maizel | 0.60 | 582.00 | B320 | Zoom conference with Bravo, GT, etc. re plan funding issues. |
| 11/03/22 | L. Whidden | 2.80 | 2,716.00 | B320 | Confer with C Montgomery re: post confirmation notice issues (.3); work on litigation hold notices and letters to TIAA and Mass Mutual (.6); work on litigation hold notice to Rushmore (1.6); revisions to same (.2); follow up with C Montgomery (.1). |
| 11/04/22 | R. Wicks | 1.00 | 665.00 | B320 | Revise notice of effective date. |
| 11/04/22 | T. Moyron | 2.90 | 2,291.00 | B320 | Attention to matters related to effective date and plan in connection with requirements for effective date (1.7); correspond with E. Moser, J. John, et al., regarding payments, accounts, insurance, and other matters related to effective date (1.2). |
| 11/04/22 | T. Moyron | 0.20 | 158.00 | B320 | Correspond with T. Cairns and L. Jones re status of MassMutual settlement and effective date. |
| 11/04/22 | S. Maizel | 0.30 | 291.00 | B320 | Zoom conference with M. Schwarzmann, etc. re effective date issues. |
| 11/04/22 | C. Montgomery | 1.40 | 1,694.00 | B320 | Phone call with T. Moyron regarding Barclays' payoff (.1); participate in closing call with FTI, A. Samples, L. Macksoud and others (.4); review plan funding communications (.1); priority items call regarding plan including T. Meerovich, M.Schwarzmann, E. Howe and others (.8). |
| 11/05/22 | C. Montgomery | 0.10 | 121.00 | B320 | Communications with E. Moser and R. Richards regarding EIN for Trust. |
| 11/05/22 | S. Maizel | 0.20 | 194.00 | B320 | Telephone conference with T. Moyron re Mass Mutual issues. |

First Guaranty Mortgage Corporation                                                December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 11/06/22 | C. Montgomery | 0.20 | 242.00 | B320 | Communications and phone calls with T. Moyron and L. Jones regarding effective date notice. |
| | Subtotal | 51.80 | 41,650.00 | | |

**B400   - Bankruptcy-Related Advice**

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 11/01/22 | L. Whidden | 1.60 | 1,552.00 | B400 | Confer with C Montgomery re: effective date notices (.2); review TIAA and MassMutual stipulations (.3); confer with C Montgomery re: litigation hold notices to subservicer post contract rejection (.2); begin work on notices (.9). |
| 11/04/22 | L. Whidden | 1.50 | 1,455.00 | B400 | Follow up with C Montgomery re:post contract rejections notices (.3); draft litigation hold notices (1.2). |
| | Subtotal | 3.10 | 3,007.00 | | |

**EMP   - Employee matters**

| Date | Timekeeper | Hours | Amount | Task | Narrative |
|---|---|---|---|---|---|
| 11/02/22 | M. Harriss | 0.30 | 136.50 | EMP | Receive and review draft stipulation regarding reply brief for plaintiffs' class-certification motion and email thread with counsel regarding same, revise draft stipulation, and communicate with Dentons team and local counsel regarding same. |
| | Subtotal | 0.30 | 136.50 | | |

First Guaranty Mortgage Corporation                                          December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Montgomery | $1,210.00 | 38.60 | $46,706.00 |
| S. Alberts | $990.00 | 1.00 | $990.00 |
| S. Maizel | $970.00 | 5.70 | $5,529.00 |
| T. Moyron | $790.00 | 27.80 | $21,962.00 |
| C. O'Leary | $850.00 | 2.20 | $1,870.00 |
| E. Smith | $1,025.00 | 15.70 | $16,092.50 |
| G. Miller | $770.00 | 1.30 | $1,001.00 |
| L. Harrison | $1,140.00 | 0.70 | $798.00 |
| L. Macsoud | $770.00 | 20.70 | $15,939.00 |
| R. Richards | $940.00 | 5.70 | $5,358.00 |
| J.A. Moe, II | $760.00 | 0.90 | $684.00 |
| L. Whidden | $970.00 | 7.40 | $7,178.00 |
| C. Doherty, Jr. | $695.00 | 0.10 | $69.50 |
| M. Harriss | $455.00 | 0.30 | $136.50 |
| R. Wicks | $665.00 | 4.30 | $2,859.50 |
| D. Cook | $620.00 | 16.60 | $10,292.00 |
| S. Schrag | $650.00 | 1.90 | $1,235.00 |
| G. Medina | $360.00 | 0.50 | $180.00 |
| Totals | | 151.40 | $138,880.00 |

First Guaranty Mortgage Corporation                                    December 21, 2022
Matter: 15810756-000003
Invoice No.: 2591288

## SUMMARY OF AMOUNT DUE BY TASK CODE

| Task Code | Task Code Name | Fees |
|---|---|---|
| B110 | Case Administration | 13,608.00 |
| B130 | Asset Disposition | 1,080.00 |
| B150 | Meetings of and Communications with Creditors | 291.00 |
| B160 | Fee/Employment Applications | 1,072.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 33,517.00 |
| B190 | Other Contested Matters (excl. assumption/rejection motions) | 4,270.00 |
| B200 | Operations | 470.00 |
| B230 | Financing/Cash Collections | 16,732.50 |
| B300 | Claims and Plan | 9,063.00 |
| B310 | Claims Administration and Objections | 13,983.00 |
| B320 | Plan and Disclosure Statement (incl. Business Plan) | 41,650.00 |
| B400 | Bankruptcy-Related Advice | 3,007.00 |
| EMP | Employee matters | 136.50 |
| | Total This Matter | $138,880.00 |
| | Total This Matter | $138,880.00 |

First Guaranty Mortgage Corporation      December 21, 2022
Invoice #: 2591288

**COMBINED TOTALS**

| | | |
|---|---|---|
| Total Hours | | 151.40 |
| Fee Total, all Matters | $ | 138,880.00 |
| | | |
| Invoice Total, all Matters | $ | 138,880.00 |