# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | ) ) ) ) | Case No. 22-10584 (CTG) |
| Liquidating Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 26, 2023 AT 3:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

---

**This hearing will be conducted in person.  However, parties attending the final fee application matters listed below may attend remotely over Zoom.  Any party wishing to appear by Zoom must register by
January 25, 2023 at 4:00 p.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.
Please use the following link to register for this hearing**

https://debuscourts.zoomgov.com/meeting/register/vJIsdeCpqjMpHak-bi8tj9vrWc4fzsdxNys

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

**UNCONTESTED MATTERS WITH CNO OR COC:**

1. Motion for Entry of an Order Further Extending Deadline Within Which Debtors May Remove Actions (Filed December 27, 2022) [Docket No. 735]

   **Response Deadline:**  January 11, 2023 at 4:00 p.m.

   **Responses Received:**

   A. None.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

**Related Documents:**

A.   Certificate of No Objection (Filed January 24, 2023) [Docket No. 756].

B.   Order Extending Deadline Within Which Debtors May Remove Actions (Signed January 24, 2023) [Docket No. 758]

**Status**: An Order has been entered.

**CONTESTED MATTERS GOING FORWARD:**

2.   *Qui Tam* Plaintiff Kari Crutcher's Motion to Compel the Production of Requested Insurance Documents (Filed December 13, 2022) [Docket No. 711]

   **Response Deadline:**   January 24, 2023 at 4:00 p.m.

   **Responses Received**

   A.   The Liquidating Debtors and Liquidating Trustee plan to file an objection prior to the applicable deadline.

   **Related Documents**

   A.   Notice of Hearing on Kari Crutcher's Motion To Compel The Production Of Requested Insurance Documents (Filed January 10, 2023) [Docket No. 749]

   **Status**: This matter is currently scheduled to go forward.

3.   *Qui Tam* Plaintiff Kari Crutcher's Motion for Limited Relief from the Permanent Injunction of the Debtors Confirmed Chapter 11 Plan to Allow Her to File a Motion to Transfer Her *Qui Tam* Action to the District of Delaware and to Pursue the *Qui Tam* Action Against the Debtor as Nominal Defendant (Filed December 13, 2022) [Docket No. 712]

   **Response Deadline:**   January 24, 2023 at 4:00 p.m.

   **Responses Received**

   A.   The Liquidating Debtors and Liquidating Trustee plan to file an objection prior to the applicable deadline.

   **Related Documents**

   A.   Notice of Hearing on *Qui Tam* Plaintiff Kari Crutcher's Motion for Limited Relief from the Permanent Injunction of the Debtors Confirmed Chapter 11 Plan to Allow Her to File a Motion to Transfer Her *Qui Tam* Action to the District of Delaware and to Pursue the *Qui Tam* Action Against the Debtor as Nominal Defendant (Filed January 10, 2023) [Docket No. 750]

**Status**: This matter is currently scheduled to go forward.

**FINAL FEE APPLICATIONS**.

See **Exhibit A** attached hereto.

**Related Documents**

A. Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications of Certain Professionals (Filed January 24, 2023) [Docket No. 759]

**Status:** The Debtors have submitted a proposed omnibus order granting the Final Fee Applications of certain of the professionals listed on **Exhibit A** and anticipate filing a proposed order granting the remaining Final Fee Application prior to the hearing.

Dated: January 24, 2023                     **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
          tcairns@pszjlaw.com
          mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
          tania.moyron@dentons.com

-and-

**DENTONS US LLP**

David F. Cook
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Email: david.f.cook@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*