IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | ) ) ) ) | Case No. 22-10584 (CTG) |
|  | ) | (Jointly Administered) |
| Liquidating Debtors. | ) ) |  |

**Ref. Docket Nos. 720, 722, 723, 724, 726 and 741**

## OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the final fee applications (the "Applications")[2] of those professionals (the "Professionals") referenced on **Exhibit A** attached hereto, pursuant to sections 105(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure; and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and it appearing that the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

[2] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Applications.

relief requested in the Applications is in the best interests of the Reorganized Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Applications are GRANTED on a final basis as set forth herein, in the amounts set forth on **Exhibit A**, hereto for services rendered and reimbursement for actual and necessary expenses incurred during the fee periods set forth on **Exhibit A**.

2. The Reorganized Debtors and/or the Liquidating Trustee, as applicable, are authorized to make payment to each of the Professionals on account of any of the fees and expenses as provided for herein in accordance with the Bankruptcy Code priorities.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

**Dated: January 31st, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**