## **Exhibit A**

| Date Filed | Dkt. No. | Applicant | Final Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| 1/4/22 | 741 | Dentons US LLP | 6/30/22-11/6/22 | $4,403,841.00[1] | $39,190.80 | $4,443,031.80 |
| 12/2122 | 724 | Kurtzman Carson Consultants LLC | 6/30/22-11/6/22 | $107,623.18 | $0.00 | $107,623.18 |
| 12/2122 | 726 | Thompson Coburn Hahn & Hessen LLP | 7/15/22-11/6/22 | $1,150,192.00 | $777.05 | $1,150,969.05 |
| 12/21/22 | 720 | Blank Rome LLP | 7/15/22-11/6/22 | $140,497.50 | $541.03 | $141,038.53 |
| 12/21/22 | 723 | Berkeley Research Group, LLC | 7/20/22-11/6/22 | $721,846.00 | $0.00 | 721,846.00 |
| 12/21/22 | 722 | Strategic Mortgage Finance Group, LLC | 9/8/22-11/6/22 | $295,000.00 | $0.00 | $295,000.00 |

---

[1] Amount reflects voluntary $20,000 reduction in fees.

DOCS_DE:242045.3 28311/001