IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST GUARANTY MORTGAGE | ) | Case No. 22-10584 (CTG) |
| CORPORATION, *et al.*,[2] | ) | |
| | ) | (Jointly Administered) |
| Liquidating Debtors. | ) | |
| | ) | **Docket Ref. No. 725** |

### ORDER APPROVING IN PART FINAL FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the final fee application (the "Application")[3] of Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), pursuant to sections 330 and 331 of Title 11 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and this Court's Administrative Order; and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been given; and it appearing that the relief requested in the

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.
[3] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Application.

Application is in the best interests of the Reorganized Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Application is GRANTED in part as set forth herein.

2. The Reorganized Debtors and/or the Liquidating Trustee, as applicable, are authorized to make payment to PSZ&J in the amount $1,647,763.00 for services rendered and $19,851.12 for reimbursement for actual and necessary expenses incurred during the fee periods set forth in the Application.

3. The fees approved herein reflect a present reduction in the amount of $34,896 due to an informal objection presented by the Office of the United States Trustee (the "UST").  The UST shall file an objection with the Court describing in detail the bases for its objection.  The Court shall schedule a hearing at a later date to consider the UST's objection to the disputed amount of PSZ&J's fees.  PSZ&J retains all rights to defend the Application.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

**Dated: January 31st, 2023**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:242111.2 28311/001