## Exhibit B

Unsupported Claims

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | (4) Reason for Disallowance |
|---|---|---|---|
| Adeyemo, Ibrahim | 150 | $1,826.53 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Allen, Jason | 91 | $2,306.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Alvarez, Latasha | 211 | $28,091.80 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Alvarez, Samantha | 220 | $11,121.36 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Bazzi, Jessica | 31 | $15,000.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Bellucci, Dylan A. | 197 | $180,000.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Birkedahl, Naaman | 71 | $15,150.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Buck, Kevin W. | 84 | $18,000.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |

| Name | | Amount | Reason |
|---|---|---|---|
| Cane, Ann Marie | 20 | $3,299.82 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Casanova, Lee Ann | 243 | $150,000.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Dousa, Gregory | 77 | $6,000.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Floyd, Aston | 140 | $4,250.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Goncalo, Daniel | 155 | $33,666.67 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Greiner, Chris | 143 | $16,384.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Harris Family Limited Partnership | 68 | $3,350.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Hasson, Margaret | 295 | $20,417.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Huggins, Mattison D. | 80 | $15,150.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Martinez, Stefanie C. | 285 | $0.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Miller, Brian C. | 107 | $30,000.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |

| Morales-Perez, Angelina | 192 | $3,350.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| New York City Department of Finance | 315 | $26,756.12 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Orca, Jason M. | 76 | $0.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Rios, John | 186 | $64,400.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Rodriguez, Jessica Yvette | 209 | $10,838.40 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Seay, Cynthia | 102 | $15,150.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Simental, Angelica | 65 | $450.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Slater, John | 152 | $28,733.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Trejo, Susan | 106 | $5,000.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |
| Wagoner, LaToya | 88 | $15,150.00 | Claim lacks documentary support and itemization, and does not match Debtors' books and records which show no liability. |