# Exhibit A

## Misclassified Claims

| **(1) Name of Claimant** | **(2) Claim Number** | **(3) Claim Amount** | **Claim Classification Status** | **Modified Claim Amount and/or Classification Status** | **(4) Reason for Reclassification** |
|---|---|---|---|---|---|
| Advantage Appraisals | 141 | $1,111.70 | Priority | General Unsecured Claim | This is a claim for pre-petition appraisal services. There is no basis for a section 507(a)(7) priority claim and the claim should be reclassified as a GUC. |
| Black Box Network Services | 316 | $2,996.22 | Admin Priority | Priority ($442.33)<br><br>General Unsecured Claim ($2,553.89) | This claim is entitled to priority in the amount of $442.33 for goods provided, but not for remaining services provided pre-petition. The remaining portion of the claim ($2,553.89) is a GUC. |
| Chiusano, Joseph | 78 | $15,150.00 | Priority | Disallowed | The Debtors did not have a direct contractual relationship with the claimant. The Debtors' contract was with Wheeler Staffing Partners. The Debtors rejected the Wheeler contract under the Court's order authorizing rejection of contracts [*see* Docket No. 458, Schedule 1, at 5] and have no agreement with this claimant, who was employed as a staff member through Wheeler. Therefore, the claim should be disallowed. |
| CIS Financial Services, Inc. dba CIS Home Loans | 277 | $24,518.81 | Priority | Disallowed | The claim does not match the Debtors' books and records, which reflect no liability. To the extent any claim is allowed, this claim is for pre-petition services rendered and it should only be a GUC. |

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | Claim Classification Status | Modified Claim Amount and/or Classification Status | (4) Reason for Reclassification |
|---|---|---|---|---|---|
| Citrix Systems Inc. | 287 | $7,500.00 | Admin Priority | General Unsecured Claim | The Debtors' books and records reflect that all fees were incurred for services rendered pre-petition. The claim should therefore be recategorized as a GUC. |
| Ellsworth Homes, Inc. | 87 | $1,000.00 | Priority | General Unsecured Claim ($650.00) | The Debtors' books and records reflect that the invoice charges remain unpaid in the amount of $650. There is no basis for a priority claim as this is a claim for services rendered pre-petition, and the claim should be recategorized as a GUC. |
| Evesham Mortgage, LLC | 325 | $420,000.00 | Admin Priority | Disallowed | The claim does not match the Debtors' books and records, which reflect no liability. To the extent any damages exist, the Liquidating Trustee disagrees that the amounts contained in the claim represent accurate damages. To the extent any claim is allowed, it should only be as a GUC. |
| Fastapp, Inc. | 86 | $4,375.00 | Admin Priority | General Unsecured Claim | The Debtors' books and records reflect that all fees were incurred pre-petition for services rendered pre-petition. The claim should therefore be recategorized as a GUC. |

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | Claim Classification Status | Modified Claim Amount and/or Classification Status | (4) Reason for Reclassification |
|---|---|---|---|---|---|
| Incenter Appraisal Management, LLC | 156 | $4,425.00 | Admin Priority | General Unsecured Claim | The Debtors' books and records reflect that all fees were incurred pre-petition based on appraisal completion dates and fees for services rendered pre-petition. The claim should therefore be recategorized as a GUC. |
| Indecomm Holdings, Inc. | 154 | $3,472.19 | Admin Priority | General Unsecured Claim | The Debtors' books and records reflect that all fees were incurred pre-petition for services rendered pre-petition. The claim should therefore be recategorized as a GUC. |
| Johnson, Stelisha L | 173 | $5,000.00 | Priority | General Unsecured Claim | The claimant is not entitled to a priority claim as the claim was earned more than 180 days before the petition date, and the claim should be recategorized as a GUC. |
| M3COM of Virginia, Inc. | 268 | $34,397.00 | Admin Priority | General Unsecured Claim | The claimant's agreement for services with the Debtors was rejected as of August 31, 2022 [Docket No. 458, Schedule 1, at 4]. Between the Petition Date and the date of rejection, the claimant did not provide any goods or services that benefitted the estate. Therefore, the claim should be recategorized as a GUC. |
| Mortgage Financial Group, Inc. | 59 | $5,048.96 | Admin Priority | General Unsecured Claim | The Debtors' books and records reflect that all fees were incurred pre-petition for services rendered pre-petition. The claim should therefore be recategorized as a GUC. |

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | Claim Classification Status | Modified Claim Amount and/or Classification Status | (4) Reason for Reclassification |
|---|---|---|---|---|---|
| Optiv Security Inc. | 261 | $35,256.00 | Admin Priority | General Unsecured Claim | The Debtors' books and records reflect that all fees were incurred pre-petition for services rendered pre-petition. The claim should therefore be recategorized as a GUC. |
| Richey May Advisory, LLC | 215 | $1,967.50 | Admin Priority | General Unsecured Claim | The Debtors' books and records reflect that all fees were incurred pre-petition for services rendered pre-petition. The claim should therefore be recategorized as a GUC. |
| Samuels Appraisals, LLC | 15 | $682.00 | Priority | General Unsecured Claim | The Debtors' books and records reflect that all fees were incurred pre-petition for services rendered pre-petition. The claim should therefore be recategorized as a GUC. |
| Shannon, Christopher | 129 | $85.00 | Priority | General Unsecured Claim | The Debtors' books and records reflect that all fees were incurred pre-petition for services rendered pre-petition. The claim should therefore be recategorized as a GUC. |
| Spain, Cindy | 74 | $120.00 | Priority | General Unsecured Claim | The claim is for a dishonored FSA reimbursement check and does not quality as a priority claim. The claim should therefore be recategorized as a GUC. |

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | Claim Classification Status | Modified Claim Amount and/or Classification Status | (4) Reason for Reclassification |
|---|---|---|---|---|---|
| The Perpetual Financial Group, Inc. | 292 | $48,387.46 | Admin Secured | Disallow | The claim does not match the Debtors' books and records, which reflect no liability. To the extent any damages exist, the Liquidating Trustee disagrees that the amounts contained in the claim represent accurate damages. The Liquidating Trustee objects on the administrative priority portion and objects to the amount as unliquidated. To the extent any claim is allowed, it should only be as a GUC. |