# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 834 |

## LIQUIDATING TRUSTEE'S *AMENDED*[2] WITNESS AND EXHIBIT LIST FOR HEARING ON JUNE 29, 2023 AT 2:30 P.M. (ET)

The Liquidating Trustee hereby submits this ***amended*** witness and exhibit list in connection with the Liquidating Trustee's *Motion for Order Authorizing the Destruction of Certain Records Pursuant to Bankruptcy Code Sections 105 and 363* [Docket No. 834] (the "Motion") scheduled for hearing on **June 29, 2023 at 2:30 p.m. (ET)** before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing").

## WITNESSES

The Liquidating Trustee designates the following persons as witnesses in connection with the Motion:

(1) Tanya Meerovich of FTI Consulting.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Suite 102-334, Dallas, TX 75244.

[2] Amended items appear in **bold**.

1

The Liquidating Trustee also cross designates all witnesses designated by any other party in connection with the Motion, and reserve the right to call any necessary rebuttal or impeachment witnesses.

### EXHIBITS

The Liquidating Trustee designates the following exhibits that may be used in connection with the Motion:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1 | Declaration Of Tanya Meerovich In Support Of Confirmation Of Amended Combined Disclosure Statement And Chapter 11 Plan Of First Guaranty Mortgage Corporation And Debtor Affiliate | 631 |
| 2 | Order (I) Authorizing (A) Private Sale And (B) Transfer Of Certain Servicing Rights To BSI Financial Services Free And Clear Of Liens, Claims, Encumbrances, And Interests; (II) Approving The Terms Of The Purchase And Sale Agreement; (III) Approving The Assumption And Assignment Of Executory Contracts; And (IV) Granting Related Relief | 390 |
| 3 | Declaration Of Tanya Meerovich In Support Of Motion For Order Authorizing The Destruction Of Certain Records Pursuant To Bankruptcy Code Sections 105 And 363 | 834-2 |
| 4 | Supplemental Declaration Of Tanya Meerovich In Support Of Motion For Order Authorizing The Destruction Of Certain Records Pursuant To Bankruptcy Code Sections 105 And 363 | 857-2-A |

The Liquidating Trustee also cross designate all exhibits designated by any other party in connection with the Motion, and reserve the right to use additional exhibits for rebuttal or impeachment purposes.

The Liquidating Trustee reserves the right to amend or supplement this witness and exhibit list prior to the Hearing.

| | |
|---|---|
| Dated: June 28, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:   samuel.maizel@dentons.com
tania.moyron@dentons.com

-and-

**DENTONS US LLP**

David F. Cook
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email:   david.f.cook@dentons.com

*Counsel for the Liquidating Trustee*