IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>           Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Matthew J. Canty, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On June 29, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**; via Facsimile upon the service lists attached hereto as **Exhibit D** and **Exhibit E**; and via Overnight Mail upon the service lists attached hereto as **Exhibit F**, **Exhibit G**, and **Exhibit H**:

- **Third Amended Notice of Agenda of Matters Scheduled for Hearing on June 29, 2023 at 2:30 p.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt in the U.S. Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801** [Docket No. 863]

*(Continued on Next Page)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Ste. 102-334, Dallas, TX 75244.

- **Notice of Agenda of Matters Scheduled for Hearing on June 30, 2023 at 3:00 p.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt in the U.S. Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801** [Docket No. 864]

Dated: June 30, 2023

                                                                                       */s/* Matthew J. Canty
                                                                                       Matthew J. Canty
                                                                                       KCC
                                                                                       222 N Pacific Coast Highway, 3rd Floor
                                                                                       El Segundo, CA 90245
                                                                                       Tel 310.823.9000

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd & Emily M. Hahn | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Attorneys for Seneca Mortgage Servicing LLC | Archer & Greiner, P.C. | Bryan J. Hall | bjhall@archerlaw.com |
| Attorneys for The Texas Comptroller of Public Accounts | Attorney General's Office | Courtney J. Hull, Assistant Attorney General | courtney.hull@oag.texas.gov; bk-chull@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Attorney for Liberty Mutual Insurance Company | Bains Law PLLC | Brandon K. Bains | brandon@bainslaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Christa Cowart Turner | cturner@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Jeffrey J. Lyons & Rakesh H. Mehta, Esq. | jjlyons@bakerlaw.com; rmehta@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Michael T. Delaney | mdelaney@bakerlaw.com |
| Counsel to TIAA, FSB | Balch & Bingham LLP | Jeremy L. Retherford | jretherford@balch.com |
| Counsel for Federal National Mortgage Association | Bielli & Klauder, LLC | David M. Klauder, Esq., Brooke Hoffmann, Tom Bielli | dklauder@bk-legal.com; bhoffmann@bk-legal.com; tbielli@bk-legal.com |
| Counsel to the Official Committee of Unsecured Creditors | Blank Rome LLP | Regina Stango Kelbon, Esq. & Lawrence R. Thomas III, Esq. | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com |
| Counsel South Street Securities, LLC | Bressler Amery & Ross, P.C | Nikolas S. Komyati | nkomyati@bressler.com |
| Counsel South Street Securities, LLC | Cozen O'Connor | Thomas J. Francella, Jr. | tfrancella@cozen.com |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | Joshua.Goodman@us.daiwacm.com |
| DE AG Office | Delaware Attorney General | Attorney General | attorney.general@delaware.gov |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | David F. Cook | david.f.cook@dentons.com |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Samuel R. Maizel & Tania M. Moyron | samuel.maizel@dentons.com; tania.moyron@dentons.com |
| Counsel to Customers Bank | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| Counsel to Customers Bank | Dorsey & Whitney LLP | Thomas Kelly, Esq. | kelly.tom@dorsey.com |
| Counsel for MRK Paseo, LLC | FisherBroyles, LLP | Carl D. Neff, Esq. | carl.neff@fisherbroyles.com |
| Counsel for Federal Home Loan Mortgage Corporation | Freddie Mac | Eunice Hudson & Khardeen Shillingford | Eunice_Hudson@freddiemac.com; Khardeen_Shillingford@freddiemac.com |
| Counsel for LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Dennis A. Meloro | melorod@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Nancy A. Peterman & Eric J. Howe | petermann@gtlaw.com; howee@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Bethani R. Oppenheimer & John D. Elrod | oppenheimerb@gtlaw.com; elrodj@gtlaw.com |
| Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Hunton Andrews Kurth LLP | J.R. Smith, Justin F. Paget & Jennifer E. Wuebker | jrsmith@huntonak.com; jpaget@huntonak.com; jwuebker@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Peter S. Partee, Sr & Brian M. Clarke | ppartee@huntonak.com; brianclarke@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Shannon Daily & Jennifer E. Wuebker | sdaily@HuntonAK.com; jwuebker@huntonak.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Indecomm Holdings, Inc. | Kelley Drye & Warren LLP | James S. Carr, Esq. & Kristin S. Elliott, Esq. | KDWBankruptcyDepartment@kelleydrye.com; kelliott@kelleydrye.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Lankenau & Miller, LLP | Stuart J. Miller | stuart@lankmill.com |
| Counsel for MRK Paseo, LLC | Levin-Epstein & Associates, P.C. | Joshua D. Levin-Epstein, Esq. | Joshua@levinepstein.com |
| Attorney for Elysian Fields ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | dallas.bankruptcy@lgbs.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Loizides, P.A. | Christopher D. Loizides | loizides@loizides.com |
| Committee of Unsecured Creditors | Lori Buckley | Attn: Jack Raisner | jar@raisnerroupinian.com |
| Committee of Unsecured Creditors | Maxwell Lending Solutions, Inc., | Attn: Sonny Abbasi | sonny.abbasi@himaxwell.com |
| Attorneys for Claimant, The County of Harrison, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| Attorneys for The North River Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D. Bressler, Esq. & David P. Primack, Esq. | gbressler@mdmc-law.com; dprimack@mdmc-law.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel to Flagstar Bank, FSB | Morgan, Lewis & Bockius LLP | Jennifer Feldsher, Kevin J. Biron & T. Charlie Liu | jennifer.feldsher@morganlewis.com; kevin.biron@morganlewis.com; charlie.liu@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Glenn E. Siegel, Esq. | glenn.siegel@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Jody C. Barillare, Esq. | jody.barillare@morganlewis.com |
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey | rdehney@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Daniel Shamah, Esq. | dshamah@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Jennifer Taylor, Esq. | jtaylor@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq. & Jacob Beiswenger, Esq. | swarren@omm.com; jbeiswenger@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | Benjamin.A.Hackman@usdoj.gov |
| Local Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Timothy P. Cairns, Mary F. Caloway | ljones@pszjlaw.com; tcairns@pszjlaw.com; mcaloway@pszjlaw.com |
| Counsel for Texas Capital Bank | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Kenneth S. Ziman, Esq. | kziman@paulweiss.com |
| Attorneys for Claimants(s) | Plano ISD | Perdue, Brandon, Fielder, Collins & Mott LLP | lreece@pbfcm.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty, Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Aaron H. Stulman & Andrew L. Brown | Jryan@potteranderson.com; astulman@potteranderson.com; abrown@potteranderson.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Raisner Roupinian LLP | Jack A. Raisner & René S. Roupinian | jar@raisnerroupinian.com; rsr@raisnerroupinian.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Mark W. Eckard | MEckard@reedsmith.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Omar J. Alaniz | OAlaniz@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Paul D. Moak | PMoak@reedsmith.com |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | bankruptcynoticeschr@sec.gov |
| Committee of Unsecured Creditors | Sourcepoint, Inc. | Attn: Kristi Christian | Kristi.Christian@sourcepointmortgage.com |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | Brian.Snyder@sssnyc.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | John C. Kilgannon | john.kilgannon@stevenslee.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | joseph.huston@stevenslee.com |
| Counsel for Creditor, Tysons Corner Owner, LLC | Tenenbaum & Saas, P.C. | Bradshaw Rost, Esq. | BRost@tspclaw.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | The Gardner Firm | Mary E. Olsen & M. Vance McCrary | molsen@thegardnerfirm.com; vmccrary@thegardnerfirm.com |
| Counsel for Planet Home Lending, LLC | The Powell Firm, LLC | Jason C. Powell, Esq. | jpowell@delawarefirm.com |
| Counsel for the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Joseph Orbach | jorbach@thompsoncoburn.com |
| Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq. & Mark T. Power, Esq. | mindelicato@thompsoncoburn.com; mpower@thompsoncoburn.com |
| Counsel for Planet Home Lending, LLC | Togut, Segal & Segal LLP | Kyle J. Ortiz, Esq. & Bryan M. Kotliar, Esq. | kortiz@teamtogut.com; bkotliar@teamtogut.com |
| Attorneys for the United States | U.S. Department of Justice | Leah V. Lerman | Leah.V.Lerman@usdoj.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for Texas Capital Bank | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Esq. | pmorgan@ycst.com; bankfilings@ycst.com |

