# Exhibit A

No Liability Claims

| (1) Name of Claimant | (2) Claim Number | (3) Priority Claim Amount | (4) Reason for Disallowance |
|---|---|---|---|
| Miss. Dept. of Revenue | 289 | $0.00 | 2022 tax return shows no liability |
| Ohio Department of Taxation | 58 | $3,217.58 | 2022 tax return shows no liability |
| Oregon Department of Revenue | 313 | $0.00 | 2022 tax return shows no liability |
| Tennessee Department of Revenue | 311 | $20,149.00 | 2022 tax return shows no liability |