**Exhibit B**

Modified Claims

| (1)<br>Name of Claimant | (2)<br>Claim Number | (3)<br>Priority Claim Amount | Modified Priority Claim Amount | (4)<br>Reason for Modification | Satisfaction |
|---|---|---|---|---|---|
| State of New Jersey - Division of Taxation | 294 | $16,000.00 | $1,500.00 | 2022 tax return shows actual tax liability of $1,500. | Modified Priority Claim Amount satisfied in payment of 2022 tax liability. |
| Texas Comptroller of Public Accounts | 306 | $6,024.42 | $3,295 | 2022 tax return shows actual tax liability of $3,295. | Modified Priority Claim Amount satisfied in payment of 2022 tax liability. |