# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**CRAIG T. GOLDBLATT**
**JUDGE**

**824 N. MARKET STREET**
**WILMINGTON, DELAWARE**
**(302) 252-3832**



September 5, 2023

**VIA CM/ECF**

Re:   *First Guaranty Mortgage Corporation, et al.,* Case No. 22-10584

Dear Counsel:

As I noted at the hearing earlier today, I intend to grant Relator's motion for relief from the Plan Injunction but to limit the relief to the right to seek applicable insurance proceeds (if any).  The intent is to ensure that the Plan Injunction prohibits any action to impose liability on the liquidating trust with respect to the underlying claim.  Subject to the parties' rights to suggest clarifications or improvements in the language, I propose that the body of the order read as follows:

Upon consideration of Kari Crutcher's Renewed Motion for Limited Relief From the Plan Injunction [D.I. 897] (the "Motion") and the objections thereto, the Court having considered the Motion, the evidence offered in support thereof, and the arguments of counsel at the September 5, 2023 hearing, and it appearing that (a) this Court has subject-matter jurisdiction over this proceeding under 28 U.S.C. § 1334; (b) this is a core proceeding such that this Court has statutory authority

*First Guaranty Mortgage Corporation, et al.,* Case No. 22-10584
September 5, 2023
Page 2 of 3

to hear, determine, and enter this order, or any other appropriate order or judgment, under 28 U.S.C. § 157; (c) the Court has constitutional authority to enter this order or any other final order or judgment in this proceeding; (d) venue of this proceeding in this Court is proper under 28 U.S.C. § 1409; (e) sufficient notice of, and opportunity for a hearing, on the Motion has been given; and (f) there is cause for modifying the Plan Injunction,

It is HEREBY ORDERED that:

    1.    The Plan Injunction is lifted to the extent set forth herein:

    a.    Crutcher may proceed in the action captioned *United States ex rel. Kari Crutcher v. First Guaranty Mortgage Corporation*, No. 16-cv-3812-TWT (N.D. Ga.) (the "FCA Lawsuit"). First Guaranty Mortgage Corporation shall be, in such action, a defendant in name only, solely for the purpose of permitting Crutcher to obtain either (a) a judgment (whether following a trial or by default) that might be enforced against available insurance proceeds, if any, or (b) a settlement that might be paid by any insurer(s) that agree(s) to provide a defense.

    b.    The Plan Injunction remains in full force and effect with respect to any effort to recover against any property of the bankruptcy estate or to impose any liability on or recover against the liquidating trust or any of its non-insurance assets.

2. Nothing in this Order is intended to affect, in any way, any potential motion to transfer the venue in which the FCA Lawsuit might proceed.

3. Nothing in this Order shall alter or affect the rights of any party, to any dispute, regarding the availability (or not) of insurance coverage.

4. Notwithstanding any procedural rule to the contrary, this Order shall become effective and enforceable immediately upon its entry.

5. This Court retains jurisdiction of any matter arising from or relating to this Order or its interpretation or implementation.

To the extent that any of the parties would like to propose changes or improvements to the wording of this draft order for the purpose of lending greater clarity or better giving effect to the Court's intent, the parties are invited to submit a letter indicating the proposed changes by noon on September 8, 2023.

    Sincerely,

    Craig T. Goldblatt
    United States Bankruptcy Judge