# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 951** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I caused a copy of the *Order Granting Motion of the PIMCO Parties to Enforce the Chapter 11 Plan and Confirmation Order* [Docket No. 951] to be served upon the service lists attached hereto in the manner indicated.

/s/ *Zachary J. Javorsky*
Zachary J. Javorsky (No. 7069)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation ("FGMC") (9575); and Maverick II Holdings, LLC ("Maverick") (5621). The service address for FGMC is 13901 Midway Road, Ste. 102-334, Dallas, Texas 75244.

RLF1 29580870v.1

**Service List – Via Email**

Joseph H. Huston, Jr.
Alexis R. Gambale
STEVENS & LEE
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
E-mail: joseph.huston@stevenslee.com
　　　　alexis.gambale@stevenslee.com

J. Nelson Thomas, Esquire
Jonathan W. Ferris, Esquire
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Email: nthomas@ theemploymentattorneys.com
　　　　jferris@theemploymentattorneys.com

Samuel J. Buffone, Jr., Esquire
BLACK & BUFFONE PLLC
1400 Eye St. NW
Suite 200
Washington, D.C. 20005
Email: Sam@blackandbuffone.com

Susan E. Kaufman
919 North Market Street, Suite 460
Wilmington, DE 19801
Email: skaufman@skaufmanlaw.com

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorneys for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd & Emily M. Hahn | 1700 Redbud Blvd, Ste. 300 | | | McKinney | TX | 75069 | | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com | CM/ECF & Email |
| Counsel in Ortiz and Pagan v. FGMC pending in Federal District Court in Illinois | Akerman LLP | Attn: Mark Bernstein | 71 S Wacker Dr, 47th Floor | | | Chicago | IL | 60606 | | | First Class Mail |
| Interested Party | AMEX TRS Co., Inc. | c/o Becket & Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 | | | First Class Mail |
| Attorneys for Seneca Mortgage Servicing LLC | Archer & Greiner, P.C. | Bryan J. Hall | 300 Delaware Avenue, Suite 1100 | | | Wilmington | DE | 19801 | | bjhall@archerlaw.com | CM/ECF & Email |
| Attorneys for The Texas Comptroller of Public Accounts | Attorney General's Office | Courtney J. Hull, Assistant Attorney General | c/o Sherri K. Simpson, Paralegal | Bankruptcy & Collections Div. | P.O. Box 12548 | Austin | TX | 78711-2548 | | courtney.hull@oag.texas.gov; bk-chull@oag.texas.gov; sherri.simpson@oag.texas.gov | CM/ECF, Email & First Class Mail |
| Attorney for Liberty Mutual Insurance Company | Bains Law PLLC | Brandon K. Bains | P. O. Box 559 | | | Azle | TX | 76098 | | brandon@bainslaw.com | CM/ECF & Email |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Christa Cowart Turner | 200 South Orange Avenue, Suite 2300 | | | Orlando | FL | 32801 | | cturner@bakerlaw.com | CM/ECF & Email |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Jeffrey J. Lyons & Rakesh H. Mehta, Esq. | 1201 North Market Street, Suite 1402 | | | Wilmington | DE | 19801 | | jjlyons@bakerlaw.com; rmehta@bakerlaw.com | CM/ECF & Email |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Michael T. Delaney | Key Tower | 127 Public Square, Suite 2000 | | Cleveland | OH | 44114-1214 | | mdelaney@bakerlaw.com | CM/ECF & Email |
| Counsel to TIAA, FSB | Balch & Bingham LLP | Jeremy L. Retherford | 1901 Sixth Avenue North, Suite 1500 | | | Birmingham | AL | 35203 | | jretherford@balch.com | CM/ECF & Email |
| Counsel for Federal National Mortgage Association | Bielli & Klauder, LLC | David M. Klauder, Esq. | 1204 N. King Street | | | Wilmington | DE | 19801 | | dklauder@bk-legal.com | CM/ECF & Email |
| Counsel to the Official Committee of Unsecured Creditors | Blank Rome LLP | Regina Stango Kelbon, Esq. & Lawrence R. Thomas III, Esq. | 1201 Market Street, Suite 800 | | | Wilmington | DE | 19801 | | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com | CM/ECF & Email |
