# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>        Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |

## SUPPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 6, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **The Liquidating Trustee's and Post-Effective Date Debtors' (I) Joinder to Motion of Pacific Investment Management Company LLC and PIMCO Investments LLC to Enforce the Chapter 11 Plan and Confirmation Order and (II) Reservation of Rights** [Docket No. 918]

Dated: September 11, 2023

                                                     */s/* Heather Fellows
                                                     Heather Fellows
                                                     KCC
                                                     222 N Pacific Coast Highway, 3rd Floor
                                                     El Segundo, CA 90245
                                                     Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Ste. 102-334, Dallas, TX 75244.

# EXHIBIT A

**Exhibit A**
**Affected Parties Service List**
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kari Crutcher | Bracker & Marcus LLC | Julie K. Bracker & Jason Marcus | 3355 Lenox Rd NE Ste 660 | Atlanta | GA | 30326-1332 |

In re First Guaranty Mortgage Corporation, et al.
Case No. 22-10584 (CTG)                                                            Page 1 of 1