# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, YunKyung Yu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 12, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C**, and **Exhibit D**:

- **Notice of Submission of Proofs of Claim in Connection with the Third Omnibus Objection to Misclassified Claims (Substantive)** [Docket No. 962]

Dated: September 13, 2023

*/s/ YunKyung Yu*
YunKyung Yu
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Ste. 102-334, Dallas, TX 75244.

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd & Emily M. Hahn | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Attorneys for Seneca Mortgage Servicing LLC | Archer & Greiner, P.C. | Bryan J. Hall | bjhall@archerlaw.com |
| Attorneys for The Texas Comptroller of Public Accounts | Attorney General's Office | Courtney J. Hull, Assistant Attorney General | courtney.hull@oag.texas.gov; bk-chull@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Attorney for Liberty Mutual Insurance Company | Bains Law PLLC | Brandon K. Bains | brandon@bainslaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Christa Cowart Turner | cturner@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Jeffrey J. Lyons & Rakesh H. Mehta, Esq. | jjlyons@bakerlaw.com; rmehta@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Michael T. Delaney | mdelaney@bakerlaw.com |
| Counsel to TIAA, FSB | Balch & Bingham LLP | Jeremy L. Retherford | jretherford@balch.com |
| Counsel for Federal National Mortgage Association | Bielli & Klauder, LLC | David M. Klauder, Esq. | dklauder@bk-legal.com |
| Counsel to the Official Committee of Unsecured Creditors | Blank Rome LLP | Regina Stango Kelbon, Esq. & Lawrence R. Thomas III, Esq. | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com |
| Counsel South Street Securities, LLC | Bressler Amery & Ross, P.C | Nikolas S. Komyati | nkomyati@bressler.com |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | Joshua.Goodman@us.daiwacm.com |
| DE AG Office | Delaware Attorney General | Attorney General | attorney.general@delaware.gov |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | David F. Cook | david.f.cook@dentons.com |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Samuel R. Maizel & Tania M. Moyron | samuel.maizel@dentons.com; tania.moyron@dentons.com |
| Counsel to Customers Bank | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| Counsel to Customers Bank | Dorsey & Whitney LLP | Thomas Kelly, Esq. | kelly.tom@dorsey.com |
| Counsel for MRK Paseo, LLC | FisherBroyles, LLP | Carl D. Neff, Esq. | carl.neff@fisherbroyles.com |
| Counsel for Federal Home Loan Mortgage Corporation | Freddie Mac | Eunice Hudson & Khardeen Shillingford | Eunice_Hudson@freddiemac.com; Khardeen_Shillingford@freddiemac.com |
| Counsel for LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Dennis A. Meloro | melorod@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Nancy A. Peterman & Eric J. Howe | petermann@gtlaw.com; howee@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Bethani R. Oppenheimer & John D. Elrod | oppenheimerb@gtlaw.com; elrodj@gtlaw.com |
| Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Hunton Andrews Kurth LLP | J.R. Smith, Justin F. Paget & Jennifer E. Wuebker | jrsmith@huntonak.com; jpaget@huntonak.com; jwuebker@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Peter S. Partee, Sr & Brian M. Clarke | ppartee@huntonak.com; brianclarke@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Shannon Daily & Jennifer E. Wuebker | sdaily@HuntonAK.com; jwuebker@huntonak.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Indecomm Holdings, Inc. | Kelley Drye & Warren LLP | James S. Carr, Esq. & Kristin S. Elliott, Esq. | KDWBankruptcyDepartment@kelleydrye.com; kelliott@kelleydrye.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Lankenau & Miller, LLP | Stuart J. Miller | stuart@lankmill.com |
| Counsel for MRK Paseo, LLC | Levin-Epstein & Associates, P.C. | Joshua D. Levin-Epstein, Esq. | Joshua@levinepstein.com |
| Attorney for Elysian Fields ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | dallas.bankruptcy@lgbs.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Loizides, P.A. | Christopher D. Loizides | loizides@loizides.com |
| Committee of Unsecured Creditors | Lori Buckley | Attn: Jack Raisner | jar@raisnerroupinian.com |
| Committee of Unsecured Creditors | Maxwell Lending Solutions, Inc., | Attn: Sonny Abbasi | sonny.abbasi@himaxwell.com |
