## **CERTIFICATE OF SERVICE**

Joseph H. Huston, Jr., hereby certifies that on September 19, 2023, he caused a true and correct copy of the foregoing *NOTICE OF APPEAL* to be served on all parties in interest electronically through the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Date: September 19, 2023         */s/ Joseph H. Huston, Jr.*
       Wilmington, DE                 Joseph H. Huston, Jr. (No. 4035)