### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-10584 (CTG)<br>)<br>) Jointly Administered<br>)<br>) Related to D.I. 951<br>) |

## NOTICE OF APPEAL

Ms. Kari Crutcher (the "**Appellant**"), a creditor in the above-captioned bankruptcy proceeding and the relator in a *qui tam* action pending in the United States District Court for the Northern District of Georgia captioned *United States ex rel. Kari Crutcher v. First Guaranty Mortgage Corporation*, No. 16-cv-3812-TWT (N.D. Ga.), pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001(a), hereby appeals from the *Order Granting Motion of the PIMCO Parties to Enforce the Chapter 11 Plan and Confirmation Order*, entered by this Court on September 5, 2023 [D.I. 951] (the "**Order**"). Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

In addition to the Appellants above and their undersigned counsel, the names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The Debtors in these Ch. 11 Cases, along with the last four digits of each Debtor's federal tax ID number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors 'mailing address is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

| PARTY | COUNSEL |
|---|---|
| **Liquidating Trustee**<br>*Liquidating Trust* | **PACHULSKI STANG ZIEHL & JONES**<br><br>Mary F. Caloway<br>Laura Davis Jones<br>919 North Market Street, Suite 1700<br>Wilmington, DE 19801<br>302-778-6464<br>mcaloway@pszjlaw.com<br>ljones@pszjlaw.com |
| **First Guaranty Mortgage Corporation**<br>5800 Tennyson Parkway<br>Suite 450<br>Plano, TX 75024<br>TAXID / EIN: 54-1429575<br>*Debtor* | **PACHULSKI STANG YOUNG & JONES LLP**<br><br>Maxim B. Litvak (LEAD ATTORNEY)<br>One Sansome Street,34th Floor, Suite 3430<br>San Francisco, CA 94104-4436<br>415-263-7000<br>mlitvak@pszjlaw.com<br><br>Timothy P. Cairns<br>Mary F. Caloway<br>Laura Davis Jones<br>919 N. Market Street,17th Floor<br>Wilmington, DE 19801<br>302-652-4100<br>tcairns@pszjlaw.com<br>mcaloway@pszjlaw.com<br>ljones@pszjlaw.com<br><br>**DENTONS US LLP**<br><br>Claude D. Montgomery (LEAD ATTORNEY)<br>Lauren Macksoud<br>Geoffrey M. Miller<br>Lee Smith<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>212-632-8390<br>claude.montgomery@dentons.com<br>lauren.macksoud@dentons.com<br>geoffrey.miller@dentons.com<br>Lee.Smith@dentons.com<br><br>Sam J. Alberts<br>1900 K Street, NW,Ste 600, East Tower<br>Washington, DC 20006 |

2

| PARTY | COUNSEL |
|---|---|
| | 202-408-7004<br>sam.alberts@dentons.com<br><br>Andrew C. Helman<br>Dentons Bingham Greenebaum, LLP<br>1 City Center, Suite 11100<br>Portland, ME 04101<br>207-619-0919<br>andrew.helman@dentons.com<br><br>Samuel R. Maizel<br>Tania M. Moyron<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>213-892-2910<br>samuel.maizel@dentons.com<br>tania.moyron@dentons.com |
| **Pacific Investment Management Company LLC and PIMCO Investments LLC**<br>*Interested Party* | **SCHULTE ROTH & ZABEL LLP**<br><br>Kristine Manoukian (LEAD ATTORNEY)<br>Kelly V. Knight<br>Paulina Piasecki<br>919 Third Avenue<br>New York, NY 10022<br>212-756-2000<br>kristine.manoukian@srz.com<br>kelly.knight@srz.com<br>paulina.piasecki@srz.com<br><br>Noah N. Gillespie (LEAD ATTORNEY)<br>Jeffrey Robertson<br>Peter H. White<br>555 13th Street NW, Suite 6W<br>Washington, DC 20004<br>202-729-7470<br>noah.gillespie@srz.com<br>jeffrey.robertson@srz.com<br>pete.white@srz.com<br><br>**RICHARDS, LAYTON & FINGER**<br><br>Zachary Javorsky (LEAD ATTORNEY)<br>920 N King St.<br>Wilmington, DE 19801 |

