IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Crutcher v. Pacific Invesment Management Company LLC et al

| | | |
|---|---|---|
| Kari Crutcher, | ) | |
| Appellant, | ) | Civil Action No. 23-cv-01025-UNA |
| | ) | |
| v. | ) | |
| | ) | Bankruptcy Case No. 22-10584 (CTG) |
| Pacific Invesment Management Company LLC, | ) | Bankruptcy BAP No. 23-00050 |
| PIMCO Investments LLC, | ) | |
| Appellees, | ) | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 9/5/2023 was docketed in the District Court on 9/20/2023:

### ORDER GRANTING MOTION OF THE PIMCO PARTIES TO ENFORCE THE CHAPTER 11 PLAN AND CONFIRMATION ORDER

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

Randall Lohan
Clerk of Court

Date: 9/20/2023
CC: U.S. Bankruptcy Court
Counsel via CM/ECF