# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: FIRST GUARANTY MORTGAGE CORPORATION

Debtor(s)

Case No. 22-10584
Lead Case No. 22-10584

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2023

Petition Date: 06/30/2022

Plan Confirmed Date: 10/31/2022

Plan Effective Date: 11/06/2022

This Post-confirmation Report relates to: ● Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

Timothy P. Cairns
Signature of Responsible Party

Timothy P. Cairns
Printed Name of Responsible Party

10/20/2023
Date

919 North Market Street 17th Floor Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name FIRST GUARANTY MORTGAGE CORPORATION    Case No. 22-10584

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $2,315,343 | $36,733,730 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $2,315,343 | $36,733,730 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $7,655,364 | $0 | $7,655,364 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Dentons | Lead Counsel | $0 | $4,348,012 | $0 | $4,348,012 |
| ii | Kurtzman Carson Consultants | Financial Professional | $0 | $279,575 | $0 | $279,575 |
| iii | FTI Consulting | Financial Professional | $0 | $1,075,268 | $0 | $1,075,268 |
| iv | Pachulski Stang Ziehl & Jones | Local Counsel | $0 | $1,702,510 | $0 | $1,702,510 |
| v | Stratmor Capital Inc. | Financial Professional | $0 | $250,000 | $0 | $250,000 |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| xxx |  |  |  |  |  |
| xxxi |  |  |  |  |  |
| xxxii |  |  |  |  |  |
| xxxiii |  |  |  |  |  |
| xxxiv |  |  |  |  |  |
| xxxv |  |  |  |  |  |
| xxxvi |  |  |  |  |  |
| xxxvii |  |  |  |  |  |
| xxxvii |  |  |  |  |  |
| xxxix |  |  |  |  |  |
| xl |  |  |  |  |  |
| xli |  |  |  |  |  |
| xlii |  |  |  |  |  |
| xliii |  |  |  |  |  |
| xliv |  |  |  |  |  |
| xlv |  |  |  |  |  |
| xlvi |  |  |  |  |  |
| xlvii |  |  |  |  |  |
| xlviii |  |  |  |  |  |
| xlix |  |  |  |  |  |
| l |  |  |  |  |  |
| li |  |  |  |  |  |
| lii |  |  |  |  |  |
| liii |  |  |  |  |  |
| liv |  |  |  |  |  |
| lv |  |  |  |  |  |
| lvi |  |  |  |  |  |
| lvii |  |  |  |  |  |
| lviii |  |  |  |  |  |
| lix |  |  |  |  |  |
| lx |  |  |  |  |  |
| lxi |  |  |  |  |  |
| lxii |  |  |  |  |  |
| lxiii |  |  |  |  |  |
| lxiv |  |  |  |  |  |
| lxv |  |  |  |  |  |
| lxvi |  |  |  |  |  |
| lxvii |  |  |  |  |  |
| lxviii |  |  |  |  |  |
| lxix |  |  |  |  |  |
| lxx |  |  |  |  |  |
| lxxi |  |  |  |  |  |

Debtor's Name FIRST GUARANTY MORTGAGE CORPORATION　　　　　　　　　　Case No. 22-10584

|        |   |   |   |   |   |   |
|--------|---|---|---|---|---|---|
| lxxii  |   |   |   |   |   |   |
| lxxiii |   |   |   |   |   |   |
| lxxiv  |   |   |   |   |   |   |
| lxxv   |   |   |   |   |   |   |
| lxxvi  |   |   |   |   |   |   |
| lxxvii |   |   |   |   |   |   |
| lxxviii|   |   |   |   |   |   |
| lxxix  |   |   |   |   |   |   |
| lxxx   |   |   |   |   |   |   |
| lxxxi  |   |   |   |   |   |   |
| lxxxii |   |   |   |   |   |   |
| lxxxiii|   |   |   |   |   |   |
| lxxxiv |   |   |   |   |   |   |
| lxxxv  |   |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |   |
| lxxxix |   |   |   |   |   |   |
| xc     |   |   |   |   |   |   |
| xci    |   |   |   |   |   |   |
| xcii   |   |   |   |   |   |   |
| xciii  |   |   |   |   |   |   |
| xciv   |   |   |   |   |   |   |
| xcv    |   |   |   |   |   |   |
| xcvi   |   |   |   |   |   |   |
| xcvii  |   |   |   |   |   |   |
| xcviii |   |   |   |   |   |   |
| xcix   |   |   |   |   |   |   |
| c      |   |   |   |   |   |   |
| ci     |   |   |   |   |   |   |

|    |   |   |   | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $57,038 | $0 | $57,038 |
|    | *Itemized Breakdown by Firm* | | | | | | |
|    |   | Firm Name | Role | | | | |
|    | i | Weiner Brodsky Kider, PC | Other | $0 | $11,140 | $0 | $11,140 |
|    | ii | Buckley LLC | Other | $0 | $45,898 | $0 | $45,898 |
|    | iii |   |   |   |   |   |   |
|    | iv |   |   |   |   |   |   |
|    | v  |   |   |   |   |   |   |
|    | vi |   |   |   |   |   |   |

Debtor's Name FIRST GUARANTY MORTGAGE CORPORATION    Case No. 22-10584

| | | | | | |
|---|---|---|---|---|---|
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |

Debtor's Name FIRST GUARANTY MORTGAGE CORPORATION           Case No. 22-10584

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

Debtor's Name FIRST GUARANTY MORTGAGE CORPORATION    Case No. 22-10584

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $9,212,403 | $0 | $9,212,403 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $12,000,000 | $126,313 | $13,212,062 | $53,378,751 | 25% |
| b. Secured claims | $530,756,434 | $0 | $0 | $557,617,115 | 0% |
| c. Priority claims | $0 | $5,172 | $5,322 | $71,277 | 7% |
| d. General unsecured claims | $0 | $0 | $0 | $3,927,520 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?   Yes ○   No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated:  12/31/2023

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ○

Debtor's Name FIRST GUARANTY MORTGAGE CORPORATION  Case No. 22-10584

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| Tanya Meerovich | Tanya Meerovich |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidating Trustee | 10/20/2023 |
| Title | Date |

Debtor's Name FIRST GUARANTY MORTGAGE CORPORATION    Case No. 22-10584


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name FIRST GUARANTY MORTGAGE CORPORATION  Case No. 22-10584


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page