IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 988** |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that, the hearing previously scheduled for Friday, November 3, 2023 at 10:00 a.m. (ET) at the United States Bankruptcy Court for the District of Delaware (the "Court") regarding Pacific Investment Management Company LLC and PIMCO Investments LLC's *Motion of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order* [D.I. 988] has been rescheduled, with permission of the Court, to **Thursday, November 2, 2023 at 1:00 p.m. (ET)** (the "Rescheduled Hearing").

PLEASE TAKE FURTHER NOTICE that, the Rescheduled Hearing will take place before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation ("FGMC") (9575); and Maverick II Holdings, LLC ("Maverick") (5621). The service address for FGMC is 13901 Midway Road, Ste. 102-334, Dallas, Texas 75244.

RLF1 29875039v.1

2

| | |
|---|---|
| Dated:  October 30, 2023 | */s/ Zachary J. Javorsky* <br> Robert J. Stearn, Jr. (No. 2915) <br> Sarah E. Silveira (No. 6580) <br> Zachary J. Javorsky (No. 7069) <br> RICHARDS, LAYTON & FINGER P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> Telephone:  302-651-7700 <br> Email:  stearn@rlf.com <br>             silveira@rlf.com <br>             javorsky@rlf.com <br><br> -and- <br><br> SCHULTE ROTH & ZABEL LLP <br> Peter H. White (Admitted *Pro Hac Vice*) <br> Noah N. Gillespie (Admitted *Pro Hac Vice*) <br> 555 13th Street NW, Suite 6W <br> Washington, DC 20004 <br> Telephone: 202.729.7476 <br> Email:  pete.white@srz.com <br>             noah.gillespie@srz.com <br><br> -and- <br><br> Kristine Manoukian (No. 5509) <br> Kelly V. Knight (Admitted *Pro Hac Vice* ) <br> Paulina Piasecki (Admitted *Pro Hac Vice*) <br> 919 Third Avenue <br> New York, NY 10022 <br> Telephone:  212.756.2466 <br> Email: kristine.manoukian@srz.com <br>             kelly.knight@srz.com <br>             paulina.piasecki@srz.com <br><br> *Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC* |