# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIRST GUARANTY MORTGAGE | ) Case No. 22-10584 (CTG) |
| CORPORATION, *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**<u>AMENDED</u>[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 2, 2023 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, *<u>6TH FLOOR</u>*, *<u>COURTROOM 3</u>*, WILMINGTON, DELAWARE 19801**

**This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. All participants over Zoom must register in advance. Please register by November 1, 2023 at 4:00 p.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsf-2orTkuHBiS-01aheTxFhfsZ0MPk20**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Suite 102-334, Dallas, TX 75244.

[2] **This agenda has been amended to reflect the correct courtroom location**.

I.  **MATTER GOING FORWARD**

1.  Motion of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order (Filed October 5, 2023) [Docket No. 988]

    **Response Deadline:**  October 19, 2023 at 4:00 p.m.  Reply deadline extended with permission of the Court to October 31, 2023 at 11:00 a.m.

    **Responses Received:**

    A.  Objection to the Motion of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order (Filed October 19, 2023) [Docket No. 998]

    **Related Documents:**

    A.  Notice of Rescheduled Hearing Order (Filed October 30, 2023) [Docket No. 1015]

    B.  The PIMCO Parties' Exhibit List for the November 2, 2023 Hearing on their Motion for Contempt (Filed October 31, 2023) [Docket No. 1018]

    **Replies:**

    A.  Reply of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order (Filed October 31, 2023) [Docket No. 1017]

    **Status:**  This matter will go forward.

| | |
|---|---|
| Dated: October 31, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
　　　　tcairns@pszjlaw.com
　　　　mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:　samuel.maizel@dentons.com
　　　　tania.moyron@dentons.com

*Counsel for Debtors and Liquidating Trustee*