**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Liquidating Debtors. | (Jointly Administered) |
| | **Re: Docket No. 988** |

**EXHIBIT LIST OF KARI CRUTCHER**
**FOR THE HEARING ON NOVEMBER 2, 2023 AT 1:00 P.M. (ET)**

  **PLEASE TAKE NOTICE** that Ms. Kari Crutcher, by and through undersigned counsel, hereby submit this Exhibit List in connection with the hearing scheduled for **November 2, 2023 at 1:00 p.m. (ET)**, before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "**Hearing**"), at which time the following motion (the "**Motion**") will be heard:

- *Motion of the PIMCO Parties for Contempt for Violation of the Court's Enforcement Order and Confirmation Order* [Docket No. 988].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation ("FGMC") (9575); and Maverick II Holdings, LLC ("Maverick") (5621). The service address for FGMC is 13901 Midway Road, Ste. 102-334, Dallas, Texas 75244.

**EXHIBITS**

Ms. Crutcher designates the following exhibits that may be used at the Hearing in connection with the Motion:

| Exhibit No. | Docket No. | Description |
|:---:|:---:|:---|
| A | 998-1 | *Plaintiff's Motion for Leave to File a Motion to Dismiss Claims Pursuant to Rule 41(a)(2) and to File a Third Amended Complaint* |
| B | 998-2 | *Memorandum of Law in Support of the PIMCO Defendants' Motion to Lift the Stay of Briefing* |
| C | 998-3 | Letter from P. White to S. Buffone dated October 4, 2023 |
| D | 998-4 | Email from J. Noa to P. White dated October 5, 2023 |
| E | 998-5 | Service Email of Docket No. 988 dated October 5, 2023 |
| F | C.A. No. 16-cv-03812-TWT D.I. 109 | *Notice of Consent to Dismissal of this Action* |

Ms. Crutcher also cross designates all exhibits designated by the PIMCO Parties in connection with the Motion and reserves the right to use additional exhibits for rebuttal or impeachment purposes.  Ms. Crutcher reserves the right to amend or supplement this exhibit list prior to the Hearing.

Dated:  October 31, 2023

*/s/ Jesse L. Noa*
Jesse L. Noa (No. 5973)
R. Stephen McNeill (No. 5210)
Andrew L. Brown (No. 6766)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Email: jnoa@potteranderson.com
rmcneill@potteranderson.com
abrown@potteranderson.com

*Counsel for Appellant Kari Crutcher*

2

IMPAC 11139704v.1