# **Exhibit D**

## Brown, Andrew L.

| | |
|---|---|
| **From:** | Noa, Jesse L. |
| **Sent:** | Thursday, October 5, 2023 5:14 PM |
| **To:** | Pete.White@srz.com |
| **Cc:** | McNeill, R. Stephen; Brown, Andrew L. |
| **Subject:** | United States ex rel. Crutcher v. FGMC, No. 1:16-cv-3812-TWT (N.D. Ga.) and In re FGMC, |

Peter,

We are counsel for the Realtor in *In re FGMC,* No. 22-10584 (CTG) and have been provided with a copy of your October 4, 2023 letter. While we disagree with your contention that the Realtor is in violation of Court's Order (D.I. 951), it is our understanding that counsel for the Realtor in the N.D. Ga. action will be filing a motion next week which will address your concerns.

Best,

Jesse



**Jesse L. Noa | Partner**
Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
**T** +1 302.984.6146 | **F** +1 302.658.1192
jnoa@potteranderson.com | potteranderson.com

1