# **Exhibit E**

# Brown, Andrew L.

| | |
|---|---|
| **From:** | Witters, Barbara J. <witters@RLF.com> |
| **Sent:** | Thursday, October 5, 2023 7:06 PM |
| **To:** | Stearn, Bob; Javorsky, Zachary J. |
| **Subject:** | [EXT] First Guaranty Mortgage Corporation - 22-10584 (CTG) |
| **Attachments:** | First Guaranty 988 - Motion for Contempt - Confirmation Order.pdf |

**\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Please find attached the following:

| | | |
|---|---|---|
| 10/05/2023 | 988 <br>(23 pgs; 3 docs) | Motion For Contempt *(Motion of the PIMCO Parties for Contempt for Violations of the Courts Enforcement Order and Confirmation Order)* Filed by Pacific Investment Management Company LLC and PIMCO Investments LLC. Hearing scheduled for 11/3/2023 at 10:00 AM at US Bankruptcy Court, 824 Market St., 3rd Fl., Courtroom #7, Wilmington, Delaware. Objections due by 10/19/2023. (Attachments: # 1 Notice # 2 Exhibit A) (Stearn, Jr., Robert) (Entered: 10/05/2023) |

Barbara J. Witters
Paralegal
**Richards, Layton & Finger, P.A.**
witters@RLF.com
302-651-7699 (direct)

920 North King Street
Wilmington, DE 19801
www.rlf.com
v-card

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.