# **Exhibit F**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KARI CRUTCHER,<br><br>Plaintiff,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORPORATION, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO INVESTMENTS LLC, AARON SAMPLES, ANDREW PETERS, JILL WINTERS, and SUZY LINDBLOM,<br><br>Defendants. | Civil Action No.: 16-cv-3812-TWT |

## NOTICE OF CONSENT TO DISMISSAL OF THIS ACTION

Defendants Pacific Investment Management Company LLC, PIMCO Investments LLC, and Andrew Peters hereby give notice that they consent to the dismissal of this action. Dkt. 108.[1]

---

[1] The PIMCO Defendants intend to oppose Relator's motion for leave to amend the Supplemental Second Amended Complaint, including to file a "Third Amended Complaint," in due course. *See id.*

Respectfully submitted this 20th day of October, 2023.

| | |
|---|---|
| */s/ Matthew R. Rosenkoff* | */s/ Anthony C. Lake* |
| Matthew R. Rosenkoff | Craig A. Gillen |
| Georgia Bar No. 842117 | Georgia Bar No. 294838 |
| mrosenkoff@taylorenglish.com | Anthony C. Lake |
| Michael Ruggio (*pro hac vice*) | Georgia Bar No. 431149 |
| mruggio@taylorenglish.com | GILLEN, WITHERS & LAKE, LLC |
| | 400 Galleria Parkway, SE |
| TAYLOR ENGLISH DUMA LLP | Suite 1920 |
| 1600 Parkwood Circle, Suite 200 | Atlanta, GA 30339 |
| Atlanta, Georgia 30339 | Tel: (404) 842-9700 |
| Telephone: 770-434-6868 | Fax: (404) 842-9750 |
| Facsimile: 770-434-7374 | Email: cgillen@gwllawfirm.com |
| | aclake@gwllawfirm.com |
| *Counsel for Andrew Peters* | |
| | -and- |
| | |
| | SCHULTE ROTH & ZABEL LLP |
| | Peter H. White |
| | Noah N. Gillespie |
| | 555 13th Street NW, Suite 6W |
| | Washington, DC 20004 |
| | (Admitted *Pro Hac Vice*) |
| | |
| | Kristine Manoukian |
| | 919 Third Avenue |
| | New York, NY 10022 |
| | (Admitted *Pro Hac Vice*) |
| | |
| | *Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC* |

2

**CERTIFICATION**

Counsel for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC certifies, pursuant to N.D. Ga. L. Civ. R. 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in N.D. Ga. L. Civ. R. 5.1B.

/s/ *Anthony C. Lake*
Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
GILLEN & LAKE LLC
400 Galleria Parkway, SE
Suite 1920
Atlanta, GA 30339
Tel: (404) 842-9700
Fax: (404) 842-9750
Email: cgillen@gwllawfirm.com
aclake@gwllawfirm.com

*Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 20th day of October 2023, the undersigned electronically filed and served the foregoing document, using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Anthony C. Lake
Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
GILLEN & LAKE LLC
400 Galleria Parkway, SE
Suite 1920
Atlanta, GA 30339
Tel: (404) 842-9700
Fax: (404) 842-9750
Email: cgillen@gwllawfirm.com
aclake@gwllawfirm.com

*Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC*

4