# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Debtors. | (Jointly Administered) |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 2, 2023 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, *3rd FLOOR*, *COURTROOM 7*, WILMINGTON, DELAWARE 19801**

---

**This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. All participants over Zoom must register in advance.  Please register by November 1, 2023 at 4:00 p.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsf-2orTkuHBiS-01aheTxFhfsZ0MPk20**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Suite 102-334, Dallas, TX 75244.

[2] **This agenda has been amended to reflect the changed courtroom location.  Amended Items appear in Bold**.

## I. MATTER GOING FORWARD

1.  Motion of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order (Filed October 5, 2023) [Docket No. 988]

    **Response Deadline:** October 19, 2023 at 4:00 p.m. Reply deadline extended with permission of the Court to October 31, 2023 at 11:00 a.m.

    **Responses Received:**

    A.  Objection to the Motion of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order (Filed October 19, 2023) [Docket No. 998]

    **Related Documents:**

    A.  Notice of Rescheduled Hearing Order (Filed October 30, 2023) [Docket No. 1015]

    B.  The PIMCO Parties' Exhibit List for the November 2, 2023 Hearing on their Motion for Contempt (Filed October 31, 2023) [Docket No. 1018]

    C.  **Exhibit List of Kari Crutcher for the Hearing on November 2, 2023 (Filed October 31, 2023) [Docket No. 1021]**

    **Replies:**

    A.  Reply of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order (Filed October 31, 2023) [Docket No. 1017]

    **Status:** This matter will go forward.

| | |
|---|---|
| Dated: November 1, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | Mary F. Caloway (DE Bar No. 3059) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |        tcairns@pszjlaw.com |
| |        mcaloway@pszjlaw.com |
| | |
| | -and - |
| | |
| | **DENTONS US LLP** |
| | |
| | Samuel R. Maizel |
| | Tania M. Moyron |
| | 601 S. Figueroa Street, #2500 |
| | Los Angeles, CA  90017 |
| | Telephone:  (213) 623-9300 |
| | Email:   samuel.maizel@dentons.com |
| |        tania.moyron@dentons.com |
| | |
| | *Counsel for Debtors and Liquidating Trustee* |