# SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 7

**CASE NUMBER:** 22-10584    **CASE NAME:** First Guaranty Mortgage Corporation    **DATE:** 11/2/2023 (1:00 PM)

*****PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED*****

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jesk Noe | Potter Anderson | Kari Crutcher |
| Andrew Brown | Potter Anderson | Kari Crutcher |
| MARY CALOWAY | PACHULSKI STANG | LIQUIDATING TRUSTEE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*First Guaranty Mortgage Corporation, et al. (Pimco Parties v. Crutcher)*

Date: November 2, 2023

| Name | Firm/Company | Visitor/Employee | Floor | Time In | Time Out |
|------|--------------|------------------|-------|---------|----------|
| Robert J. Stearn, Jr. | Richards, Layton & Finger, P.A. | Visitor | 3rd | | |
| Zachary Javorsky | Richards, Layton & Finger, P.A. | Visitor | 3rd | | |
| Pete White | Schulte Roth & Zabel LLP | Visitor | 3rd | | |
| Kristine Manoukian | Schulte Roth & Zabel LLP | Visitor | 3rd | | |

First Guaranty Mortgage Corporation, et al
22-10584

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Nancy | Peterman | LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig LLP |
| michael | schwarzmann | creditor | |
| Jordan | Weber | Fannie Mae | O'Melveny |
| Eric | Howe | LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP |
| Leah | Lerman | USA | USDOJ, Civil Division |
| Cathy | Ta | Reorg | |
| Noah | Gillespie | PIMCO Parties | Schulte Roth & Zabel LLP |
| Zach | Javorsky | PIMCO | RLF |
| Scott | Flaherty | Debtwire/press outlet | |
| Vince | Sullivan | Law360 | |
| Jeff | Robertson | PIMCO | Schulte Roth & Zabel |
| Hilary | Russ | Law360 | |
| Claude | Montgomery | First Guaranty Mortgage Corporation | Dentons US LLP |
| Joseph | Huston | Self | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Tania | Moyron | Liquidating Trustee | Dentons |
| Lauren | Huber | Interested Party | Potter Anderson & Corroon LLP |