## **Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D. I. 988 & 1017** |

### ORDER (I) DENYING THE PIMCO PARTIES' MOTION FOR CONTEMPT; AND (II) SETTING DEADLINES

Upon Consideration of the *Motion of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order* [D. I. 988] (the "Motion");[2] and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, Section 18 of the Plan, Paragraph 53 of the Confirmation Order, Bankruptcy Code § 105(a) and the Court's inherent authority to enforce its own orders; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court finding that due and proper notice of the Motion having been given; and this Court having reviewed the Motion and any related pleadings; and upon all of the proceedings heard before this Court; and after due deliberation and sufficient

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621).  The service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Ste. 102-334, Dallas, Texas 75244.  All references herein to "Debtors" also include Liquidating Debtors, as applicable or as context may require.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion or the PIMCO Parties' Reply (as defined below).

cause appearing therefore, and for the reasons set forth on the record at the hearing on the Motion, it is hereby ORDERED THAT:

1. The Motion is DENIED.

2. The *Reply of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order* [D.I. 1017] (the "PIMCO Parties' Reply") is deemed a motion to enforce the Confirmation Order (the "TAC Motion to Enforce") as it relates to the proposed Third Amended Complaint [Qui Tam Dkt. 108-1] (the "TAC").

3. In considering the TAC Motion to Enforce, the Court will determine whether the TAC violates the Confirmation Order.

4. Relators' response to the TAC Motion to Enforce shall be filed on December 1, 2023, by 4:00 p.m. (prevailing Eastern Time).

5. The PIMCO Parties' reply in support of the TAC Motion to Enforce shall be filed on December 16, 2023, by 4:00 p.m. (prevailing Eastern Time).

6. A hearing to consider the TAC Motion to Enforce shall be held on December 21, 2023 at 10:00 a.m.

7. Once this Order is entered, the PIMCO Parties will provide a copy of the Order to the District Court handling the Qui Tam Litigation.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.