**fiIN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE<br>CORPORATION, *et al.*,[1]<br><br>          Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |

## AMENDED CERTIFICATE OF SERVICE

I, Scott M. Ewing, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 2, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C**, and **Exhibit D**; and via First Class Mail upon the service lists attached hereto as **Exhibit E**, **Exhibit F**, **Exhibit G**, and **Exhibit H**:

- **Order Authorizing the Destruction of Certain Records** [Docket No. 984]

Dated: November 10, 2023

/s/ Scott M. Ewing
Scott M. Ewing
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Ste. 102-334, Dallas, TX 75244.

# EXHIBIT A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd & Emily M. Hahn | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com |
| Attorneys for Seneca Mortgage Servicing LLC | Archer & Greiner, P.C. | Bryan J. Hall | bjhall@archerlaw.com |
| Attorneys for The Texas Comptroller of Public Accounts | Attorney General's Office | Courtney J. Hull, Assistant Attorney General<br>Sherri K. Simpson | courtney.hull@oag.texas.gov<br>bk-chull@oag.texas.gov<br>sherri.simpson@oag.texas.gov |
| Attorney for Liberty Mutual Insurance Company | Bains Law PLLC | Brandon K. Bains | brandon@bainslaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Christa Cowart Turner | cturner@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Jeffrey J. Lyons & Rakesh H. Mehta, Esq. | jjlyons@bakerlaw.com<br>rmehta@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Michael T. Delaney | mdelaney@bakerlaw.com |
| Counsel to TIAA, FSB | Balch & Bingham LLP | Jeremy L. Retherford | jretherford@balch.com |
| Counsel for Federal National Mortgage Association | Bielli & Klauder, LLC | David M. Klauder, Esq. | dklauder@bk-legal.com |
| Counsel to the Official Committee of Unsecured Creditors | Blank Rome LLP | Regina Stango Kelbon, Esq. & Lawrence R. Thomas III, Esq. | regina.kelbon@blankrome.com<br>lorenzo.thomas@blankrome.com |
| Counsel South Street Securities, LLC | Bressler Amery & Ross, P.C | Nikolas S. Komyati | nkomyati@bressler.com |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | Joshua.Goodman@us.daiwacm.com |
| DE AG Office | Delaware Attorney General | Attorney General | attorney.general@delaware.gov |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | David F. Cook | david.f.cook@dentons.com |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Samuel R. Maizel & Tania M. Moyron | samuel.maizel@dentons.com<br>tania.moyron@dentons.com |
| Counsel to Customers Bank | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com |
| Counsel to Customers Bank | Dorsey & Whitney LLP | Thomas Kelly, Esq. | kelly.tom@dorsey.com |
| Counsel for MRK Paseo, LLC | FisherBroyles, LLP | Carl D. Neff, Esq. | carl.neff@fisherbroyles.com |
| Counsel for Federal Home Loan Mortgage Corporation | Freddie Mac | Eunice Hudson & Khardeen Shillingford | Eunice_Hudson@freddiemac.com<br>Khardeen_Shillingford@freddiemac.com |
| Counsel for LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Dennis A. Meloro | melorod@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Nancy A. Peterman & Eric J. Howe | petermann@gtlaw.com<br>howee@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Bethani R. Oppenheimer & John D. Elrod | oppenheimerb@gtlaw.com<br>elrodj@gtlaw.com |
| Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Hunton Andrews Kurth LLP | J.R. Smith, Justin F. Paget & Jennifer E. Wuebker | jrsmith@huntonak.com<br>jpaget@huntonak.com<br>jwuebker@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Peter S. Partee, Sr & Brian M. Clarke | ppartee@huntonak.com<br>brianclarke@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Shannon Daily & Jennifer E. Wuebker | sdaily@HuntonAK.com<br>jwuebker@huntonak.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Indecomm Holdings, Inc. | Kelley Drye & Warren LLP | James S. Carr, Esq. & Kristin S. Elliott, Esq. | KDWBankruptcyDepartment@kelleydrye.com<br>kelliott@kelleydrye.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Lankenau & Miller, LLP | Stuart J. Miller | stuart@lankmill.com |
| Counsel for MRK Paseo, LLC | Levin-Epstein & Associates, P.C. | Joshua D. Levin-Epstein, Esq. | Joshua@levinepstein.com |
| Attorney for Elysian Fields ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | dallas.bankruptcy@lgbs.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Loizides, P.A. | Christopher D. Loizides | loizides@loizides.com |
| Committee of Unsecured Creditors | Lori Buckley | Attn: Jack Raisner | jar@raisnerroupinian.com |
| Committee of Unsecured Creditors | Maxwell Lending Solutions, Inc., | Attn: Sonny Abbasi | sonny.abbasi@himaxwell.com |
