# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Kari Crutcher, <br><br> Appellant, <br><br> v. <br><br> Pacific Investment Management Company, LLC, <br><br> PIMCO Investments LLC, <br><br> Appellees. | Civil Action No. 23-cv-01025-CFC <br><br> Bankruptcy Case No. 22-10584 (CTG) <br> Bankruptcy BAP No. 23-00050 |

## STIPULATION TO
## VOLUNTARILY DISMISS APPEAL

The parties, by and through undersigned counsel, hereby stipulate to voluntarily dismiss this appeal with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a). Each party will bear their own costs and fees.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| **POTTER ANDERSON & CORROON LLP** | **RICHARDS, LAYTON & FINGER P.A.** |
| By: */s/ Jesse L. Noa* <br> Jesse L. Noa (No. 5973) <br> R. Stephen McNeill (No. 5210) <br> Andrew L. Brown (No. 6766) <br> 1313 N. Market Street, 6th Floor <br> Wilmington, Delaware 19801 <br> Telephone: (302) 984-6000 <br> Email: jnoa@potteranderson.com <br> rmcneill@potteranderson.com <br> abrown@potteranderson.com <br><br> *Counsel for Appellant Kari Crutcher* <br><br> Dated: November 16, 2023 | */s/ Robert J. Stearn* <br> Robert J. Stearn, Jr. (No. 2915) <br> Zachary J. Javorsky (No. 7069) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> Telephone: 302-651-7700 <br> Email: stearn@rlf.com <br> javorsky@rlf.com <br><br> -and- <br><br> **SCHULTE ROTH & ZABEL LLP** <br> Peter H. White <br> Noah N. Gillespie <br> 555 13th Street NW, Suite 6W Washington, DC 20004 <br> Telephone: 202.729.7476 <br> Email: pete.white@srz.com <br> noah.gillespie@srz.com <br><br> -and- <br><br> Kristine Manoukian (No. 5509) <br> Kelly V. Knight <br> Paulina Piasecki <br> 919 Third Avenue <br> New York, NY 10022 <br> Telephone: 212.756.2466 <br> Email: kristine.manoukian@srz.com <br> kelly.knight@srz.com <br> paulina.piasecki@srz.com <br><br> *Counsel for Appellees Pacific Investment Management Company LLC and PIMCO Investments LLC* |