# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 27, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, _3rd FLOOR, COURTROOM 7_, WILMINGTON, DELAWARE 19801**

---

**This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. All participants over Zoom must register in advance. Please register by November 22, 2023 at 4:00 p.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsf-2orTkuHBiS-01aheTxFhfsZ0MPk20**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Suite 102-334, Dallas, TX 75244.

**MATTER WITH WHICH A CNO HAS BEEN FILED:**

1.  Second Motion to Extend Deadline to Object to Claims (Filed October 31, 2023) [Docket No 1022]

    Response Deadline:  November 15, 2023 at 4:00 p.m.

    Responses Received:   None Received

    Related Documents:

    A.  Certificate of No Objection (Filed November 20, 2023) [Docket No. 1040]

    Status:   No parties have objected to the Motion.  Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

**CONTESTED MATTER:**

2.  Fourth Omnibus Objection to Misclassified Claims (Substantive) (Filed October 20, 2023) [Docket No 1000]

    Response Deadline:  November 20, 2023 at 4:00 p.m.

    Responses Received:

    A.  Response in Opposition to Fourth Omnibus Objection to Claims (Substantive) (related document(s)1000) (Filed November 17, 2023) [Docket No. 1037]

    Related Documents:

    A.  Notice of Submission of Proof of Claim in Connection with Fourth Omnibus Objection to Misclassified Claims (Filed November 13, 2023) [Docket 1031]

    Status:  This matter will go forward.

| | |
|---|---|
| Dated: November 21, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | Mary F. Caloway (DE Bar No. 3059) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | mcaloway@pszjlaw.com |
| | |
| | -and - |
| | |
| | **DENTONS US LLP** |
| | |
| | Samuel R. Maizel |
| | Tania M. Moyron |
| | 601 S. Figueroa Street, #2500 |
| | Los Angeles, CA  90017 |
| | Telephone:  (213) 623-9300 |
| | Email:   samuel.maizel@dentons.com |
| | tania.moyron@dentons.com |
| | |
| | *Counsel for Debtors and Liquidating Trustee* |