IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1022** |

### ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the *Second Motion to Extend Deadline to Object to Claims* (the "Motion"), and it appearing that good cause exists to grant the relief requested by the Motion, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The time period to file and serve objections to claims in these Chapter 11 Cases (the "Claims Objection Deadline") is extended through and including December 31, 2023, without prejudice to the rights of the Liquidating Trustee to request further extensions of the Claims Objection Deadline.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 5800 Tennyson Parkway, Suite 450, Plano, TX 75024.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Dated: November 21st, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**