# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORP., et al,[1]<br><br>                Debtors. | Chapter 11<br><br>Bankr. Case No. 22-10584 (CTG)<br>(Jointly Administered) |
| LORI BUCKLEY, GAYLE ZECH, ROBERTA MARTINEZ, JENNIFER JACKSON and JAMES DAVIES, on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>FIRST GUARANTY MORTGAGE CORP., et al.<br><br>                Debtors. | Adv. Pro. No. 22-50387-CTG |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 28, 2023 AT <u>3:30 P.M.</u>[2] (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, <u>*3rd FLOOR, COURTROOM 7*</u>, WILMINGTON, DELAWARE 19801**

---

**PLEASE NOTE NEW HEARING START TIME OF 3:30 PM (ET).**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 13901 Midway Road, Ste. 102-334, Dallas, TX 75244.

[2] The Court has directed that the hearing will begin at 3:30 p.m. (ET).

> **This hearing will be conducted in-person in Courtroom #7, 3rd floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. All participants over Zoom must register in advance. Please register by November 27, 2023 at 4:00 p.m.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItceypqzoqEqkFkgw0W3gBjXlLBljh3KY**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**MATTER GOING FORWARD:**

1.  Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 after the Fairness Hearing, and (VI) Grant Related Relief (Filed November 20, 2023) [Docket No 1041, Adv. Docket No. 32]

    Response Deadline:  November 28, 2023 at 11:00 a.m.

    Responses Received:   None to Date

    Related Documents:

    A.  Joint Motion for Entry of an Order Shortening the Notice Period with Respect to the Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV)

       Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 after the Fairness Hearing, and (VI) Grant Related Relief (Filed November 20, 2023) [Docket No 1042; Adv. Docket No. 33]

B.      Order [Signed] Shortening the Notice Period with Respect to the Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 after the Fairness Hearing, and(VI) Grant Related Relief (Filed November 20, 2023) [Docket No. 1044, Adv. Docket No. 34]

C.      Notice of Hearing on Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 after the Fairness Hearing, and (VI) Grant Related Relief (Filed November 21, 2023) [Docket No. 1046, Adv. Docket No.35]

  Status:   This matter will go forward.

Dated: November 22, 2023              **PACHULSKI STANG ZIEHL & JONES LLP**

                                          */s/ Laura Davis Jones*
                                          Laura Davis Jones (DE Bar No. 2436)
                                          Timothy P. Cairns (DE Bar No. 4228)
                                          Mary F. Caloway (DE Bar No. 3059)
                                          919 North Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, Delaware 19899 (Courier 19801)
                                          Telephone: (302) 652-4100
                                          Facsimile: (302) 652-4400
                                          Email: ljones@pszjlaw.com
                                                   tcairns@pszjlaw.com
                                                   mcaloway@pszjlaw.com

                                          -and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:   samuel.maizel@dentons.com
         tania.moyron@dentons.com

*Counsel for Debtors and Liquidating Trustee*