# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
|  | (Jointly Administered) |
| Debtors. | **Re: Docket No. 1043** |

### <u>AMENDED</u>[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 27, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, <u>*3rd FLOOR*, *COURTROOM 7*</u>, WILMINGTON, DELAWARE 19801

**This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. All participants over Zoom must register in advance.  Please register by November 22, 2023 at 4:00 p.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcOmvrz4jHI9kwNSe9z2v75JWvBsn8S4**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Suite 102-334, Dallas, TX 75244.

[2] **This agenda has been amended to reflect the updated court link.  Amended Items appear in Bold**.

**RESOLVED MATTER:**

1. Second Motion to Extend Deadline to Object to Claims (Filed October 31, 2023) [Docket No 1022]

    Response Deadline:  November 15, 2023 at 4:00 p.m.

    Responses Received:   None Received

    Related Documents:

    A. Certificate of No Objection (Filed November 20, 2023) [Docket No. 1040]

    B. **Order [Signed] Extending Deadline to Object to Claims (Filed 11/21/23) [Docket No. 1045]**

    Status:  **As an Order has been entered.  A hearing is not necessary.**

**CONTESTED MATTER:**

2. Fourth Omnibus Objection to Misclassified Claims (Substantive) (Filed October 20, 2023) [Docket No 1000]

    Response Deadline:  November 20, 2023 at 4:00 p.m.

    Responses Received:

    A. Response in Opposition to Fourth Omnibus Objection to Claims (Substantive) (related document(s)1000) (Filed November 17, 2023) [Docket No. 1037]

    Related Documents:

    A. Notice of Submission of Proof of Claim in Connection with Fourth Omnibus Objection to Misclassified Claims (Filed November 13, 2023) [Docket 1031]

    B. **Certification of Counsel Regarding Fourth Omnibus Objection to Claims (Substantive) (Filed November 22, 2023) [Docket No. 1048]**

    Status:  **The Debtors have filed a certification of counsel to submit a proposed form of order that (a) adjourns the hearing to December 21, 2023 at 10:00 a.m. for claimants that responded to the objection and (b) grants the objection as to all other claimants subject to the objection.  The Debtors respectfully request entry of the proposed order.  No hearing is necessary unless directed by the Court.**

Dated: November 22, 2023       **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com
       mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:   samuel.maizel@dentons.com
         tania.moyron@dentons.com

*Counsel for Debtors and Liquidating Trustee*