# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Debtors. | (Jointly Administered) **Re: Docket Nos. 1043, 1047** |

### SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 27, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, *3rd FLOOR, COURTROOM 7*, WILMINGTON, DELAWARE 19801

## AS NO MATTERS ARE GOING FORWARD, THE HEARING IS CANCELLED AT THE COURT'S DIRECTION.

### RESOLVED MATTER:

1. Second Motion to Extend Deadline to Object to Claims (Filed October 31, 2023) [Docket No 1022]

   Response Deadline:  November 15, 2023 at 4:00 p.m.

   Responses Received:   None Received

   Related Documents:

   A. Certificate of No Objection (Filed November 20, 2023) [Docket No. 1040]

   B. Order [Signed] Extending Deadline to Object to Claims (Filed 11/21/23) [Docket No. 1045]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Suite 102-334, Dallas, TX 75244.

[2] **Amended Items appear in Bold**.

Status:  As an Order has been entered.  A hearing is not necessary.

**CONTESTED MATTER:**

2. Fourth Omnibus Objection to Misclassified Claims (Substantive) (Filed October 20, 2023) [Docket No 1000]

    Response Deadline:  November 20, 2023 at 4:00 p.m.

    Responses Received:

    A. Response in Opposition to Fourth Omnibus Objection to Claims (Substantive) (related document(s)1000) (Filed November 17, 2023) [Docket No. 1037]

    Related Documents:

    A. Notice of Submission of Proof of Claim in Connection with Fourth Omnibus Objection to Misclassified Claims (Filed November 13, 2023) [Docket 1031]

    B. Certification of Counsel Regarding Fourth Omnibus Objection to Claims (Substantive) (Filed November 22, 2023) [Docket No. 1048]

    C. **[Signed] Order Regarding Fourth Omnibus Objection to Claims (Substantive) (Filed November 27, 2023) [Docket No. 1053]**

    **Status:   An order has been entered.**

| | |
|---|---|
| Dated: November **27**, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | Mary F. Caloway (DE Bar No. 3059) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | mcaloway@pszjlaw.com |
| | |
| | -and - |

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email: samuel.maizel@dentons.com
tania.moyron@dentons.com

*Counsel for Debtors and Liquidating Trustee*