IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Re Docket No. 1000** |

### NOTICE OF WITHDRAWAL OF FOURTH OMNIBUS OBJECTION TO MISCLASSIFIED CLAIMS (SUBSTANTIVE) SOLELY AS TO CLAIM NUMBER 293

**PLEASE TAKE NOTICE** that the liquidating trustee (the "Liquidating Trustee") under the liquidating trust created pursuant to the *Amended, Modified And Restated Combined Disclosure Statement And Chapter 11 Plan Of First Guaranty Mortgage Corporation And Debtor* and the post-effective date debtors (the "Debtors") in the above-captioned chapter 11 cases hereby withdraw the *Fourth Omnibus Objection to Misclassified Claims (Substantive)* [Docket No. 1000] (the "Objection") solely as it relates to claim number 293 filed by the North Carolina Office of the Commissioner of Banks.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Suite 102-334, Dallas, TX 75244.

DE:4874-2300-1494.1 28311.001

| | |
|---|---|
| Dated: December 11, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Mary F. Caloway (DE Bar No. 3059) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Tel:  (302) 652-4100 |
| | Fax: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | mcaloway@pszjlaw.com |
| | -and- |
| | Samuel R. Maizel (*Pro Hac Vice*) |
| | Tania M. Moyron (*Pro Hac Vice*) |
| | **DENTONS US LLP** |
| | 601 S. Figueroa Street #2500 |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 623-9300 |
| | Email: samuel.maizel@dentons.com |
| | tania.moyron@dentons.com |
| | *Counsel for the Liquidating Trustee and Debtors* |