## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>**Re Docket No. 1000** |

## NOTICE OF WITHDRAWAL OF FOURTH
## OMNIBUS OBJECTION TO MISCLASSIFIED CLAIMS
## (SUBSTANTIVE) SOLELY AS TO CLAIM NUMBER 275

**PLEASE TAKE NOTICE** that the liquidating trustee (the "Liquidating Trustee") under the liquidating trust created pursuant to the *Amended, Modified And Restated Combined Disclosure Statement And Chapter 11 Plan Of First Guaranty Mortgage Corporation And Debtor* and the post-effective date debtors (the "Debtors") in the above-captioned chapter 11 cases hereby withdraw the *Fourth Omnibus Objection to Misclassified Claims (Substantive)* [Docket No. 1000] (the "Objection") solely as it relates to claim number 275 (the "Claim") filed by Lynx Whole Loan Acquisition LLC ("Claimant")[2].

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Suite 102-334, Dallas, TX 75244.

[2] Claimant has informed the Liquidating Trustee that it is not pursuing the Claim and the Liquidating Trustee has requested that Claimant withdraw the Claim.

DE:4859-2908-3799.1 28311.001

| | |
|---|---|
| Dated: December 18, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Mary F. Caloway (DE Bar No. 3059)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Tel:  (302) 652-4100<br>Fax: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>           mcaloway@pszjlaw.com<br><br>           -and-<br><br>Samuel R. Maizel (*Pro Hac Vice*)<br>Tania M. Moyron (*Pro Hac Vice*)<br>**DENTONS US LLP**<br>601 S. Figueroa Street #2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Email: samuel.maizel@dentons.com<br>           tania.moyron@dentons.com<br><br>*Counsel for the Liquidating Trustee and Debtors* |