# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | Case No. 22-10584 (CTG) |
| Debtors. | (Jointly Administered) |

## **AMENDED**[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 21, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801**

**This hearing will be conducted entirely over Zoom.**

**Please see below for the connection and registration information.**

**Please Note:  All individuals participating must register no later than 4:00 p.m. (ET) on December 20, 2023  at the provided link.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.**

**Registration Link:**
https://debuscourts.zoomgov.com/meeting/register/vJItf-yvrDguH8cUU9nB3a8GY-JzQ3SLF9E

## **CONTESTED MATTERS:**

1. Fourth Omnibus Objection to Misclassified Claims (Substantive) (Filed October 20, 2023) [Docket No 1000]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Suite 102-334, Dallas, TX 75244.

[2] **Amended items are indicated in bold.**

Response Deadline:  November 20, 2023 at 4:00 p.m.

Responses Received:

A. Response in Opposition to Fourth Omnibus Objection to Claims (Substantive) (related document(s)1000) (Filed November 17, 2023) [Docket No. 1037]

B. Informal Response from Bella Place Trust

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Fourth Omnibus Objection to Misclassified Claims (Filed November 13, 2023) [Docket 1031]

B. Certification of Counsel Regarding Fourth Omnibus Objection to Claims (Substantive) (Filed November 22, 2023) [Docket No. 1048]

C. [Signed] Order Regarding Fourth Omnibus Objection to Claims (Substantive) (Filed November 27, 2023) [Docket No. 1053]

D. Notice of Withdrawal of Fourth Omnibus Objection to Misclassified Claims (Substantive) Solely as to Claim Number 293 (Filed 12/11/23) [Docket No. 1066]

E. Notice of Withdrawal of Fourth Omnibus Objection to Misclassified Claims (Substantive) Solely as to Claim Number 275 (Filed 12/18/23) [Docket No. 1071]

F. Liquidating Trustee's Witness and Exhibit List for Hearing on December 21, 2023 at 10:00 a.m. (ET) (Filed 12/19/23) [Docket No. 1073]

Replies Filed:

A. Liquidating Trustee's Reply in Support of Objection to Bella Place Trust's Claim (Filed December 18, 2023) [Docket No. 1072]

Status: This matter is going forward with respect to the claims filed by Bella Place Trust.

2. Motion to Enforce Confirmation Order [Reply of the PIMCO Parties for Contempt for Violations of the Court's Enforcement Order and Confirmation Order] (Filed 10/31/23) [Docket No. 1017]

Response Deadline:  December 1, 2023 at 4:00 p.m.

Responses and Replies Received:

A. Relator's Response to the PIMCO Parties Motion to Enforce (Filed 12/1/23) Docket No. 1062]

B.    Reply of the PIMCO Parties in Further Support of their Motion to Enforce the Confirmation Order Against the Proposed Third Amended Complaint in the Qui Tam Litigation (Filed 12/15/23) [Docket No. 1070]

Related Documents:

A.    Order (I) Denying the PIMCO Parties' Motion for Contempt; and (II) Setting Deadlines (Filed 11/13/23) [Docket No. 1032]

B.    Notice of Motion and Hearing (Filed 11/17/2023) [Docket No. 1039]

C.    Notice of Filing of Proposed Order (Filed 11/29/23) [Docket No. 1060]

**D.    Exhibit and Witness List of Relator Kari Crutcher for the Hearing on December 21, 2023 at 10:00 a.m. (ET) (Filed 12/19/23) [Docket No. 1075]**

**E.    The PIMCO Parties' Exhibit List for the December 21, 2023 Hearing on their Motion to Enforce the Plan and Confirmation Order (Filed 12/19/23) [Docket No 1076]**

Status:    This matter is going forward.

Dated: December **20**, 2023    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com
       mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel  
Tania M. Moyron  
601 S. Figueroa Street, #2500  
Los Angeles, CA  90017  
Telephone:  (213) 623-9300  
Email:   samuel.maizel@dentons.com  
            tania.moyron@dentons.com

*Counsel for Debtors and Liquidating Trustee*