# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORP., et al,[1]<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 22-10584 (CTG)<br>(Jointly Administered) |
| LORI BUCKLEY, GAYLE ZECH, ROBERTA MARTINEZ, JENNIFER JACKSON and JAMES DAVIES, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORP., et al.,<br><br>Debtors. | Adv. Pro. No. 22-50387-CTG |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 29, 2023 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING IS CANCELLED WITH THE COURT'S PERMISSION**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The Debtors' mailing address is 13901 Midway Road, Ste. 102-334, Dallas, TX 75244.

[2] **Amended items are indicated in bold.**

DE:4861-5645-3017.1 28311.001

**ADJOURNED MATTER:**

1)     Liquidating Trustee's Motion for Order and Final Decree Closing Chapter 11 Cases and Granting Related Relief (Filed December 8, 2023) [Docket No 1065]

    Response Deadline:  December 22, 2023 at 4:00 pm.  (Extended for Fannie Mae, Freddie Mac, Ginnie Mae and BSI)

    Responses Received:   None to Date

    Related Documents:

    Status:   This matter is adjourned to the next to-be scheduled omnibus hearing.

**MATTER UNDER CNO/COC:**

2)     Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 after the Fairness Hearing, and (VI) Grant Related Relief (Filed November 20, 2023) [Docket No 1041, Adv. Docket No. 32]

    Response Deadline:  December 26, 2023 at 5:00 p.m.

    Responses Received:

    (A)    Objection Letter to the Settlement (Filed December 27, 2023) [Docket No. 1089]

    Related Documents:

    (A)    Joint Motion for Entry of an Order Shortening the Notice Period with Respect to the Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 after the Fairness Hearing, and (VI) Grant Related Relief (Filed November 20, 2023) [Docket No 1042; Adv. Docket No. 33]

    (B)    Order [Signed] Shortening the Notice Period with Respect to the Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and  9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 after the Fairness Hearing, and(VI) Grant

|     |     |
| --- | --- |
|     | Related Relief (Filed November 20, 2023) [Docket No. 1044, Adv. Docket No. 34] |
| (C) | Notice of Hearing on Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 after the Fairness Hearing, and (VI) Grant Related Relief (Filed November 21, 2023) [Docket No. 1046, Adv. Docket No.35] |
| (D) | Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 (I) Preliminarily Approving the Settlement Agreement, (II) Approving the Form and Manner of Notice to Class Members of the Settlement, (III) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement Agreement, and (IV) Granting Related Relief (Filed November 29, 2023) [Docket No. 1058] |
| (E) | Notice of Hearing on Joint Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 after the Fairness Hearing, and (VI) Grant Related Relief (Filed November 29, 2023) [Docket No. 1059, Adv. Docket No.39] |
| (F) | Certification of Counsel Re: Final Order Approving WARN Class Action Settlement Agreement (Filed December 28, 2023) [Docket No. 1091] |
| (G) | **Final Order Approving WARN Class Action Settlement Agreement (Filed December 28, 2023) [Docket No. 1093, Adv. Docket No. 45]** |

Status:   **The Order has been entered.**

Dated: December 28, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com
       mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:   samuel.maizel@dentons.com
         tania.moyron@dentons.com

*Counsel for Debtors and Liquidating Trustee*