**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-10584 (CTG) |
| FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1] | (Jointly Administered) |
| Liquidating Debtors. | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Appellants, Pacific Investment Management Company LLC and PIMCO Investments LLC (the "PIMCO Parties"), by and through their undersigned counsel, pursuant to 28 U.S.C. § 158(a), Rules 8001, 8002, and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, hereby appeal to the United States District Court for the District of Delaware the Bankruptcy Court's December 27, 2023 *Memorandum Opinion* [D.I. 1087] (the "Opinion") and *Order Denying Motion To Enforce Plan Injunction* [D.I. 1088] (the "Order"), and, without limitation, any and all findings of fact and conclusions of law, orders, judgments, decrees, decisions, rulings, and opinions that may be entered with respect to the Opinion and Order. Copies of the Opinion and Order are attached hereto as **Exhibit A** and **Exhibit B**. This Notice of Appeal is also accompanied by the prescribed fee.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the judgment, order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their counsel are as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were:  First Guaranty Mortgage Corporation ("FGMC") (9575); and Maverick II Holdings, LLC ("Maverick") (5621).  The service address for FGMC is 13901 Midway Road, Ste. 102-334, Dallas, Texas 75244.

| Party | Counsel |
|---|---|
| Appellants (the PIMCO Parties) | Robert J. Stearn, Jr. (No. 2915)<br>Zachary J. Javorsky (No. 7069)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone:  302-651-7700<br>Email:  stearn@rlf.com<br>            javorsky@rlf.com<br><br>-and-<br><br>SCHULTE ROTH & ZABEL LLP<br>Peter H. White<br>Noah N. Gillespie<br>555 13th Street NW, Suite 6W<br>Washington, DC 20004<br>Telephone: 202.729.7476<br>Email:  pete.white@srz.com<br>            noah.gillespie@srz.com<br><br>(Admitted *Pro Hac Vice*)<br><br>-and-<br><br>Kristine Manoukian (No. 5509)<br>Kelly V. Knight (Admitted *Pro Hac Vice* )<br>Paulina Piasecki (Admitted *Pro Hac Vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone:  212.756.2466<br>Email: kristine.manoukian@srz.com<br>            kelly.knight@srz.com<br>            paulina.piasecki@srz.com |
| Appellees (Relator, Kari Crutcher) | R. Stephen McNeill (No. 5210)<br>Jesse L. Noa (No. 5973)<br>Andrew L. Brown (No. 6766)<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Email: jnoa@potteranderson.com<br>            rmcneill@potteranderson.com<br>            abrown@potteranderson.com |

| | |
|---|---|
| | -and-<br><br>J. Nelson Thomas, Esquire<br>Jonathan W. Ferris, Esquire<br>THOMAS & SOLOMON LLP<br>693 East Avenue<br>Rochester, New York 14607<br>Telephone: (585) 272-0540<br>Email:<br>nthomas@theemploymentattorneys.com<br>jferris@theemploymentattorneys.com<br><br>-and-<br><br>Samuel J. Buffone, Jr., Esquire<br>BLACK & BUFFONE PLLC<br>1400 Eye St. NW Suite 200<br>Washington, D.C. 20005<br>Telephone: (202) 997-8562<br>Email: Sam@blackandbuffone.com<br><br>-and-<br><br>Chelsea Ireland<br>Morgan Greene<br>COHEN ZIFFER FRENCHMAN &<br>MCKENNA<br>1325 Avenue of the Americas New York, NY 10019<br>Telephone: (212) 584-1890<br>Email: cireland@cohenziffer.com<br>mgreene@cohenziffer.com |
| The United States Trustee for the District of Delaware | Benjamin A. Hackman<br>United States Department of Justice Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street,<br>Suite 2207, Lockbox35<br>Wilmington, Delaware 19801<br>Phone: (302) 573-6491<br>Fax: (302) 573-6497<br>Email: Benjamin.A.Hackman@usdoj.gov |

Dated:  December 29, 2023

*/s/ Robert J. Stearn, Jr.*

Robert J. Stearn, Jr. (No. 2915)
Zachary J. Javorsky (No. 7069)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:  302-651-7700
Email:  stearn@rlf.com
        javorsky@rlf.com

-and-

SCHULTE ROTH & ZABEL LLP
Peter H. White
Noah N. Gillespie
555 13th Street NW, Suite 6W
Washington, DC 20004
Telephone: 202.729.7476
Email:  pete.white@srz.com
        noah.gillespie@srz.com

(Admitted *Pro Hac Vice*)

-and-

Kristine Manoukian (No. 5509)
Kelly V. Knight (Admitted *Pro Hac Vice* )
Paulina Piasecki (Admitted *Pro Hac Vice*)
919 Third Avenue
New York, NY 10022
Telephone:  212.756.2466
Email: kristine.manoukian@srz.com
        kelly.knight@srz.com
        paulina.piasecki@srz.com

*Counsel for Pacific Investment
Management Company LLC and PIMCO
Investments LLC*