**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered)<br><br>Re: Docket No. 1065 |

**Hearing Date: February 7, 2024 at 10:00 a.m. (ET)**

<u>**RE-NOTICE**</u> **OF HEARING ON LIQUIDATING TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 350, FED. R. BANKR. P. 3022 AND LOCAL RULE 3022-1 FOR ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASES AND <u>GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that on December 8, 2023, Tanya Meerovich, solely in her capacity as the liquidating trustee (the "<u>Liquidating Trustee</u>"), filed the *Liquidating Trustee's Motion Pursuant to 11 U.S.C. §§ and 350, Fed. R. Bankr. P. 3022 and Local Rule 3022-1 for Order and Final Decree Closing Chapter 11 Cases and Granting Related Relief* (the "<u>Motion</u>") [Docket No. 1065], with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>"). You were previously served with a copy of the Motion.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The location of the corporate headquarters and the service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Ste. 102-334, Dallas, TX 75244.

DE:4884-4851-7786.1 28311.001

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the relief sought in the Motion previously scheduled for December 29, 2023 at 1:00 p.m. prevailing Eastern Time has been rescheduled for **February 7, 2024 at 10:00 a.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

Dated: January 5, 2024                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
          tcairns@pszjlaw.com
          mcaloway@pszjlaw.com

-and -

**DENTONS US LLP**
Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
           tania.moyron@dentons.com

Claude D. Montgomery (*Pro Hac Vice*)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 632-8390
Email: claude.montgomery@dentons.com

David F. Cook (DE Bar No.6352)
**DENTONS US LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Email: david.f.cook@dentons.com

*Counsel for the Liquidating Trustee*