# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIRST GUARANTY MORTGAGE CORPORATION, *et al.*,[1]<br><br>        Liquidating Debtors. | Chapter 11<br><br>Case No. 22-10584 (CTG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Marrium Zubair, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 16, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Agenda of Matters Scheduled for Hearing on February 21, 2024 at 3:00 p.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt in the U.S. Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801** [Docket No. 1129]

- **Amended Notice of Agenda of Matters Scheduled for Hearing on February 21, 2024 at 3:00 p.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt in the U.S. Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801** [Docket No. 1130]

Dated: February 20, 2024

                                                             */s/* Marrium Zubair
                                                             Marrium Zubair
                                                             KCC
                                                             222 N Pacific Coast Highway, 3rd Floor
                                                             El Segundo, CA 90245
                                                             Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number in the jurisdiction were: First Guaranty Mortgage Corporation (9575); and Maverick II Holdings, LLC (5621). The service address for First Guaranty Mortgage Corporation is 13901 Midway Road, Ste. 102-334, Dallas, TX 75244.

# EXHIBIT A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd & Emily M. Hahn | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Attorneys for The Texas Comptroller of Public Accounts | Attorney General's Office | Courtney J. Hull, Assistant Attorney General | courtney.hull@oag.texas.gov; bk-chull@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Attorney for Liberty Mutual Insurance Company | Bains Law PLLC | Brandon K. Bains | brandon@bainslaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Christa Cowart Turner | cturner@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Jeffrey J. Lyons & Rakesh H. Mehta, Esq. | jjlyons@bakerlaw.com; rmehta@bakerlaw.com |
| Counsel for Optimal Blue, LLC | Baker & Hostetler LLP | Michael T. Delaney | mdelaney@bakerlaw.com |
| Counsel to TIAA, FSB | Balch & Bingham LLP | Jeremy L. Retherford | jretherford@balch.com |
| Counsel for Kari Crutcher | Bayard, P.A. | Ericka F. Johnson & GianClaudio Finizio | ejohnson@bayardlaw.com; gfinizio@bayarlaw.com |
| Counsel for Federal National Mortgage Association | Bielli & Klauder, LLC | David M. Klauder, Esq. | dklauder@bk-legal.com |
| Counsel to the Official Committee of Unsecured Creditors | Blank Rome LLP | Regina Stango Kelbon, Esq. & Lawrence R. Thomas III, Esq. | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com |
| Counsel South Street Securities, LLC | Bressler Amery & Ross, P.C | Nikolas S. Komyati | nkomyati@bressler.com |
| Attorneys for Seneca Mortgage Servicing LLC | Chipman Brown Cicero & Cole, LLP | Bryan J. Hall | Hall@ChipmanBrown.com |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Akiko Hiroshima, Joshua Goodman | akiko.hiroshima@us.daiwacm.com; Joshua.Goodman@us.daiwacm.com; Michelle.MacDougall@us.daiwacm.com |
| DE AG Office | Delaware Attorney General | Attorney General | attorney.general@delaware.gov |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | David F. Cook | david.f.cook@dentons.com |
| Counsel for the Debtors and Debtors in Possession | Dentons US LLP | Samuel R. Maizel & Tania M. Moyron | samuel.maizel@dentons.com; tania.moyron@dentons.com |
| Counsel to Customers Bank | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com |
| Counsel to Customers Bank | Dorsey & Whitney LLP | Thomas Kelly, Esq. | kelly.tom@dorsey.com |
| Counsel for Federal Home Loan Mortgage Corporation | Freddie Mac | Eunice Hudson & Khardeen Shillingford | Eunice_Hudson@freddiemac.com; Khardeen_Shillingford@freddiemac.com |
| Counsel for LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Dennis A. Meloro | melorod@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Nancy A. Peterman & Eric J. Howe | petermann@gtlaw.com; howee@gtlaw.com |
| Counsel for the DIP Lender, LVS II SPE XXXIV LLC and B2 FIE XI LLC | Greenberg Traurig, LLP | Bethani R. Oppenheimer & John D. Elrod | oppenheimerb@gtlaw.com; elrodj@gtlaw.com |
| Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Hunton Andrews Kurth LLP | J.R. Smith, Justin F. Paget & Jennifer E. Wuebker | jrsmith@huntonak.com; jpaget@huntonak.com; jwuebker@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Peter S. Partee, Sr & Brian M. Clarke | ppartee@huntonak.com; brianclarke@huntonak.com |
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty | Hunton Andrews Kurth LLP | Shannon Daily & Jennifer E. Wuebker | sdaily@HuntonAK.com; jwuebker@huntonak.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Indecomm Holdings, Inc. | Kelley Drye & Warren LLP | James S. Carr, Esq. & Kristin S. Elliott, Esq. | KDWBankruptcyDepartment@kelleydrye.com; kelliott@kelleydrye.com |