# EXHIBIT B

**Exhibit B**
**Affected Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Kari Crutcher | c/o J. Nelson Thomas & Jonathan W. Ferris | nthomas@theemploymentattorneys.com; jferris@theemploymentattorneys.com |
| Kari Crutcher | c/o Julie K. Bracker & Jason Marcus | Julie@FCAcounsel.com; Jason@FCAcounsel.com |
| Kari Crutcher | c/o Samuel J. Buffone, Jr. & Michael DeJesus | Sam@blackandbuffone.com |

# EXHIBIT C

**Exhibit C**
**Objecting Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Federal National Mortgage Association | Bielli & Klauder, LLC | David M. Klauder, Esq. | dklauder@bk-legal.com |
| Counsel for Interested Party Servis One, Inc. d/b/a BSI Financial Services | Blank Rome LLP | Diana M. Eng | diana.eng@blankrome.com |
| Counsel for Interested Party Servis One, Inc. d/b/a BSI Financial Services | Blank Rome LLP | Lawrence R. Thomas III, Esq. | lorenzo.thomas@blankrome.com |
| Counsel for LVS II SPE XXXIV LLC, as Cash Flow DIP Lender, and B2 FIE XI LLC as Prepetition Bridge Lender | Greenberg Traurig, LLP | Dennis A. Meloro | melorod@gtlaw.com |
| Counsel for LVS II SPE XXXIV LLC, as Cash Flow DIP Lender, and B2 FIE XI LLC as Prepetition Bridge Lender | Greenberg Traurig, LLP | Nancy A. Peterman, Eric J. Howe & Danny Duerdoth | petermann@gtlaw.com; howee@gtlaw.com; duerdothd@gtlaw.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Daniel Shamah, Esq. | dshamah@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Jennifer Taylor, Esq. | jtaylor@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq., Jacob Beiswenger, Esq., Jordan A. Weber | swarren@omm.com; jbeiswenger@omm.com |

# EXHIBIT D

**Exhibit D**
**Core/2002 Service List**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | 212-612-8433 |
| DE AG Office | Delaware Attorney General | Attorney General | 302-577-6499 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 302-577-5866 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 302-739-5831 |
| DE State Treasury | Delaware State Treasury | | 302-739-5635 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 855-852-4141 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Attorney for Elysian Fields ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 469-221-5003 |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | 469-221-5003 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | 302-573-6497 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 215-597-3194 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317; 202-772-9318 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 302-573-6220 |

# EXHIBIT E

**Exhibit E**
**Affected Party Service List**
**Served via Facsimile**

| CreditorName | CreditorNoticeName | Fax |
|---|---|---|
| Kari Crutcher | c/o Julie K. Bracker & Jason Marcus | 678-648-5544 |

# EXHIBIT F

**Exhibit F**
**Core/2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Interested Party | AMEX TRS Co., Inc. | c/o Becket & Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | 1155 6th Avenue | 14th Floor | | New York | NY | 10036 |

# EXHIBIT G

**Exhibit G**
**Affected Parties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kari Crutcher | c/o J. Nelson Thomas & Jonathan W. Ferris | Thomas & Solomon LLP | 693 East Avenue | Rochester | NY | 14607 |
| Kari Crutcher | c/o Samuel J. Buffone, Jr. & Michael DeJesus | Black & Buffone PLLC | 1400 Eye St. NW, Suite 200 | Washington | DC | 20005 |

# EXHIBIT H

**Exhibit H**
**Objecting Parties Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Interested Party Servis One, Inc. d/b/a BSI Financial Services | Blank Rome LLP | Diana M. Eng | 1271 Avenue of the Americas | New York | NY | 10020 |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq., Jacob Beiswenger, Esq., Jordan A. Weber | 400 South Hope Street, 18th Floor | Los Angeles | CA | 90071-2899 |