| Labor and employment counsel | Bradley | Attn: Anne Yuengert | One Federal Place | 1819 5th Ave N | | Birmingham | AL | 35203 | | | First Class Mail |
| Counsel South Street Securities, LLC | Bressler Amery & Ross, P.C | Nikolas S. Komyati | 325 Columbia Turnpike, Suite 301 | | | Florham Park | NJ | 07932 | | nkomyati@bressler.com | CM/ECF & Email |
| Regulatory counsel | Buckley LLC | Attn: Katy Ryan | 2001 M St NW, Suite 500 | | | Washington | DC | 20036 | | | First Class Mail |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | Financial Square | 32 Old Slip, 14th Floor | | New York | NY | 10005 | | Joshua.Goodman@us.daiwacm.com | Email & First Class Mail |
| DE AG Office | Delaware Attorney General | Attorney General | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | | attorney.general@delaware.gov | Email & First Class Mail |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | | attorney.general@delaware.gov | Email & First Class Mail |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | | dosdoc_bankruptcy@state.de.us | Email & First Class Mail |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 | | statetreasurer@state.de.us | Email & First Class Mail |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | David F. Cook | 1900 K Street, NW | | | Washington | DC | 20006 | | david.f.cook@dentons.com | CM/ECF & Email |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Samuel R. Maizel & Tania M. Moyron | 601 S. Figueroa Street | Suite 2500 | | Los Angeles | CA | 90017 | | samuel.maizel@dentons.com; tania.moyron@dentons.com | CM/ECF & Email |
| Counsel to Customers Bank | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq | 300 Delaware Avenue, Suite 1010 | | | Wilmington | DE | 19801 | | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com | CM/ECF & Email |
| Counsel to Customers Bank | Dorsey & Whitney LLP | Thomas Kelly, Esq. | 50 South Sixth Street, Suite 1500 | | | Minneapolis | MN | 55402-1498 | | kelly.tom@dorsey.com | CM/ECF & Email |
| Counsel in Mosser v. Flagstar and FGMC pending in state court in Texas | Figari + Davenport LLC | Attn: Dwayne Lewis | 901 Main St, Ste 3400 | | | Dallas | TX | 75202 | | | First Class Mail |
| Debtors and Debtors in Possession | First Guaranty Mortgage Corporation | | 5800 Tennyson Parkway | Suite 450 | | Plano | TX | 75204 | | | First Class Mail |
| Counsel for MRK Paseo, LLC | FisherBroyles, LLP | Carl D. Neff, Esq. | CSC Station | 112 S. French Street | | Wilmington | DE | 19801 | | carl.neff@fisherbroyles.com | CM/ECF & Email |
| Counsel for Federal Home Loan Mortgage Corporation | Freddie Mac | Eunice Hudson & Khardeen Shillingford | 8200 Jones Branch Drive | | | McLean | VA | 22102 | | Eunice_Hudson@freddiemac.com; Khardeen_Shillingford@freddiemac.com | Email & First Class Mail |
| Counsel to LVS II SPE XXXIV LLC | Greenberg Traurig, LLP | Danny Duerdoth | 77 West Wacker Drive | Suite 3100 | | Chicago | IL | 60601 | | duerdothD@gtlaw.com | CM/ECF & Email |
| Counsel for LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Dennis A. Meloro | The Nemours Building | 1007 North Orange Street, Suite 1200 | | Wilmington | DE | 19801 | | melorod@gtlaw.com | CM/ECF & Email |
| Counsel to LVS II SPE XXXIV LLC | Greenberg Traurig, LLP | Joseph Davis | One International Place | Suite 2000 | | Boston | MA | 02110 | | DavisJ@gtlaw.com | CM/ECF & Email |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Nancy A. Peterman & Eric J. Howe | 77 West Wacker Drive, Suite 3100 | | | Chicago | IL | 60601 | | petermann@gtlaw.com; howee@gtlaw.com | CM/ECF & Email |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Bethani R. Oppenheimer & John D. Elrod | Terminus 200 | 3333 Piedmont Road NE, Suite 2500 | | Atlanta | GA | 30305 | | oppenheimerb@gtlaw.com; elrodj@gtlaw.com | CM/ECF & Email |
| Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Hunton Andrews Kurth LLP | J.R. Smith, Justin F. Paget & Jennifer E. Wuebker | 951 East Byrd Street | | | Richmond | VA | 23219 | | jrsmith@huntonak.com; jpaget@huntonak.com; jwuebker@huntonak.com | CM/ECF & Email |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Peter S. Partee, Sr & Brian M. Clarke | 200 Park Avenue | | | New York | NY | 10166 | | ppartee@huntonak.com; brianclarke@huntonak.com | CM/ECF & Email |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Shannon Daily & Jennifer E. Wuebker | Riverfront Plaza, East Tower | 951 East Byrd Street | | Richmond | VA | 23219 | | sdaily@HuntonAK.com; jwuebker@huntonak.com | CM/ECF & Email |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | SBSE.Insolvency.Balt@irs.gov | Email & First Class Mail |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | First Class Mail |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | First Class Mail |
| Claims and Noticing Agent | KCC | Andres Estrada | 222 N Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | FGMCinfo@kccllc.com | CM/ECF & Email |
| Counsel to Indecomm Holdings, Inc. | Kelley Drye & Warren LLP | James S. Carr, Esq. & Kristin S. Elliott, Esq. | 3 World Trade Center | 175 Greenwich Street | | New York | NY | 10007 | | KDWBankruptcyDepartment@kelleydrye.com; kelliott@kelleydrye.com | CM/ECF & Email |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Lankenau & Miller, LLP | Stuart J. Miller | 100 Church Street, 8th FL | | | New York | NY | 10007 | | stuart@lankmill.com | CM/ECF & Email |
| Counsel for MRK Paseo, LLC | Levin-Epstein & Associates, P.C. | Joshua D. Levin-Epstein, Esq. | 60 East 42nd Street, Suite 4700 | | | New York | NY | 10165 | | Joshua@levinepstein.com | Email & First Class Mail |
| IT Security Counsel | Lewis Brisbois Bisgaard & Smith LLP | Attn: Donna Maddux | 888 SW Fifth Ave, Ste 900 | | | Portland | OR | 97204 | | | First Class Mail |
| Attorney for Elysian Fields ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 | | dallas.bankruptcy@lgbs.com | CM/ECF & Email |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 | | dallas.bankruptcy@lgbs.com | CM/ECF & Email |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Loizides, P.A. | Christopher D. Loizides | 1225 King Street, Suite 800 | | | Wilmington | DE | 19801 | | loizides@loizides.com | CM/ECF & Email |
| Committee of Unsecured Creditors | Lori Buckley | Attn: Jack Raisner | 270 Madison Avenue | Suite 1801 | | New York | NY | 10016 | | jar@raisnerroupinian.com | CM/ECF & Email |
| Committee of Unsecured Creditors | Maxwell Lending Solutions, Inc., | Attn: Sonny Abbasi | 1700 Lincoln St., Suite 2900 | | | Denver | CO | 80203 | | sonny.abbasi@himaxwell.com | Email & First Class Mail |
| Attorneys for Claimant, The County of Harrison, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | PO Box 1269 | | | Round Rock | TX | 78680-1269 | | jparsons@mvbalaw.com | CM/ECF & Email |
| Attorneys for The North River Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D. Bressler, Esq. & David P. Primack, Esq. | 300 Delaware Avenue, Suite 1014 | | | Wilmington | DE | 19801 | | gbressler@mdmc-law.com; dprimack@mdmc-law.com | CM/ECF & Email |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | Attention: Steven A. Ginther | PO Box 475 | | Jefferson City | MO | 65105-0475 | | deecf@dor.mo.gov | CM/ECF, Email & First Class Mail |