| Attorneys for Claimant, The County of Harrison, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| Attorneys for The North River Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D. Bressler, Esq. & David P. Primack, Esq. | gbressler@mdmc-law.com; dprimack@mdmc-law.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel to Flagstar Bank, FSB | Morgan, Lewis & Bockius LLP | Jennifer Feldsher, Kevin J. Biron & T. Charlie Liu | jennifer.feldsher@morganlewis.com; kevin.biron@morganlewis.com; charlie.liu@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Glenn E. Siegel, Esq. | glenn.siegel@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Jody C. Barillare, Esq. | jody.barillare@morganlewis.com |
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey | rdehney@morrisnichols.com; mharvey@morrisnichols.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Daniel Shamah, Esq. | dshamah@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Jennifer Taylor, Esq. | jtaylor@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq. & Jacob Beiswenger, Esq. | swarren@omm.com; jbeiswenger@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | Benjamin.A.Hackman@usdoj.gov |
| Local Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Timothy P. Cairns, Mary F. Caloway | ljones@pszjlaw.com; tcairns@pszjlaw.com; mcaloway@pszjlaw.com |
| Counsel for Texas Capital Bank | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Kenneth S. Ziman, Esq. | kziman@paulweiss.com |
| Attorneys for Claimants(s) | Plano ISD | Perdue, Brandon, Fielder, Collins & Mott LLP | lreece@pbfcm.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty, Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Aaron H. Stulman & Andrew L. Brown | Jryan@potteranderson.com; astulman@potteranderson.com; abrown@potteranderson.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Raisner Roupinian LLP | Jack A. Raisner & René S. Roupinian | jar@raisnerroupinian.com; rsr@raisnerroupinian.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Mark W. Eckard | MEckard@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Omar J. Alaniz | OAlaniz@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Paul D. Moak | PMoak@reedsmith.com |
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Richards, Layton & Finger P.A. | Robert J. Stearn, Jr., Sarah E. Silveira, Zachary J. Javorsky | stearn@rlf.com; silveira@rlf.com; javorsky@rlf.com |
| Attorney for State of Ohio | Robert L. Doty | Senior Assistant Attorney General | robert.doty@ohioattorneygeneral.gov |
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Schulte Roth & Zabel LLP | Kristine Manoukian; Kelly V. Knight; Paulina Piasecki | kristine.manoukian@srz.com; kelly.knight@srz.com; paulina.piasecki@srz.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Schulte Roth & Zabel LLP | Peter H. White, Jeffrey Robertson, Noah N. Gillespie | pete.white@srz.com; jeffrey.robertson@srz.com; noah.gillespie@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | bankruptcynoticeschr@sec.gov |
| Committee of Unsecured Creditors | Sourcepoint, Inc. | Attn: Kristi Christian | Kristi.Christian@sourcepointmortgage.com |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | Brian.Snyder@sssnyc.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | John C. Kilgannon | john.kilgannon@stevenslee.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | joseph.huston@stevenslee.com |
| Counsel for Creditor, Tysons Corner Owner, LLC | Tenenbaum & Saas, P.C. | Bradshaw Rost, Esq. | BRost@tspclaw.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | The Gardner Firm | Mary E. Olsen & M. Vance McCrary | molsen@thegardnerfirm.com; vmccrary@thegardnerfirm.com |
| Counsel for Planet Home Lending, LLC | The Powell Firm, LLC | Jason C. Powell, Esq. | jpowell@delawarefirm.com |
| Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq. & Mark T. Power, Esq. | mindelicato@thompsoncoburn.com; mpower@thompsoncoburn.com |
| Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| Counsel for Planet Home Lending, LLC | Togut, Segal & Segal LLP | Kyle J. Ortiz, Esq. & Bryan M. Kotliar, Esq. | kortiz@teamtogut.com; bkotliar@teamtogut.com |
| Attorneys for the United States | U.S. Department of Justice | Leah V. Lerman | Leah.V.Lerman@usdoj.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel South Street Securities, LLC | Whiteford Taylor Preston, LLP | Thomas J. Francella, Jr. | tfrancella@whitefordlaw.com |
| Counsel for Texas Capital Bank | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Esq. | pmorgan@ycst.com; bankfilings@ycst.com |