3

| PARTY | COUNSEL |
|---|---|
|  | 302-651-7743<br>javorsky@rlf.com<br><br>Sarah Silveira (LEAD ATTORNEY)<br>Robert J. Stearn, Jr.<br>One Rodney Square,920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>silveira@rlf.com<br>stearn@rlf.com |
| **B2 FIE XI LLC**<br>*Interested Party* | **GREENBERG TRAURIG, LLP**<br><br>Joseph P. Davis, III (LEAD ATTORNEY)<br>One International Place<br>Boston, MA 02110<br>617-310-6000<br>davisjo@gtlaw.com<br><br>Nancy Ann Peterman (LEAD ATTORNEY)<br>77 West Wacker Drive,Suite 3100<br>Chicago, IL 60601<br>312-456-8410<br>petermann@gtlaw.com<br><br>John D. Elrod (LEAD ATTORNEY)<br>Terminus 200,<br>3333 Piedmont Road, NE,Suite 2500<br>Atlanta, GA 30305<br>678-553-2100 x42259<br>elrodj@gtlaw.com<br><br>Eric J. Howe (LEAD ATTORNEY)<br>90 South Seventh Street<br>Suite 3500<br>Minneapolis, MN 55402<br>howee@gtlaw.com<br><br>Dennis A. Meloro<br>222 Delaware Avenue,Suite 1600<br>Wilmington, DE 19801<br>302-661-7000<br>melorod@gtlaw.com |

4

| PARTY | COUNSEL |
|---|---|
| **LVS II SPE XXXIV LLC**<br>*Interested Party* | **GREENBERG TRAURIG, LLP**<br><br>Joseph P. Davis, III (LEAD ATTORNEY)<br>One International Place<br>Boston, MA 02110<br>617-310-6000<br>davisjo@gtlaw.com<br><br>Nancy Ann Peterman (LEAD ATTORNEY)<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>312-456-8410<br>petermann@gtlaw.com<br><br>John D. Elrod (LEAD ATTORNEY)<br>Terminus 200,<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305<br>678-553-2100 x42259<br>elrodj@gtlaw.com<br><br>Eric J. Howe (LEAD ATTORNEY)<br>90 South Seventh Street<br>Suite 3500<br>Minneapolis, MN 55402<br>howee@gtlaw.com<br><br>Dennis A. Meloro<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>302-661-7000<br>melorod@gtlaw.com |

Dated: September 19, 2023                **STEVENS & LEE, P.C**

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, 13th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310
Telecopier: (610) 371-7972
Email: jhh@stevenslee.com

5

- and -

**THOMAS & SOLOMON LLP**

J. Nelson Thomas, Esquire
Jonathan W. Ferris, Esquire
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@ theemploymentattorneys.com
jferris@theemploymentattorneys.com

- and -

**BLACK & BUFFONE PLLC**

Samuel J. Buffone, Jr., Esquire
Michael DeJesus, Esquire
1400 Eye St. NW
Suite 200
Washington, D.C. 20005
Telephone: (202) 997-8562
Sam@blackandbuffone.com

*Attorneys for Qui Tam Plaintiff Kari Crutcher*

6

## **CERTIFICATE OF SERVICE**

Joseph H. Huston, Jr., hereby certifies that on September 19, 2023, he caused a true and correct copy of the foregoing *NOTICE OF APPEAL* to be served on all parties in interest electronically through the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Date:  September 19, 2023          */s/ Joseph H. Huston, Jr.*
       Wilmington, DE                        Joseph H. Huston, Jr. (No. 4035)

09/19/2023 SL1 1950206v1 117183.00001