| Attorneys for Claimant, The County of Harrison, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| Attorneys for The North River Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D. Bressler, Esq. & David P. Primack, Esq. | gbressler@mdmc-law.com dprimack@mdmc-law.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel to Flagstar Bank, FSB | Morgan, Lewis & Bockius LLP | Jennifer Feldsher, Kevin J. Biron & T. Charlie Liu | jennifer.feldsher@morganlewis.com kevin.biron@morganlewis.com charlie.liu@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Glenn E. Siegel, Esq. | glenn.siegel@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Jody C. Barillare, Esq. | jody.barillare@morganlewis.com |
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey | rdehney@morrisnichols.com mharvey@morrisnichols.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Daniel Shamah, Esq. | dshamah@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Jennifer Taylor, Esq. | jtaylor@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq. & Jacob Beiswenger, Esq. | swarren@omm.com jbeiswenger@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | Benjamin.A.Hackman@usdoj.gov |
| Local Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Timothy P. Cairns, Mary F. Caloway | ljones@pszjlaw.com tcairns@pszjlaw.com |
| Counsel for Texas Capital Bank | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Kenneth S. Ziman, Esq. | kziman@paulweiss.com |
| Attorneys for Claimants(s) | Plano ISD | Perdue, Brandon, Fielder, Collins & Mott LLP Linda D. Reece | lreece@pbfcm.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty, Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Aaron H. Stulman & Andrew L. Brown | Jryan@potteranderson.com astulman@potteranderson.com abrown@potteranderson.com |
| Counsel for Kari Crutcher | Potter Anderson & Corroon LLP | R. Stephen McNeill & Jesse L Noa | rmcneill@potteranderson.com jnoa@potteranderson.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Raisner Roupinian LLP | Jack A. Raisner & René S. Roupinian | jar@raisnerroupinian.com rsr@raisnerroupinian.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Mark W. Eckard | MEckard@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Omar J. Alaniz | OAlaniz@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Paul D. Moak | PMoak@reedsmith.com |
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Richards, Layton & Finger P.A. | Robert J. Stearn, Jr., Sarah E. Silveira, Zachary J. Javorsky | stearn@rlf.com silveira@rlf.com javorsky@rlf.com |
| Attorney for State of Ohio | Robert L. Doty | Senior Assistant Attorney General | robert.doty@ohioattorneygeneral.gov |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Schulte Roth & Zabel LLP | Kristine Manoukian; Kelly V. Knight; Paulina Piasecki | kristine.manoukian@srz.com<br>kelly.knight@srz.com<br>paulina.piasecki@srz.com |
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Schulte Roth & Zabel LLP | Peter H. White, Jeffrey Robertson, Noah N. Gillespie | pete.white@srz.com<br>jeffrey.robertson@srz.com<br>noah.gillespie@srz.com |
| | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | bankruptcynoticeschr@sec.gov |
| Committee of Unsecured Creditors | Sourcepoint, Inc. | Attn: Kristi Christian | Kristi.Christian@sourcepointmortgage.com |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | Brian.Snyder@sssnyc.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | John C. Kilgannon | john.kilgannon@stevenslee.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | joseph.huston@stevenslee.com |
| Counsel for Creditor, Tysons Corner Owner, LLC | Tenenbaum & Saas, P.C. | Bradshaw Rost, Esq. | BRost@tspclaw.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | The Gardner Firm | Mary E. Olsen & M. Vance McCrary | molsen@thegardnerfirm.com<br>vmccrary@thegardnerfirm.com |
| Counsel for Planet Home Lending, LLC | The Powell Firm, LLC | Jason C. Powell, Esq. | jpowell@delawarefirm.com |
| Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq. & Mark T. Power, Esq. | mindelicato@thompsoncoburn.com<br>mpower@thompsoncoburn.com |
| Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| Counsel for Planet Home Lending, LLC | Togut, Segal & Segal LLP | Kyle J. Ortiz, Esq. & Bryan M. Kotliar, Esq. | kortiz@teamtogut.com<br>bkotliar@teamtogut.com |
| Attorneys for the United States | U.S. Department of Justice | Leah V. Lerman | Leah.V.Lerman@usdoj.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel South Street Securities, LLC | Whiteford Taylor Preston, LLP | Thomas J. Francella, Jr. | tfrancella@whitefordlaw.com |
| Counsel for Texas Capital Bank | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Esq. | pmorgan@ycst.com<br>bankfilings@ycst.com |