**Exhibit A**
**Core/2002 Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Lankenau & Miller, LLP | Stuart J. Miller | stuart@lankmill.com |
| Counsel for MRK Paseo, LLC | Levin-Epstein & Associates, P.C. | Joshua D. Levin-Epstein, Esq. | Joshua@levinepstein.com |
| Attorney for Elysian Fields ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | dallas.bankruptcy@lgbs.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Loizides, P.A. | Christopher D. Loizides | loizides@loizides.com |
| Committee of Unsecured Creditors | Lori Buckley | Attn: Jack Raisner | jar@raisnerroupinian.com |
| Committee of Unsecured Creditors | Maxwell Lending Solutions, Inc., | Attn: Sonny Abbasi | sonny.abbasi@himaxwell.com |
| Attorneys for Claimant, The County of Harrison, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| Attorneys for The North River Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Gary D. Bressler, Esq. & David P. Primack, Esq. | gbressler@mdmc-law.com; dprimack@mdmc-law.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit | deecf@dor.mo.gov |
| Counsel to Flagstar Bank, FSB | Morgan, Lewis & Bockius LLP | Jennifer Feldsher, Kevin J. Biron & T. Charlie Liu | jennifer.feldsher@morganlewis.com; kevin.biron@morganlewis.com; charlie.liu@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Glenn E. Siegel, Esq. | glenn.siegel@morganlewis.com |
| Counsel to Deutsche Bank National Trust Company | Morgan, Lewis & Bockius LLP | Jody C. Barillare, Esq. | jody.barillare@morganlewis.com |
| Counsel to Flagstar Bank, FSB | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey | rdehney@morrisnichols.com; mharvey@morrisnichols.com |
| Attorney for the North Carolina Commissioner of Banks | North Carolina Attorney General | Benjamin T. Spangler, AAG | bspangler@ncdoj.gov |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Daniel Shamah, Esq. | dshamah@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Jennifer Taylor, Esq. | jtaylor@omm.com |
| Counsel for Federal National Mortgage Association | O'Melveny & Myers LLP | Stephen Warren, Esq. & Jacob Beiswenger, Esq. | swarren@omm.com; jbeiswenger@omm.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | Benjamin.A.Hackman@usdoj.gov |
| Attorney for State of Ohio | Ohio Attorney General | Robert L. Doty, Assistant Attorney General | robert.doty@ohioattorneygeneral.gov |
| Local Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Timothy P. Cairns, Mary F. Caloway | ljones@pszjlaw.com; tcairns@pszjlaw.com; mcaloway@pszjlaw.com |
| Counsel for Texas Capital Bank | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Kenneth S. Ziman, Esq. | kziman@paulweiss.com |
| Counsel for MRK Paseo, LLC | Pierson Ferdinand, LLP | Carl D. Neff, Esq. | carl.neff@pierferd.com |
| Attorneys for Claimants(s) | Plano ISD | Perdue, Brandon, Fielder, Collins & Mott LLP | lreece@pbfcm.com |