| Counsel to Flagstar Bank, FSB | Morgan, Lewis & Bockius LLP | Jennifer Feldsher, Kevin J. Biron & T. Charlie Liu | 101 Park Avenue | | | New York | NY | 10078 | | jennifer.feldsher@morganlewis.com; kevin.biron@morganlewis.com; charlie.liu@morganlewis.com | CM/ECF & Email |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Glenn E. Siegel, Esq. | 101 Park Avenue | | | New York | NY | 10178 | | glenn.siegel@morganlewis.com | CM/ECF & Email |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Jody C. Barillare, Esq. | 1201 N. Market Street, Suite 2201 | | | Wilmington | DE | 19801 | | jody.barillare@morganlewis.com | CM/ECF & Email |
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey | 1201 N. Market St., 16th Floor | | | Wilmington | DE | 19899-1347 | | rdehney@morrisnichols.com; mharvey@morrisnichols.com | CM/ECF & Email |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Daniel Shamah, Esq. | Times Square Tower | 7 Times Square | | New York | NY | 10036 | | dshamah@omm.com | CM/ECF & Email |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Jennifer Taylor, Esq. | Two Embarcadero Center, 28th Floor | | | San Francisco | CA | 94111-3823 | | jtaylor@omm.com | CM/ECF & Email |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq. & Jacob Beiswenger, Esq. | 400 South Hope Street, 18th Floor | | | Los Angeles | CA | 90071-2899 | | swarren@omm.com; jbeiswenger@omm.com | CM/ECF & Email |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 | | Benjamin.A.Hackman@usdoj.gov | CM/ECF, Email & First Class Mail |
| Local Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Timothy P. Cairns, Mary F. Caloway | 919 North Market Street, 17th Fl | PO Box 8705 | | Wilmington | DE | 19801 | | ljones@pszjlaw.com; tcairns@pszjlaw.com; mcaloway@pszjlaw.com | CM/ECF & Email |
| Counsel for Texas Capital Bank | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Kenneth S. Ziman, Esq. | 1285 Avenue of the Americas | | | New York | NY | 10019 | | kziman@paulweiss.com | Email & First Class Mail |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorneys for Claimants(s) | Plano ISD | Perdue, Brandon, Fielder, Collins & Mott LLP | c/o Linda D. Reece | 1919 S. Shiloh Rd., Suite 640, LB 40 | | Garland | TX | 75042 | | lreece@pbfcm.com | Email & First Class Mail |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty, Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Aaron H. Stulman & Andrew L. Brown | 1313 N. Market Street, 6th Floor | | | Wilmington | DE | 19801 | | Jryan@potteranderson.com; astulman@potteranderson.com; abrown@potteranderson.com | CM/ECF & Email |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Raisner Roupinian LLP | Jack A. Raisner & René S. Roupinian | 270 Madison Avenue | Suite 1801 | | New York | NY | 10016 | | jar@raisnerroupinian.com; rsr@raisnerroupinian.com | CM/ECF & Email |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Mark W. Eckard | 1201 Market Street, Suite 1500 | | | Wilmington | DE | 19801 | | MEckard@reedsmith.com | CM/ECF & Email |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Omar J. Alaniz | 2850 N. Harwood St, Suite 1500 | | | Dallas | TX | 75201 | | OAlaniz@reedsmith.com | CM/ECF & Email |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Paul D. Moak | 811 Main Street, Suite 1700 | | | Houston | TX | 77002-6110 | | PMoak@reedsmith.com | CM/ECF & Email |
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Schulte Roth & Zabel LLP | Kristine Manoukian; Kelly V. Knight; Paulina Piasecki | 919 Third Avenue | | | New York | NY | 10022 | | kristine.manoukian@srz.com; kelly.knight@srz.com; paulina.piasecki@srz.com | CM/ECF & Email |
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Schulte Roth & Zabel LLP | Peter H. White, Jeffrey Robertson, Noah N. Gillespie | 555 13th Street NW, Suite 6W | | | Washington | DC | 20004 | | pete.white@srz.com; jeffrey.robertson@srz.com; noah.gillespie@srz.com | CM/ECF & Email |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 | | philadelphia@sec.gov | Email & First Class Mail |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | SECBankruptcy-OGC-ADO@SEC.GOV | Email & First Class Mail |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov | Email & First Class Mail |