# EXHIBIT B

**Exhibit B**
**Third Omnibus Claim Objection Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Mississippi Department of Revenue | Bankruptcy Section | bankruptcy@dor.ms.gov |
| Ohio Department of Taxation | Bankruptcy Division | bankruptcydivision@tax.state.oh.us; shelly.todd@tax.state.oh.us |
| Oregon Department of Revenue | | cynthia.s.test@dor.oregon.gov |
| State of New Jersey - Division of Taxation | | m.umar.butt@treas.nj.gov |
| Tennessee Department of Revenue | TDOR c/o Attorney General | tdor.bankruptcy@tn.gov |
| Texas Comptroller of Public Accounts | Office of the Attorney General Bankruptcy & Collections Division | bankruptcytax@oag.texas.gov |

# EXHIBIT C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Interested Party | AMEX TRS Co., Inc. | c/o Becket & Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | Financial Square | 32 Old Slip, 14th Floor | | New York | NY | 10005 |
| DE AG Office | Delaware Attorney General | Attorney General | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Attorney for Elysian Fields ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Attorney for State of Ohio | Robert L. Doty | Senior Assistant Attorney General | Collections Enforcement, Toledo Regional Office | One Government Center, Suite 1240 | | Toledo | OH | 43604-2261 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | 1155 6th Avenue | 14th Floor | | New York | NY | 10036 |
| Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

# EXHIBIT D

**Exhibit D**
**Third Omnibus Claim Objection Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Mississippi Department of Revenue | Bankruptcy Section | PO Box 22808 | | Jackson | MS | 39225-2808 |
| Ohio Department of Taxation | Bankruptcy Division | PO Box 530 | | Columbus | OH | 43216 |
| Ohio Department of Taxation | Ohio Attorney General | Collections Enforcement | 30 E. Broad Street, 14th Floor | Columbus | OH | 43215 |
| Oregon Department of Revenue | | PO Box 14730 | | Salem | OR | 97309 |
| Oregon Department of Revenue | | 955 Center St NE | | Salem | OR | 97301-2555 |
| State of New Jersey - Division of Taxation | M Umar A. Butt, Investigator III Authorized Agent | 3 John Fitch Way, 5th Floor | PO Box 245 | Trenton | NJ | 08695 |
| State of New Jersey - Division of Taxation | | PO Box 245 | | Trenton | NJ | 08695 |
| Tennessee Department of Revenue | TDOR c/o Attorney General | PO Box 20207 | | Nashville | TN | 37202 |
| Tennessee Department of Revenue | TDOR c/o Bankruptcy Unit | PO Box 190665 | | Nashville | TN | 37219 |
| Tennessee Department of Revenue | Jordan Hale, Revenue Collection Specialist 2 | 500 Deaderick St | | Nashville | TN | 37219 |
| Texas Comptroller of Public Accounts | Office of the Attorney General Bankruptcy & Collections Division | PO Box 12548, MC-008 | | Austin | TX | 78711 |
| Texas Comptroller of Public Accounts | Revenue Accounting Division | Attn Bankruptcy | PO Box 13528 | Austin | TX | 78711 |
| Texas Comptroller of Public Accounts | Byron Keith Evans, Accounts Examiner | Attn Revenue Accounting Div | 111 E. 17th Street | Austin | TX | 78711 |