# EXHIBIT B

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Cristina Ortiz and David Pagan | Daniel, Edelman, Latturner & Goodwin LLC | courtecl@edcombs.com |
| Demetria Cain | Anthony J. Hall The Leach Law Firm | ahall@theleachfirm.com |
| Federal Home Loan Mortgage Corporation | Colin Uckert, VP, Deputy General Counsel | colin_uckert@freddiemac.com |
| Federal Home Loan Mortgage Corporation | Eunice Hudson | eunice_hudson@freddiemac.com; william_maguire@freddiemac.com |
| Federal Home Loan Mortgage Corporation | Reed Smith LLP | oalaniz@reedsmith.com |
| Federal Home Loan Mortgage Corporation | William Maguire | william_maguire@freddiemac.com |
| James W. Richard | David N. Lockhart Bradford and Lockhart, P.C. | davidlockhart@northgeorgialaw.com |
| James W. Richard | Logan Threadgill Chambliss, Bahner and Stophel, P.C. | lthreadgill@chamblisslaw.com |
| Jennifer Wolter | c/o Schwartz Law, PLLC | saschwartz@nvfirm.com |
| Jessie Palmer | Emily Stout Crawford, Wishnew Lang PLLC | estout@cwl.law |
| Jessie Palmer | Neill Legler Cole, PLLC | kyla@nlcemployeelaw.com |
| Kari Crutcher | Jonathan W. Ferris, Esquire | jwferris@theemploymentattorneys.com |
| Kimberly C Giganti / Michael A. Giganti | | kimca194@yahoo.com |
| Lynley VanSignel, Melanie Meyer and Jessie Palmer | Emily Stout Crawford, Wishnew & Lang PLLC | estout@cwl.law |
| Lynley VanSignel, Melanie Meyer and Jessie Palmer | Neill Legler Cole, PLLC | kyla@nlcemployeelaw.com |
| Lynley VanSingel | Emily Stout Crawford Wishnew Lang PLLC | estout@cwl.law |
| Mayse, Carrie | | Email Address Redacted |
| Melanie Meyer | Crawford, Wishnew & Lang PLLC | kyla@nlcemployeelaw.com; estout@cwl.law |
| Nicholas D. Mosser | | courtdocuments@mosserlaw.com |
| Nicholas Mosser | Mosser Law Firm | courtdocuments@mosserlaw.com; info@mosserlaw.com |
| Reeves-McKnight, Lakesha | c/o Richard J. Rice, Esq. | rrice@pclegaltn.com |
| Reeves-McKnight, Lakesha | | lmcknight@foundationtande.com |
| Thomas & Solomon LLP | J. Nelson Thomas, Esquire | nthomas@theemploymentattorneys.com |
| Uriel Nyankumah | Bryan Hilton PC | bryanlaw@bellsouth.net |