**Exhibit A**
**Core/2002 Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Barclays Bank PLC, in its Capacity as DIP Repo Agent and DIP Repo Purchaser, and Barclays Capital Inc., in its Capacity as DIP MSFTA Counterparty, Counsel for Massachusetts Mutual Life Insurance Company & Counsel for Lynx Whole Loan Acquisition LLC | Potter Anderson & Corroon LLP | Jeremy W. Ryan, Aaron H. Stulman & Andrew L. Brown | Jryan@potteranderson.com; astulman@potteranderson.com; abrown@potteranderson.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | Raisner Roupinian LLP | Jack A. Raisner & René S. Roupinian | jar@raisnerroupinian.com; rsr@raisnerroupinian.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Mark W. Eckard | MEckard@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Omar J. Alaniz | OAlaniz@reedsmith.com |
| Counsel for Federal Home Loan Mortgage Corporation | Reed Smith LLP | Paul D. Moak | PMoak@reedsmith.com |
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Richards, Layton & Finger P.A. | Robert J. Stearn, Jr., Zachary J. Javorsky | stearn@rlf.com; javorsky@rlf.com |
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Schulte Roth & Zabel LLP | Kristine Manoukian, Kelly V. Knight, Paulina Piasecki | kristine.manoukian@srz.com; kelly.knight@srz.com; paulina.piasecki@srz.com |
| Counsel for Pacific Investment Management Company LLC and PIMCO Investments LLC | Schulte Roth & Zabel LLP | Peter H. White, Jeffrey Robertson | pete.white@srz.com; jeffrey.robertson@srz.com |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | bankruptcynoticeschr@sec.gov |
| Committee of Unsecured Creditors | Sourcepoint, Inc. | Attn: Kristi Christian | Kristi.Christian@sourcepointmortgage.com |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | Brian.Snyder@sssnyc.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | John C. Kilgannon | john.kilgannon@stevenslee.com |
| Counsel to TIAA, FSB | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | joseph.huston@stevenslee.com |
| Counsel for Creditor, Tysons Corner Owner, LLC | Tenenbaum & Saas, P.C. | Bradshaw Rost, Esq. | BRost@tspclaw.com |
| Attorneys for Lori Buckley, Gayle Zech, Roberta Martinez, Jennifer Jackson and James Davies, on Behalf of Themselves and All Others Similarly Situated | The Gardner Firm | Mary E. Olsen & M. Vance McCrary | molsen@thegardnerfirm.com; vmccrary@thegardnerfirm.com |
| Counsel for Planet Home Lending, LLC | The Powell Firm, LLC | Jason C. Powell, Esq. | jpowell@delawarefirm.com |
| Counsel to the Official Committee of Unsecured Creditors | Thompson Coburn Hahn & Hessen LLP | Mark S Indelicato, Esq. & Mark T. Power, Esq. | mindelicato@thompsoncoburn.com; mpower@thompsoncoburn.com |
| Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| Counsel for Planet Home Lending, LLC | Togut, Segal & Segal LLP | Kyle J. Ortiz, Esq. & Bryan M. Kotliar, Esq. | kortiz@teamtogut.com; bkotliar@teamtogut.com |
| Attorneys for the United States | U.S. Department of Justice | Leah V. Lerman | Leah.V.Lerman@usdoj.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel South Street Securities, LLC | Whiteford Taylor Preston, LLP | Thomas J. Francella, Jr. | tfrancella@whitefordlaw.com |
| Counsel for Texas Capital Bank | Young Conaway Stargatt & Taylor, LLP | Pauline K. Morgan, Esq. | pmorgan@ycst.com; bankfilings@ycst.com |

# EXHIBIT B

**Exhibit B**
**Objecting & Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Interested Party Servis One, Inc. d/b/a BSI Financial Services | Blank Rome LLP | Diana M. Eng | diana.eng@blankrome.com |
| VP, SF Risk Oversight at Fannie Mae | Fannie Mae | Caroline M. Patane | caroline_m_patane@fanniemae.com |

# EXHIBIT C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Interested Party | AMEX TRS Co., Inc. | c/o Becket & Lee LLP | PO Box 3001 | | | Malvern | PA | 19355-0701 |
| Top 30 Creditor & Committee of Unsecured Creditor | Daiwa Capital Markets America Inc. | Attn Akiko Hiroshima, Joshua Goodman | Financial Square | 32 Old Slip, 14th Floor | | New York | NY | 10005 |
| DE AG Office | Delaware Attorney General | Attorney General | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Attorney for Elysian Fields ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 |
| Counsel to Kaufman County, Wise County, Elysian Fields ISD & Fannin CAD | Linebarger Goggan Blair & Sampson, LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin A. Hackman | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Attorney for State of Ohio | Ohio Attorney General | Robert L. Doty, Assistant Attorney General | Collections Enforcement | Toledo Regional Office | One Government Center, Suite 1340 | Toledo | OH | 43604-2261 |
| SEC Regional Office | Securities & Exchange Commission | Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 30 Creditor & Committee of Unsecured Creditor | South Street Securities LLC | Attn Brian Snyder | 1155 6th Avenue | 14th Floor | | New York | NY | 10036 |
| Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

In re First Guaranty Mortgage Corporation, et al.,
Case No. 22-10584

Page 1 of 1

# EXHIBIT D

**Exhibit D**
**Objecting & Responding Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Interested Party Servis One, Inc. d/b/a BSI Financial Services | Blank Rome LLP | Diana M. Eng | 1271 Avenue of the Americas | | New York | NY | 10020 |
| VP, SF Risk Oversight at Fannie Mae | Fannie Mae | Caroline M. Patane | Midtown Center | 1100 15th Street NW | Washington | DC | 20005 |