| Committee of Unsecured Creditors | Sourcepoint, Inc. | Attn: Kristi Christian | 2330 Commerce Park Drive, NE | | | Palm Bay | FL | 32905 | | Kristi.Christian@sourcepointmortgage.com | Email & First Class Mail |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | 1155 6th Avenue | 14th Floor | | New York | NY | 10036 | | Brian.Snyder@sssnyc.com | Email & First Class Mail |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | John C. Kilgannon | 1500 Market Street, East Tower, 18th Floor | | | Philadelphia | PA | 19102 | | john.kilgannon@stevenslee.com | CM/ECF & Email |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | 919 North Market Street, Suite 1300 | | | Wilmington | DE | 19801 | | joseph.huston@stevenslee.com | CM/ECF & Email |
| Counsel to Kari Crutcher | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | 919 North Market Street, Suite 1300 | | | Wilmington | DE | 19801 | | joseph.huston@stevenslee.com | CM/ECF & Email |
| Counsel for Creditor, Tysons Corner Owner, LLC | Tenenbaum & Saas, P.C. | Bradshaw Rost, Esq. | 4504 Walsh Street, Suite 200 | | | Chevy Chase | MD | 20815 | | BRost@tspclaw.com | Email & First Class Mail |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | The Gardner Firm | Mary E. Olsen & M. Vance McCrary | 182 St. Francis Street | Suite 103 | | Mobile | AL | 36602 | | molsen@thegardnerfirm.com; vmccrary@thegardnerfirm.com | CM/ECF & Email |
| Counsel for Planet Home Lending, LLC | The Powell Firm, LLC | Jason C. Powell, Esq. | 1201 N. Orange Street, Suite 500 | P.O. Box 289 | | Wilmington | DE | 19899 | | jpowell@delawarefirm.com | CM/ECF & Email |
| Counsel for the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Joseph Orbach | 488 Madison Avenue | | | New York | NY | 10022 | | jorbach@thompsoncoburn.com | CM/ECF & Email |
| Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq. & Mark T. Power, Esq. | 488 Madison Avenue | | | New York | NY | 10022 | | mindelicato@thompsoncoburn.com; mpower@thompsoncoburn.com | CM/ECF & Email |
| Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 | | AGBankDelaware@ag.tn.gov | CM/ECF, Email & First Class Mail |
| Counsel for Planet Home Lending, LLC | Togut, Segal & Segal LLP | Kyle J. Ortiz, Esq. & Bryan M. Kotliar, Esq. | One Penn Plaza, Suite 3335 | | | New York | NY | 10119 | | kortiz@teamtogut.com; bkotliar@teamtogut.com | CM/ECF & Email |
| Attorneys for the United States | U.S. Department of Justice | Leah V. Lerman | Civil Division | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | Leah.V.Lerman@usdoj.gov | Email & First Class Mail |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | | usade.ecfbankruptcy@usdoj.gov | Email & First Class Mail |
| EEOC defense counsel | Weiner Brodsky Kider PC | Attn: Mitch Kider | 1300 19th St, NW Suite 500 | | | Washington | DC | 20036 | | | First Class Mail |
| Counsel South Street Securities, LLC | Whiteford Taylor Preston, LLP | Thomas J. Francella, Jr. | 600 North King Street, Suite 300 | | | Wilmington | DE | 19801 | | tfrancella@whitefordlaw.com | CM/ECF & Email |
| Counsel for Texas Capital Bank | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Esq. | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | | pmorgan@ycst.com; bankfilings@ycst.com | CM/ECF & Email |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counself or Lynley VanSingel, Melanie Meyer and Jessie Palmer | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | 919 North Market Street | Suite 460 | | Wilmington | DE | 19801 | | skaufman@skaufmanlaw.com | CM/ECF & Email |