# EXHIBIT C

**Exhibit C**
**Objecting Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Interested Party Servis One, Inc. d/b/a BSI Financial Services | Blank Rome LLP | Diana M. Eng | diana.eng@blankrome.com |
| Counsel for Lynley VanSingel, Melanie Meyer & Jessie Palmer | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq., Jacob Beiswenger, Esq. | swarren@omm.com; jbeiswenger@omm.com |

# EXHIBIT D

**Exhibit D**
**Supplemental Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Aaron Peters | c/o Mike Ruggio Taylor English Duma LLP | mruggio@taylorenglish.com |
| AIG General Insurance | Financial Lines Claims, Attn: Amy L. Ruina | amy.ruina@aig.com |
| AXIS Insurance | | notices@axiscapital.com |
| BB&T/Truist | Keyonna McTyere, Vera McClure | Keyonna.McTyere@truist.com; vera.e.mcclure@truist.com |
| Certain Underwriters at Lloyd's London c/o Wilson Elser | Attn: Thomas Wilson, Jr. | Thomas.WilsonJr@wilsonelser.com |
| Endurance American Insurance Company | Attention: Legal | insuranceclaims@sompo-intl.com |
| M&T/Wilmington | Bill Schake | wschake@mtb.com |

# EXHIBIT E

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Interested Party | AMEX TRS Co., Inc. | c/o Becket & Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Joshua Goodman | Financial Square | 32 Old Slip, 14th Floor | | New York | NY | 10005 |
| DE AG Office | Delaware Attorney General | Attorney General | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 |
| Attorney for Elysian Fields ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Attorney for State of Ohio | Robert L. Doty | Senior Assistant Attorney General | Collections Enforcement, Toledo Regional Office | One Government Center, Suite 1240 | | Toledo | OH | 43604-2261 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | 1155 6th Avenue | 14th Floor | | New York | NY | 10036 |
| Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

# EXHIBIT F

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 16 Willow Avenue, LLC | Jiranek PA | 16 Willow Ave | | | Towson | MD | 21286 |
| Aaron D. Weathers | George B. Dombart Texas Bar No. 24036491 | 401 E. Sonterra Blvd | Suite 375 | | San Antonio | TX | 78258 |
| Andre Cormier | | 512 Balsam Dr. | | | Euless | TX | 76039 |
| Andrew Masters | | 7550 LONE EAGLE DR | | | Murfreesboro | TN | 37128 |
| Betty Jo Motes | | 30 Second Street | PO Box 191 | | Cleveland | TN | 37364 |
| Biltmore Construction, Inc. | Hart & Horan PC | 10505 Judicial Dr | Suite 2017 | | Fairfax | VA | 22030 |
| Caddo Parish, Louisiana | | PO Box 20905 | | | Shreveport | LA | 71120 |
| Cheryl Alphonsos | Gale, Angelo, Johnson, & Pruett, P.C. | 1430 Blue Oaks Blvd | Suite 250 | | Roseville | CA | 95747 |
| Christina Ortiz | | c/o Daniel Edelman (Edelman, Combs, Latturner, & Goodwin, LLC) | 20 S. Clark St | Suite 1500 | Chicago | IL | 60603 |
| Christopher Haught and Melissa Haught | | 729 Rose Circle | | | Bainbridge | GA | 39819 |
| Ciras, LLC | M. Josh Petruniw | 99 W. Canal Street | | | Wabash | IN | 46992 |
| City of Eagleville, Tennessee | Roger W. Hudson | 108 S. Main Street | | | Eagleville | TN | 37060 |
| County of Iredell | C/O Mark Bardill | PO Box 25 | | | Trenton | NC | 28585 |
| Cristina Ortiz and David Pagan | Daniel, Edelman, Latturner & Goodwin LLC | 20 S. Clark St., Ste. 1500 | | | Chicago | IL | 60603 |
| Cynesha C. McMurry | | P.O. Box 1654 | | | Russellville | KY | 42276 |
| David Pagan | | c/o Daniel Edelman (Edelman, Combs, Latturner, & Goodwin, LLC) | 20 S. Clark St | Suite 1500 | Chicago | IL | 60603 |
| Demetria Cain | Anthony J. Hall | The Leach Law Firm | 631 S. Orlando Ave, Suite 300 | Wells Fargo Building | Winter Park | FL | 32789 |
| Denise Collins | | 20325 CENTER RIDGE RD | Suite 711A | | Rockey River | OH | 44116 |
| Federal Home Loan Mortgage Corporation | Eunice Hudson | 8200 Jones Branch Drive | Legal Division - 4th Floor | | McLean | VA | 22102 |
| Federal Home Loan Mortgage Corporation | Freddie Mac Legal Division | Colin Uckert, VP, Deputy General Counsel | 8200 Jones Branch Drive 4th Floor | | McLean | VA | 22102 |
| Federal Home Loan Mortgage Corporation | Reed Smith LLP | Omar Alaniz, Esq. | 2850 N. Harwood St. Suite 1500 | | Dallas | TX | 75201 |
| Federal Home Loan Mortgage Corporation | William Maguire | 1551 Park Run Drive | | | McLean | VA | 22102 |
| Fernickus Kinslow | Matthew T. Berry Berry & Associates | 2751 Buford Highway | Suite 600 | | Atlanta | GA | 30324 |
| Gayle Lord | | Address Redacted | | | | | |
| Gayle Zech | Christopher D. Loizdes | Loizides, P.A. | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 |
| Geary Clinton Keese | The Law Offices of Brooks & Brooks P.C., M.E. Brooks | 3310 W Interstate 40 | | | Amarillo | TX | 79102-2109 |
| Guardian Tax MO, LLC | Bessine Walterbach LLP | 3000 NE Brooktree Ln | Suite 100 | | Kansas City | MO | 64119 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Harris County Water Control & Improvement District #89 | Ted Cox | 2855 Mangum | Suite 100A | | Houston | TX | 77092 |
| Iowa Department of Transportation | Attn Katie Johnson | 800 Lincoln Way | | | Ames | IA | 50010 |
| James Davies | Christopher D. Loizdes | Loizides, P.A. | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 |
| James W. Richard | David N. Lockhart | Bradford and Lockhart, P.C. | 120 E. Patton St. | | LaFayette | GA | 30728 |
| James W. Richard | Logan Threadgill | Chambliss, Bahner and Stophel, P.C. | Liberty Tower | 605 Chestnut St., Suite 1700 | Chattanooga | TN | 37450 |
| Jennifer Jackson | c/o Jason Webster The Webster Law Firm- Houston | 6200 Savoy | Suite 150 | | Houston | TX | 77036 |
| Jennifer Jackson | Christopher D. Loizdes | Loizides, P.A. | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 |
| Jennifer Wolter | Attn Samuel A. Schwartz | c/o Schwartz Law, PLLC | 601 East Bridger Avenue | | Las Vegas | NV | 89101 |
| Jennifer Wolter | Samuel Schwartz Brownstein Hyatt Farber Schreck, LLP | 100 North City Parkway | Suite 1600 | | Las Vegas | NV | 89106 |
| Jessie Palmer | Emily Stout Crawford, Wishnew Lang PLLC | 1700 Pacific Ave., Ste. 2390 | | | Dallas | TX | 75201 |
| Jessie Palmer | Neill Legler Cole, PLLC | 3300 Oak Lawn Ave., Ste. 425 | | | Dallas | TX | 75219 |
| Jessies Landing Condominium Association | William J. Mitchell | 7809 Laurel Avenue | Suite 14 | | Madeira | OH | 45243 |
| Joe Padilla | George B. Dombart Texas Bar No. 24036491 | 401 E. Sonterra Blvd | Suite 375 | | San Antonio | TX | 78258 |
| John Slater | Paul M. Botros | Morgan & Morgan, P.A. | 8151 Peters Road, Suite 4000 | | Plantation | FL | 33324 |
| Judy Ann Boyett | The Law Offices of Brooks & Brooks P.C. M.E. Boyett | 3310 W Interstate 40 | | | Amarillo | TX | 79102-2109 |
| Kari Crutcher | Jonathan W. Ferris, Esquire | 693 East Avenue | | | Rochester | NY | 14607 |
| Kari Crutcher | Thomas & Solomon LLP | J. Nelson Thomas, Esquire | 693 East Avenue | | Rochester | NY | 14607 |
| Kenray Lake Lot Owners Association, Inc. | Greg S. Morin Montgomery , Elsner & Pardieck , LLP | 308 West Second Street | PO Box 647 | | Seymour | IN | 47274 |
| Kimberly C Giganti / Michael A. Giganti | | 915 Salado Oaks Drive | | | Salado | TX | 76571 |
| Kristopher Lofton | | Address Redacted | | | | | |
| Kyle Motes | | 30 Second Street | PO Box 191 | | Cleveland | TN | 37364 |
| Latoya L. Johnson | George B. Dombart Texas Bar No. 24036491 | 401 E. Sonterra Blvd | Suite 375 | | San Antonio | TX | 78258 |
| Lee Ann Casanova | Paul M. Botros | Morgan & Morgan, P.A. | 8151 Peters Road, Suite 4000 | | Plantation | FL | 33324 |
| Lemark H. McMurry | | P.O. Box 1654 | | | Russellville | KY | 42276 |
| Lori Buckley | Christopher D. Loizdes | Loizides, P.A. | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 |
| Lynley VanSignel, Melanie Meyer and Jessie Palmer | Crawford, Wishnew & Lang PLLC | 1700 Pacific Ave., Ste. 2390 | | | Dallas | TX | 75201 |
| Lynley VanSignel, Melanie Meyer and Jessie Palmer | Neill Legler Cole, PLLC | 3300 Oak Lawn Ave., Ste. 425 | | | Dallas | TX | 75219 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Lynley VanSingel | Emily Stout | Crawford Wishnew Lang PLLC | 1700 Pacific Ave. Suite 2390 | | Dallas | TX | 75201 |
| Lynley VanSingel | Kyla Gail Cole | Neill Legler Cole, PLLC | 3300 Oak Lawn Ave., Ste. 425 | | Dallas | TX | 75219 |
| Margurette Latortue | | 10 Imperial Dr | | | Hiram | GA | 30141 |
| Marian Johnson | Theodore Piteo | Michael D. OBrien & Associates, P.C. | 12909 SW 68th Pkwy, Suite 160 | | Portland | OR | 97223 |
| Mayse, Carrie | | Address Redacted | | | | | |
| Melanie Meyer | Crawford, Wishnew & Lang PLLC | 1700 Pacific Ave., Ste. 2390 | | | Dallas | TX | 75201 |
| Melanie Meyer | Kyla Gail Cole | Neill Legler Cole, PLLC | 3300 Oak Lawn Ave., Ste. 425 | | Dallas | TX | 75219 |
| Midland Central Appraisal District | | 4631 Andrews Hwy | | | Midland | TX | 79703 |
| Montgomery County, Texas | | 501 N Thompson | Suite 300 | | Conroe | TX | 77301 |
| Naftuli Indig | Stein Saks, PLLC By Mark Rozenberg | One University Plaza | Suite 620 | | Hackensack | NJ | 07601 |
| Nicholas D. Mosser | | 8100 Dallas Pkwy #115A | | | Plano | TX | 75024 |
| Nicholas Mosser | Mosser Law Firm | 8100N Dallas Parkway | Suite 115A | | Plano | TX | 75094 |
| Reeves-McKnight, Lakesha | c/o Richard J. Rice, Esq. | 535 W. Lamar Alexander Parkway | | | Maryville | TN | 37801 |
| Reeves-McKnight, Lakesha | | Address Redacted | | | | | |
| Ricky M. Motes | | 30 Second Street | PO Box 191 | | Cleveland | TN | 37364 |
| Robert M. Matson, Trustee | Robert M. Matson Akin, Webster & Matson, P.C. | P.O. Box 1773 | | | Macon | GA | 31202 |
| Roberta Martinez | Christopher D. Loizdes | Loizides, P.A. | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 |
| Ronald Ledford | | 30 Second Street | PO Box 191 | | Cleveland | TN | 37364 |
| Rutherford County, Tennessee | ROGER W. HUDSON | c/o Hudson, Reed & Christiansen, PLLC | 16 Public Square, North | P.O. Box 884 | Murfreesboro | TN | 37130 |
| State of California Department of Industrial Relations Labor Commissioners Office, Wage Claim Adjudication | | 7575 Metropolitan Dr. | Room 210 | | San Diego | CA | 92108 |
| Stephanie Ledford | | 30 Second Street | PO Box 191 | | Cleveland | TN | 37364 |
| Stetson Ridge Highlands Home Owners Association | Moeller Graf PC | 385 Inverness Pkwy | Suite 200 | | Englewood | CO | 80112 |
| Tamika Lynn Keese | The Law Offices of Brooks & Brooks P.C. M.E. Brooks | 3310 W Interstate 40 | | | Amarillo | TX | 79102-2109 |
| The Money Source | Logs Legal Group LLP | 770 NE 63rd St | | | Oklahoma City | OK | 73105 |
| The Money Source Inc. | Logs Legal Group LLP | 770 NE 63rd St | | | Oklahoma City | OK | 73105 |
| Thomas George and Paula George | LAMAR & HANNAFORD , P.A. JOHN T. LAMAR , III TAYLOR A. HECK | 214 SOUTH WARD STREET | | | Senatobia | MS | 38668 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Thomas Wymer | | 145 Gate Lane | | | Elkins | WV | 26241 |
| Timber Oak Association | Jonathan W. Fazzino, Esq. COHEN AND WOLF, P.C. | 1115 Broad Street | | | Bridgeport | CT | 06604 |
| Towson Green Community Association | American Community Management | 3600 Crondal Lane, Ste 100 | | | Owings Mills | MD | 21117 |
| Towson Green Community Association | | 200 Meridian Lane | | | Towson | MD | 21286 |
| Uriel Nyankumah | Bryan Hilton PC | PO Box 1970 | | | Douglasville | GA | 30133 |
| Westover Woods Owners Association, Inc. | Eads Murray & Pugh | 9515 E 59th St | Suite B | | Indianapolis | IN | 46216 |

# EXHIBIT G

**Exhibit G**
**Objecting Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Interested Party Servis One, Inc. d/b/a BSI Financial Services | Blank Rome LLP | Diana M. Eng | 1271 Avenue of the Americas | New York | NY | 10020 |
| Counsel for Lynley VanSingel, Melanie Meyer & Jessie Palmer | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | 919 North Market Street, Suite 460 | Wilmington | DE | 19801 |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq., Jacob Beiswenger, Esq., Jordan A. Weber | 400 South Hope Street, 18th Floor | Los Angeles | CA | 90071-2899 |

# EXHIBIT H

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aaron Peters | c/o Mike Ruggio | Taylor English Duma LLP | 10432 Balls Ford Rd Suite 300 | Manassas | VA | 20109 |
| AIG | Financial Lines Claims | P.O. Box 25947 | | Shawnee Mission | KS | 66225 |
| AIG General Insurance | Financial Lines Claims, Attn: Amy L. Ruina | 28 Liberty Street | | New York | NY | 10005 |
| AXA XL - Professional Insurance | | 100 Constitution Plaza, 17th Floor | | Hartford | CT | 06103 |
| AXIS Insurance | | 10000 Avalon Blvd. | Suite 200 | Alpharetta | GA | 30009 |
| AXIS INSURANCE COMPANY | | 111 South Wacker Drive | Suite 3500 | Chicago | IL | 60606 |
| Certain Underwriters at Lloyd's London c/o Wilson Elser | Attn: Thomas Wilson, Jr. | 150 East 42nd Street | | New York | NY | 10017 |
| Crum & Forster | Professional Risk | 101 Hudson Street, 32nd Floor | | Jersey City | NJ | 07302 |
| Endurance American Insurance Company | Attention: Legal | 1221 Avenue of The Americas | | New York | NY | 10020 |